```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0118--CV (JKS)
              "PHILLIP WILEY V HARPER COLLINS PUBLISHERS ET"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/25/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (320) Assault, libel and slander

            Origin: (2) Removed from State Court
            Demand: 650
        Filing fee: Paid $250.00 on 05/25/05 receipt # 00125792
          Trial by: Jury
```

Parties of Record:                                   Counsel of Record:

PLF 1.1            WILEY, PHILLIP                    C. Michael Hough
                                                     Attorney at Law
                                                     3733 Ben Walters Lane, #2
                                                     Homer, AK 99603
                                                     907-235-8184
                                                     FAX 907-235-2420

DEF 1.1            HARPER COLLINS PUBLISHERS INC     Jon S. Dawson
                                                     Davis Wright et al
                                                     701 W. 8th Avenue, Suite 800
                                                     Anchorage, AK 99501
                                                     907-257-5300
                                                     FAX 907-257-5399

DEF 2.1            LEWAN, TODD                       Jon S. Dawson
                                                     (see above)

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0118--CV (JKS)
                           "PHILLIP WILEY V HARPER COLLINS PUBLISHERS ET"

                                       For all filing dates


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/25/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (320) Assault, libel and slander

             Origin: (2) Removed from State Court
             Demand: 650
         Filing fee: Paid $250.00 on 05/25/05 receipt # 00125792
           Trial by: Jury


Document #   Filed       Docket text

    1 -   1  05/25/05    DEF 1-2 Notice of Removal from Superior Court for the State of Alaska at
                         Homer case no. 3HO-05-49CV w/att exhs.

    2 -   1  05/25/05    DEF 1-2 Service List.

    3 -   1  05/26/05    JKS Minute Order to Petitioners Subsequent to Removal. Petitioners to
                         file w/crt copes of state crt docs and svc list w/i 10 days. cc: cnsl

    4 -   1  05/31/05    DEF 1-2 Notice of compliance.

    5 -   1  06/07/05    PLF 1; DEF 1-2 Stipulation for ext of time to 6/22/05 for defs' to
                         answer complaint.

    5 -   2  06/09/05    JKS Order granting stipulation for ext of time to 6/22/05 for defs' to
                         answer complaint (5-1). cc: cnsl

    6 -   1  06/10/05    DEF 1-2 Notice of filing original signature attached to stip for ext of
                         time.

    7 -   1  06/17/05    PLF 1 Complaint (Amended).

    8 -   1  06/17/05    PLF 1 Jury Demand.

    9 -   1  06/29/05    DEF 1-2 motion to dismiss plaintiff's amended complaint for failure to
                         state a claim upon which relief can be granted w/att exhs.

   10 -   1  07/05/05    JKS Minute Order re crt will defer further scheduling pursunat to 16(b)
                         pending crt's ruling on defs motion to dismiss at doc #9. cc: cnsl

   11 -   1  07/19/05    PLF 1; DEF 1-2 Stipulation to ext time to 8/20 to file oppo to defs mot
                         to dismiss.

   12 -   1  07/20/05    DEF 1-2 Notice of filing original signature re: PLF 1; DEF 1-2
                         Stipulation to ext time to 8/20 to file oppo to defs mot to dismiss
                         (11-1) w/att stip.

   11 -   2  07/28/05    JKS Order granting stipulation to ext time to 8/20 to file oppo to defs
                         mot to dismiss (11-1). cc: cnsl
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0118--CV (JKS)
                   "PHILLIP WILEY V HARPER COLLINS PUBLISHERS ET"
_____
                              For all filing dates
_____
Document #    Filed      Docket text
_____    _____   _____

   13  -  1   08/22/05   PLF 1 opposition to DEF 1-2 motion to dismiss plaintiff's
                         amended complaint for failure to state a claim upon which
                         relief can be granted (9-1) w/att exhs.

