Jon S. Dawson
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>              Plaintiff,<br><br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>              Defendants. | Case No. A05 - 118 CV (JKS)<br><br>STIPULATION FOR EXTENSION<br>OF TIME TO RESPOND TO<br>DISCOVERY REQUESTS |

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley"), through their undersigned attorneys of record, hereby stipulate and agree that Harper and Lewan shall have until February 10, 2006 to serve responses and objections to Wiley's discovery requests to Lewan and Harper dated December 16, 2005.

```
                                    DAVIS WRIGHT TREMAINE LLP
                                    Attorneys for Defendants


_____         By:  /S/ Jon S. Dawson
      Date                               Jon S. Dawson, ABA # 8406022


                                    C. MICHAEL HOUGH
                                    Attorneys for Plaintiff


  1/13/06                           By: _____
      Date                               Michael Hough, ABA # 7405022


                                    ORDER

                  It is so Ordered.

                  DATED this _____ day of January, 2006.


                                    _____
                                    The Honorable James K. Singleton
                                    U.S. District Court Judge
```

Certificate of Service:

I certify that on _____, 2006, a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Discovery Requests was served on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

by first class mail, if an address I indicated above, or by electronic means through the ECF system

_____
Janet Eastman

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO DISCOVERY REQUESTS - 2
ANC 86874v1 3960028-6



|  |  |
|---|---|
|  | DAVIS WRIGHT TREMAINE LLP |
|  | Attorneys for Defendants |
|  |  |
| 1/13/06 | By: /S/ Jon S. Dawson |
| Date | Jon S. Dawson, ABA # 8406022 |
|  |  |
|  | C. MICHAEL HOUGH |
|  | Attorneys for Plaintiff |
|  |  |
| _____ | By:_____ |
| Date | Michael Hough, ABA # 7405022 |

## ORDER

It is so Ordered.

DATED this ____ day of January, 2006.

_____
The Honorable James K. Singleton
U.S. District Court Judge

Certificate of Service:

I certify that on January 13, 2006, a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Discovery Requests was served on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

by first class mail, if an address I indicated above, or by electronic means through the ECF system

   /s/ Joyce Sheppard
   Joyce Sheppard

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO DISCOVERY REQUESTS - 2
ANC 86874v1 3960028-6

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399