**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff



RECEIVED
JAN 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF ALASKA

| PHILLIP WILEY,  Plaintiff, vs. HARPERCOLLINS PUBLISHERS, LLC and TODD LEWAN, Defendants. | MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT  Case No. A05-118CV (JKS) |
|---|---|

Plaintiff moves this court pursuant to Federal Rule Civil Procedure 15(a) and otherwise for leave to file a Second Amended Complaint. The Second Amended Complaint is the first request for amendment of the complaint after Defendants filed their answer in this case.

This motion is supported by the accompanying memorandum.

Dated this 19 day of January, 2006.

_____
MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Wiley

CERTIFICATE OF SERVICE
The undersigned hereby certifies and affirms that on the 19 day of January, 2006, a true and correct copy of the foregoing document was served by mail upon: Jon Dawson, Davis Wright Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501

By: _____
H:\Docs\Wiley\wileylibelcompamend2mtn.doc

MOTION FOR LEAVE TO FILE THE
SECOND AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: A05-118CV (JKS)

Page 1 of 1

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420