**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

RECEIVED

JAN 2 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>                                        Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, LLC and<br>TODD LEWAN,<br><br>                                        Defendants. | ORDER<br><br><br><br>Case No. A05-118CV (JKS) |

IT IS SO ORDERED that Plaintiff is allowed to file a Second Amended Complaint in the

above referenced case.

Dated this ____ day of January, 2006.

_____
JUDGE JAMES K. SINGLETON, JR.
United Stated District Court Judge

### CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the ____ day of January, 2006, a true and
correct copy of the foregoing document was served by mail upon:  Jon Dawson, Davis Wright
Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501

By:_____
H:\Docs\Wiley\wileylibelcompamend2ord.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

ORDER                                                                                                                Page 1 of 1
Wiley v. HarperCollins et al./Case No.: A05-
118CV (JKS)