C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

RECEIVED
JAN 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, LLC and TODD LEWAN,<br><br>Defendants. | MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT<br><br>Case No. A05-118CV (JKS) |

  Plaintiff initially filed a complaint in this case in the State of Alaska Superior Court, following which the case was removed to this federal court. Plaintiff then almost immediately filed an amended complaint to better address issues of jurisdiction and claims based on the investigation of the events as of that date, following which Defendants filed a motion to dismiss for failure to state a cause of action, which was thereafter denied on September 15, 2005. Defendants then filed their answer.

  Defendants' motion to dismiss, Plaintiff's response to that motion, and the order of the court, at least from Plaintiff's perspective and understanding, addressed the three basic claims made by Plaintiff: Count I Defamation, Count II Invasion of Privacy, and Count III Unjust

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO
FILE THE SECOND AMENDED
COMPLAINT
Wiley v. HarperCollins et al./Case No.: A05-118CV (JKS)

Page 1 of 4

Enrichment. The claim for unjust enrichment has recently been deleted by court order. A change of Defendant HarperCollin's name to a more precise name for the current responsible HarperCollins corporate entity has also been made.

The essence of Plaintiff's request is to divide Plaintiff's Count II Invasion of Privacy claim into its four sub-parts because Defendants have questioned whether all sub-parts of Plaintiffs invasion of privacy claim were addressed by this court in its Order dated September 15, 2005. Plaintiff believes the court did address the sub-parts of the invasion of privacy claim, which Plaintiff pled and which were addressed by Plaintiff in his responses to Defendants' Motion to Dismiss for Failure to State a Claim. Further investigation, research and discovery also indicates that it would be beneficial to the parties, the court, and to the jury to segregate the invasion of privacy claim into the four sub-parts that Plaintiff alleged in the amended complaint, and argued in his response to Defendants' motion to dismiss. The amendment removes the unjust enrichment claim.

The Second Amended Complaint separates Plaintiff's invasion of privacy claim into its typical four sub-parts. The Second Amended Complaint also states more specifically the statements of Defendants and the dialog of the two main characters in *The Last Run* which Defendants represent to the public is completely accurate, "reconstructed as carefully and completely as possible ... ," to which Plaintiff has objected.

In order to make it easier to follow the amendments to the initial complaint answered by Defendants and the complaint which was before this court when it ruled upon Defendants' Motion to Dismiss for Failure to State a Cause of Action when it entered its September 15, 200 order, the

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO
FILE THE SECOND AMENDED
COMPLAINT
Wiley v. HarperCollins et al./Case No.: A05-118CV (JKS)

amendments in the Second Amended Complaint which provide more specificity to an allegation follow the same paragraph numbers as the Amended Complaint and are designated by letters, such as 28 being the original general allegation, and 28(a), 28(b) and 28(c) being specific examples or parts of the general allegation.

Count II of the Amended Complaint addressed the four sub-parts of the general invasion of privacy claim. The four sub-parts have now been separated and designated as individual counts, but still follow the numbering of paragraphs in the Amended Complaint.

The parties anticipated amendments would be necessary or helpful for clarification as discovery, investigation, and research progressed. The Second Amended Complaint is made to provide that clarification to the parties, the court and to the jury when tried. No additional claims have been added, so the issue of whether a claim has been stated need not be revisited.

Federal Rule of Civil Procedure 15(a) provides for supplementing or amending pleadings by leave of court and such leave shall be freely given when justice so requires. This case is now in its initial formal discovery stages. No depositions have yet occurred. Defendants are not prejudiced by the supplementation, clarification or amendment of the complaint. The Second Amended Complaint is the first amendment following Defendants filing an answer and it adds no claims. It simply addresses two concerns the Defendants had; specificity of the allegations regarding references to Plaintiff in *The Last Run,* and segregation of the invasion of privacy claims into the four sub-parts, as argued by Plaintiff in response to Defendants' motion to dismiss.

Plaintiff therefore believes leave should be granted to permit the Second Amended Complaint.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO
FILE THE SECOND AMENDED
COMPLAINT
Wiley v. HarperCollins et al./Case No.: A05-118CV (JKS)

Page 3 of 4

Dated this 19 day of January, 2006.

*[signature]*
MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Wiley

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 19 day of January, 2006, a true and correct copy of the foregoing document was served by mail upon:

Jon Dawson
Davis Wright Tremaine, LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501

By: *[signature]*
H:\Docs\Wiley\wileylibelcompamend2memo.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: A05-118CV (JKS)

Page 4 of 4