Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00118 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate and agree that the time within which Lewan and Harper may file an opposition to Wiley's Motion for Leave to File Second Amended Complaint shall be extended until February 15, 2006.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

|   |   |
|---|---|
|   | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendants |
| _2/2/06_<br>Date | By: _s/ Jon S. Dawson_<br>Jon S. Dawson, ABA # 8406022<br>Eric J. Jenkins, ABA# 0011078<br>701 W. 8th Ave., Suite 800<br>Anchorage, AK  99501<br>Phone: (907) 257-5300<br>Fax: (907) 257-5399<br>jondawson@dwt.com |
|   | C. MICHAEL HOUGH<br>Attorneys for Plaintiff |
| _2/2/06_<br>Date | By: _s/ Michael Hough (consent)_<br>C. Michael Hough, ABA # 7405022<br>3733 Ben Walters Lane, Suite 2<br>Homer, AK  99603<br>Phone:  (907) 235-8184<br>Fax:  (907) 235-2420 |

Certificate of Service:

I certify that on _Feb. 2,_ 2006, a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Motion for Leave to File Second Amended Complaint was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

_s/ Janet Eastman_
Janet Eastman

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

ANC 87269v1 3960028-6

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399