Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99503
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00118 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT

This Court having considered the parties' Stipulation for Extension of Time to

Respond to Plaintiff's Motion for Leave to File Second Amended Complaint;

It is hereby ordered that the stipulation is approved.  Defendants HarperCollins

Publishers, LLC and Todd Lewan shall have until February 15, 2006 to file an opposition

to Plaintiff Phillip Wiley's motion for leave to file a second amended complaint.

Dated this _____ day of _____, 2006

_____
The Timothy M. Burgess
U.S. District Court Judge

Certificate of Service:

I certify that on Feb. 2, 2006, a true and correct copy of the foregoing Order Granting Stipulation for Extension of Time To Respond to Plaintiff's Motion for Leave to File Second Amended Complaint was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

 s/ Janet Eastman
Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT - 2

ANC 87278v1 3960028-6