**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF ALASKA**

| | |
|---|---|
| PHILLIP WILEY,<br>Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br>Defendants. | STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS<br><br>Case No. 3:05-cv-00118 (TMB) |

STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate and agree that the time within which Plaintiff may file a reply to Defendants' Motion to Dismiss shall be extended until March 17, 2006.

Dated: 2/27/06

MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Wiley
3733 Ben Walters Lane, Suite 2

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

Homer, AK 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
mhough@xyz.net

Dated: 2/27/06

Jon Dawson (consent)

JON DAWSON/ABA #8406022
ERIC J. JENKINS/ABA #0011078
DAVIS WRIGHT TREMAIN LLP
Attorney for Defendants HarperCollins/Lewan
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com

H:\Docs\Wiley\wileylibelopposedefmotdismiss.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF ALASKA**

| | |
|---|---|
| PHILLIP WILEY,<br>Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br>Defendants. | [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS<br><br>Case No. 3:05-cv-00118 (TMB) |

<u>[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS</u>

This Court having considered the parties' Stipulation for Extension of Time to Oppose Defendants' Motion to Dismiss;

It is hereby ordered that the stipulation is approved. Plaintiff shall have until March 17, 2006 to file a reply to Oppose Defendants' Motion to Dismiss.

Dated this _______ day of ________________________, 2006.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

THE TIMOTHY M. BURGESS
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 27 day of February, 2006, a true and correct copy of the foregoing document was served electronically upon: Jon Dawson, Davis Wright Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501

By: ______________________

H:\Docs\Wiley\wileylibelopposedefmotdismissorder.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420