**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>                   Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>                   Defendants. | STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS<br><br><br>Case No. 3:05-cv-00118 (TMB) |

### STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate and agree that the time within which Plaintiff may file a reply to Defendants' Motion to Dismiss shall be extended until March 17, 2006.

Dated: 2/27/06

_____
MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Wiley
3733 Ben Walters Lane, Suite 2

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 1 of 2

                 Homer, AK 99603
                 Phone: (907) 235-8184
                 Fax: (907) 235-2420
                 mhough@xyz.net

Dated: 2/27/06      s/Jon Dawson (consent)

JON DAWSON/ABA #8406022
ERIC J. JENKINS/ABA #0011078
DAVIS WRIGHT TREMAIN LLP
Attorney for Defendants HarperCollins/Lewan
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com

H:\Docs\Wiley\wileylibelopposedefmotdismiss.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF
TIME TO OPPOSE DEFENDANTS'
MOTION TO DISMISS
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))