C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>　　　　　　　　　　　Defendants. | [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS<br><br>Case No. 3:05-cv-00118 (TMB) |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO

OPPOSE DEFENDANTS' MOTION TO DISMISS

　　　This Court having considered the parties' Stipulation for Extension of Time to Oppose Defendants' Motion to Dismiss;

　　　It is hereby ordered that the stipulation is approved. Plaintiff shall have until March 17, 2006 to file a reply to Oppose Defendants' Motion to Dismiss.

　　　Dated this _____ day of _____, 2006.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 1 of 2

THE TIMOTHY M. BURGESS
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 27 day of February, 2006, a true and correct copy of the foregoing document was served electronically upon: Jon Dawson, Davis Wright Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501

By: _____
H:\Docs\Wiley\wileylibelopposedefmotdismissorder.doc

**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 2 of 2