C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| PHILLIP WILEY,<br><br>                                Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and<br>TODD LEWAN,<br><br>                                Defendants. | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Case No. 3:05-cv-00118 (TMB) |
|---|---|

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'

OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED

COMPLAINT

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and

Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate

and agree that the time within which Plaintiff may file a reply to Defendants' Opposition to

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 1 of 2

Wiley's Motion for Leave to File Second Amended Complaint shall be extended until March 17, 2006.

Dated: 2/27/06

_/s/ Michael Hough_
MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Wiley
3733 Ben Walters Lane, Suite 2
Homer, AK 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
mhough@xyz.net

Dated: 2/27/06

s/Jon Dawson (consent)
JON DAWSON/ABA #8406022
ERIC J. JENKINS/ABA #0011078
DAVIS WRIGHT TREMAIN LLP
Attorney for Defendants HarperCollins/Lewan
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com

H:\Docs\Wiley\wileylibelsecamendcompstipext.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 2 of 2