**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>                    Defendants. | [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' O0PPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Case No. 3:05-cv-00118 (TMB) |

<u>[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT</u>

This Court having considered the parties' Stipulation for Extension of Time to Respond to Defendant's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint and Motion to Dismiss;

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

[PROPOSED] ORDER GRANTING
STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 1 of 2

It is hereby ordered that the stipulation is approved. Plaintiff shall have until March 17, 2006 to file a reply to Defendants' Opposition to Plaintiff Phillip Wiley's Motion for Leave to File a Second Amended Complaint.

Dated this _____ day of _____, 2006.

_____
THE TIMOTHY M. BURGESS
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 27 day of February, 2006, a true and correct copy of the foregoing document was served electronically upon: Jon Dawson, Davis Wright Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501

By: _____
H:\Docs\Wiley\wileylibelsecamendcompstipextorder.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 2 of 2