**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Wiley v. Harper Collins Publishers Inc., et al.*
Case No. 3:05-cv-0118-TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:          ORDER FROM CHAMBERS

     Plaintiff has filed two "stipulations" for extensions of time.  Docket Nos. 48; 49.
Construed as non-opposed motions, the extensions will be **GRANTED**.  Plaintiff shall have until
**March 17, 2006,** to oppose Defendants' motion to dismiss and reply to Defendants' opposition
to Plaintiff's motion for leave to file a second amended complaint.


     **IT IS SO ORDERED.**




Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: <u>March 8, 2006</u>