**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>　　　　　　　　　　Defendants. | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR PUBLIC DISCLOSURE OF PRIVATE FACTS, INTRUSION UPON SECLUSION, AND APPROPRIATION OF NAME OR LIKENESS<br><br>Case No. 3:05-cv-00118 (TMB) |

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

<u>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR PUBLIC DISCLOSURE OF PRIVATE FACTS, INTRUSION UPON SECLUSION, AND APPROPRIATION OF NAME OR LIKENESS</u>

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate and agree that the time within which Plaintiff may file an opposition to Defendants' Motion to Dismiss Plaintiff's Claims for Public Disclosure of Private Facts, Intrusion Upon Seclusion, and

STIPULATION FOR EXTENSION OF TIME
Wiley v. HarperCollins et al./Case No.:
3:05-cv-00118 (TMB))　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

Appropriation of Name or Likeness shall be extended until April 1, 2006.  Defendants' reply brief will then be due April 17, 2006.

Dated:     3/8/2006            s/Michael Hough
                               MICHAEL HOUGH/ABA #7405022
                               Attorney for Plaintiff Wiley
                               3733 Ben Walters Lane, Suite 2
                               Homer, AK 99603
                               Phone: (907) 235-8184
                               Fax: (907) 235-2420
                               mhough@xyz.net


Dated:     3/8/2006            s/Jon Dawson (consent)
                               JON DAWSON/ABA #8406022
                               ERIC J. JENKINS/ABA #0011078
                               DAVIS WRIGHT TREMAIN LLP
                               Attorney for Defendants HarperCollins/Lewan
                               701 W. 8th Ave., Suite 800
                               Anchorage, AK 99501
                               Phone: (907) 257-5300
                               Fax: (907) 257-5399
                               jondawson@dwt.com

H:\Docs\Wiley\wileylibelreplymotdismissext.doc

**C. MICHAEL HOUGH**
**Attorney at Law**
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF TIME
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 2 of 2