C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>                                  Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>                                 Defendants. | [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR PUBLIC DISCLOSURE OF PRIVATE FACTS, INTRUSION UPON SECLUSION, AND APPROPRIATION OF NAME OR LIKENESS<br><br><br>Case No. 3:05-cv-00118 (TMB) |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR PUBLIC DISCLOSURE OF PRIVATE FACTS, INTRUSION UPON SECLUSION, AND APPROPRIATION OF NAME OR LIKENESS

This Court having considered the parties' Stipulation for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's Claims for Public Disclosure of Private Facts, Intrusion Upon Seclusion, and Appropriation of Name or Likeness;

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 1 of 2

It is hereby ordered that the stipulation is approved. Plaintiff shall have until April 1, 2006 to file an opposition to Defendants' Motion to Dismiss Plaintiff's Claims for Public Disclosure of Private Facts, Intrusion Upon Seclusion, and Appropriation of Name or Likeness. Defendants shall have until April 17, 2006 to file a reply brief.

Dated this _____ day of _____, 2006.

_____
THE TIMOTHY M. BURGESS
U.S. District Court Judge


CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 8th day of March, 2006, a true and correct copy of the foregoing document was served by fax upon: Jon Dawson, Davis Wright Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501


By: s/Kim Delay
H:\Docs\Wiley\wileylibelreplymotdismissextorder.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 2 of 2