MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Wiley v. Harper Collins Publishers, Inc., et al.*
Case No. 3:05-cv-00118-TMB

By:  THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:  ORDER FROM CHAMBERS

On March 8, 2006, Plaintiffs filed a "stipulation" for an extension of time for Plaintiff to respond to Defendants' motion to dismiss. Docket No. 51. On the same day, the Court issued an order granting the "stipulation" Plaintiffs filed on March 1, 2006, extending the same deadline. Docket No. 50 (Order); *see also* Docket No. 48 (Mot.). That Order extended the time for filing the reply to March 17, 2006. Plaintiff now seeks to have the deadline extended to April 17, 2006.

**IT IS THEREFORE ORDERED:**

The motion for an extension of time at **Docket No. 51** is **GRANTED**. Plaintiff's reply to Defendants' motion to dismiss shall be filed **on or before April 17, 2006**. The parties are advised that no further extensions, whether stipulated to or not, will be granted absent a showing of compelling necessity.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 10, 2006