*[Handwritten at top: DeCapers Interview by A. Lawson provided in discovery    Exhibit B]*

You want to go cross-country by boat? "Yeah, I want to get out of here. I don't like this _ it's a nice place, but it's way too cold." You don't like the cold? "No, not any more. After that night in January, I don't like the cold. I got too cold that night." (coughs) The La Conte was a boat that leaked a lot, wasn't it? "Yeah, everybody had a wet bunk. It dripped on everybody. You know, Doyle slept below me. His bunk had a leak." How did it get down to him? "It'd land, it'd run down the wall under my bunk and drop on to his. You know?" It would run down the wall? "Yeah, it'd drip on to my bunk and run off of my bag and down below my bunk and then drip down on his bunk. It was ... The stove didn't work." I heard the stove burned up in a fire on a previous trip. "Yeah, they screwed up and it _ " It was the only thing that kept the boat inside warm, wasn't it? "Well, when the gen-set worked we had electric heat but the gen-set never worked right either, so we'd get a few hours. You could hear the heater going. And you're like, 'Hey, this is great, we got warmth tonight.' Then you wake up in the morning and it was off for 3 hours anyway. Nothing worked on that boat right."

"You see, the boat wasn't making any money at all. I mean, the guy would go out and get 1,000 pounds, 2,000 pounds, and the owner just _ he had a whole ... he didn't want us fishing rockfish. He wanted us making money. We had a market for dogshark and for gray cod. And that was what we were supposed to be catching. Old Mark, he wouldn't even answer the phone. The owner would call _ I'd hear that cell phone go off all day long." Really? "And nobody would _ we were ordered not to answer it." Mark told you not to answer the phone? "Yeah. 'Don't touch the phone. Let it ring.' I'm not here, you know?" You ever meet the owner? "Yeah, but never prior to the _ I met him after the fact, I met him in Juneau." What did Mark say to you about the owner? "We didn't talk to him much until Elfin Cove. You know, it wasn't ... there was no real issue until Elfin Cove. Or it was Graves Harbor." Right. "Mark was on parole." Right, from Valdez. "Yeah. And there was a matter of restitution. Medical bills. And he had made no payments. So, it was clear up the account, or do the time. His old lady was pregnant and all that. So he was under a lot of pressure to get as much money as he can. And he was right in that. You don't deal with the parole board. If you don't have the money, they put you back in. That's the standard issue for Alaska, you know? But he's wishing he gave that boat back to Scott." Is that what he said? "No, that's what he should have done. Yeah, you know, he kept thinking, 'We're gonna get our fish.' But if you ... I spoke to him in Graves Harbor. I said, 'Look. Let's do the math for a minute. Let's assume, for a minute, that we get 12,000 pounds when we pick our gear up.' " What was the price of rockfish then? $1.25 a pound? "It could have been $1.75. But you take 12,000 pounds to town and even if you sell them for 2 bucks a pound, you got

00649

*24 grand. Let's add up the fuel bill, all season that you've had the boat. Let's add the food bill, all season that you've had the boat. The bait. The gear you've lost. Let's replace all that, you know? Let's do the math in your head. If we get $24,000 gross out of this trip — which, and I'm sorry to say, it ain't gonna happen — but if it does happen, I mean, if God causes every snapper out here to jump on this boat, and we get top dollar for each one, it still isn't going to leave but $200 for the pocket of each crewman. And the skipper might get $300. And that ain't enough to get you out of the trouble you're gonna be in when we get back to the beach anyway. You know? Leave the gear out there. You're already not a hero with the owner, OK? So, getting the gear back isn't gonna change the guy's opinion of you. (coughs) Your days of leasing boats are probably over.'* You know, a weird thing happens to you when you get to be a skipper and you get to fish — a lot of guys really like it — and you begin to think that you can't do anything else, you know, which is probably right — probably, in no other industry would you, yourself attain that kind of power. You know? But just 'cause you're not a skipper doesn't mean life is over. I mean, you know, but some guys get to thinking that it is, 'cause they won't be in charge anymore."

