Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>    Defendants. | Case No. 3:05-cv-00118 (TMB)<br><br>**STIPULATION FOR<br>EXTENSION OF PRETRIAL<br>DEADLINES** |

    Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate and agree as follows:

    1.    This case involves a number of different claims involving a variety of legal theories and claims for relief; more than 100 witnesses in locations around the United States (per the plaintiff's supplemental list of witnesses, though defendants reserve the

right to object to the same); and reams of documentation concerning everything from defendant Lewan's interviews for The Last Run to plaintiff Wiley's historical vessel repairs, fishing activities, and medical records. The parties have been diligently moving this case forward. Those efforts include substantial written discovery, voluminous ongoing production of documents, various third party discovery, and the scheduling of the first of a host of in-state and out-of-state depositions. Many key documents have only recently been produced, others are still being identified, and more still will be sought from third parties. The first depositions in the case are scheduled for April. Efforts to schedule depositions and interview witnesses are complicated by geography and by the need to accommodate the schedules of both witnesses and parties. The parties are also engaged in important motions practice that will shape the scope of future discovery.

3.  The deadline for expert witness reports is currently April 25, 2006, but the parties cannot assess the need for expert witnesses until substantial additional discovery has been completed. The parties anticipate that this additional discovery can be completed in two months. The parties therefore stipulate that the deadline for designation of expert witnesses and for expert reports is extended to June 26, 2006. The parties further stipulate that the deadline for designation of rebuttal expert witnesses and for their expert witness reports shall be July 26, 2006.

4.  The deadline for close of discovery is currently July 24, 2006. The extension of the deadlines for expert witnesses requires that the deadline for close of discovery also be extended. In addition, even without the extension of the deadline for

STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES - 2
87995v1 3960028-6

expert reports, it is apparent to the parties that they will require additional time to complete discovery in this case. The parties therefore stipulate and agree that close of discovery shall be extended to October 24, 2006.

5. The deadline for final witness lists is currently 30 days before close of discovery. Because of the number of witnesses in this case, it is appropriate for the parties to exchange final witness lists on a earlier date in order to insure sufficient time to complete any remaining depositions or interviews. The parties therefore stipulate that the deadline for final witness lists shall be 60 days before close of discovery.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

3/23/06
Date

By: s/ Jon S. Dawson
Jon S. Dawson, ABA # 8406022
Eric J. Jenkins, ABA# 0011078
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com
ericjenkins@dwt.com

C. MICHAEL HOUGH
Attorneys for Plaintiff

3/23/06
Date

By: s/ Michael Hough (consent)
C. Michael Hough, ABA # 7405022
3733 Ben Walters Lane, Suite 2
Homer, AK 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
mhough@xyz.net

STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES - 3
87995v1 3960028-6

Certificate of Service:

I certify that on March 23, 2006, a true and correct copy of the foregoing document was served electronically on the following party:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

/s/ Joyce Sheppard .
Joyce Sheppard

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399