Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00118 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION
OF PRETRIAL DEADLINES

This Court having considered the parties' Stipulation for Extension of Pretrial

Deadlines;

It is hereby ordered that the stipulation is approved.  The deadline for designation

of expert witnesses and for expert reports is extended to June 26, 2006.  The deadline for

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

1  designation of rebuttal expert witnesses and for their expert witness reports shall be July
2  26, 2006.  The close of discovery is extended to October 24, 2006.

3  Dated this _____ day of _____, 2006

4
5
6  _____
   The Timothy M. Burgess
7  U.S. District Court Judge
8
9
10 Certificate of Service:

11 I certify that on March 23, 2006, a true and correct copy
   of the foregoing document was served electronically
12 on the following party

13
   Michael Hough
14 3733 Ben Walters Lane #2
   Homer, Alaska  99603

15   /s/ Joyce Sheppard
     Joyce Sheppard
16
17
18
19
20
21
22
23
24
25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT - 2
ANC 88020v1 3960028-6