Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,                                 )<br>                                                              )<br>                      Plaintiff,            )<br>                                                              ) Case No. 3:05 - cv - 00118 (TMB)<br>vs.                                                        )<br>                                                              )<br>HARPER COLLINS PUBLISHERS, INC. )<br>and TODD LEWAN,                           )<br>                                                              )<br>                      Defendants.       )<br>_____ ) | |

### STIPULATION FOR CLARIFICATION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Phillip Wiley ("Wiley") through their undersigned attorneys of record, hereby stipulate and agree that the deadline for Lewan and Harper to file a reply to Wiley's Opposition to Motion to Dismiss Plaintiff's Claims for Public Disclosures of Private Facts, Intrusion Upon Seclusion, and Appropriation of Name and Likeness, which

by this Court's March 10, 2006 Order at Docket No. 52 was previously set at April 17, 2006, shall be changed to March 31, 2006.  The April 17, 2006 deadline was based on a stipulation that plaintiff's counsel had intended to file in the case of <u>Doyle v. HarperCollins Publishers, LLC</u>, Case No. 3:05-cv-00118 (TMB), and which extended plaintiff Wiley's deadline for filing an opposition to Lewan and HarperCollins' motion to dismiss in that matter to April 1, 2006.  Since plaintiff Wiley has already filed his opposition to the Defendants' motion to dismiss in this matter, the parties wish to clarify that Lewan and HarperCollins' deadline for reply shall be March 31, 2006, instead of the April 17, 2006 deadline previously stipulated by the parties and ordered by this Court.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

| 3/24/06 | By: s/ Jon S. Dawson |
|---|---|
| Date | Jon S. Dawson, ABA # 8406022 |

Eric J. Jenkins, ABA# 0011078
701 W. 8th Ave., Suite 800
Anchorage, AK  99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com
ericjenkins@dwt.com

STIPULATION FOR EXTENSION OF TIME TO REPLY TO
OPPOSITION TO MOTION TO DISMISS - 2
ANC 88030v1 3960028-6

|   |   |
|---|---|
|   | C. MICHAEL HOUGH |
|   | Attorneys for Plaintiff |
| 3/24/06 | By: s/ C. Michael Hough (consent) |
| Date | C. Michael Hough, ABA # 7405022 |
|   | 3733 Ben Walters Lane, Suite 2 |
|   | Homer, AK  99603 |
|   | Phone:  (907) 235-8184 |
|   | Fax:  (907) 235-2420 |
|   | mhough@xyz.net |

Certificate of Service:

I certify that on  March 24,  2006, a true and correct copy of the foregoing document was served electronically on the following party:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

   /s/ Joyce Sheppard
Joyce Sheppard

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

STIPULATION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION TO DISMISS - 3

ANC 88030v1 3960028-6