1    Jon S. Dawson

2    Eric J. Jenkins

    Davis Wright Tremaine LLP

3    701 W. 8th Avenue, Suite 800

    Anchorage, Alaska  99501

4    (907) 257-5300

5

    Attorneys for HarperCollins Publishers, L.L.C.

6      and Todd Lewan

7

8               IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ALASKA

10

11    PHILLIP WILEY,                       )

12                                    )

                   Plaintiff,      )

13                                    )   Case No. 3:05 - cv - 00118 (TMB)

    vs.                                   )

14                                      )

15    HARPER COLLINS PUBLISHERS, INC.    )

    and TODD LEWAN,                )

16                                    )

17                 Defendants.     )

    _____ )

18

19           [PROPOSED] ORDER GRANTING STIPULATION FOR

20   CLARIFICATION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION

                    TO MOTION TO DISMISS

21

22       This Court having considered the parties' Stipulation for Extension of Time to

23    Reply to Plaintiff's Opposition to Motion to Dismiss;

24       It is hereby ordered that the stipulation is approved.  Defendants HarperCollins

25

    Publishers, LLC and Todd Lewan shall have until March 31, 2006 to file a reply to

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

1  Plaintiff Phillip Wiley's opposition to the Defendants' Motion to Dismiss Plaintiff's

2  Claims for Public Disclosure of Private Facts, Intrusion Upon Seclusion, and

3

4  Appropriation of Name or Likeness.

5          Dated this _____ day of _____, 2006

6

7                                                    _____

8                                                    The Honorable Timothy M. Burgess
                                                     U.S. District Court Judge
9

10

11

12  Certificate of Service:

     I certify that on  March 24, 2006, a true and correct copy
13  of the foregoing document was served electronically
     on the following party
14

     Michael Hough
15  3733 Ben Walters Lane #2
     Homer, Alaska  99603
16
        /s/ Joyce Sheppard
17       Joyce Sheppard

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO
REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS - 2

ANC 88034v1 3960028-6