IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARPER COLLINS PUBLISHERS, INC. ) <br> and TODD LEWAN, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05 - cv - 00118 (TMB) |

<u>ORDER GRANTING STIPULATION FOR
CLARIFICATION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION
TO MOTION TO DISMISS</u>

This Court having considered the parties' Stipulation for Extension of Time to Reply to Plaintiff's Opposition to Motion to Dismiss;

It is hereby ordered that the stipulation is approved. Defendants HarperCollins Publishers, LLC and Todd Lewan shall have until March 31, 2006 to file a reply to Plaintiff Phillip Wiley's opposition to the Defendants' Motion to Dismiss Plaintiff's Claims for Public Disclosure of Private Facts, Intrusion Upon Seclusion, and Appropriation of Name or Likeness.

**Dated this 28th day of March, 2006.**

/s/ Timothy M. Burgess
The Honorable Timothy M. Burgess
U.S. District Court Judge

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399