IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>               Plaintiff,<br><br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>               Defendants.<br>_____ | )<br>)<br>)<br>) Case No. 3:05-cv-00118-TMB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING STIPULATION FOR EXTENSION
OF PRETRIAL DEADLINES

This Court having considered the parties' Stipulation for Extension of Pretrial Deadlines;

It is hereby ordered that the stipulation is approved. The deadline for designation of expert witnesses and for expert reports is extended to June 26, 2006. The deadline for designation of rebuttal expert witnesses and for their expert witness reports shall be July 26, 2006. The close of discovery is extended to October 24, 2006.

Dated this  29  day of   March  , 2006

      /s/ Timothy M. Burgess
      The Timothy M. Burgess
      U.S. District Court Judge