**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>                                    Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>                                    Defendants. | PLAINTIFF'S MAY SUPPLEMENTAL INITIAL DISCLOSURES<br><br><br><br>Case No. 3:05 – cv – 00118(TMB) |

Plaintiff, Phillip Wiley, by his attorney, Michael Hough, makes his May supplemental initial disclosures under Civil Rule 26(a), as follows:

**A. The name, and, if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

1. John Michael Kittross      EXPERT WITNESS
   14314 Phinney Avenue North
   Seattle, WA 98133-6849
      (206)365-3905

Mr. Kittross is an expert witness regarding ethics and practices within publishing and other mass media regarding defamation and invasion of privacy issues.

He will testify regarding the procedures and standards used or which should be used by publishers regarding defamation and invasion of privacy in its four sub-parts, both before a book is published, as well as once the publisher is aware of objections of people named in a manner claimed to be defamatory or invasion of privacy in its four or more forms. He will not duplicate areas of expert testimony provided by Dr. Lashner.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

Plaintiff's May Supplemental Initial                                                                 Page 1 of 2
Disclosures
Wiley v. HarperCollins et al.
Case No.: A05-118CV (JKS)

DATED this 30th day of May, 2006.

                                    s/Michael Hough
                                    MICHAEL HOUGH/ABA #7405022
                                    Attorney for Plaintiff Wiley

### CERTIFICATE OF SERVICE:

The undersigned hereby certifies and affirms that on the 30th day of May, 2006, a true and correct copy of the foregoing document was served electronically upon:

Jon Dawson
Davis Wright Tremaine, LLP
701 W. 8th Ave., Suite 800
Anchorage, AK  99501

By:   s/Michael Hough
H:\Docs\Wiley\wileylibelinidisc2.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420