

Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PHILLIP WILEY,                              )
                                           )
                    Plaintiff,             )
                                           )     Case No. 3:05 - cv - 00118 (TMB)
vs.                                        )
                                           )
HARPER COLLINS PUBLISHERS, INC.            )
and TODD LEWAN,                            )
                                           )
                    Defendants.            )
_____)

NOTICE OF FILING EXCERPTS OF THE DEPOSITION
OF MIKE DECAPUA

Attached hereto are true and correct copies of excerpts from the deposition of

Mike DeCapua, taken on April 12, 2006.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this ___7th___ day of June, 2006

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants


By: ___s/ Jon S. Dawson_____
        Jon S. Dawson, ABA # 8406022
        Eric J. Jenkins, ABA# 0011078
        701 W. 8th Ave., Suite 800
        Anchorage, AK  99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        jondawson@dwt.com
        ericjenkins@dwt.com

Certificate of Service:

I certify that on June 7, 2006, a true and correct copy
of the foregoing Notice of Filing Deposition Excerpts
was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

___s/ Janet Eastman_____
Janet Eastman

NOTICE OF FILING EXCERPTS OF THE DEPOSITION OF
MIKE DECAPUA - 2
ANC 89232v1 3960028-6

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF ALASKA
 3     PHILLIP WILEY,                          )
                                               )
 4              Plaintiff,                      )
                                               )
 5          vs.                                )
                                               )
 6     HARPER COLLINS PUBLISHERS, INC. and     )
       TODD LEWAN,                             )
 7                                             )
                Defendants.                     )
 8     _____)
       Case No. 3:05 - cv 00118 (TMB)
 9
10            VIDEOTAPED DEPOSITION OF MIKE DECAPUA
11                 Pages 1 - 209, inclusive
12           Wednesday, April 12, 2006, 9:58 a.m.
13                   Anchorage, Alaska
14             Taken on behalf of the Defendants
                             at
15           Law Offices of Davis Wright Tremaine
                701 West 8th Avenue, Suite 800
16                   Anchorage, Alaska
17
18
19
20
21
22
23
24
25
```

Page 18

1  employer?
2      A. Yeah. Salmon. That's his only permit,
3  salmon. That's trolling.
4      Q. You expect to be fishing for him this
5  year?
6      A. Well, ostensibly. See, there is another
7  guy I'm going to fish with because he makes more
8  money than Frank does, but I haven't told Frank that
9  I'm not going to fish with him yet. Frank is
10  looking forward to my fishing with him. We get
11  along great. I love Frank. He's a great guy, but
12  he doesn't produce much seafood, and I get paid by
13  the pound, so I'm going with another guy who does
14  produce a lot of seafood so, you know -- but I
15  haven't told Frank that this is happening yet.
16      Q. Sure. Who is the guy that does produce?
17      A. Mike Eells is his name. Mike Eells.
18  E-E-L-L-S. Him and his -- his brother is Art Eells.
19  He's a good fisherman, too. They speak salmon very
20  well.
21      Q. So it's fair to say that as a crewman, you
22  go where the fish are?
23      A. I try to, yeah.
24      Q. And so it's not at all unusual for a
25  fisherman to leave a captain who is not a highliner

Page 19

1  in favor of one who is?
2      A. Uh-huh.
3      Q. And that just reminds me. You have to say
4  yes or no for her.
5      A. Oh, yes. Okay. For her.
6      Q. For her benefit. So that was a yes?
7      A. Yes, affirmative, yes.
8      Q. Thanks. When did you first fish for Phil
9  Wiley?
10      A. I think it was '88 or '89. I believe it
11  was the year of the oil spill, I think. I started
12  with him -- it was during rockfish. Phil -- Phil
13  and I fished every week for a long time. I was with
14  him for quite a -- you know, for a few years. And
15  we would go through deckhands. When we got to town,
16  a guy would quit and we would have to find somebody
17  else, and then he would quit and we -- you know,
18  just -- but I made good money with Phil. Phil was a
19  producing fisherman, and I like longlining, so I
20  mean, I stuck with Phil.
21      And he would come up to my house and do
22  laundry, take a shower. My ex-wife Robin, her two
23  daughters and our son Mario were living on Wolf
24  Drive in Sitka at the time. He was tied up right
25  down the bottom of the hill from my house, so very

Page 20

1  convenient. Yeah.
2      Q. How long a stretch did you fish for Phil?
3  You said --
4      A. For about three years; three to four, I
5  think, yeah.
6      Q. Where did you go after that?
7      A. Sig Rutter, the Lois D.
8      Q. So that would have been, say, '93? Does
9  that sound about right?
10      A. Yeah, yeah, '93.
11      Q. And how long were you with Sig after '93?
12      A. Till I got arrested in '95. And then when
13  I got out of prison, '97, I went back with him
14  again. But then he got the IRS letter and -- and
15  when you get the IRS and child support letter, I got
16  to quit.
17      Q. So you stayed with Sig until you were
18  arrested in '95?
19      A. Yeah.
20      Q. And you went back to work with Sig when you
21  got out?
22      A. I went back to him when I got out of
23  prison, yeah.
24      Q. And that was?
25      A. '97. '98. No, '97. I got out in '97.

Page 21

1  July of '97 I got out.
2      Q. You said Sig got a letter from the IRS?
3      A. Yeah, saying that, you know, they wanted
4  whatever paycheck I had coming and half of anything
5  in the future for child support and the IRS, so --
6      Q. And did he let you go or did you leave?
7      A. Well, he told them that he can't in good
8  conscious take me out for half share when you are
9  risking your life as we do fishing. So --
10      Q. So he felt like he had to let you go?
11      A. Yeah, because, you know, you can't expect a
12  guy to put full share effort for half share pay.
13      Q. That would have been late '97, '98?
14      A. '98, yeah.
15      Q. Now, you -- you -- I understand you fished
16  for Wiley in January of '98. Would your last work
17  for Sig have been before or after that brief time
18  with Phil in January of '98?
19      A. Before.
20      Q. Okay.
21      A. Yes, I was only in '98 with Phil. I made
22  one trip with Don Koston and then one trip with Bob
23  Doyle and Phil. And then Bob found out about the
24  job on the La Conte, and we went on the La Conte.
25  But Phil wasn't -- he wasn't leaving the dock, you

MIKE DECAPUA

Page 22

1  know what I mean? He was staying in town, you know,
2  waiting for weather. He used to be much more
3  aggressive, but, you know, he's -- I don't know. I
4  don't think he needed the money as bad as when I
5  fished with him prior. We would leave -- if it was
6  blowing 40, we would still go fish. It didn't
7  matter, you know.
8      But back then, see, black cod was open access.
9  You know, you buy a permit. And it was before IFQs.
10  When IFQs come out, you don't have -- they would
11  call an opening, and you don't care what the weather
12  is doing, it's open. You know what I mean? And the
13  price of fish is high, so you go and fish. You
14  don't -- you don't worry about what the weather
15  says. It's too bad. The weather sucks, that's just
16  the way it goes. We got no choice. It's open now,
17  we got to go catch them now while the law allows us,
18  you know. If the weather is bad, it sucks. Too
19  bad. You want to make money or not? So --
20      But in '98, see, he had -- IFQs are already
21  allocated. The rockfish was -- you know, he -- we
22  were waiting on weather.
23      Q. You said you did make two trips, though?
24      A. Yeah, yeah. We went out -- but see, we
25  didn't -- we didn't go. We sat at anchor and waited

Page 23

1  in the bay, you know, because the weather was bad.
2      Q. Did you -- do you remember catching much on
3  those two trips?
4      A. No, not much at all. It was just -- we
5  only -- I think we sold about 3,000 pounds, which
6  for Phil was a pretty small trip. I mean, usually
7  he gets his limit, you know. And rock fishing,
8  there used to be -- the limit was 7,000 pounds
9  outside in front of Sitka was the week limit. You
10  are allowed 7,000 pounds of rockfish every week.
11  Most of the time Phil got his pounds, most -- the
12  time that I fished with him those three years. Most
13  of the time whenever we left the dock, he caught his
14  fish.
15      Q. So you are talking about back when you
16  fished with him in the early '90s?
17      A. Yeah.
18      Q. Do you have -- you don't actually know how
19  well he was doing, though, after you left his
20  employment?
21      A. I don't know.
22      Q. Okay.
23      A. Huh-uh.
24      Q. So you don't know how he performed, say,
25  after 1993 until you fished with him again?

Page 24

1      A. Huh-uh, just, yeah, till the two trips we
2  made with him.
3      Q. You said on one of those trips you went
4  with Doyle, and you said you went with somebody else
5  on another trip.
6      A. Yeah, Don Koston. That was before --
7  before I went with Bob Doyle.
8      Q. And how do you --
9      A. K-O-S-T-O-N.
10      Q. Thank you.
11      A. He's the ice man at Seafood Producers
12  Cooperative. He had always wanted to try a trip,
13  you know, but he didn't want to stick with it.
14      Q. Is it possible that on one of your trips
15  with Doyle that you guys brought in as little as 100
16  pounds; is that possible?
17      A. Yeah, yeah. Several hundred. It wasn't
18  much. It was really small -- I mean, there wasn't
19  any paycheck. We just covered our cigarette -- you
20  know --
21      Q. Is it possible on a second trip you only
22  brought in, say, 2- to 3,000 pounds?
23      A. Yeah. Might even be less than two.
24      Q. All right.
25      A. That's why we -- we went on the La Conte.

Page 25

1      Q. You went to the La Conte because?
2      A. Well, we -- hoping for -- to get a trip,
3  you know.
4      Q. To catch more fish?
5      A. Yeah. I like schooners. The La Conte was
6  a schooner. I prefer a schooner over a troller,
7  having my druthers. It -- you know, it's a
8  schooner. That had a little tip of the scale there
9  was it's a schooner more so than a troller.
10      Q. Now, you mentioned back when you fished
11  with Phil back in '89 through '93 or so you said he
12  went through a lot of deckhands.
13      A. Yeah, because we kept going -- we went
14  right back out. We would come in and unload, take a
15  couple days off, and then go right back out again on
16  a trip, another trip. You know, he was hungry.
17      Q. And why wouldn't crew stay with him?
18      A. He's a strange guy, hard to get along with.
19      Q. What made him strange?
20      A. He's a peculiar person, you know. He's
21  hard to get along with. He would question the way
22  you put on your sweatshirt. You know, just --
23      Q. Did he have difficulty getting crew?
24      A. No. He paid fair, you know. We made good
25  money, but --

MIKE DECAPUA

Page 30

1  something, too, because that's how my daughters
2  found me. The Reader's Digest article he wrote,
3  that's how my daughters found me, through the
4  Reader's Digest article. So I kind of felt
5  obligated to him.
6      Q. So the article had already been published
7  before he contacted you?
8      A. Yeah. My daughter's high school teacher is
9  married to a former FBI agent, and he finds people.
10  And they couldn't find me. But when the article
11  come out, my daughter showed it to my ex-wife. My
12  ex-wife read the article and said that's probably
13  him. So at Sitka, Alaska, she called Sitka and they
14  said -- Gigi Mork, one of the guys on the boat with
15  me -- the police told my daughter we don't know
16  where Mike is, but we know he's around. We know
17  he's about somewhere around town, but we don't know
18  where he is right now. But we have Gigi's phone
19  number. So he gave her Mr. Mork's phone number and
20  she called Gigi, and Gigi said I can find him. So
21  he give me her number and, bingo, now I got my kids
22  again.
23      Q. So as a result of that, you were willing to
24  speak with Mr. Lewan?
25      A. Yeah, yeah. You know, I felt some

Page 31

1  obligation to him as a result of finding my
2  daughters.
3      Q. And did Mr. Lewan tell you he was going to
4  be working on a book?
5      A. Yeah, I think so. I mean, to the best of
6  my knowledge, it was a -- it was, you know, a book.
7      Q. Did Mr. Lewan compensate you in any way in
8  connection with whatever you had to say to
9  Mr. Lewan?
10      A. No, no.
11      Q. Did Mr. Lewan make any promises or anything
12  like that in connection with --
13      A. No. No, he didn't say. It was never
14  discussed.
15      Q. But you were willing to talk with him in
16  part because, as a result of his article, you had
17  been reunited with your kids?
18      A. Yeah.
19      Q. How many interviews did you have with
20  Mr. Lewan?
21      A. Three or four, I think, at the -- we would
22  have breakfast at SheeAtika Westmark restaurant. He
23  paid.
24      Q. And that was where?
25      A. Westmark SheeAtika in Sitka.

Page 32

1      Q. So these interviews would be over
2  breakfast?
