

**JIM STEFFEN, SAMS-AMS**
Member ABYC, NFPA, IAMI

P. O. Box 936, Sitka, Alaska   99835
907-747-5394        Fax 907-747-6394
norcoast @ptialaska.net

**Condition / Valuation and Damage Surveys • Consulting • Audiogauge and Moisture Testing**

SURVEY   #1012093
DATE:    5/10/01
VESSEL:  F/V "MIN E"

This is to certify that the undersigned Surveyor, at the request of Mr. Philip Wiley, did attend aboard the vessel MIN E, Official No. 554,904, on 30 April, 2001, while the vessel was moored in ANB Boat Harbor, in Sitka, Alaska, for the purpose of determining the condition and valuation of the vessel.

The MIN E is a production-built fiberglass salmon troller designed by Ed Monk and constructed by the Little Hoquiam Boat Co. The mould was later stretched by 2' and became known as the "Bluefin 47" model. It is of heavy construction, with a raked stem, round bilge, full keel, elliptical stern, and a moderate sheer. The foredeck is raised, while the main and side decks are dropped 12" at the front of the deckhouse; the poop deck is raised 8" near the stern.



The vessel is laid out with a forecabin in the bow, having berths to Port and Stbd, stowage beneath, and overhead lockers outboard; aft is a hinged door to the engine compartment, adjacent are steps leading above. In the deck house, the helm is to Stbd, aft is a bench helm seat, aft the galley range, sink, and related cabinetry with stowage in drawers and lockers. To Port is a refrigerator, aft a dinette with stowage in drawers beneath, aft an enclosed head, which is in use only for stowage. Aft, through a hinged door is the work deck, with a longline haul station to Stbd, a hauler attached to the mast, aft the main hatch, which is raised 18", with a fiberglass coaming and an aluminum and FRP covers. Below is a fish hold which is insulated and FRP lined; the owner is in the process of having 4' of additional insulation and a new FRP lining installed. Aft a gillnet drum is mounted in season, aft is the poop deck, which is covered by a semi-enclosed aluminum canopy, and has a square hatch for access to the lazarette and tank void; the owner is in the process of installing a generator set and refrigeration equipment in that area. Aft is the troll cockpit, which is self-bailing, and fitted with an 8" coaming; aftermost is the stern.

The overall appearance of the vessel is fair to good, with some blemishes and stains in the topsides. The interior is in need of housekeeping, partially due to current construction. Cabin upholstery is in fair to poor condition. Current upgrades are estimated to be approximately 60% complete.

Vessels by this manufacturer are known for their seaworthiness and durability. The MIN E is currently employed in longline fisheries in Southeastern Alaska, and in summer months converts for the salmon gillnet fishery in Prince William Sound. It is well suited to these uses.

For further observations, see the FINDINGS and RECOMMENDATIONS.



W 50119

000031

PAGE 1 OF 7

## FINDINGS AND RECOMMENDATIONS

SURVEY    #1012093                                              F/V MIN E

### FOUND

As the vessel was surveyed while afloat, no observation of the hull below waterline for wear and tear, osmosis, or unrepaired damage could be made, and no opinion is proferred. For the purpose of valuation only, the underbody is assumed to be in satisfactory condition for safe operation, and free of significant defects.

The owner is in the process of installing a small refrigeration unit suitable for freezing shrimp. The generator and refrigeration compressor have been installed in the lazarette compartment. Proper ventilation for the generator engine, the exhaust system, electrical and fuel connections remain to be completed. The owner is preparing the fish hold for a fiberglass contractor so that that work can be completed. Fair market value is developed with and without completion of these and other repairs.

### RECOMMEND

**LEGAL REQUIREMENTS:** These findings may constitute a violation of USCG or State regulations. They should be addressed before the vessel is next underway.

**\*\*1.** The lifering is to be labeled with the name of the vessel. (46 CFR 28.115-135)

**\*\*2.** Although this compartment is limbered forward into the shaft alley, for safety and protection of the equipment located there, install a high water bilge alarm in the lazarette compartment as required for fishing vessels over 36' in length. Installation must allow for periodic testing of the float switch. (46 CFR 28.250)

**SAFETY REQUIREMENTS:** These findings may constitute an endangerment to personnel and/or affect the vessel's safe and proper operating condition, according to current voluntary standards. They should be addressed before the vessel is next underway, or within the stated timeline.

**\*\*3.** Install a belt guard on the JABSCO auxiliary bilge pump. (46 CFR 28.215)

4. Installation of an audible fire alarm system with sensors above the galley range and the main engine is strongly recommended. A heat-actuated fuel shut-off such as a "StoveGuard" may be substituted for the alarm sensor above the galley stove. An automatic gaseous fire extinguisher for the engine compartment is also advised.

**\*\*5.** Fixed and portable fire extinguishers are to be tested and tagged. (USCG Rule 37 Annex IV, ABYC A-4.6.3, and NFPA 302:10:9-1.1)

**\*\*6.** Batteries are to be fitted with boxes, covers or terminal protectors, and secured against movement at all times. (NFPA 302 :7-3.4, 3.5, 3.6) (ABYC E10.7.7.0-2)

**\*\*7.** Shore power wiring is to be integrated into the main AC breaker panel and supplied with a selector switch, or furnished with an independent breaker panel with selector. (ABYC E-8.11.5.2)

**\*\*8.** There are a number of non-insulated, twisted-together connections in the DC electrical wiring, and some circuits appear to be unprotected. For the short-term, proper marine connectors are to be installed at all cable splices, and fuses installed as necessary; for the long-term, the DC system is to be brought up to ABYC recommended specifications. (ABYC E-9.17.12.7)

---

WITH THE EXCEPTION OF STARRED (\*\*) RECOMMENDATIONS, THIS VESSEL IS FOUND TO BE A GOOD PHYSICAL RISK FOR THE PURPOSES OF USE, SALE, INSURANCE, AND FINANCE, AND IS WELL SUITED FOR THE CURRENT USE. RECOMMENDATIONS NOT SO NOTED DO NOT AT PRESENT SIGNIFICANTLY DETRACT FROM THE SEAWORTHINESS OR SAFETY OF THE VESSEL, AND ARE TO BE SATISFIED WITHIN A REASONABLE PERIOD OF TIME, OR AS NOTED.

