

EXHIBIT A
page____ of____

00070

Start at *bgny*: how did
you get invited / work on the
Conti?

Miler — living at Georgie
Kite's Basement — was
deckhand on the boat.
Around Christmas time,
someone on the boat had
quit — wanted time off
for holidays and quit to go to
the lower 48.

Pool playing in basement
Miler came down when I
was shooting pool I
think I want to say
he was out — and
NW and J. even

00071

playing and he came down
and told me there was
a job on the L.C.
— Want to work? Bout
leaving on Jan 1 — New
Year's Day. Go right away
was was your reaction?
Great. Let's go. we left
right off. I, rounded the
others 2, nothing — none
who wrote.

Norm Weiser?

Perfect, him?

Yes — who listed to talk
shit — you'd see when you
meet him

Mr E

Deck hands, needed —

00072

I was a green horn at that time. I wanted to make some $ and get some experience on a ship. I'd been painting and fixing crab pots and wanted to get a steady job on a boat cause didn't want to just shack up with some man to have an address -

No home - had to have kids stay with (pacut) a hotel.

- Super 8 -
weekends - kids slept in one of the beds - watch TV/crosswords/movies

00073



00074