Not a good trip — 300 pounds only can't remember exactly how much we got. About no shows for any of the crew. The skipper was a good guy — Got along well with him. Asked me to stay on the boat, but I don't think I did. Stayed at the Bunk at Georgia's. [illegible] was in a evil mood — always complaining about the size of the catch — said he can't catch any fish.

00075



00076

Note? –

Wrote a note to PW
I thought we ought to give
him a reason why we were
jumping ship. Mike didn't
think so.
What did he say?
Idiot
No need to write a BS
note. I left it anyway.
I remember after the L
Coster Sands and we were
back he told me we
might go back to work
for Phil and he thought
the note was a dumb
idea. "Stupid." No need
to do it

00077



That was: rules all the
way. Didn't worry about
that kind of stuff - you in
an "AKA"?

What you do? Give him
something I picked in his
reds? Don't know —
know. Say you want shipping —
go? Any. he'd call you that.
Didn't mean anything by
it — no kisses, that's
all. Just was he spoke
and I liked that — got
along well. I had no
experience and he took me
on the ship. Nice guy.
Yo didn't I saw y?
No.

00078

Contals not good but it
was a positive learning
experience.

---

Tell me about the
busines? Crazy place
people coming, going all hours
Drifters, $8 a night on the
bed Georgia was great
lady — her husband was
a cook on a vessel and
he was down ___ deck
but punk, you know
Tough in people for a lt
walks
— John Givins
— Sue Perry
— Dirty Dick

00079