Bob Doyle interview, Bellows Falls, VT 1999

Start at (illegible): how did you get invited/work on La Conte?

Mike – living at Georgia Kite's basement – was deckhand on the boat. Around Christmas time, someone on the boat had quit – wanted time off for holidays and quit to go to lower 48.

Pool – playing in basement

Mike came down where I was shooting pool I think I want to say he was out and NN and I were playing and he came down and told me there was a job on the LC

-Want to work? Boat leaving on Jan 1 – New Year's Day. Go right away

What was your reaction?

Great. Let's go. We left right off. I needed the work – 2 months, more w/o work

Norm Neissen?

Perfect Mom?

Yes – Mike like to talk shit … you see when you (illegible) Mike

Min E

Deckhands, needed –

I was a green horn at that time. I wanted to make some $ and get some experience on a ship

I'd been painting and fixing crab pots and wanted to get a steady job on a boat cause didn't want to just shack up with some woman to have an address –

No home – had to have kids stay with me at a hotel

--Super 8 –

weekends – kids slept in one of the beds watch tv/crosswords/movies



EXHIBIT E
Page____of____

00067

(Illegible) when playing pool –

kiss my ass Mike

Nnwas living on a school bus in the lower 48 lived in it for a time – people in the basement were all drifters, castoffs, from the world. Up in Alaska trying to get another start, all the guys there

So we went down to the boat – first few days cleaning engines, holds, repairing gear

Did that for a few days and I want to say we took off Jan 1

Not a good trip – 300 pounds only can't remember exactly how much we got

Almost no shares for any of the crew. The skipper was a good guy. Got along well with him. Asked me to stay on the boat, but I don't think I did. Stayed at the basement at Georgia's.

Mike was in an evil mood – always complaining about the size of the catch – said he wasn't catching any fish. Even later when we were on the FW Grounds catching lots of yellow eye he would complain about the skipper – Mark and PW –

'We could have caught this much fish, even more if Phil had worked his ass a little – that prick someone ought to catch fish any time he goes out – good rock fisherman do that I tried to let it go and not answer too much

Note?

Wrote a note to PW I thought we ought to give him reason why we were jumping ship. Mike didn't think so.

What did he say?

Idiot

N need to write a bs note. I left it anyway. I remember after the L Conte sank and we were back he told me he (illegible) go back to work for Phil and he thought the note was a dumb idea. 'Stupid.' No need to do it

That was Mike all (illegible) way. Didn't worry about that kind of stuff – you're an aker

What you do? Give him something special in his bunk? Don't be an ass kisser If you and skipper got along he'd call you that Didn't mean anything by it – asskisser, that's all. Just way he (illegible) and I like Phil – got along well. I had no experience and he took he me on the ship. Nice guy.

00068

You didn't screw up?

No.

Catch not good but it was a (illegible) experience

---

Tell me about the basement? Crazy place

People coming going all hours drifters, $8 a night on the bed Georgia was great lady – her husband was a cook on a vessel and he went down – died

Boat sunk, you know. Took in people from all walks

John Gino

Sue Perry

Dirty Dick

00069