1
2
3
4      INTERVIEW OF MIKE DECAPUA
5      BY TODD LEWAN
6      3 Red Labeled Tapes:  "Mike DeCapua 2000"
7      Pages 2 through 37
8
9
10
11
12
13
14
15
16
17
18
19
20
21                    **ORIGINAL**
22
23     Gaylene's Word Services
       M. Gaylene Larrecou
24     ACS, AAERT, U.S. Court Approved Transcriber
       7330 Madelynne Drive
25     Anchorage, Alaska   99504

EXHIBIT  C
Page _____ of _____

*Gaylene's Word Services*
*(907) 338-3936*

03782

2

1          INTERVIEW OF MIKE DECAPUA
2  (Tape 1 of 3 Red-labeled Tapes, Side A only)
3     (Interview in progress:)
4     MR. DECAPUA:  See, the boat wasn't making any money at
5  all.  I mean, the guy would go out and get a thousand pounds,
6  two thousand pounds, and the owner just -- he had a whole --
7  he didn't want us fishing rockfish.  He wanted us making
8  money.  We had a market for dog sharks and for gray cod, and
9  that's what we were supposed to be catching.  Ol' Mark there,
10 he wouldn't even answer the phone.  The owner would call,
11 yeah, I -- I'd hear that cell phone go off all day long.
12    MR. LEWAN:  Really?
13    MR. DECAPUA:  And nobody would -- you know, we were
14 ordered not to answer it.
15    MR. LEWAN:  He told you -- Mark told you --
16    MR. DECAPUA:  Yeah.
17    MR. LEWAN:  -- don't touch the phone, just let it ring.
18    MR. DECAPUA:  Leave it alone, yeah, I'm not here, you
19 know.
20    MR. LEWAN:  Did you ever meet the owner?
21    MR. DECAPUA:  Yeah, but not prior to -- I met him after
22 the fact, yeah.
23    MR. LEWAN:  After (indiscernible).
24    MR. DECAPUA:  I met him in Juneau.
25    MR. LEWAN:  What did he -- what did Mark say to you about

3

1  the owner (indiscernible)?
2     MR. DECAPUA:  It wasn't -- we didn't talk to him much
3  till after (indiscernible) -- you know, there was no real
4  issue up until (indiscernible) Elfin Cove (indiscernible)
5  Gray's Harbor.
6     MR. LEWAN:  Right.
7     MR. DECAPUA:  He -- Mark -- Mark was on parole.
8     MR. LEWAN:  Right, from Valdez.
9     MR. DECAPUA:  Yeah.  And it was a matter of restitution,
10 medical bills.
11    MR. LEWAN:  Right.
12    MR. DECAPUA:  And he had no payments, so it was clear up
13 the account or do the time.
14    MR. LEWAN:  Right.
15    MR. DECAPUA:  You know, and his old lady's pregnant and
16 all that, so he's under a lot of pressure to get as much money
17 as he can.
18    MR. LEWAN:  Right.
19    MR. DECAPUA:  And he was right in that if you don't deal
20 with the program, if you don't have their money, they put you
21 back in.  That's the standard issue for Alaska, you know?
22    MR. LEWAN:  Right.
23    MR. DECAPUA:  He was wishing (indiscernible) that boat
24 back (indiscernible).
25    MR. LEWAN:  (Indiscernible)?

4

1     MR. DECAPUA:  No, man, it's where (indiscernible).  You
2  know, he -- he kept thinking we were going to get our fish.
3     MR. LEWAN:  (Indiscernible).
4     MR. DECAPUA:  (Indiscernible) in Gray's Harbor, and
5  it's -- let's do the math for a minute, okay?  Let's assume
6  for a minute that we get 12,000 pounds when we pick our gear.
7     MR. LEWAN:  (Indiscernible) like a buck and a quarter for
8  (indiscernible)?
9     MR. DECAPUA:  I mean, it could've been up to a buck-
10 seventy-five.
11    MR. LEWAN:  Uh-huh (affirmative).
12    MR. DECAPUA:  (Indiscernible) you take 12,000 pounds to
13 town and you sell them for two bucks a pound, you got 24
14 grand.  Let's add up the fuel bill for all season that you've
15 had the boat, let's add the food bill for all season that he
16 had the boat, the bait, the gear you've lost, let's replace
17 all that, you know?  So let's do the math in your head.  If we
18 get 24,000 -- if we get $24,000 gross out of this trip, which
19 I'm sorry to say, it ain't going to happen --
20    MR. LEWAN:  Ain't going to happen, yeah.
21    MR. DECAPUA:  -- but if it does happen, I mean, if God
22 just causes every snapper out here to jump on this boat and we
23 get top dollar for each one, it still wasn't going to be but
24 $200 for the pocket of each crewman, you know?  And the
25 skipper might get three, and that ain't enough to dig you out

5

1  of the trouble you're going to be in when we get back to the
2  beach anyway.  You know, you need to (indiscernible) -- you're
3  already not a hero with the owner, okay, and getting gear
4  back -- you know, getting the gear back isn't going to change
5  the guy's opinion of you, you know?
6     MR. LEWAN:  He just -- he new --
7     MR. DECAPUA:  I mean, your days of leasing boats is
8  probably over.  Well, you know, a weird thing happens to you
9  when you get to be a skipper and you get to fish.  A lot of
10 guys really like it.  And you begin to think that you can't do
11 anything else, you know, which is probably right.  Probably in
12 no other industry would you yourself obtain that kind of
13 power, you know?  But just because you're not the skipper
14 don't mean life is over.
15    MR. LEWAN:  Right.
16    MR. DECAPUA:  You know, but some guys get to thinking
17 that it is, you know, because they won't be in charge anymore,
18 but --
19    MR. LEWAN:  But he -- so what did he say to you when you
20 said all this to him?  What was his reply?
21    MR. DECAPUA:  We're going to go do -- well, he didn't
22 like -- didn't like to think about the math, you know?
23    MR. LEWAN:  (Indiscernible)?
24    MR. DECAPUA:  He said -- well, he figured maybe, you
25 know, Scott will let him keep some more of the money because

