We got late September I was sent to San Diego. We were put to temp housing. She started having an affair. Rich Covault, enlisted man on the base, aircraft mechanic. A year younger, had a son from a previous marriage to a go left her; she'd been beaten most of her life. It's a cyclical thing. San Diego patrol conference.

On Jan 6, we went out to a club in town; found her giving she'd gone out to his home 1996.

4 days.
$800 - 900 phone calls.
She was attracted to my uniform. I was labeled as stoic.
If she'd been punctual.
She called the XO and said I was beating her.
She was on meds for panic depression - She should have been a couple of times.
I moved out of government housing. They put me in the barracks.
Field 6 infield charges. 1996.
Very dependent, since I was
~~Feb~~ January of 1997.
Immensely, call them twice a week.

---

I put in for retirement Oct 9 1996 —
I got a DWI that gave points.
In 1982, I used alcohol as a control death of my father
April 15, 1997 my birthday.
Officially retired May 1, 1997.
I left Shay 22 years
I was slated to stand with the Alaska facility system
Repairs, shings jobs, painting, - from May to August
Sept 1st week: Epie crown slippy
Shingy job.
Devastation of

EXHIBIT D
Page ___ of ___
03938

Got an offer to work on a Blackbury "Min E"  #15

Jan 1. went out at [?] u/Mike Deegan or [?] got motel. We are [?]  2 days trip — 17,300 lbs — another most of that time — 8 hours sleep a day — 78 on the [?] hours pulled first most of the time

Jan. 15 returned from second trip — 1,000 pounds b/c

At job service center I'll see a list on a computer database. Deadheads possible [?] coat, but [?] now.

"Bonnie" —
"What law [?] cost?" he said
Mark [?] Another Traveler [?]
Sig — [?] [?]
Most in [?] [?] repaired

We let him clean [?]

# ROCKINGHAM MOTOR INN

BOX 496   ROUTE 5
BELLOWS FALLS   VT 05101
EXIT 6   INTERSTATE 91
TELEPHONE   (802) 463-4536

We invite you....
To comment on the quality of our service and accommodations.
Pleasing you is our most important function and you can help us to maintain our high standards by filling out this sheet.

What prompted you to stop here?

Road Signs ☐   Newspaper Advertising ☐
Another Traveler ☐   General Appearance ☐
Travel Guide ☐   Local Recommendation ☐

**RESTAURANT & LOUNGE:**

| Meal | | | | |
|---|---|---|---|---|
| Staff | | | | |

**MOTEL:** | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Cleanliness | | | | |
| Service | | | | |
| Helpfulness | | | | |
| Courtesy | | | | |
| Friendliness | | | | |

Additional Comments_____

_____

Name, Address, and Room No. (optional)_____

_____

leave this sheet in your room or at lobby desk.

Thank you for this courtesy. It has been our pleasure to serve you.

Please come back soon!

03939

It was warm and dry onto the boat. We had
- bunk beds. $100.00 a day if we went [illegible]
- Rockfish depends on what you catch.

Went there the next morning. Went to the mine & and
told him we were leaving — note — he was pissed.

We stopped in Baranof Springs — did a hot tub, left couple hours
later.

300 lbs of fish — wouldn't even pay for groceries. We spent 2 days
in port in Sitka — had a great time. Mark and his dad invited us
to go whale watching.

He'd mentioned they'd had new bilge pumps. They said that'd all
been caulked —

Mike felt that part of the keel fell out; we saw swirls
of water.

- Very hard, pretty quiet — We went to [illegible] a spot for
the river — to see why the boat wasn't producing. —
Dave (a friend of the family.) He thought of getting off in Elfin Cove

Forecast was going to be shitty. Mark beat a cautious retreat to
Elfin Cove. David said he was seasick — just he stood his
watches — We had run out of lube oil.

