

EXHIBIT _E___
Page_____of_____



00025

—



00026





00028



SITKA JOB PLACEMENT SERVICE

00029



00030



00031



00032