

00033



00034





00036



00037

00040