   14  -  1   09/12/05   DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss
                         plaintiff's amended complaint for failure to state a
                         claim upon which relief can be granted (9-1) w/att exh.

   15  -  1   09/13/05   DEF 1-2 Request for Oral Argument re: DEF 1-2 motion to
                         dismiss plaintiff's amended complaint for failure to
                         state a claim upon which relief can be granted (9-1).

   16  -  1   09/15/05   JKS Order denying motion to dismiss plaintiff's amended
                         complaint for failure to state a claim (9-1). cc: cnsl

   17  -  1   09/15/05   JKS Minute Order re: initial case stat rpt/case S&P;
                         Rule 16(b) rpt is due w/in 28 days from svc of this ord.
                         cc: cnsl

   18  -  1   09/19/05   PLF 1 joinder in defs' request for O/A to DEF 1-2 motion
                         to dismiss plaintiff's amended complaint for failure to
                         state a claim upon which relief can be granted (9-1).

   19  -  1   09/22/05   DEF 1-2 motion for clarification and/or reconsideration
                         of it's 9/15/05 order.

   20  -  1   09/26/05   DEF 1-2 Answer to Amended Complaint.

   21  -  1   09/27/05   JKS Minute Order re plf's response to mot for
                         reconsideration (19-1) due 10/10/05. cc: cnsl

   22  -  1   09/30/05   DEF 1-2 Disclosure Statement.

   23  -  1   10/07/05   PLF 1 motion for ext of time to 10/14/05 to file
                         response to mot for clarification &/or reconsideration
                         w/att memo & aff.

   24  -  1   10/12/05   JKS Minute Order granting motion for ext of time to
                         10/14/05 to file response to motion for clarification
                         &/or reconsideration (23-1). cc: cnsl

   25  -  1   10/13/05   DEF 1-2 non-opposition to PLF 1 motion for ext of time
                         to 10/14/05 to file response to mot for clarification
                         &/or reconsideration (23-1).

   26  -  1   10/14/05   PLF 1 opposition to DEF 1-2 motion for clarification
                         and/or reconsideration of it's 9/15/05 order (19-1).

   27  -  1   10/14/05   PLF 1; DEF 1-2 Stipulation for ext of time to 10/21 to
                         complete S&P report.

   27  -  2   10/20/05   JWS Order granting stipulation for ext of time to 10/21
                         to complete S&P report (27-1). cc: cnsl

   28  -  1   10/20/05   DEF 1-2 Notice of filing orig signature of M. Hough re:
                         PLF 1; DEF 1-2 Stipulation for ext of time to 10/21 to
                         complete S&P report (27-1).

   29  -  1   10/20/05   PLF 1; DEF 1-2 Scheduling and Planning Conference Report.

   30  -  1   10/20/05   DEF 1-2 Notice of filing faxed signature of M. Hough re:
                         Scheduling & Planning Conference Report.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A05-0118--CV (JKS)
                            "PHILLIP WILEY V HARPER COLLINS PUBLISHERS ET"

                                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 10/20/05 | DEF 1-2 motion for leave to file reply to defs' mot for clarification &/or reconsideration. |
| 32 - 1 | 10/27/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/24/06; Dispositive motions deadline 08/24/06; Estimate of trial 8 days. cc: cnsl |
| 31 - 2 | 11/01/05 | JWS Order granting motion for leave to file reply to defs' mot for clarification &/or reconsider (31-1); reply due 11/7/05. cc: cnsl |
| 33 - 1 | 11/03/05 | PLF 1 opposition to DEF 1-2 motion for leave to file reply to defs' mot for clarification &/or reconsideration (31-1). |
| 34 - 1 | 11/07/05 | DEF 1-2 reply to opposition to DEF 1-2 motion for clarification and/or reconsideration of it's 9/15/05 order (19-1). |

Case 3:05-cv-00118-TMB   Document 34   Filed 05/25/2005   Page 4 of 4