So what did Mark say to you when you said all of this to him? "We're gonna go do it anyway. He didn't like to think about the math. You know? He figured maybe Scott would let him keep more of the money because he did so well, you know, if he limited out once maybe we could, you know, get a little more time and try to do it again. But that wasn't in the cards ... He thought that maybe Scott would take enough out of the gross to keep him from going back in and let us make up for it on later trips. Bob and I were thinking, see — Bob come to me and says, 'There's a job.' The job service called Bob and told him that, you know — that's one thing you never do up here. You find out about a fishing boat at job service, don't. Don't go. I mean, if you don't know how to get a deckhand you call job service. 'Oh, I got a boat and I need a hand.' If the boat is worth anything, men will walk up to you and ask to work on it. You know, you don't have to call job service."

That's what Bob told me -- that he went to job service and saw the advertisement on the bulletin board. "He called the guy and the guy said, 'I would take one green hand' -- he needed two crewmen -- he said, 'I would take one green hand if I had an experienced hand with him.' So he (Bob) was out looking for a job and he wanted to break in to fishing, so he comes looking for me and he said, 'Mike, I found a job. They need an experienced hand and a green hand. Do you mind going?' We were already working on the Min E. 'No, no problem. You can bring me along. I'll go.' So I go down and look at the boat. I like schooners. It's not a bad boat, it's just wasn't built for what we were doing. It was set up as a buyer, you know? I hate seeing a boat treated like

00650

do what we could but ... it keeps coming in through the engine room." Bob said that after you put the survival suits on you all were bouyant. "Yeah. Yup."

So the first time you stepped on the boat, you liked its feel. "I thought it was a good boat." What did you like most about it? That it was a schooner. "When you walked off the deck, it doesn't move. Lot of these boats, you're on this side of the boat, you leaning a little over here, you walk over there, you're leaning a little over there, like mine, you know? When you step on board, it leans over, you get on the other side, it leans over there? That's real tippy. She didn't feel like that at all. You walk across the deck, it stays there. You know? It just sat firm in the water."

Did Bob walk up and introduce you to Mark? "Yeah." They're were packing ice when you came up? "Yeah, they were taking ice on. They had all these totes on deck and shit, and I was looking around, and I said, 'Bob, this guy ain't done a whole lot of cod fishing, you know?' But that's OK. I've fished with some guys who haven't done a whole lot, but I mean, that don't mean they're bad leaders of men. It just means they don't have a lot of experience at what they're doing. You know, I don't mind giving a guy a break, you know?"

Did you guys talk at all that first encounter? "Uh huh. He wanted to know what my experience was. See, I've been fishing since '85. I started out all on my own boat. Then I realized I was a better deckhand than a skipper, so I went to that." Right. "I liked Morely. He didn't know anybody I've worked for, but he's not a southeast Alaska guy, either. He'd always fished up westward. Funny thing about rock fishing. People think they can just go out and get rockfish easy. That's the weirdest cod there is." It doesn't look easy to me. You have to know the pinnacles along the sea floor, how much line to leave out for how long ... "You have to know what the current is doing. Yeah. And even when you know what it's doing -- you can put a hook right where that glass is (points to glass on the table), and Mr. Rockfish, he won't go from here to that hook. You got a (fullback cq?) right here and a hook right here with bait on it, he won't go there. If that hook hits him in the head with a piece of bait on it he'll bite it. But if it don't hit him in the face, he won't go anywhere. he'll just sit right there and watch. You know? That thing could be swinging there, right in front of his face _ you smack him in the lip a couple of times and he'll bite it. But there's a whole lot of water in there with no fish sitting in it. You know?" They're in these crevices ... "They live down in them holes in the rocks. They don't make their living coming out. Depends what goes by, you know. I've seen submarine footage down there. They're going along with their light, and you can see little eyeballs all over the place in the holes. Those are all rockfish. It

00652

My drinking isn't what, you know what I mean? It was other things that led to us not catching fish. But he was just trying to, uh ... " Look presidential? "Yeah. Doing something is better than doing nothing, I guess."