3      A. Yeah, and he had the tape deck out on the
4  table.
5      Q. So the interviews were recorded?
6      A. Yeah.
7      Q. Do you remember how long the interviews
8  were, on average?
9      A. Hour. I don't think any of them went
10  longer than two.
11      Q. Okay.
12      A. There was day, day, day, day, but I'm not
13  sure exactly how many. But more than two.
14      Q. And when you spoke with Mr. Lewan, did you
15  try to, you know, answer his questions as truthfully
16  and completely as you could?
17      A. Yeah, with frankness.
18      Q. Did you end up reading The Last Run?
19      A. Yeah, finally I did, last summer. I think
20  last summer. Yeah, I guess it was last summer I
21  read it. No, summer before last.
22      Q. So the summer of 2000 --
23      A. '5.
24      Q. '5?
25      A. Yeah, 2005, I think. I had my picture in

Page 33

1  Playboy. That's what -- so I read the book. They
2  had an excerpt. A buddy of mine had a copy of it,
3  and I went ahead and read it.
4      Q. So summer of 2005 you read the book, and
5  that was after you saw the article?
6      A. Yeah. I was walking down the dock and my
7  buddy said, hey, you are in Playboy. What the hell?
8  No. Really. He showed me. See, you are in -- they
9  had my picture in there, too, of all things. So
10  I -- he happened to have a copy with him, so he let
11  me read it.
12      Q. What I'd like to do now, Mr. DeCapua, is
13  have you take a look at some excerpts of the
14  interviews that you did with Mr. Lewan. And I think
15  the easiest way to do this is we will go ahead and
16  mark this as an exhibit and we will go off record
17  and give you some time to look through. They are
18  not very long. It's just a few pages. They are
19  excerpts. We will let you review that off record
20  and then we will go back on record.
21      A. Okay.
22      MR. DAWSON: Let's mark that as Exhibit 14.
23  We will try to go sequentially here.
24      (Exhibit No. 14 marked.)
25  BY MR. DAWSON:

9 (Pages 30 to 33)

MIKE DECAPUA

Page 34

1    Q. Exhibit 14. And I'm handing you Exhibit
2  14. And we are going to go off record now to give
3  you an opportunity to do that at your leisure.
4    (Off the record.)
5  BY MR. DAWSON:
6    Q. Mr. DeCapua, while we were off record, I
7  realized that one of the pages that I need to have
8  you look at was inadvertently left out of the
9  exhibits, so I'm inserting that now. It's page
10  Bates stamped 03789. And I've put that into the
11  document. I'm going to now fix the copy that Mr.
12  Hough has.
13    MR. HOUGH: Thanks.
14    MR. DAWSON: Thank you. And now we will go
15  back off record and let you continue your reading.
16    (Off the record.)
17  BY MR. DAWSON:
18    Q. Mr. DeCapua, Exhibit 14 consists of some
19  excerpts from interviews that you had with
20  Mr. Lewan. And just to make sure that the record
21  reflects the contents of Exhibit 14 as far as the
22  physical papers, I'm going to go through the Bates
23  numbers at the bottom of each page. The Bates
24  number is the little number in the lower right-hand
25  corner there.

Page 35

1    A. 03747.
2    Q. Exactly. 03747 is page 1 of that exhibit.
3  Page is 2 of the exhibit is 03777. Page 3 of
4  Exhibit 14 is 03784. Page 4 of Exhibit 14 is 03788.
5  Page 5 is 03789. And page 6 is 03791. Is that
6  correct?
7    A. Okay.
8    Q. And my question is just whether these
9  excerpts are an accurate transcription of those
10  portions of your interview with Mr. Lewan that are
11  reflected in these excerpts.
12    A. I think so.
13    Q. Any reason to believe that they are not?
14    A. No.
15    Q. All right. Does it help refresh your
16  recollection as to --
17    A. Yeah, somewhat.
18    Q. Okay. I want to direct your attention to
19  the third page of Exhibit 14. And let me -- I'm
20  going to mark a portion of that just to make it easy
21  for you to see what I'm focusing on. One second.
22  Let me borrow your exhibit for just a moment. And
23  I've marked on page 3 of the exhibit, which is Bates
24  stamped 03784, I've indicated a section that is
25  on -- on that document there is a -- it shows a page

Page 36

1  9. And I have indicated the lines 8 through 16. Do
2  you see where I've done that?
3    A. Yeah.
4    Q. And I'm just going to ask you a couple
5  questions about that section. You will see there it
6  indicates that you told Mr. Lewan that Phil didn't
7  care much if he fished much or not.
8    A. That was that January.
9    Q. Correct.
10    A. Yeah, uh-huh.
11    Q. January of 1998?
12    A. Yeah.
13    Q. And my question is: Why was it that Phil
14  didn't care much?
15    A. Well, see, he had his bills covered. The
16  IFQ thing was -- you know, they had -- they
17  dispersed the pounds, and he invested in halibut and
18  cod, and he had his Chatham license. Well, he gets
19  halibut and black cod by allocation every year and,
20  you know, all his -- his living expenses are met.
21  You know what I mean? He didn't really have to go
22  do rockfish so much anymore, you know.
23    Q. So his incentive for fishing was just less?
24    A. Yeah. And, you know, a guy gets older,
25  too, more tired and -- but --

Page 37

1    Q. Sure. Continuing on in that same section,
2  you make the comment to Mr. Lewan he likes to
3  keep -- that is Mr. Wiley likes to keep me hanging
4  on without letting me make money. Is that in
5  reference to the fact that the boat wasn't pulling
6  in much?
7    A. Yeah, right then, you know, that
8  particular --
9    Q. Right.
10    A. Like the rockfish thing, see, we went out,
11  and he fished this one particular trip, Doyle and
12  I -- well, Don Koston and I were with him. So we go
13  out and we get, like, 1,000 pounds, 1,200 pounds.
14  We covered the fuel bill, we covered the food bill,
15  and then we ran in and we anchored up and sat at
16  anchor for the next three days, and then we went
17  into town and unloaded. You know, it was enough
18  fish to cover the fuel costs and the bait costs, but
19  there was nothing for crew shares, you know; whereas
20  we fished that one day. You know what I mean? We
21  fished one day, but we didn't fish the next day and
22  the next day and the next day. And the three days
23  we sat at the anchor, it was -- it was nicer weather
24  than -- you know what I mean -- than when we fished
25  through that one day, you know.

MIKE DECAPUA

---

Page 38

1   Q. All right. Is it fair to say that for
2  that -- on that particular occasion you might have
3  worked 30 hours for that small catch?
4   A. Well, see, it was snap-on, the gear. It's
5  not conventional gear at this particular trip I'm
6  talking about. It's pretty easy gear to operate,
7  you know. Bait the hook and lay it down. It's not
8  like -- it's a hassle baiting stuff. There is a lot
9  of work involved, longlining, anyway; but with
10  snap-on gear it's a lot easier work. So I didn't
11  mind so much because we were snap-on fishing at this
12  particular trip. So -- but I don't -- I wouldn't
13  say -- probably 16, 17 hours, you know, of work,
14  running the gear and hauling it and --
15   Q. Sure. Do you remember being interviewed by
16  Mr. Wiley's investigator?
17   A. Uh-huh. Last year? That was -- right,
18  last year you are speaking about?
19   Q. Do you remember telling him that you didn't
20  feel too good about that trip because you had worked
21  30 hours and there was nothing to share? Do you
22  remember telling him that?
23   A. Something along those -- you know, yeah.
24  I'm not sure exactly how many hours, but it was --
25  there was no crew share in it. But, you see, we

---

Page 39

1  were -- we were at anchor in weather that was -- you
2  know, we fished -- the day we fished, the weather
3  was worse than the time that we sat at anchor.
4  That's the part, you know, that proved to be a
5  pisser, you know, because --
6   Q. So you may have been on the boat for days?
7   A. Yeah, we were on the boat for, like, three
8  days waiting for the weather to break to go get
9  fish, to go out and set the gear. And it never did
10  break. But the first day where we did fish, it was
11  shittier weather than -- you know what I mean? We
12  did fish that day. We got some fish on the boat,
13  enough to cover the cost of the food and the fuel
14  and the -- so now nobody is losing money, but nobody
15  is making money, either.
16   Q. So for several days of being on the --
17   A. Yeah, we just waited on the anchor for
18  that -- for the blow to go over, and then, now we
19  got to get rid of the fish because they are four
20  days old. They're no longer fresh. So you got to
21  get into town and sell them.
22   Q. You have to let me finish my question now.
23  So for at least three days of fishing you basically
24  didn't make any money as a crewman?
25   A. Yeah, but we only fished the one day.

---

Page 40

1   Q. But you were on the boat for three?
2   A. We were on the boat, yeah, but there is --
3  yeah, you are on the boat for four days. But like I
4  say, we are waiting to fish for that period.
5   Q. And is it possible that you told
6  Mr. Wiley's investigator that you had worked for 30
7  hours on that occasion?
8   A. It's -- it's quite possible, yeah.
9   Q. Okay. Is it true that you suggested to
10  Mr. Lewan that you believe that one of the reasons
11  Phil just fished enough to sort of pay his bills
12  when you were on the boat was because Mr. Wiley had
13  never gotten over a incident --
14   A. Yeah, we had a -- something happen between
15  us.
16   Q. Involving crew share?
17   A. Involving a retro check and --
18   Q. I'm going to get into that a little bit
19  later, but that's one of the reasons why you thought
20  he --
21   A. That's why I -- that's why I thought he was
22  handling it that way when I was on the boat with
23  him.
24   Q. All right.
25   A. Yeah.

---

Page 41

1   MR. HOUGH: Can we just have the record
2  indicate which time he's talking about when he's on
3  the boat with him, if it's the '98 trip or if it was
4  back in '92 or whatever?
5   THE WITNESS: It's -- well, the specific
6  incident I'm thinking of would be in '92, the
7  particular -- but the '98 trip --
8   MR. HOUGH: Is referencing back?
9   THE WITNESS: Yeah, but I was explaining --
10  the way he handles it when I'm on the boat in
11  the '98 trip was because of something that happened
12  in '92 or '3 or something.
13  BY MR. DAWSON:
14   Q. Was that the only occasion that you felt
15  like he may be fishing less because of your presence
16  on the boat, or were there other occasions where you
17  felt that --
18   A. No. That was the only time. I mean, that
19  was the only --
20   Q. Do you recall a conversation with Mr. Doyle
21  when you were on the La Conte out on the Fairweather
22  grounds -- do you remember a conversation with
23  Mr. Doyle where you said this is how the Min-E could
24  have produced if Phil had gotten off his ass?
25   A. I don't think so because we didn't catch

MIKE DECAPUA

Page 42

1  anything up there.
2      Q. This is when you were on the La Conte?
3      A. Yeah, but we didn't really -- we only got
4  one set back, and there wasn't a whole lot of fish
5  on it. I mean, Bob was kind of impressed, and the
6  line did float a little bit. We didn't really catch
7  much fish out there.
8      Q. Is it possible that you might have said
9  that --
10     A. Something like that, perhaps.
11     Q. Mr. Doyle indicated to Mr. Lewan that Phil
12  was not willing to go out in any kind of weather.
13  Is that a fair statement about Phil, at least in
14  the '98 time period?
15     A. That January, yeah, he didn't -- those two
16  trips we went with him, he -- he wasn't, you know,
17  too hungry and eager.
18     Q. Okay. So it's fair to say the boat wasn't
19  pulling in much?
20     A. No, we had -- we didn't have much fish that
21  particular two trips there.
22     Q. So that -- it's correct to say it wasn't
23  pulling in much?
24     A. Yeah, right, at that particular time.
25     Q. I'm going to mark another section of

Page 43

1  Exhibit 14 here for you to take a look at with me.
2  And I'm going to ask you some questions about it.
3  On the first page of Exhibit 14, I've marked a
4  section of the document that starts with -- on that
5  document, there is a page 94 and a page 95. I've
6  marked a section that begins with line 25 at page 94
7  and continues down to line 10 of page 95. Do you
8  see that section?
9      A. Yeah.
10     Q. I'm just going to ask you a couple
11  questions about that. You previously indicated that
12  Mr. Wiley could be hard to get along with, that
13  he -- earlier today you said that he could be a
14  strange guy.
15     A. Uh-huh.
16     Q. Is this one of the reasons why he had
17  difficulty keeping crew?
18     A. At times.
19     Q. Okay. And does that -- does a skipper's --
20  does his treatment of crew and the way he behaves,
21  is that something that's generally known amongst
22  crew in a given area; in Sitka, for instance?