---

**NORCOAST MARINE SERVICES**
*Jim Steffen, AMS-SAMS*

P.O. BOX 936   SITKA, ALASKA  99835
907-747-5394   FAX 907-747-6394   norcoast@ptialaska.net

## CONFIDENTIAL SURVEY REPORT

| | | | |
|---|---|---|---|
| SURVEY # | 1012093   DATE 5/10/01 | VESSEL | F/V "MIN E"   ADF&G# 24315 |
| DATE OF SURVEY | 4/30/01 | TYPE | Oil Screw / Displacement / Combination |
| OWNER | Mr. Philip R. Wiley | BUILDER | Little Hoquiam Boats,   YEAR 1974 |
| REQUESTED BY | Owner | | Hoquiam, WA |
| ADDRESS | P. O. Box 115, Sitka, Alaska | SPEC. | Elliptical-stern fiberglass fishing vessel, currently rigged for longline fishery. In season, vessel is converted for sternpicker gillnet fishery. |
| LOCATION | Afloat in ANB Boat Harbor, Sitka, Alaska | | |
| ATTENDING | Owner and Surveyor | OFFICIAL NO. | 554,905   L.O.A. 46.0' (rept'd) |

REG.L. 39.1'    BEAM 13.2'    DRAFT 6.0'
DEPTH 7.8'    GROSS 31    NET 24
SERVICE   Commercial Fishing
PRIMARY AREA   Coastal Waters of S. E. Alaska
OF OPERATION   Prince William Sound

### HULL STRUCTURE

| | |
|---|---|
| MATERIAL | Fiberglass Reinforced Plastic (FRP) |
| THICKNESS | 5/8 - 1 1/2" |
| FRAMING | Transverse bulkheads |
| TRUSSES/BEAMS | Foam-core FRP trusses, 2 3/4 X 3", 18" o.c. |
| DECKS | Solid FRP, 3/4" in thickness |
| BULKHEADS | Four, with 1 Watertight |
| FASTENED | Moulded |
| GUARDS | 3" aluminum channel, upper and lower |
| CEILING | Foam insulation with fiberglass overlay |
| STRINGERS | 4 X 12" engine stringers |
| CLAMPS | Moulded hull to deck joint |
| SHELF | N.A. |
| OTHER | N.A. |
| BULWARKS / FREEING PORTS | FRP hull extension, w/ Ironbark caps laid over moulded-in wood cap. 22" height at bow, 24" amidships, 16" at stern |
| HOUSE | FRP on wood and FRP frame, wood-paneled interior with some plastic laminate. Housekeeping fair. |

### MAIN ENGINE(S)

| | |
|---|---|
| MAKE | JOHN DEERE |
| MODEL | 6076 AFM   Serial # RG6076A195664 |
| CYLINDERS | 6   HP 250   AGE 1996 |
| START | 12 V   RPM 2200   G.P.H. |
| ASPIRATED | Turbocharged |
| VENTILATION | Two 4 X 10" cowls |
| CONTROLS | Morse throttle and shift, 3 stations |
| COOLING | Keel Cooled   EXHAUST Dry Stack |
| EXHAUST CLEAR OF WOODWORK ? | Yes |
| ENGINE HRS | 4924.2 |
| OVERHAUL | None |
| BLOWERS | None Req'd |
| RED. GEAR | TWIN DISC MG 509-1 |
| RATIO | 2.95:1   CLUTCH Hydraulic |
| ALARMS | Oil Pressure, Engine temperature |
| ATTACHED UNITS | One ea. 60 amp alternator, washdown, hyd. pumps; one 500 Series RACOR fuel filter |

W 50121

FIRE ARREST   None
BILGE CONDITION   GOOD

SURVEY # 1012093    PAGE 2 of 7

000033

## NAVIGATION EQUIPMENT

| | |
|---|---|
| COMPASS | DIRIGO 6" card |
| RADIO 1 | TRS Challenger 40 channel CB |
| RADIO 2 | ICOM IC-M120 VHF |
| RADIO 3 | |
| RADIO 4 | SGC Model SG711 Single side band, |
| OTHER | inoperable without antenna |
| LORAN | FURUNO LC 200 Loran C (1979) |
| RADAR | SITEX T-170 24 mile |
| GPS / PLOTTER | EMS CV 100 Chartviewer plotter with 8 C-Maps and GPSA interface |
| FATHOMETER | FURUNO FCV 201 Color Video |
| | MORROW 200F paper recording |
| | RAYTHEON V720 color video |
| AUTOPILOT | COMNAV Model 2001 w/ remote and rudder angle indicator |
| WATCH ALARM | None |
| LIGHTS | Starboard running light intermittent |
| SPOTLIGHT | RAYLINE remote control |
| OTHER | NORTHSTAR Model 9400 digital Loran / GPS |
| | BEARCAT Model 210 scanner |
| | One fan |

## TANKS - FUEL AND WATER

| | |
|---|---|
| FUEL Dsl #2 | CAPACITY 900 Gal.   MAT'L Steel |
| LOCATION | 2 X 200 Gal. lazarette (contaminated) |
| | 2 X 250 Gal. athwart engine |
| LINES | Neoprene hose   VALVES at tanks |
| VENT LINES | Copper, outboard |
| WATER CAPACITY | 400 Gal.   MAT'L Fiberglass |
| LOCATION | One tank, beneath cockpit sole |
| HOT WATER TANK | 6 Gal. AC/Heat Exchange |
| LOCATION | Aft engine |
| OTHER | 18 Gal. aluminum hydraulic reservoir |
| LOCATION | Aft, engine room |
| HOLDING TANK | None |
| TANK MOUNTS | Adequate |