Page 6

1  he did so well, you know, if he limited out once, maybe we
2  could, you know, get a little more time to try and do it again
3  (indiscernible) --
4      MR. LEWAN: (Indiscernible).
5      MR. DECAPUA: That wasn't in the cards.
6      MR. LEWAN: So he's thinking about going out there and if
7  he picked up -- if he had a good run, and (indiscernible)
8  going out, then in into Juneau, and then go back out again
9  (indiscernible).
10     MR. DECAPUA: Yeah, that, you know, maybe Scott would
11 take enough out of the gross to keep him from going back in
12 and let us make up for it on later trips and stuff. I don't
13 know. But Bob and I were thinking, see, he -- Bob come to me
14 and says, oh, there's a job in -- the Job Service called Bob
15 and told him that, you know.
16     That's one thing you never do up here. You find out
17 about a fishing boat at Job Service, don't go. Don't go. I
18 mean, if you don't know how to get a deckhand, you call Job
19 Service and, oh, I got a boat, I need a hand. If there's --
20 if the boat is worth anything, men are going to walk up to you
21 and ask to work on it. You know, you don't have to call Job
22 Service.
23     MR. LEWAN: (Indiscernible).
24     MR. DECAPUA: Yeah, but --
25     MR. LEWAN: Yeah, that's what he told me. He said he

Page 7

1  went into Job Service, so obviously (indiscernible) a bulletin
2  board.
3      MR. DECAPUA: Uh-huh (affirmative).
4      MR. LEWAN: I went over there and got a copy of the whole
5  thing.
6      MR. DECAPUA: He called the guy, and the guy said, well,
7  I would take one of -- you know, he needed two crewmen. He
8  said I would take one green hand if I had an experienced hand
9  with him. So he knew I was looking for a job and he wanted to
10 break in on fishing, so he come and looked for me, said, hey,
11 Mike, I found a job, they need an experienced hand and a green
12 hand, do you mind going? So we (indiscernible) already
13 working on the MIN E. Oh, no problem, you know, I'll -- I'll
14 bring you along. I mean, I'll go. So I went down and looked
15 at the boat. I liked the scores (ph). It's not a bad boat.
16 It's just -- it wasn't built for what we were doing.
17     MR. LEWAN: Okay.
18     MR. DECAPUA: It was set up as a buyer (ph), you know,
19 and -- man, what a -- I hate seeing a boat treated like that.
20     MR. LEWAN: Yeah, how was it treated, (indiscernible)?
21     MR. DECAPUA: (Indiscernible) the first day, I liked it.
22 It looks like a (indiscernible), it looked so good, and I like
23 (indiscernible), it's a nice boat. I liked that. When I got
24 on deck, it felt good, had a good feeling on it, you know, on
25 the deck.

Page 8

1      MR. LEWAN: Uh-huh (affirmative). What do you mean by
2  that?
3      MR. DECAPUA: Just she -- she felt like she had soul, she
4  rolled well, she felt good under your feet, you know? It was
5  a nice boat, really. But we should've, you know, stayed a lot
6  closer to shore, should've been inside. Shouldn't even -- it
7  doesn't have a sea hatch. Don't go out to sea without a sea
8  hatch. If you can't batten it shut, there's no use riding in
9  it. Don't take it out in big water. And you got to be able
10 to tie down your hatch cover so it don't whip up and fill her
11 up -- fill the boat full of water, you know?
12     MR. LEWAN: Right.
13 (End of Tape 1)
14 (Tape 2, Side A only)
15     MR. LEWAN: So tell me about this -- I want you to take
16 me through today -- take me through the whole thing today from
17 the start to finish, but don't just tell me about the storm
18 and all that other stuff. I'm most interested in hearing
19 about what people were doing or what you were thinking at
20 different times while you were, you know --
21     MR. DECAPUA: Oh, where --
22     MR. LEWAN: You start -- start down by the docks. You go
23 down there with Doyle, okay, the day before you guys are going
24 to head out.
25     MR. DECAPUA: Yeah.

Page 9

1      MR. LEWAN: When was it exactly that you went down there?
2      MR. DECAPUA: Well, we were -- I was staying on the
3  boat -- Doyle and I were both sleeping on the boat there. And
4  he would -- he would -- if we had a paycheck, he would go to
5  the Potlatch Hotel to rent a room so him and his kids could
6  have a room for the night because he can't go to his wife's
7  (indiscernible). And then I stayed on the boat all the time,
8  and we were working on the MIN E. And Doyle went by the Job
9  Service to check his -- you know, Phil didn't care much if he
10 fished or not if he wasn't really worried about it.
11     MR. LEWAN: Right.
12     MR. DECAPUA: I -- Phil and I had a big run-in a few
13 years ago, so he -- he likes to keep me hanging on without
14 letting me make money, you know? So when Bob said, hey, I
15 found this other job, and I thought, well, you know, knowing
16 Phil, we're probably just better off taking the other job.
17     MR. LEWAN: Right.
18     MR. DECAPUA: So we went -- after making that first trip,
19 we went down to Hazy Islands, and I liked the boat, the boat
20 was nice, but I didn't -- I didn't have much faith in Mark's
21 ability, but, you know, one -- one bad trip, hey, give a guy a
22 break, you know? I'm not going to quit a guy because he had
23 one bad trip.
24     UNIDENTIFIED FEMALE: Do you want (indiscernible)?
25     MR. LEWAN: Yeah, sure. Thanks.