We put up big blue plastic tarps — acted like sails.
Got up around noon and put out there in 3 foot seas, started
fish around midnight. Worked to 10-11 am.
6,900 pounds of yelloweye, and a couple traps of lingcod.
Started getting flatter.
- I fell asleep 1-4 pm. By then, 20 foot seas by then.
We were dusty.
Dave and I had the watch from 4-6 pm.

03940

Hazen and Meade were taking turns running the deck

Dave Hanlon went to his rack

6³⁰ Mike and I

"We just knew we were fucked"

Had to get both EPIRBS going
like Bucket brigade
Rude gear

"God, like we're making some progress" I was sitting at the top gauging it

"When do you flush the Coast Guard's gotta come?" — Mikey

I went to top of wheelhouse and got 3 buoy balls
Ted
Big buoy balls
Then we started listing
"Everyone go in together!" Tied EPIRBS tied to my hand
The boom
Had a hard stay
Pack and bag — ocean
Deck lights — emergency batteries
Light in the galley
Air temp was 45°
38° Sea temp

03941

That's the one Reg
I did it with a helicopter
We got pushed off the hill
Those couple swells felt worse than Gig's tow with the buoy balls
We did — we all got smashed back into the hill
That's when Josh fucked up

"Is everybody all right? Anyone feel cold?"

"Jesus Christ I'm cold"
Hope[?] against hope it's not my suit.
It was just
"Fuck! I'm freezing! I'm freezing"

Everyone how ready
Of course his glasses are gone
"Is that the best you got?" whoops! I didn't mean it.
"Gig. I know you got my legs[?]. And you got my eyes. You crazy fucker."
"I could sense when Dave was lost."
That wave came up
(O) [?] seconds underneath water
spitting up
wave would punch into your face — up your nose. It[?] forces your eyes open [?]
I felt strongly I would

03942

Dave disappeared — "Where you wadded out of the rope"

"You gotta rake it cause you got the ???"

He couldn't

- He was kind went in terms of hypothermia
  he was shaking pretty bad

Trying to keep as much water out of his suit

Kept Mark Morley on my chest

He couldn't keep his face out of the water

"I need to see my boy, Bob"

"Tamara I love you"

You'll get to see him. Ya gotta hang in there

But Bob, Bob, you got good kids.
Kids will play together someday

"When's the Coast Guard coming, Bob?"

Like a big flashlight in the sky

It was busy to communicate w/ my daughter — "Daddy's in a lot of trouble"

They said we drifted 30-40 miles from where we sank.

Complete exhilaration, buoys, key weather

03943

Fuck, what are they doing? We're gonna die.

We're not gonna die. They know we're here. They'll be back.

That was the worst moment.

Keep that shit PB out of the water.

He (Mike) was on his side.

"Don't try, I'm trying."

"I knew you're trying. Fuck, don't —"

"I was in terrible trouble. Have Mom my cell."

"I remember getting very lucid." I love you, I'll be alright —

I didn't want make sure somebody knows.

I will survive no matter what

I had never known times anything but arrogant, so I used that to survive.

We all got pissed when they left.

"They better hurry, Cam I'm gonna die."

"What the fuck are they doing Bob?"

Slammed again and slammed again

Helicopter

I was really worried for them. A freak wave was gonna go

More than 80 feet above helo.

03944

God if that basket gets up over the water. The wave seemed like I would hit the bottom of the helicopter.

Male goes first

Just anything to get you could offer

He'd start crying, slow[?] said

I couldn't wake him up. I had to push him, punched him in the face, pinched him. I needed him to help as much as he could. I couldn't hold him up by myself.

"You're not going to die. You've got to live for your kids. Live for Pam[?]."

He'd stop shaking. Then say, "I'm going to die. I keep dark coming soon."

God I'd hate to think what his body was going through.

She'd just lost one of the babies — they were twins.

No idea of time —

Gig and I thought we'd be alive at daylight.

He was gone. I remember us all crying at this wave.