So you went fishing in Kodiak. When was this? "The oil spill. 89. Yeah, we were bringing the boat back _ that's when Robin and I moved over to Wolf Drive _ we were bringing the boat back down here and that's when Danny said, 'Look if you go with me next year there won't be any drinking. Even when you're not fishing.' So I just quit. I started working for Bill Wiley on the Min E. I worked with him for a long time. Several years. He's a damned good rock fisherman, Bill. We got our limit almost every week. But when it came for black cod season and stuff, the guy can't keep a crew. So you end up spending a lot of time on the beach waiting for crewmen to show up. You lose a lot of fishing time. When it's opening like that, for black cod and stuff, you can't afford to lose fishing time. Plus, Bill, is like the world's ... he's a hard-to-get-along-with guy. It takes a lot of kissing for his ass, you know? You know, he's a pretty good guy, he's just hard to live with, you know?" Ego? "Yeah. But, I learned from the old man how to kiss ass, but there's only so much of it I can do before I really hate the taste."

What do you like most about Alaska? "Up here, it's easy to get a job up here. You know? Down below, you ask for a job and they say, 'Well, where did you go to school?' Up here, it ain't school. You need to go to school to be a lawyer or a doctor. But a dentist? I don't think you need to go to school for that up here. I mean, you can be the company foreman up here and not even have a high school diploma. And it's not like that up here. There's a whole bunch of misfits up here. You know? Everybody up here fucked up down there somewhere. That's why they're here. So they are a lot more tolerant about it when you fuck up. You know? It happens to the best of us, you know? It's a lot of fun up here. People are a lot more open. A lot less paranoid than they are down below. It rains a lot of the time, but that keeps a lot of shitheads out. You know? The nasty weather, it keeps people away. I'm no big fan of the cold. Here, in Sitka, it's nice. The past week _ I mean, it's January for cryin' out loud. Arkansas is buried under ice. We don't even have snow on the ground." Five degrees in New Jersey last week. "I don't even snow on my boat. All week I've been sleeping without a stove and I don't even have a cold. You can't beat it."

What do you like about the country? "I love being on the water. Or a walk in the woods." Why do you like being on the water? "It feels great. That's why I like being here. I don't know. Some people are born for it, I think." Is it because everything is open on the water? "Yeah, that's part of it. It's always

*Doyle Interview by A Dewan provided in Discovery.*

"...There was some catch involved in that ... Well, we got our gear out, we've got to go get it because it's expensive. At this point, it's probably a non -- non-profitable catch, but we're here to catch the fish. And we're just looking at a couple of days, and we could have been ready to go in less than an hour. I think it was a 12- or 15-foot sea state that we could work in, we could do that. I mean, that was tried and true with the 4 of us, and now with Dave, that would make things that much quicker."

So, over dinner, you were talking strategy. "Well, we had to find our gear first." But you guys had written off the fact that there wasn't going to be any fish on those lines. "Probably not. But yeah, we had to retrieve it. The goal was to go outside, retrieve it, might even have fish on it, that would make things quicker, but once we decided to have the gear ready, which it was, back there, baited, we would have over 20 skates left that we could use, and if we could repair some of the stuff, then we got even more. So, to maximize the effort, we gotta go out anyway, it's just a matter of time." So you talked strategy. And there were 5 small strings at the time, you were going to do that much. You were going to pick up the string that had been left out there. "Yup." You're talking about selling the catch in Juneau. What was the kind of prices you were talking about selling at? "If I remember, Mark would update us on the prices. I'm sure he was talking to the owner. As you know, the price fluctuates every day. You know, 10 cents less, 10 cents more makes a difference. I think rockfish was going for $1.25 a pound for number one product. What I found interesting was that there were 30 species of rockfish. Generally, you get the big yelloweye, the big orange ones ..." Was that what you were pulling in? "Yes. I remember there was some that's called Tiger, and both Mark and Mike and Gig saying 'You get a bunch of the little guys, which are, like, on the inland waters, primarily, the Phillipinos like them even more. They like the color of them. And they're more tender, too.' The yelloweye is the orange fish, and then there's the tiger, the callico, there's some cool names to them. And we did get

some of those small rockfish. Those bring even higher prices. Maybe even 50 cents more a pound. They're smaller, but if you get more of them, a better catch of them ..." So they're better to catch. How many pounds of fish did you have when you came to Elfin Cove? "I'd say, 400 pounds. We had linc cod in there, too, because we were allowed a 10 percent bycatch of different species. We couldn't take any halibut, because it wasn't halibut season. But linc cod you could, and we were hoping, of course, the sand sharks later."