23     A. Yeah, yeah.
24     Q. So that wouldn't have been a secret; people
25  would know what kind of a person Phil was?

Page 44

1      A. Uh-huh.
2      Q. Now, in lines 8 through 10 of the section
3  there that I indicated, you made the comment to
4  Mr. Lewan that, "It takes a lot of kissing for his
5  ass, you know?" What does it mean to -- when you
6  use it like that, what do you mean when you say to
7  kiss somebody's ass; what does that mean?
8      A. Do what they want you to do, you know.
9  To --
10     Q. Is that how most -- most folks that you
11  know would interpret that statement?
12     A. I guess.
13     Q. What is it that makes Phil hard to get
14  along with?
15     A. Well, he had an injury a long time ago, and
16  he has a lot of pain, you know, physical pain when
17  he moves about. And you know, the discomfort is
18  evident. Also, like I say, he's kind of -- there is
19  behavioral quirks in that guy, you know.
20     Q. What kind of behavioral quirks?
21     A. Like I say, he was -- he says, do you have
22  to put your sweatshirt on that way. You never know
23  what's he going to say, you know.
24     Q. And you said previously he didn't -- he
25  didn't like people to drink?

Page 45

1      A. Uh-huh. He don't like it if you are
2  drinking.
3      Q. You didn't drink on board, though?
4      A. No, I didn't drink on his boat.
5      Q. I'm going to mark another section here in
6  just a moment. Mr. Lewan -- according to
7  Mr. Lewan's interviews with Mr. Doyle, Doyle said
8  that you are pretty loose with some pretty colorful
9  language.
10     A. Okay.
11     Q. And I don't want to be offensive to you or
12  anybody else, but he said that you used the word
13  cocksucker on a fairly frequent basis; is that a
14  fair statement?
15     A. Yeah, I guess so.
16     Q. And that's pretty common for fishermen
17  everywhere, right?
18     A. Okay.
19     Q. No. I'm asking. Is that pretty common?
20     A. Yeah.
21     Q. And it's possible that you might even have
22  used that term in connection with something you
23  might have said about Mr. Wiley.
24     A. Okay.
25     Q. It's a question. Is it possible that you

12 (Pages 42 to 45)

MIKE DECAPUA

Page 46

1 might have done that?
2     A. Yeah.
3     Q. Do you remember telling Mr. Wiley's
4 investigator that it's -- it's not uncommon for Phil
5 to have to find new crew?
6     A. It's not, so I mean, I could --
7     Q. So you may well have told him that?
8     A. Yeah.
9     Q. Is it possible you said that's no big thing
10 to lose crew, at least not for Mr. --
11     A. Well, I don't know. It's not a big deal
12 for anybody to lose crew. I mean, everybody goes
13 through it.
14     Q. And what happens when you lose crew; what
15 do you do?
16     A. Turn around, there is another guy walking
17 up the dock, you know.
18     Q. Now I want to get to something that we
19 mentioned briefly earlier, and I told you we would
20 talk about it later, and that's the retro pay
21 incident.
22     A. Okay.
23     Q. I'd like you to tell me just sort of in
24 your words what that was all about. Just --
25     A. We sold black cod. We had some found gear

Page 47

1 that was lost, and we found gear on a previous year.
2 And then we lost gear that was found. See, we
3 hooked up on another trip and we hauled it aboard.
4 So this is free gear. Well, we lost gear and it was
5 deducted off the gross of the trip, this found gear
6 that was lost. And then the retro checks came out,
7 and we never got our retro, the crew.
8     So I approached Phil and said, you know, where
9 is my retro check. Me, myself, I don't give a shit
10 if you are not getting your pay. I'm not worried
11 about you getting or you getting your money. I'm
12 worried about me getting my money. I got a wife and
13 kids to feed. I want my paycheck. That's all I'm
14 caring about. So I went to see him alone and I
15 said, you know, I don't care you what you do with
16 these other guys. You keep their money all you
17 want. That's not a problem to me. My problem is
18 you are keeping my money and I'm getting angry about
19 it.
20     So I want -- and he says, well, I'm not paying
21 you. So I figured how the hell can I, you know, get
22 back at the son of a bitch because he's keeping my
23 money. You know what I mean? So I started calling
24 every insurance company I could find, and finally
25 someone was willing to talk to me. And he said we

Page 48

1 can't tell you if we are his insurance carrier, but
2 I will tell you I'm interested in whatever
3 information you may have. So I told them that the
4 boat -- the mast had been working and the rails were
5 working, and when you are out fishing in heavy
6 swells, you can see the mast and the rails working.
7 And this could be damaging. So next thing I see,
8 he's up on the ways at Allen Marine at the yard, you
9 know.
10     Q. Okay. Let me ask you a couple questions.
11     A. Okay.
12     Q. When -- when Mr. Wiley was -- when you were
13 talking with Mr. Wiley about the retro check, your
14 concern was that the -- the value of the lost gear
15 had been deducted off the gross receipts of the
16 vessel, is that correct?
17     A. Uh-huh. But, see, that had already been
18 settled. Now, he said that there is no retro check
19 because gear was lost. But the gear had already
20 been deducted. It had already -- that's -- last
21 spring we had that little thing out. Okay. So now
22 this -- you know, the check that was issued later in
23 the year, that's the one I'm concerned with because
24 we already settled that. You know, that's back --
25 that's already settled. We have taken care of that.

Page 49

1 But this check is the one I want my piece of
2 because -- you know, that's the one he owes us on.
3 I know the cold storage issued a check, and I know
4 he got one. And you know --
5     Q. So this was -- what was the name of the
6 cold storage; do you remember?
7     A. Sitka Sound Seafoods. I believe it was
8 Sitka Sound Seafoods. It would have either been
9 them or SPC, Seafood Producers Cooperative. He sold
10 to them, too.
11     Q. So instead of giving you a retro check, he
12 said --
13     A. No.
14     Q. And he said no, and he said it was because
15 you have lost gear?
16     A. Uh-huh.
17     Q. And this was gear that he found to begin
18 with?
19     A. Yeah.
20     Q. He didn't give anybody a retro check on
21 that vessel?
22     A. On that trip, none of us got our check.
23     Q. Do you remember how many crew were on that
24 trip besides you?
25     A. There were four of us: Brad Kielman, Rob

13 (Pages 46 to 49)

MIKE DECAPUA

Page 54

1  and Brad had other things going, and they just
2  didn't want to show up and do the work, you know.  I
3  didn't mind doing it myself with Phil, but they
4  didn't want to show up, and he resents that.  I
5  mean, you know, you pay somebody to do the job, you
6  want them to do the job, right?  Well, they don't
7  want to show up to do the job because they are
8  figuring we already got paid and we are not going to
9  get paid any more.  So there is --
10     Q.  Now, did -- had the retro -- had the retro
11  check incident happened before or after they didn't
12  show up?
13     A.  After.  See, the -- they didn't show up on
14  the trip, you know, after we lost the gear.  We
15  still had a half a set out.  They never came back
16  and finished at that trip, which led Phil to keep
17  the retro check because they didn't come back and
18  finish their job, see.
19     Q.  I thought you said Phil told you he kept
20  the retro check because of lost gear.
21     A.  Well, yeah, but he wasn't going to give
22  them the retro check because they didn't come back
23  and finish the job, too.  But the lost gear was
24  the -- you know --
25     Q.  But did you come back and he still --

Page 55

1     A.  Yeah, I did.  I came back, and me and him
2  went out and hauled that set.  We got that half a
3  set back.
4     Q.  And he still wasn't willing to give you the
5  retro check?
6     A.  No.  He still wasn't going to pay me money,
7  so --
8     Q.  And you told Mr. Lewan essentially this
9  same story, correct?
10     A.  Yep, pretty much.
11       MR. DAWSON:  It's 11:45.  Would this be a
12  good time to take a break?
13       MR. HOUGH:  Sure.
14     (A break was taken.)
15  BY MR. DAWSON:
16     Q.  Mr. DeCapua, when we broke we had been
17  discussing the incident involving crew shares and
18  your call to an insurance company.  You made mention
19  of the fact that you had informed the insurance
20  company that the masts and rails were working.  The
21  word you used was working.
22     A.  Uh-huh.
23     Q.  What does working mean?
24     A.  Well, you could see the rails were side --
25  with side to side motion when the vessel was in

Page 56

1  swells.  The mast is held down by guy wires that are
2  attached to the rails.  You could see that work.
3     Q.  So they were moving back and forth?
4     A.  Yeah, some -- some motion there on the mast
5  and the rigging as well.
6     Q.  So the mast would be moving, also?
7     A.  Uh-huh.
8     Q.  Are gunnels different than rails?
9     A.  No, the same.  A different word for the
10  same thing.
11     Q.  Okay.  And you said next thing you knew
12  after you talked with the insurance company, the
13  boat was, I think you said, in the ways.
14     A.  On the ways.
15     Q.  On the ways.  What does that mean?
16     A.  Yes.  They put a cradle under the boat and
17  lift it up, and it's called the travel lift, the
18  machine that does it.  It's a big iron frame, and it
19  picks the boat up in this cradle, and then it rolls
20  to a big beam, and they have a method of holding it
21  upright and turn the screws on them to fit.  And
22  then that's how you do hull work --
23     Q.  So --
24     A.  -- when you lift it out of the water.
25     Q.  And was it then put into the yard?

Page 57

1     A.  Yeah.  It was in Allen Marine's yard.
2     Q.  Okay.  Is it fair to say that you have told
3  the story about the crew share incident to quite a
4  number of people over the years?
5     A.  I guess so, yeah.
6     Q.  You have told it to Mr. Doyle, obviously?
7     A.  Uh-huh.
8     Q.  You -- you probably told it to various
9  friends?
10     A.  Don Koston, yeah.  We were out fishing.
11  Yeah, Brad knows it, and Mr. Klanott.  And --
12     Q.  What about friends over the years?
13     A.  Yeah, Sig and Chuck; yeah, sure.
14     Q.  And Sig and Chuck are -- those are
15  captains?
16     A.  Yeah, people that I've worked for in the
17  past.  Well, Chuck is dead now, but --
18     Q.  So that story would be known to a number of
19  people?
20     A.  I would say.
21     Q.  I'm going to have you take a look at a
22  section of Exhibit 14 that I've sort of marked here.
23  During the break I marked a little passage on the
24  page that's Bates stamped 03788.  It's on a part of
25  the page numbered 24, lines 14 through 23.  Have you

MIKE DECAPUA

Page 62

1  that you left the Min-E to go fish for a different
2  vessel?
3      A. Yeah. I mean, he's got good gear and a
4  good boat. Like I say, I love him like my dad, but
5  I mean, he can get to you, you know, especially with
6  exposure.
7      Q. You might not necessarily want to fish with
8  your dad.
9      A. That's right.
10     Q. Is it fair to say that the Min-E is one of
11 the older vessels in the fleet?
12     A. No. It's from the '70s, but it's a good
13 boat.
14     Q. All right.
15     A. He keeps it up.
16     Q. So you --
17     A. He's got one of the best freezer systems in
18 the fleet right now on the boat.
19     Q. You wouldn't be familiar with the various
20 vessel surveys that were done on that vessel,
21 then?
22     A. Huh-uh.
23     Q. So if the vessel surveys disclosed problems
24 with the boat, you wouldn't be aware of those?
25     A. No.

Page 63

1      Q. And that's something that a professional
2  survey would reveal?
3      A. Yeah. He's -- I know his freezer system
4  is, you know, top notch.
5      Q. If you as a crew person happened to hear
6  that a boat needed repairs seven years ago and that
7  those repairs were made seven years ago, would that
8  give you any reason to be worried about that boat
9  today, seven years later?
10     A. No.
11     Q. Do you think that would bother other
12 fishermen?
13     A. I don't know.
14     Q. Wouldn't bother you?
15     A. Wouldn't bother me. I mean, if the vessel
16 were -- if the work is done, it's done, especially a
17 fiberglass boat. A wood boat you get nervous
18 about.
19     Q. This is a fiberglass boat?
20     A. It's a fiberglass boat. It's a Hoquiam,
21 too. It's a good company. You see a lot of those
22 boats around in the fleet, you know. The Illahee;
23 it's just like the Min-E. Same boat basically, but
24 it's not a freezer boat.
25     Q. Are you aware of any violations, either

Page 64

1  violations related to the vessel or fishing
2  violations that Mr. Wiley has been cited for?
3      A. Huh-uh, no, sir.
4      Q. Were you aware that he has been cited for
5  some fishing violations?