## AUXILIARY ENGINE

| | |
|---|---|
| MAKE | M+L / ISUZU |
| MODEL | 3LB-1   8970453982 |
| CYLINDERS | 3   HP   AGE 2000 |
| START | 12V   RPM 1800   G.P.H. |
| ASPIRATED | Natural   VENT. NONE |
| CONTROLS | Integral |
| COOLING | Keel Cooler   EXHAUST Incomplete |
| EXHAUST CLEAR OF WOODWORK ? | Incomplete |
| ENGINE HOURS | 00.0   OVERHAUL New |
| ALARMS | Auto shut-down   FIRE ARREST None |
| USE | Drives a NEWAGE / STAMFORD 12.5 KW 3Ø 110 / 208VAC generator. Located in lazarette compartment, installation incomplete |

## BATTERIES

| NO. | SIZE | TYPE | LOCATION |
|---|---|---|---|
| 2 | 4-D | Marine 12 V | Fwd engine, Portside |

| | |
|---|---|
| TRAYS | Yes |
| PROTECTED | Unprotected, not secured |
| DISCONNECT | Vaportight switch |

## ELECTRICS

| | |
|---|---|
| WIRE TYPE | Stranded copper   VOLTAGE 12 V |
| PROTECTION | 20-Circuit Fused switch panel at helm; some dead circuits, some poor connections |
| FIXTURE TYPE | Protected and unprotected |
| AC CIRCUITS | Shore power AC circuitry unprotected; On-board AC circuitry with SIEMENS 5-circuit breaker switch panel with main disconnect; install incomplete |
| BONDING | Incomplete in aft compartment |

## HULL CONNECTIONS

| | |
|---|---|
| VALVES | Two 1 1/2" seacocks, one not in use; one 3/4" ball |
| PIPING | Neoprene hose in good condition |

SURVEY # 1012093   PAGE 3 of 7

W 50122   000034

## STEERING AND SHAFTS

**STEERING TYPE** WAGNER T-2 T-Ram hydraulic
**\)TIONS** Three; wheelhouse, haul station, cockpit

**RUDDER** Not inspected

**TAILSHAFT** 2 1/4" Stainless Steel
**INTERMEDIATE SHAFT** 2 1/4" Stainless Steel
**INTERMEDIATE BEARINGS** None
**STERN BEARING** Not Inspected
**PROPELLER** Not Inspected
**COUPLINGS** Two Rigid, HD one w/ Drivesaver
**ZINC PROTECTION** Not Inspected

## FIRE FIGHTING EQUIPMENT

**FIXED SYSTEM TYPE** FIREBOY Halon 1301

**APPROVED** For space served; 1995 tag, gauge OK

**SPACES SERVED** Galley stove

| | | | |
|---|---|---|---|
| **SENSORS** Integral | | **RELEASE** Automatic | |
| **\)RTABLE 1** 15 # | | **TYPE** Flouro Foam A:B:C | |
| **LOC** Engine room | | **TEST** No tag or gauge | |
| **PORTABLE 2** 2.5# | | **TYPE** Dry Chem 1-A:10-B:C | |
| **LOC** Galley | | **TEST** Gauge OK, 3/96 tag | |
| **PORTABLE 3** 15.0# | | **TYPE** CO2 10-B:C | |
| **LOC** Galley | | **TEST** Tagged 3/96 | |
| **PORTABLE 4** 10.0# | | **TYPE** Dry Chem 4-A;60-B:C | |
| **LOC** Exterior house | | **TEST** Gauge OK, 3/96 tag | |
| **PORTABLE 5** | | **TYPE** | |
| **LOC** | | **TEST** | |
| **PORTABLE 6** | | **TYPE** | |
| **LOC** | | **TEST** | |

**FIRE ALARMS** None operable

## REFRIGERATION

**GALLEY** NORCOLD AC/DC refr/frzr

**OTHER** GUNSELA Canadian refrigeration system, semi-hermetic 4 HP compressor, R-507 refrigerant, located in lazarette, installation incomplete

**SURVEY #** 1012093      **PAGE 4 of 7**

## DECK MACHINERY & RIGGING

**ANCHOR** FORFJORD #8
**RODE** 2 Fathoms 3/4" chain, 20 Fathoms 1/2" chain, 40 Fathoms 7/8" nylon line
**ANCHOR WINCH** THOMPSON Hydraulic drum
**MASTS** One 6" aluminum, step-tapered

**HOIST / WINCH**

**BOOMS** One 2" galvanized steel, fixed to hayrack

**HOIST / WINCH**

One 42" KOLSTRAND gillnet power roller
One 2-speed aluminum gillnet drum with chain levelwind (not viewed, in storage)

**RIGGING** One forestay, two shrouds per side, of 3/8" stainless cable
Two 1/4" stainless cable backstays
Two 5" wood trolling poles with three fwd and one aft stainless cable pole guys
THOMPSON 17" Nordic longline hauler
Two plywood stabilizers

**OTHER** One aluminum crucifier, one double wide galvanized steel bait chute, one side roller

### PUMPS

| MAKE | SIZE | TYPE | DRIVE | USE |
|---|---|---|---|---|
| RULE | 2000 GPH | Implr | 12 V | Hold Bilge |
| JABSCO | 1 1/4" | Implr | Belt | Main bilge |
| J. DEERE | 1" | Implr | engine | Washdown |
| SHURFLO | 1/2" | Implr | 12 V | Fresh Water |
| WHALE | 1 1/2" | Diaph | Manual | Auxiliary bilge |
| EATON | 20 GPM | Piston | Engine | Hydraulics |
| RULE | 3500 GPH | Implr | 12V | Engine Bilge |
| | | | | |