03784

10

1  UNIDENTIFIED FEMALE: I'll (indiscernible).
2  MR. LEWAN: Okay.
3  MR. DECAPUA: You know, I'd quit him after the third
4  trip, maybe, but you always give a guy a chance, you know?
5  You don't always hit it, but then after that, when we made the
6  second trip --
7  MR. LEWAN: You were on that second trip down
8  (indiscernible)?
9  MR. DECAPUA: Yeah, that was -- that was when we went to
10 Fairweather.
11 MR. LEWAN: Okay, right.
12 MR. DECAPUA: For -- there -- there was no
13 (indiscernible) set, the pumps were hardly working, the bilge
14 alarm was always going off, (indiscernible) wheel watch, he
15 just --
16 MR. LEWAN: He just cut it off, didn't he?
17 MR. DECAPUA: Yeah, he just shut the bilge alarm off
18 because it was always going off, you know? And you'd have to
19 send somebody down there -- the night it stormed, it was every
20 30 minutes somebody had to go down and pump the bilge with the
21 gas pump, you know?
22 MR. LEWAN: Right.
23 (Tape interruption)
24 MR. LEWAN: Okay. All right.
25 MR. DECAPUA: And they were free. They (indiscernible)

11

1  out of them, you know, and they freeze them up for crab bait,
2  shrimp bait, shit like that.
3  MR. LEWAN: So that was the first time that you
4  realized -- you said to yourself, this is a confirmation.
5  MR. DECAPUA: Yeah, this is just --
6  MR. LEWAN: This was confirmation.
7  MR. DECAPUA: Uh-huh (affirmative).
8  MR. LEWAN: When he said to you -- now, when did you
9  start baiting up stuff?
10 MR. DECAPUA: In town. Every day we're in town, we
11 got -- whenever we got to town where he had a big
12 (indiscernible) with a skipper over here to buy parts, bring
13 them back up, load shit on the boat.
14 MR. LEWAN: Okay.
15 MR. DECAPUA: But when we were in town, we're sleeping on
16 the boat, and when we're not doing other work with Mark, we're
17 working on the gear. We're maintaining the gear, maintaining
18 the bait shed, and all. That's our job. So even though we're
19 in town, we're still -- we're on the clock every morning.
20 MR. LEWAN: Uh-huh (affirmative).
21 MR. DECAPUA: You know, about eight o'clock we're done
22 with our coffee, we're out there in the bait shed baiting the
23 gear.
24 MR. LEWAN: Right.
25 MR. DECAPUA: Until it's all baited up.

12

1  MR. LEWAN: Right.
2  MR. DECAPUA: That happened in Elfin Cove. We finished
3  baiting up all the gear.
4  MR. LEWAN: Right.
5  MR. DECAPUA: And then we're just waiting for this -- you
6  know, he's waiting for that break so we can go. But the stove
7  wasn't working, and he couldn't get it running, and the genset
8  wasn't working, and there's no heat anywhere on the fucking
9  boat, you know?
10 MR. LEWAN: Right.
11 MR. DECAPUA: And this is January, man. It's miserable.
12 Shit, it ain't like this January (indiscernible). You get up
13 near Glacier Bay, it's a whole different part of Alaska than
14 this, you know?
15 MR. LEWAN: Right.
16 MR. DECAPUA: That's a cold wind up there. It blows
17 everywhere, out of the north -- even the south, it's got to
18 blow overnight to be able to get to you, you know?
19 MR. LEWAN: Right.
20 MR. DECAPUA: So just -- you know, I'm -- I'm just seeing
21 more and more and more the reason why Giggy is still here,
22 because he's a good buddy of Mark's, you know. He ain't here
23 for the fishing, you know it?
24 MR. LEWAN: Right.
25 MR. DECAPUA: And I was kind of pissed at myself for

13

1  leaving Phil because I know if I'd have stayed with Phil, you
2  know, that trip we made down to Hazies, that would've put some
3  money in my pocket.
4  MR. LEWAN: Right.
5  MR. DECAPUA: Well, I got on the boat, and I was led to
6  believe that we were going to -- that we were going to do dog
7  sharks and gray cod inside until crab season.
8  MR. LEWAN: That's what they told you.
9  MR. DECAPUA: That's what -- that's what Giggy and Mark
10 both told us.
11 MR. LEWAN: And where were you going to fish?
12 MR. DECAPUA: Inside Chatham, (indiscernible) Straits,
13 Tenakee Inlet, Freshwater Bay, Whitewater Bay, Shayik (ph),
14 the places where gray cod hang out. Good gray cod fishing,
15 great dog shark fishing around there. I mean, I -- I believe
16 dog sharks got to get wiped out.
17 MR. LEWAN: Right.
18 MR. DECAPUA: Because you're killing all these other
19 fish, you're not killing them. So I'm thinking I'm not only
20 going to make money, I'm going to be doing good for the
21 regional fisheries by killing these dog sharks, you know, just
22 great karma all the way around. Then Mark don't want to do
23 that. He don't see any money in that, you know, so I -- when
24 we're rockfishing and, you know, the guy can't get a bait
25 loan, you know what I mean, that tells me he's never docked

03785

**Page 14**

1  enough rockfish -- you know, he doesn't have enough pink slips
2  for the cold storage to trust him to --
3      MR. LEWAN: Yeah.
4      MR. DECAPUA: If -- if you're the little guy, and a -- a
5  deckhand license costs 90 bucks, okay? If the guy can't loan
6  you the money for that or tell the cold storage to give you a
7  license and sign it to the trip, if he can't go the 90 bucks,
8  it's because they don't think he's going to catch enough fish
9  to cover it. Now, if the people that buy his fish don't have
10 enough faith in him to loan him a hundred bucks up front --
11     MR. LEWAN: Right.
12     MR. DECAPUA: -- you're taking a big chance going with
13 the guy, you know? And every time somebody says no or the
14 owner, you know, he -- don't answer the phone, you know? He's
15 got a cell phone sitting there, it's ringing off the hook.
16     MR. LEWAN: Yep.
17     MR. DECAPUA: If you're not answering it, why ain't you
18 answering it? Because it's the owner. What are you afraid to
19 talk to the owner for?
20     MR. LEWAN: I mean, so going up there to the grounds, how
21 many times did that phone ring, do you think?
22     MR. DECAPUA: Whenever we were in range. (Laughs)
23     MR. LEWAN: Really?
24     MR. DECAPUA: Yeah, whenever -- whenever there was a
25 couple of bars on the top of that phone, it was ringing. I