4 The one person doesn't think what he's going through.

03945

he tried always, the spray wld was it
Stroke, every 15 seconds.
like open and close your eyes to speed
boat on

You hear the waves coming
like a jet engine, then a bomb
Seemed, help we passed through that once.
2nd helicopter flew 200 yards away
I was hallucinating once, thought I was
in California. Some of the hill plains
brown grass, trees felt like I was in
duncan watching at the countryside go by.

we because we had to get Mark out. It was
obvious they had better

we got out of the rigor.

"where's Mark?"

I hurted
He arrested his hand — and vomited
Vomit
It went all over the back of the helo
the 1st helo.

03946

It was like it had been sent — was inspiring.

Many times we were fairly close to [them?] — they couldn't see us. We could see them.

Lee Honnold — was my [neighbor?] across the street

We gave Honnold some halibut and crab at his home.

I had water up to my waist. Enjoyed that pee — knew it wouldn't [be cold?].

He was lying face down in the water.

I went [for errand?] [trying?] to get a 3 bedroom apartment

TV VCR in [bedroom?]

"Braveheart"     Mo
"Godfather I, II"

"Trinity" — I had

A spy book — [the Deceiver?] — West

03947

Im Elfin Cove, tied class
Mikks - Old Boats.

Hanlon - fast boater

50 skates of gear.

Longline — 300 yards per skate

Course anchors — how you set your marks w/ GPS.

Groundline — you throw over your buoy
300-400 yards of that

Laptop Compaq computer - hooked up to autopilot.

Bailing shed was aluminum (new).

Big hatches up front.

— 8 knots max speed.

"We were getting paid to fix gear - we were getting paid to catch fish. —"

Mike & open in his opinions.

I felt vibrant — pure. I felt I had a new outlook on life — Not unloveable, I felt I could survive.

Went Tanner crab fishing up a Pendalie Springs.

I prayed for my kids.

→ My son had night rivers after Dave was found.

My son had

03948

We were in the emergency room — [illegible]
difficult. He was still [illegible] life [illegible]
At 3 o'clock we got a call — [illegible]
"[illegible] we found someone — he's alive — flipped [illegible]
losing him" etc. [illegible]

He was found dead

I thought it was Dave — he might be alive

It's [illegible: nurse?]

I just couldn't hold him.

His eyes were open. I've seen dead people
before but never that way — so peace[illegible]
So it was good to get that closure. Some
people never get to say sorry, say
goodbye.

Sky didn't want to go, Dave neither

I will have a hell of a time [illegible] his son, 'cause
he wants to know about his dad and I'm
not around.

"She called me — Tammy — before Christmas
and said she wanted to talk about it."

"How you doing?" She told me how her son is
bubbly, [illegible] a picture of Mark.

His eyes were open, mouth was open. sent was down to see the gad,

I touched his forehead.

One of the nurses. I had to let him know. Right

"He was."

"I couldn't imagine the agony he was in.

They flew us to Juneau for the hearing.

He takes us aside and says I told him to get a raft, told him

Gave you a $100 check, pizza.

I don't have insurance, but I'll take care of you guys. I got another boat. we'll work something out

At the hearing,

"You shouldn't be finding Cathy to sue.

We didn't have a raft

"I was told we could be righteous if we didn't go out five — $$$ and we needed the money."

Mark told this to Gig

In the bathroom at the Coast Guard hearing.

We started crabbing in Tenakee on the 15th
4 to 5 days after

03950

March 15th halibut season started.

Mid-April

Beging of April. I had to use the fire curtain

I hadn't been back here in 10 years.

My wife

I thought I'd do some healing back here

My sister's place at De War I perd

Josh — Bartender / fierce area job

My first beer was in Nick's, we weren't trouble makers back then

Genesee Cream Ale. 7oz glass

I put a quit here & thought I could open for — Loanne Gephardt (beautician, still)

Every time you hear it when you're

Nick's 12-12 on Sundays
11-5 Mondays Tuesdays

03951