    Get back to the banter that's going on over dinner. "Well, Mark's putting the food out, and we're basically washed up and got all of our gear, and sitting around and talking about the weather. And Mark is explaining what he knows. I've talked with the owner, and as soon as we get good weather, we're going to head back out and get the gear and fish what we can." Is that all he said of his conversation with the owner? "No ... I was thinking, too, if I remember, there was some urgency to get the product in to Juneau. It was his boat, but I think Mark was under some tension, too, to produce, and that was the reason we went back up there to get 12,000 pounds, rather than go off Sitka and doing the 6,000 pounds, or whatever. I think Sitka had closed up, and different areas being open throughout the range where we could ahve gone. I think Mike and Gig had talked about places they'd fished, like, uh, Laykee Bay (cq?) up off Yakutat. We were talking about that. 'Is there any place to fish, say, along the coast?' Up past Graves Harbor? And the possibility of getting our gear, and doing a bunch of smaller strings quickly Inside." Who was suggesting the Yakutat or Graves Harbor option? "Mike. And Gig, too, I believe. Saying, that, well, 'A lot of people have fished that out of Yakutat.'" So they wanted to go fishing up near Yakutat or Graves Harbor? "Well, it was all open for suggestions. If we get out there, you know, we get our gear, we put, say, two strings out, we get nothing, then here's some other options that we can look at, plan on doing." Mark had suggested that you go back out to the FW Grounds? "Yeah. Well, we had to. Had to, anyway. To get the gear." He said, 'I've talked to the owner. We got to go get the gear, and while we're out there, we'll throw out a couple of quick ones, quick 5s. Let them fish while we're retrieving the gear. Cause once we got an eyeball on the gear and we know where the line is going, we can throw our shit out, two sets of 5, in and out, hour and a half. Pull our other gear; let this stuff fish; get the stuff we've lost, buoy balls, anchor, all that stuff. I think, at some point, we had lost an anchor or two. They're 50 to 100 bucks each."

    So Mark wanted to go out and get the gear, throw out quick sets of 5s. Mike was saying why don't we go up to Yakutat, or fish around Graves Harbor. "Or inland, the inland channel. Why get knocked around out there if we can do

to 10-foot seas, and 20 knots of wind. There was certainly a lot less than that. Especially when we got out. The calm before the storm, I guess. But that it was going to get shitty sometime around Saturday, I guess. 'So, let's go out, get the stuff and do another long stretch of fishing and get it done.'" Is that what he said? 'Let's go out and get the gear...' -- "Yup. And lay out our new gear, once we find the old stuff. He had a GPS map saved on his plotter. Mark had the beginning and stopping points. He said, 'It's been shitty out there, so if the stuff is drifting, we'll try to figure where it may be. Obviously, it's got anchors down, and you had these huge bouy balls to mark the general area." So, exactly what did he say again? "He said, 'If it looks good while we're getting the old gear, maybe we can get it all done. Get our pounds, as much as we can. And then head in to Juneau.' I think that was the deal at that point. No talking about whether we were going to go fishing for sand sharks." He didn't talk about the sand-shark option? "No. He didn't discuss it. Whether that's what we were going to do once we had a bunch of rockfish, I don't know. But I think, at that point, we already had our fish on ice for 3 or 4 days. 'We catch this, and we'll be in Juneau in a day or two.' Once you get into the inland waters, it was like 10 hours to Juneau, or so they said. A straight shot, basically." When he said this, how did everyone respond? "Basically, 'Good. Let's go and get it done.' There was anticipation. I'm sure we were all anticipating. It was not like it had been a total drag, but the things we could fix and get fixed in Juneau, like the generator, things that were causing us to do extra work all the time, were a pain. 'And after we're done with this, we're going to go putter around the inland waters, lay anchor, let somebody else deliver the shit, and when we're full go in and crab.' That's what we were looking for -- 100 bucks a day, guaranteed." Hundred bucks for each guy? "For whoever they were going to hire. I was hoping it was going to be me. I don't think Mike really cared at that point. And I was getting the impression that they didn't care for Mike, anyway." You were? "Yeah, but Mike probably would have done really good, just doing the tendering. It's set work. Just loading and offloading. Course, that's a side of Mike they never got to see." What side is that? "That the easy work that guarantees money, I'm sure Mike's not going to be bitching and moaning about that as he is fishing with no progress. He's just more verbal about it than anybody else."