6      A. No, I'm not.
7      Q. Are you aware of any accidents that
8  Mr. Wiley has had in connection with -- in operating
9  his vessel?
10     A. No.
11     Q. Are you aware of an accident that happened
12 in July of 2004?
13         MR. HOUGH: Objection. He answered that he
14 wasn't aware of any accidents.
15 BY MR. DAWSON:
16     Q. You can still answer. I'm seeing if I can
17 refresh your recollection?
18     A. I don't recall.
19     Q. All right. Are you aware of an accident
20 from October of 1999 involving a time when Mr. Wiley
21 ran into Sitka -- excuse me -- ran into Broad
22 Island?
23     A. Yeah, yeah. We were -- I was fishing out
24 there on the same fishery.
25     Q. What do you know about that?

Page 65

1      A. He had -- Blown Tone was his deckhand.
2  Tony Tucker, I'm pretty sure, was the deckhand on
3  board. He was pretty -- he hit Broad Island and put
4  a hole up where the -- up in the bow. But the
5  vessel wasn't in any danger, but Tony was sure
6  freaked out by the episode, you know. But I mean,
7  the boat, he got it out in the yard and repaired it,
8  you know, in quick time.
9      Q. Do you know what caused the accident?
10     A. I think fatigue.
11     Q. Do you know if it's because he fell asleep
12 at the wheel?
13     A. That's what I was told by Tony. But see, I
14 didn't get it from Phil. I didn't get Phil's side.
15 I only got Tony's side of the story. And Tony is
16 not the most reliable source of information, if you
17 know what I mean. I mean, I'd like to have anything
18 Tony tells me verified elsewhere.
19     Q. Okay. We mentioned earlier today that it's
20 not particularly uncommon for a fisherman to use the
21 word cocksucker?
22     A. Yes. Okay.
23     Q. And I think you said you have been known to
24 use that word a time or two?
25     A. I have been known to turn that phrase,

Page 66

1  yes.
2      Q. When you use that word, what do you mean by
3  it?
4      A. I -- it's not literal.
5      Q. Do you mean like jerk or bastard?
6      A. Expletive.
7      Q. Do you mean that somebody is a
8  homosexual?
9      A. No.
10     Q. Do you know anybody when they use that term
11  that intends it to mean homosexual?
12     A. At times, perhaps, but I know people who
13  use it without meaning homosexual, as well, so --
14     Q. Is it fair to say that it's most commonly
15  used to mean something else?
16     A. About half the time I would --
17     Q. You think half the time they use it to mean
18  homosexual?
19     A. No. I don't mean they mean it sexually. I
20  mean, it's just -- it's an expletive. Mother
21  fucker, any number of --
22     Q. Right. So most of the time they don't mean
23  it literally?
24     A. I would say not.
25     Q. All right. Most of the time folks don't

Page 67

1  intend it to mean that the person is a homosexual?
2      A. I would -- yeah. That is what I would
3  think.
4      Q. Okay. Do you know anybody anywhere that
5  thinks Mr. Wiley is gay?
6      A. No. I'm not aware of anybody.
7      Q. Do you know anybody anywhere that thinks
8  Mr. Wiley had a sexual relationship with
9  Mr. Doyle?
10     A. No.
11     Q. Have you heard anybody suggest that?
12     A. I never have, no.
13     Q. Have you heard anybody suggest that
14  Mr. Wiley is gay?
15     A. No.
16     Q. We touched very briefly on the use of the
17  word ass licker or to lick ass. Is it fair that
18  that's the same as saying somebody kisses up to
19  someone?
20     A. Yeah, brown nose.
21     Q. There you go. Again, that doesn't mean
22  that somebody is homosexual?
23     A. No. Just they are brown nosing.
24     Q. Mr. DeCapua, is it correct that there --
25  that the Alaska Department of Fish & Game

Page 68

1  occasionally allows boats to fish off season for
2  black cod in order to survey the stocks?
3      A. Yes.
4      Q. And that has from time to time been allowed
5  in January and February?
6      A. Yes, in Chatham.
7      Q. And you would have to -- you would have to
8  go -- I mean, would you have to go back and look at
9  the regulation to figure out which year that might
10  have been?
11     A. Yeah.
12     Q. And probably that's true for most
13  fishermen. They would go to go look at the
14  regulation or call Fish & Game to figure out when it
15  was?
16     A. Uh-huh, well, to refresh yourself, yeah.
17     Q. Sure.
18     A. I know one boat did it just last year.
19  They didn't want to pay to survey, so they used the
20  Cherokee, and he did it in January last year. And
21  you report your catch data to Fish & Game, and they
22  use that as survey data.
23     Q. And that helps set what the quota is going
24  to be?
25     A. It tells them the condition of the biomass

Page 69

1  that you are harvesting from.
2      Q. Okay.
3      A. Like they -- they want to know the average
4  size of the fish. If you are catching a lot of
5  small fish, they need to know that because they
6  don't want you hurting the biomass by -- you want
7  bigger fish.
8      Q. Have you heard anybody say that they think
9  Wiley fished illegally because of what they read in
10  The Last Run?
11     A. No.
12     Q. Have you heard anybody ever say that they
13  think Mr. Wiley fishes illegally?
14     A. No.
15     Q. You think it's fair to say that a
16  nonfisherman, somebody that doesn't fish, would have
17  no idea whether there might be times when it's okay
18  to fish in January for black cod or not?
19     A. Yeah, most people don't understand the
20  convoluted things of IFQs and the whole -- I mean,
21  even the permit process is -- if you don't do it,
22  it's kind of tricky. I mean, you know, it's -- I
23  don't imagine people spending much time trying to
24  figure it out unless you are involved in the
25  business, you know.

MIKE DECAPUA

Page 70

1    Q. I was going to say, it's pretty tricky even
2  for fishermen.
3    A. Yeah, it's hard enough for us that
4  participate in it to keep the rules straight.
5    Q. When you read The Last Run, did you get the
6  impression that Wiley was doing any illegal
7  fishing?
8    A. No.
9    Q. Is it fair to say that if an opener is on a
10  holiday, sometimes you fish on a holiday?
11    A. Yes.
12    Q. And sometimes people are unhappy about
13  having to work on holidays?
14    A. That's true.
15    Q. You mentioned that at some point you were
16  interviewed by Mr. Wiley's investigator?
17    A. Last summer.
18    Q. Last summer. And what did the investigator
19  say was the purpose of that interview?
20    A. To get my side of what I said, I guess.
21    Q. Did -- is that what you assumed, or did he
22  actually tell you that?
23    A. That's what I believe. I'm pretty sure he
24  said that. I mean, that's why --
25    Q. You said to get your side of things. Your

Page 71

1  side of things with respect to what?
2    A. He asked me a bunch of questions about
3  Phil, about the book.
4    Q. And obviously you were willing to talk with
5  him?
6    A. Yes.
7    Q. Did he compensate you in any way for your
8  interviews?
9    A. No.
10    Q. Make any promises to you?
11    A. No. He came down to Old Thompson Harbor to
12  the Fishing Vessel Defiant. That's where we had the
13  interview.
14    Q. That was going to be my next question.
15    A. I'm pretty sure it was in May. I think it
16  was in May.
17    Q. And where is that harbor?
18    A. It's Old Thompson Harbor as opposed to New
19  Thompson Harbor.
20    Q. Whereabouts is that, approximately?
21    A. That's -- well, it's in Sitka.
22    Q. Okay. Thank you. That was my real
23  question. It's in Sitka?
24    A. Yeah.
25    Q. You have to forgive an Anchorage boy for

Page 72

1  not knowing the harbors in Sitka. And how many
2  times did he interview you?
3    A. Came down twice, I think.
4    Q. Interviewed you in person?
5    A. Yeah, yeah. I think once or twice.
6    Q. Do you remember how long the interviews
7  were?
8    A. Hour, maybe; 45 minutes, an hour.
9    Q. Is there any particular reason why you were
10  willing to talk with him? You just -- it was okay
11  with you?
12    A. It was okay with me. It was -- I wasn't
13  doing anything else.
14    Q. Okay.
15    A. I read about it in the paper that there was
16  a lawsuit.
17    Q. What paper did you read that in?
18    A. The Sitka Sentinel. Have you read the
19  book?
20    Q. Yeah, yeah. I think it's a pretty amazing
21  story of what you guys went through.
22    A. Oh, it's an amazing story.
23    Q. The lawsuit in the paper, what did it say;
24  do you remember?
25    A. It just mentioned that a local fisherman

Page 73

1  was suing Todd Lewan, and that was it.
2    Q. Did it say what he was suing him about?
3    A. I believe defamation of character was
4  mentioned in the article. I think that was the
5  charge. I'm not --
6    Q. And that would have been last summer?
7    A. No. The summer before that, I believe,
8  that the newspaper article was out.
9    Q. July 2004?
10    A. Maybe.
11    Q. Okay. So it was in summer, at any rate,
12  one of --
13    A. I'm pretty sure it was in the summertime.
14    Q. Do you know what Phil Wiley is doing these
15  days?
16    A. Best of my knowledge, he still fishes.
17    Q. Do you actually know what fishing he's
18  doing?
19    A. I know he still has a shrimp permit. And
20  like I say, his boat is rigged for freezing now.
21  And the last I talked to him, he was going up to
22  Cook Inlet. He's got a Cook Inlet drift net permit,
23  and he was fishing the corridors up there. And he
24  was going to -- he had a fillet girl, and from what
25  I -- from what I remember him telling me, he was

MIKE DECAPUA

Page 74

1  going to go up there and fillet and freeze the fish
2  from gillnetting.
3      Q. And that was a couple years ago?
4      A. Yeah, ninety -- let's see. I was with
5  Frank. It might have been -- well, I had my
6  sailboat. It might have been two years ago, because
7  I had my sailboat in the harbor. And I was down on
8  my boat when he came to visit, so --
9      Q. You haven't had any conversations with him
10 since that time?
11     A. I had one conversation with him, I believe,
12 last fall; told him where Chuck and I used to have
13 good success shrimping off of Kake. And he was
14 going to fish Hoonah Sound for the shrimp opening,
15 and that closes real fast, traditionally, so this
16 area I told him about, this stays open longer
17 usually because nobody fishes there. So I told him,
18 you know, instead of fishing Hoonah Sound, you might
19 want to just go right here because he's got a
20 freezer boat, you know, so go there, you know, try
21 and fill your boat.
22     Q. Did you talk about anything else that you
23 remember?
24     A. No, just -- I just mentioned where I
25 knew -- where Chuck and I had success shrimping.

Page 75

1      Q. And that's the only conversation you've had
2  with him in the last two years?
3      A. Yeah.
4      Q. Do you happen to know if he is currently
5  fishing on somebody else's boat with his permit?
6      A. I don't know.
7      Q. Were you aware that he sold some of his
8  IFQs?
9      A. No. Well, like I say, I haven't talked to
10 him.
11     Q. I understand. Is Phil -- so far as you
12 know, is Phil's reputation in Sitka the same as it
13 always was?
14     A. I guess so.
15     Q. Do you have any reason to think it's any
16 different?
17     A. No. I mean, he has friends and there is
18 people that don't like him. That's -- pretty much
19 everybody is that way.
20     Q. And that's been true for years?
21     A. Yeah, especially fishermen. I mean,
22 fishermen, we are a peculiar bunch.
23     Q. Do you know if Mr. Wiley is living with
24 anybody?
25     A. I don't believe so.

Page 76

1      Q. And I'm thinking about a female friend,
2  any --
3      A. I don't know. I wouldn't, either. I don't
4  go by his house or anything.
5      Q. You have any reason to think that Phil's
6  love life is any different now than it was two,
7  three years ago?
8      A. No.
9      Q. Any reason to believe that people are any
10 less friendly with him now than they were two years
11 ago?
12     A. No.
13     Q. Any reason to believe he's having any more
14 trouble getting crew now than he was two or three
15 years ago?
16     A. No.
17     MR. DAWSON: I want to take a five-minute
18 break. I may be finished.
19     (A break was taken.)
20 BY MR. DAWSON:
21     Q. Back before the break, we touched briefly
22 on the fact that the story about the retro pay and
23 calling the insurers was a story that you told to
24 quite a number of people. Is it true that that
25 would have been something you told to quite a number

Page 77

1  of people over a number of years?
2      A. Uh-huh.
3      Q. And you have to answer yes or no.
4      A. Yes.
5      Q. Thank you. Do you remember, when you were
6  interviewed by Mr. Wiley's investigator, do you
7  remember him asking you what somebody meant by the
8  word cocksucker? You remember talking about that
9  generally?