**BILGE ALARMS** Engine room, tested

W 50123                           000035

## STOVES AND VENTILATION

| | | | |
|---|---|---|---|
| **HEATERS** | None | **GALLEY STOVE** | OLYMPIC Y-12 oil range |
| | | **HEAT SHIELD** | Adequate |
| **CABIN VENTILATION** | Door and windows | **FUEL** | Main tanks via autopulse pump |

## SAFETY EQUIPMENT

| | | | |
|---|---|---|---|
| **SKIFFS** | LIVINGSTON 8' fiberglass, fair condition | **E.P.I.R.B.** | ACR 406 MHz; battery to 5/05, static release to 4/02 |
| **RAFTS** | GIVENS 5 man  Solas B, float-free release   TEST to 8/00 | **HORN** Yes     **BELL** Yes | |
| **JACKETS** | | **RAILINGS** | Lashing rail perimeter aft canopy |
| **SUITS** | Three adult aboard (2 reported in storage) | | |
| **LIFERINGS** | One with tether, incorrect label | **OTHER** | All required placards |
| **FLARES** | Offshore kit to 11/02 | | |
| | | **SAFETY DEVICES EASILY ACCESSIBLE?** Yes | |

### EQUIPMENT NOT OTHERWISE NOTED

Aluminum canopy at stern with 2" transverse pipe frames 18" on center; open at sides, front, and back
Synthetic canvas rain fly on plastic pipe frame over main deck
PVC haul guard at longline haul station

**APPARENT LEVEL OF CARE AND MAINTENANCE**   FAIR - GOOD

DEPRECIATED / MARKET VALUES ARE CALCULATED FOR CONDITION OF VESSEL AT TIME OF SURVEY.

| | |
|---|---|
| ESTIMATED VALUE OF VESSEL FOLLOWING NEEDED REPAIRS / UPGRADES | $145,000.00 |
| CURRENT ESTIMATED FAIR MARKET VALUE OF VESSEL AS EQUIPPED | $130,000.00 |
| CURRENT ESTIMATED REPLACEMENT VALUE OF VESSEL AS EQUIPPED | $490,000.00 |

ALL VALUES ARE CALCULATED FOR THE CONDITION AND LOCATION OF THE VESSEL AT THE TIME OF SURVEY, WITH ACCESSORIES. REPLACEMENT VALUES ARE BASED ON CLOSEST EQUIVALENT VESSEL OF CONTEMPORARY (NEW) MANUFACTURE.

This survey sets forth the apparent condition of the vessel, including hull, machinery, equipment, fittings and gear to the best of the Surveyor's ability without removal of bulkheads, panelings, ceilings or other portions of the structure and without the opening of machinery or auxiliaries for internal examinations or their operation for performance study. It represents the Surveyor's honest and unbiased opinion, but in submitting this survey it is understood by all parties concerned that this survey is not to be considered a guarantee of its accuracy, nor does it create any liability on the part of the Surveyor arising out of the reliance on information contained in this survey.

**SUBMITTED WITHOUT PREJUDICE**

JAMES W. STEFFEN, A.M.S.

**SURVEY #** 1012093          **PAGE** 5 of 7

W 50124

000036

# FINDINGS AND RECOMMENDATIONS

**SURVEY #1012093**                                                                 **F/V MIN E**

## FOUND

As the vessel was surveyed while afloat, no observation of the hull below waterline for wear and tear, osmosis, or unrepaired damage could be made, and no opinion is proferred. For the purpose of valuation only, the underbody is assumed to be in satisfactory condition for safe operation, and free of significant defects.

The owner is in the process of installing a small refrigeration unit suitable for freezing shrimp. The generator and refrigeration compressor have been installed in the lazarette compartment. Proper ventilation for the generator engine, the exhaust system, electrical and fuel connections remain to be completed. The owner is preparing the fish hold for a fiberglass contractor so that that work can be completed. Fair market value is developed with and without completion of these and other repairs.

## RECOMMEND

**LEGAL REQUIREMENTS:** These findings may constitute a violation of USCG or State regulations. They should be addressed before the vessel is next underway.

**\*\*1.** The lifering is to be labeled with the name of the vessel. (46 CFR 28.115-135)

**\*\*2.** Although this compartment is limbered forward into the shaft alley, for safety and protection of the equipment located there, install a high water bilge alarm in the lazarette compartment as required for fishing vessels over 36' in length. Installation must allow for periodic testing of the float switch. (46 CFR 28.250)

**SAFETY REQUIREMENTS:** These findings may constitute an endangerment to personnel and/or affect the vessel's safe and proper operating condition, according to current voluntary standards. They should be addressed before the vessel is next underway, or within the stated timeline.

**\*\*3.** Install a belt guard on the JABSCO auxiliary bilge pump. (46 CFR 28.215)

**4.** Installation of an audible fire alarm system with sensors above the galley range and the main engine is strongly recommended. A heat-actuated fuel shut-off such as a "StoveGuard" may be substituted for the alarm sensor above the galley stove. An automatic gaseous fire extinguisher for the engine compartment is also advised.

**\*\*5.** Fixed and portable fire extinguishers are to be tested and tagged. (USCG Rule 37 Annex IV, ABYC A-4.6.3, and NFPA 302:10:9-1.1)

**\*\*6.** Batteries are to be fitted with boxes, covers or terminal protectors, and secured against movement at all times. (NFPA 302 :7-3.4, 3.5,3.6) (ABYC E10.7.7.0-2)

**\*\*7.** Shore power wiring is to be integrated into the main AC breaker panel and supplied with a selector switch, or furnished with an independent breaker panel with selector. (ABYC E-8.11.5.2)

**\*\*8.** There are a number of non-insulated, twisted-together connections in the DC electrical wiring, and some circuits appear to be unprotected. For the short-term, proper marine connectors are to be installed at all cable splices, and fuses installed as necessary; for the long-term, the DC system is to be brought up to ABYC recommended specifications. (ABYC E-9.17.12.7)

---

WITH THE EXCEPTION OF STARRED (\*\*) RECOMMENDATIONS, THIS VESSEL IS FOUND TO BE A GOOD PHYSICAL RISK FOR THE PURPOSES OF USE, SALE, INSURANCE, AND FINANCE, AND IS WELL SUITED FOR THE CURRENT USE. RECOMMENDATIONS NOT SO NOTED DO NOT AT PRESENT SIGNIFICANTLY DETRACT FROM THE SEAWORTHINESS OR SAFETY OF THE VESSEL, AND ARE TO BE SATISFIED WITHIN A REASONABLE PERIOD OF TIME, OR AS NOTED.