**Page 15**

1  began to think that Scott Echols had an autodialer on it, you
2  know, because --
3      MR. LEWAN: It would always be ringing.
4      MR. DECAPUA: Uh-huh (affirmative).
5      MR. LEWAN: Where would the phone be all the time, on his
6  person? He'd be carrying it with --
7      MR. DECAPUA: Right near him up in the wheelhouse,
8  usually.
9      MR. LEWAN: Okay. So you could hear it being -- you
10 could hear it out on the deck, you could hear that thing
11 ringing?
12     MR. DECAPUA: Uh-huh (affirmative).
13     MR. LEWAN: Okay.
14     MR. DECAPUA: He didn't want me to tell the guy we were
15 almost (indiscernible) gear, you know?
16     MR. LEWAN: Okay. Right. And (indiscernible).
17     MR. DECAPUA: Anything in particular you want for dinner
18 and stuff -- every time we were nearby, if we were in phone
19 range, that son of a bitch was going off, yeah.
20     MR. LEWAN: So you were going up there --
21     MR. DECAPUA: And I'd ask Doyle, too, you know, were you
22 just up there? Yeah. Was the phone ringing? Yeah. Well,
23 does that bother you? Why? Well, you know, when the
24 (indiscernible), you know, fuck them. Giggy's getting pissed
25 because I'm not showing great faith in his buddy's ability,

**Page 16**

1  you know? He really likes Mark, and he's telling me, you cut
2  it out, Mike, or we're going to go to blows, you know? I
3  mean, I don't want to kick your ass here in the bait shed, but
4  you don't talk like that about my buddy, you know? And I
5  said, well, I'm not saying nothing personal, Giggy. It's just
6  looking at last trip, looking at the bait situation, looking
7  at the way things are going, you know, it just doesn't look
8  good to me.
9      MR. LEWAN: And what would he say to that?
10     MR. DECAPUA: Well, just -- you know, just do what you
11 can, you know what I mean? You know, deal with it, and we'll
12 set the gear, we'll get this trip done, we'll get the boat
13 back, and, you know, it's not an issue anymore anyway, the
14 boat's going back to Juneau. So I'm thinking you're right,
15 it's not an issue anymore. And, you know, in a week I'll be
16 back in Sitka, but if I help deliver the boat to Juneau, the
17 owner of the boat got to get me back to Sitka. Sitka's my
18 port of call, that's where I got signed on.
19     MR. LEWAN: Yep.
20     MR. DECAPUA: And, you know, so I'm not worried. I'll
21 get a ticket home, and I -- you know, I got a place to sleep
22 when I get home. I --
23     MR. LEWAN: When you were going up there to the -- to the
24 grounds, you think that you guys would -- you'd spend most the
25 day in the bait shed --

**Page 17**

1      MR. DECAPUA: Uh-huh (affirmative).
2      MR. LEWAN: -- baiting stuff --
3      MR. DECAPUA: Yeah.
4      MR. LEWAN: -- fixing lines, that kind of stuff.
5      MR. DECAPUA: Yeah.
6      MR. LEWAN: You're bullshitting with these guys. And
7  then you said -- there wasn't any memorable conversation until
8  you got up to the grounds.
9      MR. DECAPUA: Uh-huh (affirmative).
10     MR. LEWAN: What was being said and who was saying it?
11     MR. DECAPUA: Well, we kept going weightless when we were
12 setting the gear. And then we wanted to grab one. We'd made
13 two sets, and it was -- it was pretty big fucking seas, 18,
14 20-foot seas, and we made a set, and we kept going weightless
15 a lot. There was a couple snarls in those sets, and a couple
16 of the knots were rushed because, like I say, you know, when a
17 snarl goes over, you lose those seconds, and you're trying to
18 make it up, and it's really hard to catch up when you're --
19 you can't do it -- nobody can move when you're weightless, you
20 know what I mean? You have no control of your movements when
21 you're weightless. So every second we're weightless is a lost
22 second for setting, but we did get them two sets out, and --
23 but none of us were happy with the sets, so we wanted to grab
24 one and pick it up and set another one out.
25     MR. LEWAN: Okay.

03786

18

1    MR. DECAPUA:  And we couldn't get near that fucker, you
2    know?  When you see the ball and the flag, and we couldn't --
3    you know, couldn't get ahold of it.
4    MR. LEWAN:  You couldn't (indiscernible) --
5    MR. DECAPUA:  We couldn't -- we couldn't drive up on it
6    and get ahold of it.  The weather was too fucked up.  And, you
7    know, the seas -- the wind was blowing us, we were on the
8    wrong side of it and everything.  It was just all fucked up.
9    And Mark would stay up in the wheelhouse and try and get us to
10   it, and then finally everybody was on deck throwing shit at
11   it, trying to get -- you know, trying to get the ball.
12   MR. LEWAN:  Like what kind of stuff, line and --
13   MR. DECAPUA:  Just loops -- trying to get ahold of the
14   ball, you know?  So I knew it was going to be hard to pick up,
15   you know?  Then we just left it and started heading in.  We had
16   shit in the boat to fix, you know?  The pump wasn't working
17   and all this crap, so you say, oh, we'll give it a, you know,
18   a day and a half, two days, so we run over to Graves Harbor.
19   MR. LEWAN:  Right.  So what happened?  You said there was
20   some kind of conversation there.
21   MR. DECAPUA:  Oh, yeah, we were in the bait shed, you
22   know, (indiscernible) some gear --
23   MR. LEWAN:  Who was there, you and Gig and --
24   MR. DECAPUA:  Giggy and Doyle and --
25   MR. LEWAN:  And Doyle.  The four of you.