Gig was saying that he couldn't take Mike's whining and told him to just shut the fuck up. When did that happen? "In the bait shed." What day? "Probably the final fishing day, Thursday." When you went back out. "Yup."

00687

Mark's going back, and we're getting ready to set more gear, Mike and Dave and I -- there was 3 of us doing it, lowering the fish down -- we had them set up aft, like the near-empty one, filling up what we had left, icing it, and then putting the cover on it, and then lowered the next one. Ideally, that was mostly done with the ice, but if it wasn't, then you had to pile on top of another one, put the fish in, use that ice and then keeping doing it. Pack some ice into their mouths, and then just lay them on top of each other, fill a layer of ice, lay them on top, another layer, then the linc cod, or whatever it was that you caught. But we hand it down to somebody, and they'd throw it to whomever was in the back, packing. Cause it was 15 feet. And then we'd be ready to do it again." And after 3:30 a.m.? "The fish was all packed. And about the time we got to where Mark wanted to set them, we'd set it up again. I'd say, probably, at least...I think Mark had said, 'Maybe we'll do one long one of 25.' Then he said, 'Shit, no, that's too long.' And I don't think we did. So, there were at least 5. You'd have to corroborate that with Gig, 'cause he would know better. But we kept fishing until 10 o'clock (a.m.). 10 or 11." You fished until 10 or 11, and how much fish did you pull in during that whole time? "All told, I think we had 7,000 pounds. Not counting the linc cod. We probably had 1,000 or more pounds of that." So, 7,000 pounds of rockfish, and another 1,000 or more pounds of linc cod bycatch. "Not just yelloweye; we had the smaller stuff -- rockfish of various sorts. The small tigers. That's where I really got to see them. Course, both work decks were all lit up, so you get to see all the different colors. And I'm stabbing them, of course."

And how did it feel pulling up all of these fish? "Good. Highly pleasing. I had no idea, mentally, trying to figure out what my cut was going to be -- it was going to be 12 percent. But, you know, more than $7,000 just for the rockfish, at least; if it was $1.25 or $1.50 a pound, I don't recall,...." You were doing the math in your mind at this point? "Yeah. It's not like you're not thinking of other things. But I think even Mike said, 'This is how the Min E could have produced if Phil had ever gotten off his ass.' And he fished like that, gotten a 6,000-pound limit in a day, even. It does happen." So Mike is suddenly upbeat now. "He's happy. Yeah. 'Fucking A!'" Tell me what the guys were saying. "They're going, 'Fucking A!' And like I said, Mark's doing the gaffe jig, dancing around and tossing them, and saying, 'There's another one! Yoo-hoo!' He's hooting. Still concentrating, though;. as I mentioned, he'd lost his gaffe. Came out with the fish and went down. It was a linc cod. He was pissed off. It was a stainless steel one, a nice one. I'm sure it cost him some money." How did he lose it? "He was getting the gaffe into a linc cod, a real wiggler, and it ripped it right out of his hands." Ripped it right out of his hands? "Yeah, both the fish and the gaffe went right over the side. 'Oh, fuck!' It's got to be a $50