10     A. I think he did.
11     Q. All right. Do you remember you saying to
12 him, it's the same thing as using the word shithead?
13     A. Well, basically, yeah, yeah, that's the --
14     Q. Do you remember telling him that it doesn't
15 actually mean giving somebody fellatio?
16     A. That's not what I -- okay.
17     Q. Is that fair?
18     A. Yeah.
19     Q. You have read The Last Run. Is there
20 anything in The Last Run that suggested to you that
21 Mr. Wiley was a homosexual?
22     A. I don't believe so.
23     MR. DAWSON: No further questions.
24         EXAMINATION
25 BY MR. HOUGH:

MIKE DECAPUA

Page 134

1    A. What I was talking about was if you come up
2 with an easier way to do something and it's not the
3 way he does it, then you are not going to do it the
4 easier way. You are going to do it his way. But
5 that's the skipper. That's his option. Don't
6 misunderstand me. I'm not saying it's -- it's just
7 that he has a way of doing things, and that's the
8 way he's going to do them. And if you are going to
9 be on his boat, you are going to do things his way.
10 That's just the way it goes, which, hey, you don't
11 like it, don't work for the guy. That's how
12 everybody is.
13    Q. Just like any other skipper.
14    A. It's a big fleet. Just like any other --
15 yeah. There are hundreds of them out there.
16    Q. So if you did call him a prick, you are
17 talking in reference to him being a skipper and his
18 business?
19    A. Yeah, just -- well, not business, but the
20 way he -- the way he talks to you, even, on the --
21 he has a peculiar way of getting a point across to
22 you. A lot of folks -- like I said, when -- when I
23 was on the boat for three years with him, I mean,
24 the crew wouldn't talk to him. They talked to me
25 and I'd go in and talk to him, and then --

Page 135

1    Q. The term for that is that you were the deck
2 boss.
3    A. Yeah. And when he wanted the crew to know
4 something, he wouldn't tell the crew; he would tell
5 me, like a go-between.
6    Q. And that's what deck bosses do.
7    A. That's what deck bosses do, yeah.
8    Q. So this -- well --
9    A. Yeah. He didn't like to talk on the radio
10 a lot, either, coming in to town. We would pull up
11 to the dock. Most guys will call the cold storage
12 and say put me on the list to unload and they will
13 go to the dock, and the cold storage will call them
14 on the radio and say, blah, blah, blah. Phil, would
15 you -- Phil would pull up to the dock and we are
16 here to unload, you know, because he didn't like to
17 talk on the radio.
18    Q. The reason he didn't want to --
19    A. He's a very quiet guy. He didn't like to
20 talk on the radio.
21    Q. Because he didn't want to say how much he
22 had on board?
23    A. That, too.
24    Q. Didn't want to say where he's been?
25    A. That --

Page 136

1    MR. DAWSON: Objection, lack of foundation.
2 I think it would be useful if all of us --
3    MR. HOUGH: I will.
4    MR. DAWSON: And I'm saying for all of us,
5 give the court reporter a chance to take things
6 down.
7    THE VIDEOGRAPHER: Excuse me, Counsel.
8 I'll also need to break within about five minutes to
9 change tapes.
10    MR. DAWSON: Absolutely.
11    MR. HOUGH: In about five minutes you'll
12 have to break?
13    THE VIDEOGRAPHER: Yeah.
14 BY MR. HOUGH:
15    Q. Is there a reason that good skippers,
16 people who are successful rockfisherman and so on,
17 don't use the radio to call in?
18    A. Yes. You don't want anybody to know where
19 you are fishing because that's your -- your source
20 of income. I mean, you know, if I know where you
21 are going to set and I know you are unloading a lot
22 of fish, I know where to go get them. And there's
23 only so many fish out there. The ones in your boat
24 are not fish I can catch.
25    Q. Okay. When you were talking to Lewan, did

Page 137

1 you ever get any kind of understanding that he at
2 least understood the basic idea of when the
3 different seasons of fishing are?
4    A. No.
5    Q. Did he ever ask you?
6    A. No. Didn't -- I don't think he understood
7 fishing.
8    Q. Why is that?
9    A. I just --
10    Q. Other than reading the book, what else?
11    A. He -- he didn't hang out down on the boats
12 at all. I mean, you know, we met in SheeAtika
13 Restaurant instead of down at the harbor.
14    Q. We have been given a copy of transcripts
15 and notes of conversations that you apparently had
16 with Lewan. And is there any -- did you have any
17 understanding from Lewan why he was asking you
18 background questions about you, personal
19 information, ask you --
20    A. Asked me a question, I answered a question.
21    Q. Did you ever have an explanation why he's
22 asking what do you hate about yourself and --
23    A. No.
24    Q. -- asking about your prison background?
25    A. No.

Page 138

1    Q. The stories about -- what is it -- the
2  Pioneer Bar, is that where you were supposed to have
3  robbed it?
4    A. No. It's called the Pilothouse. That was
5  at the -- what was the Potlatch Hotel. It was a
6  bar.
7    Q. Did -- did Lewan ever tell you why he was
8  asking you all these personal questions?
9    A. No. Just writing a book.
10    Q. What do you remember Lewan actually asking
11  you about Phil Wiley or the Min-E?
12    A. Not much. He asked me about calling the
13  insurance, you know, and what that was over.
14    Q. Did you make it clear to him when it
15  happened, when that incident was?
16    A. I believe so.
17    Q. Okay. It wasn't the year before the
18  sinking of the La Conte?
19    A. No, no, no. It was before my divorce from
20  Robin. I mean, that was '92 or '3, you know, back
21  then.
22    Q. So when the -- the last --
23    A. He asked me about that story specifically.
24  As he pointed out, there is a few -- quite a few
25  people know that story.

Page 139

1    Q. The story about --
2    A. So he heard it from a couple of different
3  source's.
4    Q. The retro?
5    A. The story about the retro, yeah.
6    Q. This retro incident happened in '90 what?
7    A. '92 or '3, to the best of my recollection.
8    Q. And it didn't happen the year before the
9  sinking of the La Conte?
10    A. No, no, no. It was --
11    Q. Okay. Okay. And between when you went out
12  fishing with Wiley in January of '98 and '93, you
13  had never fished with Wiley?
14    A. No, only -- I had done gear work with him.
15  A couple of times I showed up down on the boat
16  because I heard his crew didn't want to do the gear
17  work, so I said, hey, Phil, you hiring out any gear?
18  Yeah, go ahead. So I did gear work, but I hadn't
19  gone fishing with him.
20    Q. In The Last Run they had this conversation
21  going between you and Doyle where you are starting
22  off about Phil's got a crush on you and are you
23  giving him something special in the rack and he's a
24  cocksucker. Following that supposed exchange, then
25  it has you saying, "Wiley, he explained," meaning

Page 140

1  you, "had shortchanged him out of three hundred
2  dollars after a trip the previous year."
3    A. No. It wasn't like that.
4    Q. So that would be false?
5    A. Yeah.
6    MR. DAWSON: I'm going to object only
7  because it's not clear what aspect of it you're
8  saying is false.
9  BY MR. HOUGH:
10    Q. What part of, "Wiley, he explained, had
11  shortchanged him out of three hundred dollars after
12  a trip the previous year" --
13    A. I hadn't fished with Wiley the previous
14  year.
15    Q. You hadn't fished with him the previous
16  five years.
17    A. Exactly. I hadn't fished with him for
18  several years.
19    Q. I notice in one of the statements that you
20  were handed earlier, you referred to a marine
21  architect. And the book talks about a marine --
22  well, just -- what -- do you know what the
23  difference is between a marine architect and a
24  marine surveyor? And if you don't, that's fine.
25    A. Well, yeah, a surveyor does surveys and

Page 141

1  marine architect designs boats.
2    Q. A marine architect is the one that will
3  figure out whether a boat -- the marine architect
4  does stability tests?
5    A. Yes.
6    Q. Marine surveyor would never do a -- do
7  that, is that right or no?
8    A. I believe so.
9    Q. Well, I sure don't want to tell you.
10    A. Well, that's my understanding is that a
11  marine architect is a bit more technically savvy
12  than a surveyor.
13    Q. Okay. Okay. And then in The Last Run,
14  Lewan or -- whoever wrote The Last Run, makes a
15  statement, three days later, in reference to you
16  calling the insurance company and saying once more
17  the vessel ain't safe. It says, "Three days later,
18  a marine architect showed up to inspect the Min-E."
19    A. That was my understanding.
20    Q. Okay. It happened when? When was that?
21    A. That was, like, '92, '93 when I called
22  the --
23    Q. Whenever the stability test was done?
24    A. Yes.
25    Q. And then whoever wrote The Last Run, as

36 (Pages 138 to 141)

MIKE DECAPUA

Page 194

1   didn't have the ground fish endorsement thing, was
2   that the one?
3       MR. HOUGH: Yeah.
4       THE WITNESS: Yeah, okay, that's --
5   BY MR. DAWSON:
6       Q. Did you know that Mr. Wiley also wrote a
7   letter confessing to having retained rockfish
8   illegally?
9       A. Huh-uh.
10      Q. It's fair to say that the reason why the
11  Coast Guard requires that things like EPIRBs be
12  certified and that rafts be certified and checked is
13  to make sure that they are, in fact, safe. It's a
14  safety issue, isn't it?
15      A. Yes. They do everything by regulations, so
16  you have to have --
17      Q. And that's because of safety concerns?
18      A. Yes.
19      Q. You would agree with me that there is
20  nothing in the book to suggest that Mr. Wiley's boat
21  is unsafe, is that correct?
22      A. Yeah, I would say, uh-huh.
23      Q. You have to say yes or no.
24      A. Yes.
25      Q. Okay. And you have -- you have never heard

Page 195

1   anyone say that after reading this book they think
2   that Mr. Wiley's boat is unsafe?
3       A. I've never been told that, no.
4       Q. You indicated that you had about a half a
5   case of beer when you were being interviewed by
6   Mr. -- by Spike?
7       A. Yes.
8       Q. Did you -- did you -- did he have more than
9   one interview with you?
10      A. Yeah, we had several.
11      Q. All right.
12      A. And we hung out, too. You know, aside from
13  interviewing about the book, we -- you know, we were
14  becoming buddies and hang out.
15      Q. On the other occasion when he was
16  interviewing you, were you also having -- sharing a
17  beer?
18      A. Yeah, but see, he -- well, at the time he
19  didn't drink, but he would buy me a half rack and
20  come on -- I'm walking by, hey, Mike come on up,
21  I've got a half case for you.
22      Q. He'd buy you a half rack, as you call it, a
23  half case?
24      A. A half a case of beer and we would sit
25  around for the next several hours.

Page 196

1       Q. But you weren't drinking when Mr. Lewan
2   interviewed you, correct?
3       A. No.
4       Q. That is correct?
5       A. Yeah, that's correct, yeah.
6       Q. It is correct to say that in January of
7   1998 the Min-E was not pulling much in. That's
8   correct?
9       A. Yeah, I believe -- yeah.
10      Q. Mr. Hough asked you some questions about a
11  -- about some survey type fishing that is done when
12  the -- I guess it's when the Fish & Game folks hire
13  a vessel.
14      A. Yeah, that's -- they used to do it every
15  year in Chatham, but it's -- they have -- the Fish &
16  Game -- I believe that comes from enforcement
17  funding. You know, it shares enforcement funding,
18  so they -- like this year they did it. They let
19  boats that are participating in the fishery do it in
20  January, rather than hire a vessel. It's cheaper
21  for the Fish & Game's budget.
22      Q. And isn't it true -- isn't it true that the
23  Fish & Game folks also have -- they also will
24  actually allow people to fish outside of the season
25  in order to provide information on the condition of

Page 197

1   the stocks and allow them to keep their catch?
2       A. At times, yes. I mean, they sell the fish
3   that they catch.
4       Q. I'm talking about that they would actually
5   allow people to catch part of their quota off season
6   in order to take stock of the -- of the fishery.
7       A. Uh-huh.
8       Q. That also happens on occasion?
9       A. Yes. I mean, when a boat does a survey,
10  they get to keep the fish normally.
11      MR. DAWSON: All right. Can we go off
12  record for two minutes?
13      (Off the record.)
14  BY MR. DAWSON:
15      Q. Mr. DeCapua, you don't actually know if
16  catching black cod where you shouldn't be catching
17  black cod would result in jail time, do you?
18      A. I have no idea, no.
19      Q. All right. You don't know if it would be
20  punishable by jail time?
21      A. I don't know.
22      Q. I believe you testified to this already,
23  and I apologize if I'm asking the same question.