---

# FINDINGS AND RECOMMENDATIONS

**SURVEY   #1012093**                                      **F/V MIN E**

**RECOMMEND** Continued.....

**IMMEDIATE ATTENTION:** These items should be corrected in the near future to help the vessel maintain its current value and safe and proper operating condition.

9. Mounting brackets for the aft stabilizer pole guys are adrift due to soft wood in the bulwark cap. Renew woodwork and replace brackets to include adequate backing plates.

**RECOMMENDATIONS:** These findings are descriptions of items noted that are of non structural or cosmetic nature. Corrections to these items will normally enhance the value of the vessel and/or preclude future deterioration of condition or value.

10. Anchor chain is worn, and now at 60% of initial strength. Replace chain part of rode within a period of 3 years. Nylon part of rode shows some wear, and should be more closely examined for possible replacement when chain has been removed from winch.

11. Complete fiberglass repair to the lazarette hatch coaming and adjacent deck. A securable hatch cover is to be installed.

12. Replace soft wood in forward bulwark caps and refasten Ironbark that is working loose due to the soft wood.

---

WITH THE EXCEPTION OF STARRED (**) RECOMMENDATIONS, THIS VESSEL IS FOUND TO BE A GOOD PHYSICAL RISK FOR THE PURPOSES OF USE, SALE, INSURANCE, AND FINANCE, AND IS WELL SUITED FOR THE CURRENT USE. RECOMMENDATIONS NOT SO NOTED DO NOT AT PRESENT SIGNIFICANTLY DETRACT FROM THE SEAWORTHINESS OR SAFETY OF THE VESSEL, AND ARE TO BE SATISFIED WITHIN A REASONABLE PERIOD OF TIME, OR AS NOTED.

---



**JIM STEFFEN, SAMS-AMS**
Member ABYC, NFPA, SNAME, IAMI

P. O. Box 936, Sitka, Alaska  99835
PH / Fax 907-747-5394

Condition / Valuation and Damage Surveys • Consulting • Audiogauge and Moisture Testing

SURVEY   #961427
DATE:    10/14/96
VESSEL:  F/V MIN E



This is to certify that the undersigned Surveyor, at the request of Mr. Philip Wiley, did attend aboard the vessel MIN E, Official No. 554,904, on 8 October, 1996, while the vessel was moored in Thomsen Boat Harbor, in Sitka, Alaska, for the purpose of determining the condition and valuation of the vessel.

The MIN E is a production model fiberglass salmon troller designed by Ed Monk and constructed by the Little Hoquiam Boat Co. The mould was later stretched by 2' and became known as the "Bluefin 47" model. It is of heavy construction, with a raked stem, round bilge, full keel, elliptical stern, and a moderate sheer. The foredeck is raised, the main and side decks dropped 12" from the front of the deckhouse, and the poop deck is raised 8" near the stern.

The vessel is laid out with a foc'sle foremost, having berths to Port and Stbd, stowage beneath, and overhead lockers outboard; aft is a hinged door to the engine compartment, and steps leading to the deckhouse above; here, the helm is to Stbd, aft is a bench helm seat, aft the galley range, sink, and related cabinetry with stowage in drawers and lockers; to Port is a refrigerator, aft a dinette with stowage in drawers beneath, aft an enclosed head, which is in use only for stowage; aft, through a hinged door is the work deck, with a longline haul station to Stbd, a hauler attached to the mast, aft the main hatch, which is raised and made of fiberglass with an aluminum and plywood cover; beneath is a fish hold which is insulated and fiberglass lined; aft a longline drum is normally mounted, aft is the raised poop deck which is enclosed by a semi-enclosed aluminum baitshed, and has a watertight hatch for access to the lazarette and tank void; aft is the troll cockpit, which is self-bailing, and aftermost is the stern.

The overall appearance of the vessel is good. Vessels by this manufacturer are known for their seaworthiness and durability. The MIN E is currently employed in longline fisheries in Southeastern Alaska, and in summer months converts for the salmon gillnet fishery in Prince William Sound.

The vessel was surveyed while afloat. **For further observations, see the FINDINGS and RECOMMENDATIONS.**

PAGE 1 OF 6

W 50127                    000039



JIM STEFFEN, AMS
Member ABYC, NFPA, SNAME, IAMI

P. O. BOX 936   Sitka, Alaska 99835
PH / FAX 907-747-5394

Condition / Valuation & Damage Surveys   •   Consulting   •   Audiogauge & Moisture Testing

## CONFIDENTIAL SURVEY REPORT

**VESSEL** MIN E
**TYPE** Oil Screw / Displacement / Combination
**BUILDER** Little Hoquiam, Hoq., WA      **YEAR** 1974
**SPEC.**
**OFFICIAL NO.** 554,904      **L.O.A.** 45.0'
**REG.L.** 39.1'   **BEAM** 13.2'   **DRAFT** 6.0'
**DEPTH** 7.8'   **GROSS** 31   **NET** 24
**SERVICE** Commercial Fishing
**PRIMARY AREA OF OPERATION** Coastal Waters of S. E. Alaska