19

1    MR. DECAPUA:  Yeah.
2    MR. LEWAN:  And what were you talking about?
3    MR. DECAPUA:  But not Morley.  Morley was still up in the
4    wheelhouse.
5    MR. LEWAN:  What were you talking about?
6    MR. DECAPUA:  Well, Dave was just baiting -- you know,
7    Dave was just baiting -- you know, Dave was (indiscernible),
8    but Dave was just tidying up in the wheelhouse and stuff, but
9    trying -- you know, tying up hooks and hanging them.  And I
10   looked at Giggy, and I said, you know, this trip's going to --
11   this is the last time we'll see this gear, you know?  And he
12   said no, I think I -- and then he says, well, that -- that
13   last set I think you're right, I don't think we'll -- you
14   know, I think it'll drift off, you know.  And --
15   MR. LEWAN:  Bob was just listening?
16   MR. DECAPUA:  Well, Bob was -- Doyle was just sitting
17   there --
18   MR. LEWAN:  Okay.
19   MR. DECAPUA:  -- you know, in the bait shed.
20   MR. LEWAN:  And then what did you say?
21   MR. DECAPUA:  Then we're going to Graves.  You know,
22   instead of staying here running gear, we got to go to Graves
23   because we got all these mechanical difficulties.  Tonight,
24   not only do we have all these mechanical difficulties, but we
25   don't have a stove, we're not going to have a genset going,

20

1    which means we're not going to have heat, which means I'm in
2    my wet fucking bunk again, you know, after being wet all day.
3    I mean, I that's --
4    MR. LEWAN:  And this is what you were saying to him?
5    MR. DECAPUA:  Yeah, yeah, I -- I just want to get this
6    boat back to Juneau, you know?
7    MR. LEWAN:  And then he was -- and then he was -- and
8    then he started getting pissed.
9    MR. DECAPUA:  Uh-huh (affirmative).
10   MR. LEWAN:  And what did he say to you?
11   MR. DECAPUA:  I sniveled too much.
12   MR. LEWAN:  You sniveled too much.
13   MR. DECAPUA:  Uh-huh (affirmative).
14   MR. LEWAN:  And what did you say to that?
15   MR. DECAPUA:  Well, there's a whole lot to snivel about.
16   MR. LEWAN:  There's a lot to snivel about.
17   MR. DECAPUA:  Yeah.
18   MR. LEWAN:  And then what did he say?
19   MR. DECAPUA:  You know, it's my -- you know, it's my
20   buddy up there, he's a good skipper.  And I said I'm not
21   saying he's -- I'm not saying he's not a good skipper.  I'm
22   having trouble believing in his ability as a rockfisherman,
23   that's all.
24   MR. LEWAN:  Okay.
25   MR. DECAPUA:  The guy could be a great cod fisherman, I

21

1    don't know, we haven't even tried that yet.
2    MR. LEWAN:  Right.
3    MR. DECAPUA:  But I'm watching him rockfish, and he's not
4    doing the same things that successful rockfishermen do.
5    MR. LEWAN:  Right.
6    MR. DECAPUA:  That's all.
7    MR. LEWAN:  What's he not doing?
8    MR. DECAPUA:  Well, he's not using rocks for anchors,
9    he's got steel anchors going over.  There's a lot of guys do
10   that, that's fine -- but he's always sitting looking for
11   pinnacles to set.  That's what you do when you first start
12   rockfishing, you always look for pinnacles thinking this is
13   the magic pinnacle no one's ever seen before.  There are none
14   left.  There's no fucking pinnacles out there with fish on
15   them anymore, we killed them all, you know?  We killed them
16   all 20 years ago when they only paid us six cents a pound.  We
17   had to fill our hold with fish in order to make a dollar.  Now
18   they're two bucks a pound.  You know why?  Because there's
19   none left.  We killed them all.  It takes a hundred years for
20   that fish to get that big, for crying out loud, you know?
21   MR. LEWAN:  Right, right.
22   MR. DECAPUA:  And it -- like Phil Wiley and the MIN E,
23   okay?  You go out with him 10 trips, nine of them you got your
24   limit plus change, plus bycatch, okay?  You go out with Kenny
25   Rear (ph) 10 trips, eight of them you limited out.  You go out

03787

                                            22
1  with Eric (indiscernible), go out with Gil Knutsen (ph) --
2      MR. LEWAN: Knutsen, right, I met him.
3      MR. DECAPUA: Yeah, or Jack Pine, (indiscernible) or
4  Cal --
5      MR. LEWAN: Yeah.
6      MR. DECAPUA: -- Robinson, Calvin, go out with him, he
7  limits up at Fairweather all the time. Go out with John
8  Bart (ph) on the CHRISTINA. All these guys get their limit,
9  see? But there's a whole nother group of guys who never get
10 their limit, you know? Go with Charlie Bauer (ph). Charlie
11 Bauer never got his limit yet, you know? So history tells me
12 that if I go out with Cal, I get a paycheck. If I go out with
13 Charlie, I get a wet bunk.
14     MR. LEWAN: Right.
15     MR. DECAPUA: You know? And it's just looking more and
16 more like Mark is --
17     MR. LEWAN: Why did you go with him to begin with? What
18 was your motivation? I know you when you --
19     MR. DECAPUA: I -- I liked the schooner.
20     MR. LEWAN: You liked the boat.
21     MR. DECAPUA: I really liked the schooner, and --
22     MR. LEWAN: You didn't have any other work at the time, I
23 guess.
24     MR. DECAPUA: Well, I was on the MIN E.
25     MR. LEWAN: You had the MIN E, right.