24  But you wouldn't know, sitting here today, whether
25  one of these off season fisheries was being

50 (Pages 194 to 197)

Page 198

1  permitted back in 1998 or any other time without
2  doing some research, would you?
3      A. No, I wouldn't, no.
4      Q. Is it fair to say that the -- when you are
5  on a boat with Mr. Wiley and other crew, is it fair
6  to say that the other crew were uncomfortable
7  talking with Mr. Wiley?
8      A. At times.
9      Q. That's one of the reasons why you were a
10  go-between?
11      A. Yeah, I would speak for them and then speak
12  for him.
13      Q. You said that some aspects of the details
14  of the retro pay incident that are contained in The
15  Last Run weren't accurate. But by and large, the
16  story of the retro pay incident as relayed in The
17  Last Run is accurate, isn't it?
18      A. I guess so. You know, yes, I did call and
19  he was in the ways. Okay.
20      Q. Mr. Hough indicated that you made $301 in
21  1998. That would have been for two trips, wouldn't
22  it?
23      A. I don't think Doyle and I actually went on
24  two. You know what I mean? I think that was the
25  one trip. I mean, you know, see, one trip we went

Page 199

1  on, there wasn't a check forthcoming.
2      Q. Okay.
3      A. But we made another trip, and that's where
4  the check come from. You understand what I mean?
5      Q. Gotcha. So the check would have been in
6  relation to that second trip?
7      A. Yeah.
8      Q. All right.
9      A. You know what, I remember in 2000 I made a
10  -- I went halibut fishing with Phil in 2000 for
11  IFQs, and I made a gray cod trip prior to that, you
12  know, before the halibut season opened up. It was
13  just before March. And we went gray cod fishing,
14  and then we went out when the halibut opened up, and
15  to the same area we went halibut fishing. So I made
16  two trips with him, I recall, after 2000 at some
17  point. I just remembered the particulars on that.
18      Q. Given how absurd it would be for a
19  fisherman to come into port with 1,000 pounds of
20  black cod illegally, is it fair to say that you
21  would assume that there was simply a mistake made in
22  The Last Run when it says that Wiley had 1,000
23  pounds of black cod in January?
24      A. Yeah, I mean, I -- --
25      Q. It wouldn't lead you to believe that

Page 200

1  Mr. Wiley, in fact, had been fishing illegally in
2  1989?
3      A. No. I think that there is -- some mistake
4  had been made in transmitting information.
5          MR. DAWSON: No further questions.
6          FURTHER EXAMINATION.
7  BY MR. HOUGH:
8      Q. I just have four or five. You indicated
9  that you would have concluded a mistake had been
10  made by saying it's black cod rather than some other
11  species?
12      A. Yeah. I mean, I think somebody was
13  wrong.
14      Q. Because somebody -- okay. Whoever wrote it
15  used the wrong species because you were there?
16      A. Yes.
17      Q. As opposed to any other reason that you
18  would think it was wrong?
19      A. Yes.
20      Q. Okay. Have you ever been on a survey?
21  Ever done a survey for Fish & Game?
22      A. No.
23      Q. The duties of a deck boss, are they meant
24  to cover the situations where you are the go-between
25  between the crew and the skipper? Is it normal that

Page 201

1  the crew have sometimes a problem talking to the
2  skipper?
3      A. A lot of times, yes.
4      Q. So it's not that unusual?
5      A. No, it's nothing unusual in the
6  relationship, no.
7      Q. All right. And then in reference to the
8  questions about, well, nobody thought -- when you
9  said cocksucker, when you used the term cocksucker,
10  if that's what was used, you weren't referring to in
11  a sexual context?
12      A. No, just --
13      Q. What does the term -- and just before The
14  Last Run has you calling Phil Wiley a cocksucker,
15  just before that, there is a statement by you,
16  according to the book, "What did you do, give him
17  something special in" the rack -- "in his rack?
18  What is the term, "give him some special in his
19  rack"?
20      A. You have to ask Bob. I'm assuming, you
21  know, that's where it came from.
22      Q. What does it --
23      A. I assume it's of a sexual nature, that.
24      Q. Just before calling him a cocksucker is the
25  term "give him something in his rack." Okay? And

Page 206

1  wrote to Fish & Game where he said he thought he was
2  supposed to keep the bycatch rather than discarding
3  it. Do you remember anything along that line, and
4  then it changing immediately?
5      A. Well, I know that the -- the regulations
6  are that we do not discard when we are halibut
7  fishing. Even if we can't sell the rockfish, we
8  can't discard them. We have to bring them to the
9  cold storage. And I don't -- I think they are
10 donated to the Pioneer Home or something, but -- and
11 they have an old folks housing in Sitka. They have
12 the zero something, and it's a food program.
13     Q. That's what Wiley did, that he kept it --
14     A. Yeah, I believe so. It was -- that's what
15 it is relevant to.
16     Q. As opposed to wasting it?
17     A. Yes. It's wanton waste if you just discard
18 the fish. That's illegal. So you have to bring
19 them in, but you can't sell them.
20     Q. And only another couple of questions. In
21 Spike Walker's book, there is a reference -- as
22 close as you can get to some other boat other than
23 the La Conte, there is a reference to the statement,
24 something like that you were on another less
25 successful boat, which shall remain nameless. Do

Page 207

1  you remember any discussion at all about getting off
2  of Wiley's boat that wasn't as successful? Do you
3  know what boat that's even referring to?
4      A. No, I'm not sure.
5      MR. HOUGH: I don't have any other
6  questions.
7      FURTHER EXAMINATION
8  BY MR. DAWSON:
9      Q. Mr. DeCapua, it's a fisherman's
10 responsibility to know what the regulations require,
11 isn't it?
12     A. Yes.
13     Q. The fact that you don't know what they
14 require is not an excuse if you violate them, is
15 it?
16     A. That's correct.
17     Q. And the fact that the State tells you what
18 the State needs doesn't necessarily tell you what
19 the Feds need, correct?
20     A. That's correct.
21     Q. It's -- it's pretty obvious, is it not,
22 when you read The Last Run that in the passage that
23 says -- that says that you asked did you give him
24 something in the rack, it's clear that you are
25 giving Mr. Doyle a hard time. You are giving him --

Page 208

1  you are kidding him when you ask that, isn't it?
2      A. Yes.
3      MR. DAWSON: No further questions.
4      MR. HOUGH: Okay.
5  (Proceedings concluded at 4:44 p.m.)
6  (Signature waived.)
7      -oOo-
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 209

1          REPORTER'SCERTIFICATE
2      I, MARY A. VAVRIK, RMR, Registered
3  Merit Reporter, hereby certify:
4      That I am a Court Reporter and Notary
5  Public for the State of Alaska; that the deponent
6  was duly sworn; that the foregoing proceedings were
7  taken by me in Stenotype Shorthand and thereafter
8  transcribed by me; that the transcript constitutes a
9  full, true and correct record of said proceedings
10 taken on the date and time indicated therein; and
11 that signature is reserved.
12     Further, that I am a disinterested
13 person to said action.
14     IN WITNESS WHEREOF, I have hereunto
15 subscribed my hand and affixed my official seal this
16 _____ day of _____ 2006.
17
18
19
20     _____
       Mary A. Vavrik, RMR
21     and Notary Public for the
       State of Alaska
22
       My Commission Expires:  November 5, 2008
23
24
25

94

1  if it's affecting a crew's performance, then I agree, you
2  know, but, I mean, it's -- that's not why we were catching
3  less fish that year, you know?  My drinking isn't what -- you
4  know what I mean?
5      MR. LEWAN:  I hear you.
6      MR. DECAPUA:  It was other things that led to us not
7  catching fish.
8      MR. LEWAN:  I hear you.
9      MR. DECAPUA:  And he was just trying to --
10     MR. LEWAN:  Look for (indiscernible).
11     MR. DECAPUA:  Yeah.  Doing something is better than doing
12 nothing, I guess.
13     MR. LEWAN:  So you were fishing up at Kodiak, and then
14 this is about -- what year is this, roughly?
15     MR. DECAPUA:  The oil spill.
16     MR. LEWAN:  Yeah, '89.
17     MR. DECAPUA:  Yeah.  Yeah, we were bringing the boat
18 back.  That's when Robin and I moved over to (indiscernible).
19 We were bringing the boat back down here, and that's when
20 Danny said, you know, if you go with me next year,
21 (indiscernible) ain't drinking (indiscernible), so I just
22 quit.  And I started working for Phil Wiley on the MIN E.  I
23 worked for him for a long time, several years.  He's a -- he's
24 a damn good rockfisherman, Phil.  We got our limit almost
25 every week.  But when it came to black cod season and stuff,

95

1  the guy can't keep a crew, you know?  So you end up spending a
2  lot of time on -- on the beach waiting for crewmen to show up.
3      MR. LEWAN:  Right.
4      MR. DECAPUA:  And you need a lot of fishing time, and
5  when it's opening like that, you know, because black cod and
6  stuff, you can't afford to lose fishing time.  And Phil is
7  like the world's -- yeah, he's a hard to get along with guy.
8  It takes a lot of kissing for his ass, you know?  But, you
9  know, he's a pretty good guy.  It's just that he -- he's hard
10 to live with, yeah.
11     MR. LEWAN:  (Indiscernible).
12     MR. DECAPUA:  Yeah.  And I'm not that -- I learned from
13 the old man how to kiss ass, but there's only so much of it I
14 can do before I really hate the taste.
15     MR. LEWAN:  Weren't you like -- so you were living in
16 Sitka, and what do you like most about Alaska and what do you
17 like most about Sitka?  What's the one thing or quality that
18 you think that you like the most about it?  Why is Alaska
19 different from the Lower 48, or what is it about living here
20 that --
       MR. DECAPUA:  Up here -- it's easy to get a job up here,
you know?  Down below if you ask for a job, the first thing
they say is, well, you know, where did you go to school?  Up
here it ain't school, you know?  I mean, you either got to
school to be a lawyer or a doctor, but a dentist, I don't

96

1  think you need to go to school for that up here, you know?  I
2  mean, you could be the company foreman up here and not even
3  have a high school diploma.  You know, it's not like that down
4  there, you know?  A whole bunch of misfits up here, you know
5  it?  Everybody up here fucked up down there somewhere, that's
6  why they're here.  So they're a lot more tolerant about it
7  when you fuck up, you know, because (indiscernible).  It's a
8  lot of fun up here.  People are a lot more open and a lot less
9  paranoid than they are down below.
10     It rains all the time, but that keeps a lot of shitheads
11 out.  You know, the nasty weather, it keeps people away.  And,
12 like, I'm no big fan of the cold, and here in Sitka it's nice
13 in (indiscernible) past week, it's January, for crying out
14 loud, you know?
15     MR. LEWAN:  (Indiscernible).
16     MR. DECAPUA:  Well, (indiscernible) Arkansas is buried
17 under ice.
18     MR. LEWAN:  You got it.
19     MR. DECAPUA:  And we don't even have snow on the ground.
20 (Indiscernible - indiscernible comments, background noise).
21     MR. LEWAN:  What about the country do you like?  What do
22 you like (indiscernible) --
23     MR. DECAPUA:  I like being on the water.
24     MR. LEWAN:  You like being on the water.
25     MR. DECAPUA:  (Indiscernible) walk in the woods.

97

1      MR. LEWAN:  Why do you like being on the water?
2      MR. DECAPUA:  It feels great.  That's where I like being.
3  I don't know.  Some people are born for it, I mean.
4      MR. LEWAN:  (Indiscernible) horizon and --
5      MR. DECAPUA:  Yeah, that's part of it.  It's always
6  moving.  It's exciting, and you never know when the boat's
7  going to go out from under you.
8      (Laughter)
9      MR. DECAPUA:  You meet people out there.  I've only been
10 shrimping a couple years (indiscernible) for this guy Bill.
11 He's a mult-millionaire.  And we tie up together and drink
12 whiskey together.  Where else are you going to do that?  You
13 know, he's going to come onboard your work boat, and this
14 guy's got millions.  He could buy our boat and lose it
15 tomorrow and not give a shit.  He'd come aboard with a jug of
16 whiskey or a case of beer and eat shrimp with us and shoot the
17 shit just like us, you know?  He sleeps in his sleeping bag
18 just like we do.
19     MR. LEWAN:  That's good.
20     MR. DECAPUA:  Yeah, that's pretty neat, you know, and
21 that's not going to happen to you elsewhere.
22     MR. LEWAN:  Yeah, you need a pass to get in, just to get
23 in the door.