**SURVEY #** 961427      **DATE** 10/14/96
**DATE OF SURVEY** 10/8/96
**OWNER** Mr. Phillip Wiley
**REQUESTED BY** Owner
**ADDRESS** Box 115,
Sitka, Alaska

**LOCATION** Afloat in Thomsen Boat Harbor, Sitka, Alaska
**ATTENDING** Owner and Surveyor

### HULL STRUCTURE

**MATERIAL** Fiberglass   **THICKNESS** 5/8 - 1
**FRAMING** Transverse bulkheads

**TRUSSES/BEAMS** Foam-core fiberglass trusses, 2 3/4 X 3", 18" o.c.
**DECKS** Solid fiberglass, 3/4" in thickness

**BULKHEADS** Four, with 1 Watertight
**FASTENED** Moulded
**GUARDS** 3" aluminum channel, upper and lower

**CEILING** Foam insulation with fiberglass overlay
**STRINGERS** 4 X 12" engine stringers

**CLAMPS** Moulded hull to deck joint
**SHELF** N.A.
**OTHER** N.A.
**BULWARKS** Fiberglass hull extension, w/ Ironbark caps

**HOUSE** Plywood, with fiberglass sheathe; panelled interior with Formica

**SURVEY #** 961427      **PAGE 2 OF 6**

### MAIN ENGINE(S)

**MAKE** JOHN DEERE   **MODEL** 6076 AFM
**CYLINDERS** 6   **HP** 250   **AGE** 1996
**START** 12 V   **RPM** 2200   **G.P.H.**
**ASPIRATED** Turbocharged   **FIRE ARREST** None
**VENTILATION** Two 4 X 10" cowls
**CONTROLS** Morse throttle and shift, 3 stations

**COOLING** Keel Cooled   **EXHAUST** Dry Stack
**EXHAUST CLEAR OF WOODWORK ?** Yes
**ENGINE HRS** 1221.5   **BLOWERS**
**OVERHAUL** None   None Req'd
**RED. GEAR** TWIN DISC MG 509-1
**RATIO** 2.95:1   **CLUTCH** Hydraulic
**ALARMS** Oil Press., Engine temp., Engine fire
**ATTACHED UNITS** One ea. 60 amp alternator, washdown, hyd. pumps; one 500 Series RACOR fuel filter
**BILGE CONDITION** GOOD

### HULL CONNECTIONS

**VALVES** Two 1 1/2" seacocks, One 3/4" ball

**PIPING** Neoprene hose

W 50128                                    000040

## NAVIGATION EQUIPMENT

COMPASS   DIRIGO 6" card
RADIO 1   TRS Challenger              CB
RADIO 2   ICOM IC-M120                VHF
RADIO 3
RADIO 4
LORAN   FURUNO LC 200 loran C
        NORTHSTAR Model 9400   Loran / GPS
RADAR   RAYTHEON Model 2700   (not operable)
        SITEX T-170 24 mile   (new)
FATHOMETER   FURUNO FCV 201   Color Video
        MORROW 200F recording
        APELCO MS602A (not operable)
AUTOPILOT   COMPUNAV Comnav 2001 w/ remote
        and rudder angle indicator
WATCH ALARM   None
LIGHTS   See F&R   SPOTLIGHT   RAYLINE
OTHER   EMS CV 100 Chartviewer plotter with
        8 C-Maps and GPSA interface
        BEARCAT Model 210 scanner
        One fan

## STEERING AND SHAFTS

STEERING TYPE   WAGNER T-2 T-RAM hydraulic
STATIONS   Three; wheelhouse, haul station, cockpit
RUDDER   Not inspected
TAILSHAFT   2 1/4" Stainless Steel
INTERMEDIATE SHAFT   2 1/4" Stainless Steel
INTERMEDIATE BEARINGS   None
STERN BEARING   Not Inspected
PROPELLER   Not Inspected
COUPLINGS   Two Rigid, HD one w/ Drivesaver
ZINC   Not Inspected
PROTECTION

## STOVES AND VENTILATION

CABIN VENTILATION   Door and windows
GALLEY STOVE   OLYMPIC Y-12 oil range
FUEL STORAGE   Main tanks
HEATERS   None

SURVEY # 961427        PAGE 3 OF 6

## AUXILIARY ENGINE

MAKE   NONE         MODEL
CYLINDERS      HP        AGE
START          RPM       G.P.H.
ASPIRATED                VENT.
CONTROLS
COOLING                  EXHAUST
EXHAUST CLEAR OF WOODWORK ?
ENGINE HOURS        OVERHAUL
ALARMS              FIRE ARREST
USE

## TANKS - FUEL AND WATER

FUEL   Dsl #2   CAPACITY   900 G   MAT'L   Steel
LOCATION   2 X 200 G   lazarette (not in use)
           2 X 250 G   athwart engine
LINES   Neoprene         VALVES   at tanks
VENT LINES   Copper, outboard
WATER CAPACITY   400 G   MAT'L   Fiberglass
LOCATION   1 X 400 G, beneath cockpit sole
HOT WATER TANK   6 Gal. AC/Heat Exchange
LOCATION   Aft engine   TANK MOUNTS   Adequate
HOLDING TANK   None

## BATTERIES

NO.   SIZE   TYPE             LOCATION
2     4-D    Marine 12 V Fwd engine, Portside

TRAYS   Yes   PROTECTED   By location; not secured
DISCONNECT   Vaportight switch

## ELECTRICS

WIRE TYPE   Stranded copper   VOLTAGE   12 V
PROTECTION   Fused switch panel
FIXTURE TYPE   Protected and unprotected
AC CIRCUITS   None