                                            23
1      MR. DECAPUA: But, see, Phil, he ripped me off for my
2  retro check one year.
3      MR. LEWAN: Okay.
4      MR. DECAPUA: (Indiscernible). And I went down and told
5  him I don't care what you do to the crew -- the rest of the
6  crew, they're not here, it's just you and me.
7      MR. LEWAN: Right.
8      MR. DECAPUA: You owe me $300. I want my $300. You give
9  me my $300, and I'll keep my mouth shut and go home, no
10 problem.
11     MR. LEWAN: Uh-huh (affirmative).
12     MR. DECAPUA: You don't give me the $300, I'm going to go
13 to the crew, I'm going to tell them what their retro check is,
14 because I know, I've got the figures, too, and I'm going to
15 get my money out of you, Phil. And Phil said...
16     MR. LEWAN: Yeah.
17     MR. DECAPUA: So I went home, I called the insurance
18 company, every insurance company in the book, marine
19 insurance, until I found his.
20     MR. LEWAN: Yep.
21     MR. DECAPUA: And then I told the insurance company that
22 you're insuring a high risk. And they said what do you mean?
23 I said, well, your guy is not paying the crew, which makes the
24 crew mad, and they're going to retaliate by hurting the vessel
25 when he's not there, and you're the ones that are insuring

                                            24
1  him.
2      MR. LEWAN: Right.
3      MR. DECAPUA: So you're going to pay that boat off to the
4  bank because it gets lost at the dock because of his behavior.
5      MR. LEWAN: Right, I got you.
6      MR. DECAPUA: And I just wanted you guys to know that.
7  And, besides, the vessel isn't safe. The mast is working the
8  decks loose from the rails, and the boat needs extensive
9  repairs, and he ain't doing it.
10     MR. LEWAN: Right, I hear you.
11     MR. DECAPUA: So they called him up, and they said haul
12 out, we have a marine architect coming up to inspect the boat,
13 and if everything is kosher, you can go back in, if not,
14 you've got to repair what the architect says. Well, he -- he
15 spent 25 grand doing that, and he says it's my fault, see, I
16 cost him 25 grand. Well, I told him I didn't cost you 25
17 grand, Phil. You didn't pay me my retro check, that's what
18 cost you the money. Every time after that that I worked for
19 him, right, he makes just enough money to get a payment, you
20 know, and then we come back to town, and I don't get no
21 paycheck. See, this is his way of getting me back for the 25
22 grand, you know? So I really don't want to work with Phil if
23 I can help it, you know what I mean?
24     MR. LEWAN: Yeah, I got you.
25     MR. DECAPUA: Because I never know how it's going to go.

                                            25
1      MR. LEWAN: I understand.
2      (Tape interruption)
3      MR. LEWAN: Tell me about this ride into Graves Harbor.
4      MR. DECAPUA: Well, it was a pretty nice ride in because
5  we had to go to -- we had to go to the cove afterwards because
6  of the stove and (indiscernible) --
7      MR. LEWAN: And the boat died on you out there, didn't
8  it?
9      MR. DECAPUA: Yeah.
10     MR. LEWAN: Coming in, her engine died?
11     MR. DECAPUA: Yeah, the engine quit.
12     MR. LEWAN: Well, why don't you tell me about it?
13     MR. DECAPUA: Oh, God, that was a -- that was nerve-
14 racking. We didn't have -- see, we weren't -- we -- the
15 engine died, Christ, we were in -- in Graves, you know?
16 There's rocks all over in there. That's a bad place for your
17 engine to quit. You know, the swells are out of the west
18 pushing you further and further into the -- into the bay, you
19 know, and we -- we tied a tarp and hung it and we was trying
20 to use it like a sail to get us the last bit in there, you
21 know? And I mean, that -- that's dangerous behavior there.
22     MR. LEWAN: So what did everybody do?
23     MR. DECAPUA: We were all looking out. It's nighttime,
24 you know. We got no electronics because the lights -- you
25 know, the engine is off, so there's no electronics, and we

                                                          03788

**Page 26**

1  can't -- you know, you can't use the radar to see where the
2  beach is.
3      MR. LEWAN: Right.
4      MR. DECAPUA: You got to use your eyes, and we -- we
5  don't know how close we are to the beach, you know? That's --
6  all I know is what's going on off the port side of the boat
7  because that's what I'm responsible to watch.
8      MR. LEWAN: Okay.
9      MR. DECAPUA: You know, and there's land over there, I
10 can hear the waves crashing, but I can't see it, so I'm not
11 worried about that, but I don't know what's going on on this
12 side, you know? I hear the waves a lot closer over that side
13 because I'm -- I'm not looking over there because that's not
14 my -- you know --
15     MR. LEWAN: Right, right.
16     MR. DECAPUA: My area is to look over here, and if you
17 don't do your job, that's how you get hurt, you know? If the
18 skipper says look over there, he's worried about something,
19 that's where you look, you know. So we were all just trying
20 to, you know, keep an eye on things so Mark got a warning.
21 He's trying to get the engine running, and we're trying to
22 provide him with some warning before we hit the rocks. And
23 then the motor starts up and, you know --
24     MR. LEWAN: And he got it going, right, and you had --
25     MR. DECAPUA: Yeah, yeah, he did get it going.

**Page 27**

1      MR. LEWAN: -- (indiscernible).
2      MR. DECAPUA: Yeah, I think it was -- (indiscernible) a
3  little water in them or something. Wasn't no -- wasn't no
4  major thing. It was just a filter clog or, you know, some
5  real simple shit, but still it's a difficulty that -- that
6  comes at a bad time, and it's one of them things that make you
7  think, you know?
8      MR. LEWAN: What were you thinking about?
9      MR. DECAPUA: I was thinking that this trip really
10 sucked, you know? The chum salmon really pissed me off. I
11 mean --
12     MR. LEWAN: (Indiscernible) the bait.
13     MR. DECAPUA: Yeah, because you're just making work for
14 the crew.
15     MR. LEWAN: Right.
16     MR. DECAPUA: And if you're that kind of guy, I just quit
17 Phil. Phil's that kind of guy. That's the kind of guy, he
18 don't care what the crew goes through, he don't -- he don't
19 think about it. Phil is the guy that matters on the boat, and
20 I don't like fishing with guys like that.
21     MR. LEWAN: Right.
22     MR. DECAPUA: Like the guy I fish with now, Chuck, he
23 ain't like that at all. He thinks how do these guys do it
24 without working.
25     MR. LEWAN: Right.