24     MR. DECAPUA:  You got to be a member of the Elks to meet
25 the guy, you know, and -- you're equal out there.  It don't

EXHIBIT 4 1/12/06
DeCapua
PENGAD 800-631-6989

03747

214

1  I'm never coming out of this, I'm dying.
2      MR. LEWAN: Yeah.
3      MR. DECAPUA: But at least I'm going to sleep, you know?
4  And now all of a sudden --
5      MR. LEWAN: You weren't -- you weren't afraid when you
6  were saying I'm going to go to sleep.
7      MR. DECAPUA: No.
8      MR. LEWAN: Real calmly.
9      MR. DECAPUA: Yeah, I'm just -- I'm going to sleep and
10 now I'll never wake up, you know? This really sucks, you know
11 what I mean? I mean, I'm not liking this at all, but I'm not
12 fearful of it now. You know, while I'm experiencing it, I
13 mean, you know, it wasn't fear, you know?
14     MR. LEWAN: After all this happened, how do you -- did
15 you change at all?
16     MR. DECAPUA: Yeah, yeah, a lot. I used to be very
17 atheistic. I'm not like that anymore. I'm a lot more into
18 Zen now that I ever was. I take that a lot more seriously
19 than I used to. A lot of bad stuff quit running around in my
20 head after that. You know, I used to have a lot of bad things
21 in my head.
22     MR. LEWAN: Like what?
23     MR. DECAPUA: Like I would -- if I got near broke, the
24 first thing that occurred to me was to go steal, you know?
25 That's the first thing I would think of doing. It's like

215

1  that no more. That's way down the end of my list. I mean, I
2  don't think about stealing until I've tried a lot of other
3  stuff, you know? And I feel a lot different about things.
4      MR. LEWAN: Yeah.
5      MR. DECAPUA: You know? I'm grateful, you know what I
6  mean, to still be here. I enjoy my time here a lot more than
7  I used to. I used to be really pissed at the world, you know?
8  I lost my old lady, I lost everything I own, I got to -- you
9  know, I still got to pay back the money, nobody will let me in
10 their bar, you know, a lot of little things to be pissed off
11 about. They ain't worth being pissed off about, you know?
12 All those things don't fucking matter. You wake up in the
13 morning, you're lucky, you know it? Keep that in your mind:
14 You wake up in the morning, it's another day you're here. You
15 never know, you might win the lottery. You got to buy a
16 ticket, but you still might win the lottery, you know?
17     MR. LEWAN: How about when you got back here to -- what
18 did Sitka look like when you got back? How did it all look to
19 you?
20     MR. DECAPUA: It looked really good. I didn't think how
21 much I loved this place till --
22     MR. LEWAN: What kind of day was it when you got here?
23     MR. DECAPUA: It was a nice day, if I recall. I think it
24 was. I think it was a pretty nice day, you know? I got back,
25 and I -- I wanted to go out to the docks.

216

1      MR. LEWAN: What's the first thing you did when you got
2  back? What did you do? Who did you want to see?
3      MR. DECAPUA: (Indiscernible) Steve, and, you know --
4      MR. LEWAN: And LJ.
5      MR. DECAPUA: Yeah, LJ and Steve and Mike, my buddies.
6  And LJ was Outside, but Ralph was in town, and I was hoping to
7  see Ralph and, you know, I wanted a good night's sleep on the
8  boat.
9      MR. LEWAN: Where were you going to sleep? Which boat
10 was it?
11     MR. DECAPUA: (Indiscernible), LJ's boat?
12     MR. LEWAN: Yeah.
13     MR. DECAPUA: The (indiscernible), I was staying there.
14 I'd lost LJ's money, that went down with the boat. He give me
15 a bag of weed before I split, and I had -- you know, I had the
16 money for it, and it was in my pocket on the boat when it went
17 down.
18     MR. LEWAN: How much money was it?
19     MR. DECAPUA: A hundred and a quarter. I was thinking,
20 well, now I got to come up with 125 bucks to pay my buddy off,
21 you know? He said don't worry about it, you know, I
22 understand what happened, you already lost enough, fuck it.
23 So that was cool, I didn't have to worry about that part.
24     MR. LEWAN: Yeah.
25     MR. DECAPUA: And everybody that sees you is all, oh, oh,

217

1  you know, what happened and, oh, yeah, shit, what a fucking
2  gas.
3      MR. LEWAN: I heard you -- Bob told me a story that you
4  and him went up to Lee Honnold's house with a fish.
5      MR. DECAPUA: Yeah, yeah, one of the Coast Guard guys.
6      MR. LEWAN: Tell me about that.
7      MR. DECAPUA: We brought some fish up there. I
8  brought --
9      MR. LEWAN: You went out fishing with what boat?
10     MR. DECAPUA: We went out, I think, on the MIN E.
11     MR. LEWAN: He said the MIN E.
12     MR. DECAPUA: Did we go on the MIN E? Yeah, I guess we
13 made a trip on the MIN E. We come in, and we catch the fish.
14 And he wasn't home, but his wife was home.
15     MR. LEWAN: What kind of fish was it that you --
16     MR. DECAPUA: Oh, just rockfish.
17     MR. LEWAN: Rockfish.
18     MR. DECAPUA: Yeah, black bass and a couple other fish,
19 so I took them over to the sink and filleted them out for her,
20 you know. I didn't think she should have to fillet it. Just,
21 you know, it's for you and your family and, you know, tell
22 your husband thanks a bunch, he did a wonderful job, you know?
23 It was cool to give them something, you know? Yeah, we went
24 over to the --
25     MR. LEWAN: She remembered that, too, (indiscernible) --

6

1  he did so well, you know, if he limited out once, maybe we
2  could, you know, get a little more time to try and do it again
3  (indiscernible) --
4      MR. LEWAN:  (Indiscernible).
5      MR. DECAPUA:  That wasn't in the cards.
6      MR. LEWAN:  So he's thinking about going out there and if
7  he picked up -- if he had a good run, and (indiscernible)
8  going out, then in into Juneau, and then go back out again
9  (indiscernible).
10     MR. DECAPUA:  Yeah, that, you know, maybe Scott would
11 take enough out of the gross to keep him from going back in
12 and let us make up for it on later trips and stuff. I don't
13 know. But Bob and I were thinking, see, he -- Bob come to me
14 and says, oh, there's a job in -- the Job Service called Bob
15 and told him that, you know.
16     That's one thing you never do up here. You find out
17 about a fishing boat at Job Service, don't go. Don't go. I
18 mean, if you don't know how to get a deckhand, you call Job
19 Service and, oh, I got a boat, I need a hand. If there's --
20 if the boat is worth anything, men are going to walk up to you
21 and ask to work on it. You know, you don't have to call Job
22 Service.
23     MR. LEWAN:  (Indiscernible).
24     MR. DECAPUA:  Yeah, but --
25     MR. LEWAN:  Yeah, that's what he told me. He said he

7

1  went into Job Service, so obviously (indiscernible) a bulletin
2  board.
3      MR. DECAPUA:  Uh-huh (affirmative).
4      MR. LEWAN:  I went over there and got a copy of the whole
5  thing.
6      MR. DECAPUA:  He called the guy, and the guy said, well,
7  I would take one of -- you know, he needed two crewmen. He
8  said I would take one green hand if I had an experienced hand
9  with him. So he knew I was looking for a job and he wanted to
10 break in on fishing, so he come and looked for me, said, hey,
11 Mike, I found a job, they need an experienced hand and a green
12 hand, do you mind going? So we (indiscernible) already
13 working on the MIN E. Oh, no problem, you know, I'll -- I'll
14 bring you along. I mean, I'll go. So I went down and looked
15 at the boat. I liked the scores (ph). It's not a bad boat.
16 It's just -- it wasn't built for what we were doing.
17     MR. LEWAN:  Okay.
18     MR. DECAPUA:  It was set up as a buyer (ph), you know,
19 and -- man, what a -- I hate seeing a boat treated like that.
20     MR. LEWAN:  Yeah, how was it treated, (indiscernible)?
21     MR. DECAPUA:  (Indiscernible) the first day, I liked it.
22 It looks like a (indiscernible), it looked so good, and I like
23 (indiscernible), it's a nice boat. I liked that. When I got
24 on deck, it felt good, had a good feeling on it, you know, on
25 the deck.

8

1      MR. LEWAN:  Uh-huh (affirmative). What do you mean by
2  that?
3      MR. DECAPUA:  Just she -- she felt like she had soul, she
4  rolled well, she felt good under your feet, you know? It was
5  a nice boat, really. But we should've, you know, stayed a lot
6  closer to shore, should've been inside. Shouldn't even -- it
7  doesn't have a sea hatch. Don't go out to sea without a sea
8  hatch. If you can't batten it shut, there's no use riding in
9  it. Don't take it out in big water. And you got to be able
10 to tie down your hatch cover so it don't whip up and fill her
11 up -- fill the boat full of water, you know?
12     MR. LEWAN:  Right.
13 (End of Tape 1)
14 (Tape 2, Side A only)
15     MR. LEWAN:  So tell me about this -- I want you to take
16 me through today -- take me through the whole thing today from
17 the start to finish, but don't just tell me about the storm
18 and all that other stuff. I'm most interested in hearing
19 about what people were doing or what you were thinking at
20 different times while you were, you know --
21     MR. DECAPUA:  Oh, where --
22     MR. LEWAN:  You start -- start down by the docks. You go
23 down there with Doyle, okay, the day before you guys are going
24 to head out.
25     MR. DECAPUA:  Yeah.

9

1      MR. LEWAN:  When was it exactly that you went down there?
2      MR. DECAPUA:  Well, we were -- I was staying on the
3  boat -- Doyle and I were both sleeping on the boat there. And
4  he would -- he would -- if we had a paycheck, he would go to
5  the Potlatch Hotel to rent a room so him and his kids could
6  have a room for the night because he can't go to his wife's
7  (indiscernible). And then I stayed on the boat all the time,
8  and we were working on the MIN E. And Doyle went by the Job
9  Service to check his -- you know, Phil didn't care much if he
10 fished or not if he wasn't really worried about it.
11     MR. LEWAN:  Right.
12     MR. DECAPUA:  I -- Phil and I had a big run-in a few
13 years ago, so he -- he likes to keep me hanging on without
14 letting me make money, you know? So when Bob said, hey, I
15 found this other job, and I thought, well, you know, knowing
16 Phil, we're probably just better off taking the other job.
17     MR. LEWAN:  Right.
18     MR. DECAPUA:  So we went -- after making that first trip,
19 we went down to Hazy Islands, and I liked the boat, the boat
20 was nice, but I didn't -- I didn't have much faith in Mark's
21 ability, but, you know, one -- one bad trip, hey, give a guy a
22 break, you know? I'm not going to quit a guy because he had
23 one bad trip.
24     UNIDENTIFIED FEMALE:  Do you want (indiscernible)?
25     MR. LEWAN:  Yeah, sure. Thanks.

03784

22

1  with Eric (indiscernible), go out with Gil Knutsen (ph) --
2      MR. LEWAN:  Knutsen, right, I met him.
3      MR. DECAPUA:  Yeah, or Jack Pine, (indiscernible) or
4  Cal --
5      MR. LEWAN:  Yeah.
6      MR. DECAPUA:  -- Robinson, Calvin, go out with him, he
7  limits up at Fairweather all the time.  Go out with John
8  Bart (ph) on the CHRISTINA.  All these guys get their limit,
9  see?  But there's a whole nother group of guys who never get
10  their limit, you know?  Go with Charlie Bauer (ph).  Charlie
11  Bauer never got his limit yet, you know?  So history tells me
12  that if I go out with Cal, I get a paycheck.  If I go out with
13  Charlie, I get a wet bunk.
14      MR. LEWAN:  Right.
15      MR. DECAPUA:  You know?  And it's just looking more and
16  more like Mark is --
17      MR. LEWAN:  Why did you go with him to begin with?  What
18  was your motivation?  I know you when you --
19      MR. DECAPUA:  I -- I liked the schooner.
20      MR. LEWAN:  You liked the boat.
21      MR. DECAPUA:  I really liked the schooner, and --
22      MR. LEWAN:  You didn't have any other work at the time, I
23  guess.
24      MR. DECAPUA:  Well, I was on the MIN E.
25      MR. LEWAN:  You had the MIN E, right.

23

1      MR. DECAPUA:  But, see, Phil, he ripped me off for my
2  retro check one year.
3      MR. LEWAN:  Okay.
4      MR. DECAPUA:  (Indiscernible).  And I went down and told
5  him I don't care what you do to the crew -- the rest of the
6  crew, they're not here, it's just you and me.