BONDING   Complete

W 50129                        000041

## FIRE FIGHTING EQUIPMENT

FIXED SYSTEM TYPE   NONE
APPROVED
SPACES SERVED

| SENSORS | | RELEASE | |
|---|---|---|---|
| PORTABLE 1 | 2.5 Gal. | TYPE | Flouro Foam A:B:C |
| LOC | Engine room | TEST | New 1996 |
| PORTABLE 2 | 2.5# | TYPE | Dry Chem A:B:C |
| LOC | Galley | TEST | Tagged 3/96 |
| PORTABLE 3 | 15# | TYPE | CO2 |
| LOC | Galley | TEST | Tagged 3/96 |
| PORTABLE 4 | 15# | TYPE | Dry Chem A:B:C |
| LOC | Exterior house | TEST | New 1996 |
| PORTABLE 5 | | TYPE | |
| LOC | | TEST | |
| PORTABLE 6 | | TYPE | |
| LOC | | TEST | |

FIRE ALARMS   Fire alarms in engine room, and near helm (latter not operable)

## REFRIGERATION

GALLEY   NORCOLD   AC/DC refr/frzr
HOLD

## SAFETY EQUIPMENT

SKIFFS   LIVINGSTON 8' fiberglass, fair condition
RAFTS   GIVENS 6 man   Solas B · TEST to 8/97
JACKETS
SUITS   Three adult aboard (2 reported in storage)
LIFERINGS   One with tether
FLARES   Offshore kit to 1999
E.P.I.R.B.   ACR 406 Mhz (S.R. to 9/98)
HORN   Yes     BELL   Yes
RAILINGS   Lashing rail perimeter bait shed cover

OTHER   All required placards

SAFETY DEVICES EASILY ACCESSIBLE?   Yes
SURVEY # 961427   PAGE 4 OF 6

## DECK MACHINERY & RIGGING

ANCHOR   FORFJORD #8
RODE   2 Fathoms 3/4" chain, 20 Fathoms 1/2" chain, 40 Fathoms 7/8" nylon line
ANCHOR WINCH   Thompson Hydraulic drum
MASTS   One 6" aluminum
HOIST / WINCH
BOOMS   One 2" galvanized steel

HOIST / WINCH

SAILS   One riding sail in fair to poor condition

RIGGING   One 3/8" forestay, two per side 3/8" shrouds, two 1/4" backstays, all S.S.
Two 4" wood trolling poles with three fwd and one aft stainless pole guys
Two plywood stabilizers
OTHER   THOMPSON 17" Nordic longline hauler
One 4-spool KOLSTRAND troll gurdy (in storage)

## PUMPS

| MAKE | RULE | TYPE | Implr | DRIVE | 12 V |
|---|---|---|---|---|---|
| SIZE | 2000 GPH | | USE | Hold Bilge | |
| MAKE | JABSCO | TYPE | Implr | DRIVE | Belt |
| SIZE | 1 1/4" | | USE | Main bilge | |
| MAKE | John Deere | TYPE | Implr | DRIVE | engine |
| SIZE | 1" | | USE | Washdown | |
| MAKE | SHURFLO | TYPE | Implr | DRIVE | 12 V |
| SIZE | 1/2" | | USE | Fresh Water | |
| MAKE | WHALE | TYPE | Diaph | DRIVE | Manual |
| SIZE | 1 1/2" | | USE | Auxiliary bilge | |
| MAKE | EATON | TYPE | Pistonm | DRIVE | engine |
| SIZE | 20 GPM | | USE | Hydraulics | |
| MAKE | RULE | TYPE | Implr | DRIVE | 12V |
| SIZE | 1500 GPH | | USE | Engine Bilge | |
| MAKE | | TYPE | | DRIVE | |
| SIZE | | | USE | | |

BILGE ALARMS   Engine room, tested

W 50130

000042

## EQUIPMENT NOT OTHERWISE NOTED

One aluminum crucifier, one double wide galv. bait chute, one side roller
Aluminum baiting cover with 2" transverse pipe frames 18" on center; open at sides, front, and back
One NORTHILL 40# spare anchor
In storage:  One 15 skate steel longline drum w/ diamond cut levelwind (mounts aft of main hatch)
    One plywood / aluminum raised hatch cover for main hatch
One 18 Gallon aluminum hydraulic reservoir
One 42" KOLSTRAND gillnet power roller (in storage)
One 2-speed aluminum gillnet drum with chain levelwind (unknown manufacture, in storage)
XINTEX CMD-2M  CO detector, not wired
One SANYO 13" color television

APPARENT LEVEL OF CARE AND MAINTENANCE    Fair-Good

VALUES ARE CALCULATED FOR CONDITION AND LOCATION OF VESSEL AT TIME OF SURVEY.  REPLACEMENT VALUES ARE BASED ON CLOSEST EQUIVALENT VESSEL OF CONTEMPORARY MANUFACTURE.

CURRENT ESTIMATED  DEPRECIATED VALUE OF VESSEL  $     162,000.00
CURRENT ESTIMATED  FAIR  MARKET VALUE OF VESSEL  $     158,000.00
CURRENT ESTIMATED  REPLACEMENT VALUE OF VESSEL  $     295,000.00

SUBMITTED WITHOUT PREJUDICE,

JAMES W. STEFFEN, MARINE SURVEYOR

This survey sets forth the apparent condition of the vessel, including hull, machinery, equipment, fittings and gear to the best of the Surveyor's ability without removal of bulkheads, panelings, ceilings or other portions of its structure and without the opening of its machinery or its auxiliaries for internal examinations, or their operation for performance study. It represents the Surveyor's honest and unbiased opinion, but in submitting this survey, it is understood by all parties concerned that this survey is not to be considered a guarantee of its accuracy, nor does it create any liability on the part of the Surveyor arising out of the reliance on the information contained herein.

SURVEY # 961427         PAGE 5 OF 6

## FINDINGS AND RECOMMENDATIONS

**SURVEY #961427**  F/V "MIN E"

### FOUND

As the vessel was surveyed while afloat, no observation of the hull below waterline could be made, and no opinion is proferred. For the purpose of valuation, and based on the overall condition of the vessel, the underbody is assumed to be in satisfactory condition for safe operation.