**Page 28**

1      MR. DECAPUA: That's what he's always thinking.
2      MR. LEWAN: How to make it easier for --
3      MR. DECAPUA: I like working with Chuck --
4      MR. LEWAN: Right.
5      MR. DECAPUA: -- because Chuck's always very respectful
6  of my efforts. Mark don't seem to care about my efforts --
7      MR. LEWAN: Right.
8      MR. DECAPUA: -- which is, you know, at first you think
9  he's a real nice guy and everything, but then you watch him
10 and you say, man --
11     MR. LEWAN: Did you have any talks with him or
12 conversations with him about any of this stuff?
13     MR. DECAPUA: Yeah, yeah, a little bit, you know.
14     MR. LEWAN: You get a little (indiscernible) --
15     MR. DECAPUA: Well, you know, I -- you know,
16 (indiscernible) try and be polite, but --
17     MR. LEWAN: When he talked to you about the --
18     MR. DECAPUA: What's with the chum salmon, man, you know?
19     MR. LEWAN: Yeah, and you'd say that to him. Well, when
20 you approach him about that?
21     MR. DECAPUA: When I saw we had chums for bait. He said,
22 well, it's free, and I said, what, you can't afford herring,
23 you know? And he said, well, no, they're free, the owner
24 picked up a whole bunch and said, you know, use this. And I
25 said, well, you know, because it -- it -- it takes a lot

**Page 29**

1  longer to bait with this bait and it takes a lot -- I mean,
2  everything to do with this bait is harder.
3      MR. LEWAN: Right.
4      MR. DECAPUA: That's why I'm asking.
5      MR. LEWAN: And what did he say?
6      MR. DECAPUA: He said, well, I always thought bait's
7  bait, and I said, well, okay. You know, I see what you mean,
8  you know, bait is bait.
9      MR. LEWAN: Yeah, (indiscernible) --
10     MR. DECAPUA: (Indiscernible) I always thought bait was
11 bait, you know, didn't really matter what kind of bait you
12 run, as long as you're running it. You know, to him it never
13 seemed to really matter, and it's true, you're right, for
14 fishing performance it may, it may not, I agree with you.
15 There's not enough evidence to make a firm decision.
16 However --
17     MR. LEWAN: Yeah.
18     MR. DECAPUA: -- you know, chopping up a box of herring
19 and chopping up the same amount of chum salmon pound for pound
20 is a lot more work with the salmon. Putting it on the hooks
21 and taking it back off the hooks on the other end, salmon is a
22 lot more work. That's all I'm saying. I mean, why are we
23 using it when it's so much more work?
24     MR. LEWAN: Right. And what did he say to that?
25     MR. DECAPUA: He said because it's free, and I said, no,

### Page 30

1  that's -- you know, I -- the -- the crew will just do the work
2  because it will save us a few bucks, right?  Yes.  Well, see,
3  that's -- that's what I'm trying to find out:  Is he a guy
4  like Phil or is he a guy like Chuck?
5     MR. LEWAN:  I hear you.
6     MR. DECAPUA:  You know?
7  (End of Tape 2)
8  (Tape 3, Side A only)
9     MR. LEWAN:  So what did you know about the weather that
10 night?  What did you know?
11    MR. DECAPUA:  I knew that -- that they were calling for a
12 blow.
13    MR. LEWAN:  They were?
14    MR. DECAPUA:  Yeah.
15    MR. LEWAN:  How bad?
16    MR. DECAPUA:  A good one, it's coming, there's a good one
17 coming, you know?  They knew there was a big storm moving
18 toward us.
19    MR. LEWAN:  Right.
20    MR. DECAPUA:  The weather, I mean, that -- that wasn't --
21 every night at 6:30 we have the Alaska weather on the public
22 TV.
23    MR. LEWAN:  Right.
24    MR. DECAPUA:  And we were watching that in The Shop every
25 night, see, and we could see the big front off of the

### Page 31

1  Aleutians coming toward us, but also you could see the space
2  between them, you know?  And they're saying there's like 18,
3  24 hours of -- you know, of pretty calm area between the
4  storms.
5     MR. LEWAN:  Right.
6     MR. DECAPUA:  You know it?  And we might be able to
7  follow this calm patch, that's our plan, is to get out there,
8  we ride through the end of the blow, and then it's going to
9  get nice, and then we can follow that nice patch back through
10 the straits, you know?
11    MR. LEWAN:  Okay, right.
12    MR. DECAPUA:  But when he says make another set, because,
13 you know, we -- we lost one whole --
14    MR. LEWAN:  Yeah, we'll get that (indiscernible).
15    MR. DECAPUA:  Yeah, yeah, okay.
16    MR. LEWAN:  All right.  So this is what you knew.  You
17 knew how -- how strong were the winds, were they saying they
18 were going to be, or seas, what kind of seas were you --
19    MR. DECAPUA:  Well, in Elfin Cove it wasn't bad.  But I
20 could look out the front, and I could see big swells out
21 there, so I know Cross Sound's got real big swells, and when
22 we get to Spencer, they're going to be a lot bigger.
23    MR. LEWAN:  Right.
24    MR. DECAPUA:  You know.
25    MR. LEWAN:  And the weather reports were --

### Page 32

1     MR. DECAPUA:  My experience tells me that.
2     MR. LEWAN:  Right, but the weather guys were saying
3  how --
4     MR. DECAPUA:  They're saying like 20-foot seas and that.
5     MR. LEWAN:  Okay, 20-foot seas, all right.
6     MR. DECAPUA:  And that's what they're calling, and that's
7  what I'm -- I'm looking out, and I'm saying, hey, yeah, it's
8  probably about 20 foot, till you hit Spencer, it might go up
9  to 30, some of those waves.
10    MR. LEWAN:  And winds of?
11    MR. DECAPUA:  Around 35.
12    MR. LEWAN:  Thirty-five.
13    MR. DECAPUA:  It's lifting the water, you know.
14    MR. LEWAN:  All right.
15    MR. DECAPUA:  When they -- when the water blows off the
16 top of a wave, it hits 35 at least, you know.
17    MR. LEWAN:  Okay.
18    MR. DECAPUA:  So I'm figuring 35 to 45 knots, you know,
19 which is pretty good, but I've fished worse than that before.
20    MR. LEWAN:  In the meantime, Doyle tells me you guys were
21 still fixing skates and fixing lines and stuff, and you were
22 kind of getting a little pissed off at all this.
23    MR. DECAPUA:  Well, we were going through some real rat
24 gear.
25    MR. LEWAN:  Right.