7      MR. LEWAN:  Right.
8      MR. DECAPUA:  You owe me $300.  I want my $300.  You give
9  me my $300, and I'll keep my mouth shut and go home, no
10  problem.
11      MR. LEWAN:  Uh-huh (affirmative).
12      MR. DECAPUA:  You don't give me the $300, I'm going to go
13  to the crew, I'm going to tell them what their retro check is,
14  because I know, I've got the figures, too, and I'm going to
15  get my money out of you, Phil.  And Phil said...
16      MR. LEWAN:  Yeah.
17      MR. DECAPUA:  So I went home, I called the insurance
18  company, every insurance company in the book, marine
19  insurance, until I found his.
20      MR. LEWAN:  Yep.
21      MR. DECAPUA:  And then I told the insurance company that
22  you're insuring a high risk.  And they said what do you mean?
23  I said, well, your guy is not paying the crew, which makes the
24  crew mad, and they're going to retaliate by hurting the vessel
25  when he's not there, and you're the ones that are insuring

24

1  him.
2      MR. LEWAN:  Right.
3      MR. DECAPUA:  So you're going to pay that boat off to the
4  bank because it gets lost at the dock because of his behavior.
5      MR. LEWAN:  Right, I got you.
6      MR. DECAPUA:  And I just wanted you guys to know that.
7  And, besides, the vessel isn't safe.  The mast is working the
8  decks loose from the rails, and the boat needs extensive
9  repairs, and he ain't doing it.
10      MR. LEWAN:  Right, I hear you.
11      MR. DECAPUA:  So they called him up, and they said haul
12  out, we have a marine architect coming up to inspect the boat,
13  and if everything is kosher, you can go back in, if not,
14  you've got to repair what the architect says.  Well, he -- he
15  spent 25 grand doing that, and he says it's my fault, see, I
16  cost him 25 grand.  Well, I told him I didn't cost you 25
17  grand, Phil.  You didn't pay me my retro check, that's what
18  cost you the money.  Every time after that that I worked for
19  him, right, he makes just enough money to get a payment, you
20  know, and then we come back to town, and I don't get no
21  paycheck.  See, this is his way of getting me back for the 25
22  grand, you know?  So I really don't want to work with Phil if
23  I can help it, you know what I mean?
24      MR. LEWAN:  Yeah, I got you.
25      MR. DECAPUA:  Because I never know how it's going to go.

25

1      MR. LEWAN:  I understand.
2      (Tape interruption)
3      MR. LEWAN:  Tell me about this ride into Graves Harbor.
4      MR. DECAPUA:  Well, it was a pretty nice ride in because
5  we had to go to -- we had to go to the cove afterwards because
6  of the stove and (indiscernible) --
7      MR. LEWAN:  And the boat died on you out there, didn't
8  it?
9      MR. DECAPUA:  Yeah.
10      MR. LEWAN:  Coming in, her engine died?
11      MR. DECAPUA:  Yeah, the engine quit.
12      MR. LEWAN:  Well, why don't you tell me about it?
13      MR. DECAPUA:  Oh, God, that was a -- that was nerve-
14  racking.  We didn't have -- see, we weren't -- we -- the
15  engine died, Christ, we were in -- in Graves, you know?
16  There's rocks all over in there.  That's a bad place for your
17  engine to quit.  You know, the swells are out of the west
18  pushing you further and further into the -- into the bay, you
19  know, and we -- we tied a tarp and hung it and we was trying
20  to use it like a sail to get us the last bit in there, you
21  know?  And I mean, that -- that's dangerous behavior there.
22      MR. LEWAN:  So what did everybody do?
23      MR. DECAPUA:  We were all looking out.  It's nighttime,
24  you know.  We got no electronics because the lights -- you
25  know, the engine is off, so there's no electronics, and we

26

1  can't -- you know, you can't use the radar to see where the
2  beach is.
3      MR. LEWAN:  Right.
4      MR. DECAPUA:  You got to use your eyes, and we -- we
5  don't know how close we are to the beach, you know?  That's --
6  all I know is what's going on off the port side of the boat
7  because that's what I'm responsible to watch.
8      MR. LEWAN:  Okay.
9      MR. DECAPUA:  You know, and there's land over there, I
10  can hear the waves crashing, but I can't see it, so I'm not
11  worried about that, but I don't know what's going on on this
12  side, you know?  I hear the waves a lot closer over that side
13  because I'm -- I'm not looking over there because that's not
14  my -- you know --
15     MR. LEWAN:  Right, right.
16     MR. DECAPUA:  My area is to look over here, and if you
17  don't do your job, that's how you get hurt, you know?  If the
18  skipper says look over there, he's worried about something,
19  that's where you look, you know.  So we were all just trying
20  to, you know, keep an eye on things so Mark got a warning.
21  He's trying to get the engine running, and we're trying to
22  provide him with some warning before we hit the rocks.  And
23  then the motor starts up and, you know --
24     MR. LEWAN:  And he got it going, right, and you had --
25     MR. DECAPUA:  Yeah, yeah, he did get it going.

27

1      MR. LEWAN:  -- (indiscernible).
2      MR. DECAPUA:  Yeah, I think it was -- (indiscernible) a
3  little water in them or something.  Wasn't no -- wasn't no
4  major thing.  It was just a filter clog or, you know, some
5  real simple shit, but still it's a difficulty that -- that
6  comes at a bad time, and it's one of them things that make you
7  think, you know?
8      MR. LEWAN:  What were you thinking about?
9      MR. DECAPUA:  I was thinking that this trip really
10  sucked, you know?  The chum salmon really pissed me off.  I
11  mean --
12     MR. LEWAN:  (Indiscernible) the bait.
13     MR. DECAPUA:  Yeah, because you're just making work for
14  the crew.
15     MR. LEWAN:  Right.
16     MR. DECAPUA:  And if you're that kind of guy, I just quit
17  Phil.  Phil's that kind of guy.  That's the kind of guy, he
18  don't care what the crew goes through, he don't -- he don't
19  think about it.  Phil is the guy that matters on the boat, and
20  I don't like fishing with guys like that.
21     MR. LEWAN:  Right.
22     MR. DECAPUA:  Like the guy I fish with now, Chuck, he
23  ain't like that at all.  He thinks how do these guys do it
24  without working.
25     MR. LEWAN:  Right.

28

1      MR. DECAPUA:  That's what he's always thinking.
2      MR. LEWAN:  How to make it easier for --
3      MR. DECAPUA:  I like working with Chuck --
4      MR. LEWAN:  Right.
5      MR. DECAPUA:  -- because Chuck's always very respectful
6  of my efforts.  Mark don't seem to care about my efforts --
7      MR. LEWAN:  Right.
8      MR. DECAPUA:  -- which is, you know, at first you think
9  he's a real nice guy and everything, but then you watch him
10  and you say, man --
11     MR. LEWAN:  Did you have any talks with him or
12  conversations with him about any of this stuff?
13     MR. DECAPUA:  Yeah, yeah, a little bit, you know.
14     MR. LEWAN:  You get a little (indiscernible) --
15     MR. DECAPUA:  Well, you know, I -- you know,
16  (indiscernible) try and be polite, but --
17     MR. LEWAN:  When he talked to you about the --
18     MR. DECAPUA:  What's with the chum salmon, man, you know?
19     MR. LEWAN:  Yeah, and you'd say that to him.  Well, when
20  you approach him about that?
21     MR. DECAPUA:  When I saw we had chums for bait.  He said,
22  well, it's free, and I said, what, you can't afford herring,
23  you know?  And he said, well, no, they're free, the owner
24  picked up a whole bunch and said, you know, use this.  And I
25  said, well, you know, because it -- it -- it takes a lot

29

1  longer to bait with this bait and it takes a lot -- I mean,
2  everything to do with this bait is harder.
3      MR. LEWAN:  Right.
4      MR. DECAPUA:  That's why I'm asking.
5      MR. LEWAN:  And what did he say?
6      MR. DECAPUA:  He said, well, I always thought bait's
7  bait, and I said, well, okay.  You know, I see what you mean,
8  you know, bait is bait.
9      MR. LEWAN:  Yeah, (indiscernible) --
10     MR. DECAPUA:  (Indiscernible) I always thought bait was
11  bait, you know, didn't really matter what kind of bait you
12  run, as long as you're running it.  You know, to him it never
13  seemed to really matter, and it's true, you're right, for
14  fishing performance it may, it may not, I agree with you.
15  There's not enough evidence to make a firm decision.
16  However --
17     MR. LEWAN:  Yeah.
18     MR. DECAPUA:  -- you know, chopping up a box of herring
19  and chopping up the same amount of chum salmon pound for pound
20  is a lot more work with the salmon.  Putting it on the hooks
21  and taking it back off the hooks on the other end, salmon is a
22  lot more work.  That's all I'm saying.  I mean, why are we
23  using it when it's so much more work?
24     MR. LEWAN:  Right.  And what did he say to that?
25     MR. DECAPUA:  He said because it's free, and I said, no,

34

1  MR. DECAPUA: You know, and the owner hasn't made any
2  money at all yet, and so --
3  MR. LEWAN: And here were you sitting on this dock and
4  you're untangling snarls --
5  MR. DECAPUA: Uh-huh (affirmative).
6  MR. LEWAN: -- and you're trying to fix (indiscernible).
7  MR. DECAPUA: All fucked-up gear, man. You know, it's
8  gear that hasn't been used -- you could tell this gear's not
9  been fixed in years, it's just been tucked away by all the
10  accumulated crew over the years.
11  MR. LEWAN: The new gear that they had is already out.
12  MR. DECAPUA: Yeah, we already got it baited up and we've
13  already set it.
14  MR. LEWAN: And that's already out there.
15  MR. DECAPUA: Yeah.
16  MR. LEWAN: And that was --
17  MR. DECAPUA: We still got gear on deck we'll have to
18  set.
19  MR. LEWAN: That was Rob Carrs's old (indiscernible) --
20  MR. DECAPUA: Yeah.
21  MR. LEWAN: He had the new gear, and he left, and then
22  they had this old shitty stuff.
23  MR. DECAPUA: Uh-huh (affirmative).
24  MR. LEWAN: And so you're out there on these docks fixing
25  this stuff, and Doyle said you were just pissed and you were

35

1  just complaining.
2  MR. DECAPUA: I was very pissed.
3  MR. LEWAN: You were complaining --
4  MR. DECAPUA: Sure, I was mad as hell, yeah.
5  MR. LEWAN: Yeah.
6  MR. DECAPUA: Because I don't like doing -- you know,
7  this is make-work crap, and we're supposed to be giving the
8  boat to the guy in Juneau, so what am -- you know, man, I want
9  to know what are you making (indiscernible) -- what pissed me
10  off was I quit Phil to work with Phil.
11  MR. LEWAN: Right.
12  MR. DECAPUA: Except when I was with Phil, Phil made
13  money.
14  MR. LEWAN: Right.
15  MR. DECAPUA: This is Phil, Junior, and he don't. You
16  know, that's what burned me, see? You know what I mean? It'd
17  be -- Mark's (indiscernible) -- both -- both Doyle and Giggy
18  were telling me to shut up because Mark is a great guy, and
19  I'm saying it ain't about a great -- I agree with you he's a
20  great guy, I'm not saying nothing about his performance as a
21  human or a man.
22  MR. LEWAN: Right.
23  MR. DECAPUA: I'm talking about rockfishing.
24  MR. LEWAN: Okay, right.
25  MR. DECAPUA: And why am I wasting -- you know, why am I

36

1  wasting my efforts on this fucking old gear here?
2  MR. LEWAN: Right.
3  MR. DECAPUA: You know?
4  MR. LEWAN: And so Giggy's like shut the fuck up.
5  MR. DECAPUA: Yeah, shut the fuck up, do your job, you
6  know, that -- you know, if we do make money, I'm going to find
7  you and --
8  MR. LEWAN: Yeah, right.
9  MR. DECAPUA: You know? Well, whatever Giggy, but --
10  MR. LEWAN: And what's Hanlon saying all -- through all
11  this?
12  MR. DECAPUA: Nothing.
13  MR. LEWAN: Nothing, he just sits there.
14  MR. DECAPUA: He's just sitting there baiting gear,
15  doing -- you know. He sure (indiscernible), you know what I
16  mean? A very stoic guy, you know? He didn't --
17  MR. LEWAN: He didn't complain.
18  MR. DECAPUA: He didn't complain much, didn't laugh much,
19  you know, just --
20  MR. LEWAN: And at some point you guys --
21  MR. DECAPUA: -- real even-keeled, you know?
22  MR. LEWAN: At some point you --
23  (End of Tape 3 Red Set)
24  /
25  /