The owner has made the following repairs / modifications since the last survey, conducted in 1992:
Repowered the vessel, installing a new John Deere 250 hp diesel with Twin Disc reduction gear;
Scaled and painted the fuel tanks in the engine room;
Removed some of the outdated electrical wiring in the engine room;
Had the oil range professionally rebuilt by B&B Stove;
Installed a partially enclosed aluminum bait shed on the aft deck

The vessel has minor blemishes in the topsides of the hull. Cabin upholstery is in fair to poor condition. Housekeeping is fair to poor.

### RECOMMEND

1. Some electrical leads in the engine room and wheelhouse are draped and disorganized. Parcel wiring, rerouting as necessary so that bundles may be secured to overhead. Remove unused leads. Clean up wiring on the RULE bilge pump in the engine room.

2. Secure hydraulic hoses draped in the engine room, and batteries against movement in the racks.

3. Refasten the aluminum chafe guard located on the Stbd side of the main deck bulwarks.

4. Install a belt guard on the JABSCO auxiliary bilge pump.

**5. Fiberglass flanges used for attachment of the longline drum to the main deck are delaminating. Install new mounts prior to further longlining with the drum.

**6. Repair as found necessary the Port and Starboard running lights and the anchor light.

**7. Repair as found necessary the fire alarm sensor above the galley range.

**8. Mounting plates for the aft stabilizer pole guys are adrift. Renew brackets and secure to rail cap with adequate backing plates.

9. Anchor chain is worn, and now at 60% of initial strength. Replace chain part of rode within a period of 2 years. Nylon part of rode shows some wear, and should be more closely examined for possible replacement when chain has been removed from winch.

**10. At the time of the inspection, the bait shed was poorly attached to the bulwark caps on the aft deck. Prior to offshore fishing operations, all of the shed mounting pads are to be securely attached to the bulwark.

11. If the vessel is to be operated by crew other than the vessel owner, a watch alarm is to be installed in the wheelhouse.

WITH THE EXCEPTION OF STARRED (**) RECOMMENDATIONS, THIS VESSEL IS FOUND TO BE A GOOD PHYSICAL RISK FOR THE PURPOSES OF USE, SALE, INSURANCE, AND FINANCE, AND IS WELL SUITED FOR THE INTENDED USE. RECOMMENDATIONS NOT SO NOTED DO NOT AT PRESENT SIGNIFICANTLY DETRACT FROM THE SEAWORTHINESS OR SAFETY OF THE VESSEL, AND ARE TO BE SATISFIED WITHIN A REASONABLE PERIOD OF TIME.

**FAX**

To: Becky    I M U

From: Eric Erven

Date: June 12, 2001

Phone: 206-285-9497

Number of Pages: 3 + cover

Fax: 206-285-9467

Re: Philip Wiley   F/V "MIN E"

Dear Becky:

This is the gentlemen who is in the process of updating vessel for a future shrimp operation. Part of the vessel upgrades is the conversion of the fish hole to a freezing system and in order to do this the vessel must move from Sitka to Ketchikan where insulation will be added.

As the policy was recently endorsed to restrict the vessel to the Sitka Harbor, I asked the surveyor if the vessel should per permitted to make a trip to and from Ketchikan. I have attached his response via e-mail.

I then called Phil and asked for explanations on item #8 and the other items that are "marked."

The first issue is deal with #8, which is the item that concerns the surveyor.

#8 DC wiring – The owner of the vessel explained that he recently added a new generator and the wiring to the panel came with this particular equipment. None of the wiring is connected nor it will be in the future unless than plans for the generator change. The surveyor would like the wiring removed but the owner is hesitant to do this because at some point a portion of this might be needed due to the additional equipment. Again at this time none of the wires in question are connected to anything or are use.

#7 Shore power – the wiring into the vessel was installed by the boat builder (Little Hoquiam) and though there is no breaker on the vessel (and there never has been) there is a breaker on the dock. If there is a problem the cord can merely be unplugged by the vessel owner where it connects on the vessel (it is similar to a large extension cord.)

#3 JABSCO bilge pump belt guard- The location of this backup/emergency bilge pump makes it nearly impossible for someone to become entangled in the motor and the owner is unwilling to install a belt guard because of the belt should fail a belt guard makes the replacement of the damaged belt very difficult and time consuming (which is not a positive when you really need the emergency bilge pump to function.

$5 Fire extinguishers – Done

#6 Batteries boxes – owner indicates that the batteries are secure in a custom battery rack that was installed by Little Hoquiam and feels that the additional of any type of battery box is unnecessary.

ERVEN AND SUDDOCK INSURANCE BROKERS, LLC.
3930 [illegible] PLACE WEST, SEATTLE WA 98119 • (206) 285-9497 • FAX 285-9467 • (800) 399-4672

EXHIBIT 4  4/11/06  Wiley

ESB 00203

May 18, 2001

Becky Sanders
International Marine Underwriters
Seattle, Washington



Re: Operation – "MIN E"
     Philip Wiley

Dear Becky:

I informed the owner that the vessel must not leave the Sitka Harbor until the upgrades have been completed.

Thanks

Eric



ESB 00207

---

ERVEN AND SUDDOCK INSURANCE BROKERS, LLC.
3920 15TH PLACE WEST, SEATTLE, WA 98119 • (206) 285-9497 • FAX 285-9467 • (800) 399-4872

# ENDORSEMENT Number One

to be attached to and made part of Policy Number:   CAJ H80363

of          Commercial Union Insurance Company

issued to    Philip Wiley

Vessel       MIN E

Effective May 18, 2001, it is hereby noted and agreed that the vessel shall be warranted laid up until all survey recommendations have been completed and a written signed letter of compliance is received by the underwriters. Failure to comply will result in cancellation of all insurance coverages.

All other terms and conditions remain unchanged.

Authorized Signature

Erven & Suddock Insurance Brokers
5/18/01



ESB 00200