### Page 33

1     MR. DECAPUA:  You know --
2     MR. LEWAN:  That's what he was saying.  He was saying you
3  were getting a (indiscernible).
4     MR. DECAPUA:  Yeah, old shit gear and -- and fixing it.
5     MR. LEWAN:  Right.
6     MR. DECAPUA:  You know, because like there was nothing
7  else for the crew to do.  And I'm -- you know --
8     MR. LEWAN:  And you didn't want to just do busy work.
9     MR. DECAPUA:  Well, here -- here's what's pissing me off,
10 is we're giving the boat back, you know what I mean?  And like
11 I say, I -- when I did the math going up there, I come up with
12 a $36,000 gross if we hit everything, top-dollar fish, you
13 know?  I mean, it -- the odds of doing this are not that good,
14 okay?  Real experienced rockfishermen go up there, and they
15 come back with 7,000 pounds.
16    MR. LEWAN:  Right.
17    MR. DECAPUA:  This guy's -- you know, he's convinced he's
18 going to make 12,000, and I'm thinking, you know, that ain't
19 enough either, because --
20    MR. LEWAN:  Right, I hear you.
21    MR. DECAPUA:  -- I'm counting -- Giggy tells me this is
22 the fourth trip without a paycheck, so I'm thinking four trips
23 worth of fuel, four trips worth of food, you know, four trips
24 worth of bait.
25    MR. LEWAN:  Yep.

03790

**Page 34**

1  MR. DECAPUA: You know, and the owner hasn't made any
2  money at all yet, and so --
3  MR. LEWAN: And here were you sitting on this dock and
4  you're untangling snarls --
5  MR. DECAPUA: Uh-huh (affirmative).
6  MR. LEWAN: -- and you're trying to fix (indiscernible).
7  MR. DECAPUA: All fucked-up gear, man. You know, it's
8  gear that hasn't been used -- you could tell this gear's not
9  been fixed in years, it's just been tucked away by all the
10 accumulated crew over the years.
11 MR. LEWAN: The new gear that they had is already out.
12 MR. DECAPUA: Yeah, we already got it baited up and we've
13 already set it.
14 MR. LEWAN: And that's already out there.
15 MR. DECAPUA: Yeah.
16 MR. LEWAN: And that was --
17 MR. DECAPUA: We still got gear on deck we'll have to
18 set.
19 MR. LEWAN: That was Rob Carrs's old (indiscernible) --
20 MR. DECAPUA: Yeah.
21 MR. LEWAN: He had the new gear, and he left, and then
22 they had this old shitty stuff.
23 MR. DECAPUA: Uh-huh (affirmative).
24 MR. LEWAN: And so you're out there on these docks fixing
25 this stuff, and Doyle said you were just pissed and you were

**Page 35**

1  just complaining.
2  MR. DECAPUA: I was very pissed.
3  MR. LEWAN: You were complaining --
4  MR. DECAPUA: Sure, I was mad as hell, yeah.
5  MR. LEWAN: Yeah.
6  MR. DECAPUA: Because I don't like doing -- you know,
7  this is make-work crap, and we're supposed to be giving the
8  boat to the guy in Juneau, so what am -- you know, man, I want
9  to know what are you making (indiscernible) -- what pissed me
10 off was I quit Phil to work with Phil.
11 MR. LEWAN: Right.
12 MR. DECAPUA: Except when I was with Phil, Phil made
13 money.
14 MR. LEWAN: Right.
15 MR. DECAPUA: This is Phil, Junior, and he don't. You
16 know, that's what burned me, see? You know what I mean? It'd
17 be -- Mark's (indiscernible) -- both -- both Doyle and Giggy
18 were telling me to shut up because Mark is a great guy, and
19 I'm saying it ain't about a great -- I agree with you he's a
20 great guy, I'm not saying nothing about his performance as a
21 human or a man.
22 MR. LEWAN: Right.
23 MR. DECAPUA: I'm talking about rockfishing.
24 MR. LEWAN: Okay, right.
25 MR. DECAPUA: And why am I wasting -- you know, why am I

**Page 36**

1  wasting my efforts on this fucking old gear here?
2  MR. LEWAN: Right.
3  MR. DECAPUA: You know?
4  MR. LEWAN: And so Giggy's like shut the fuck up.
5  MR. DECAPUA: Yeah, shut the fuck up, do your job, you
6  know, that -- you know, if we do make money, I'm going to find
7  you and --
8  MR. LEWAN: Yeah, right.
9  MR. DECAPUA: You know? Well, whatever Giggy, but --
10 MR. LEWAN: And what's Hanlon saying all -- through all
11 this?
12 MR. DECAPUA: Nothing.
13 MR. LEWAN: Nothing, he just sits there.
14 MR. DECAPUA: He's just sitting there baiting gear,
15 doing -- you know. He sure (indiscernible), you know what I
16 mean? A very stoic guy, you know? He didn't --
17 MR. LEWAN: He didn't complain.
18 MR. DECAPUA: He didn't complain much, didn't laugh much,
19 you know, just --
20 MR. LEWAN: And at some point you guys --
21 MR. DECAPUA: -- real even-keeled, you know?
22 MR. LEWAN: At some point you --
23 (End of Tape 3 Red Set)
24 /
25 /

03791

## TRANSCRIBER'S CERTIFICATE

1  I, M. GAYLENE LARRECOU, do hereby certify:

2  That the foregoing is a full, true, and correct transcript of a recorded interview of Mike DeCapua; that due to the quality of the audio recording/duplication, there are indiscernibles in the transcript that cannot be resolved; that the transcription was performed by me to the best of my knowledge and ability from the audio recording; and that no other certification is expressed or implied.

_____           3-15-06
M. GAYLENE LARRECOU                   Date
Court Reporter/Transcriber
Alaska Court System Certified
United States Court Approved
AAERT Certificate 00285

*Gaylene's Word Services*
*(907) 338-3936*

03792

37