Bob Doyle interview notes in Bellows Falls, VT  2000

What thinking on board the La Conte in Elfin Cove?

Tired that first night – exhausted. Don't think of (illegible) much. Very tired. Remembered how (illegible) it was in my bunk. My rack. Hard as a rock. Beard all stiff. I might have thought about Katie and Brennie ...

Perhaps a memory from your past? Little Egypt? Could have been. I usually thought of stuff like that on ship. Hot tub – Tenakee Springs. No time to do that anymore, of course

Dock talk – conversation

All you got to do besides gear work. Mike hated it. Hanlon didn't talk much. Always after him to get some work done.

Giggy: 'Skipper tells you to shit, you do it!'

I was always respectful of Mark. I wanted to work with him on next tendering job in February ...tried to tell story of Pelican. Giggy told us take of the old days, the old town. He went on and on – ask him about that. Funny as shit. Everbody laughin it up. I think Mike was talking about the jobs he did years ago –

Pilothouse!

He always like to tell that one.

Supermarket caper? Yeah, he might have told that one and then on and on ... ranting and going on and on about his fishing days when there were lots of fish. Always talking – couldn't get him to shut up

Learn that in the Coast Guard – learn to let the gabbers go on and on and gab themselves dry

---

Old skippers and boats? We worked for a time on the Min E, as I told before. Good time on that boat – just no fish.

Mike: Phil this and that, fucker, bastard this, cocksucker that. He liked to complain a lot. Always complaining ... what stuff – he wouldn't like to be doing BUSY work as he called it. That fucking cocksucker, ashole ... Yeah, Mike! Shut up already! Then he'd be on someone else real fast.

EXHIBIT F
P____ of____

00062

Build up a skate, maybe two.

Mark: 'What's going on her fellas?' He had gone into town to get gear and grease and shit. Nobody said anything. Funny that was. Dave was always quiet – I think he went to get (illegible) in bait shed. To fix up, you know.

That night we had a spaghetti dinner I think.

---

Where can I get classified ad? Try the job service – they ought to have it. Betty. Good lady, helpful. (Sitka Job Placement Service) !! Mike: (Day of decision to go on La Conte) Wanted to get off Min E didn't like the skipper much He always let loose on him ... never really meant it.

Mike said: Ad – what we got to lose? Can ya see Phil's face when we tell him – cocksucker will be all pissed. Fuck him. Fuck that – owes me $.

'Always liked the boat. It was a schooner – he liked schooners. I always liked Phil – got along

First job really fishing for me. Anyone else talk to you about La Conte? 'No.'

Then night on the boat cold – Godfather movie – beer, joint (mike) pissing off the railing – did that a lot

---

Hanlon's back?

No one ever told me about Dave until the time in Elfin Cove. I asked Giggy and he said dock injury – always had limp, taking pills. But you no docs, give you pills never make you right.

---

I always liked Dave ... he bandaged up my hand when I had it cut. Good at that. Hooks. Cut you good ... piss on your hands to clean off the shit and pissing has a way cleaning them off. Old fisherman's trick.

Sure I did – worked too.

---

What about fish. How many tons you think you got? 10,000? 7 – 8. Could be as much as 8. we'd been going real good. And they were heavy, too.

---

KIDS

I always wondered if the kids were thinking about me. It was like a 6th sense thing – are they in my head ... am I in theirs. Always wondered how much of me was inside the kids.

Katie

Always thought about her

---

HELO – AFTER RESCUE

They gave us tea I think. Giggy said, 'You want a beer?' I wanted nothing. I couldn't

Just wanted to piss. I pissed in my suit. Right there

Best piss ever had

Let it all go. Yup.

Oranges? I don't know. Maybe they had some food in there but I don't know. Wasn't what I was thinking about.

What, then? Well, getting to the base and hospital. I was having trouble with my legs a little, no much, though, just a little.

Did LeFeuvre ever talk to you afterwards? No. Don't think I ever saw him after that. I went by the base a couple of times, to Eagles Nest and there was that story I told you about (illegible). Saw Lee in the park and I saw his wife at home with Mike and me went to bring them a gift. Fish. You remember that story. Koval? Shithead – never saw him again, no.

---

Water – drops down your back like ice. Slow fill up your boots ... never thought I'd make it up. Couldn't get feeling in my toes. Extremities. They say that's where the hypo gets you first

Mike was complaining about the cold. Fuck this! Fucking water! Fuck you wave! Yeah, try and put me down!

And then the wave would come and we'd be down 20-30 seconds

BREAK

---

On Mike and the decision to go to the La Conte – Mike says it was a money thing – right?

00064

I remember Mike and Phil had a (illegible) over money. Mike was being Mike – always complaining about something, his skippers the fish, the water. Mike liked to complain a lot. Giggy used to get real pissed at him about that. Shut the fuck up! Shut the fuck you bastard! That kind of shit.

Weren't catching a lot of fish on the Min E. 300 pounds … 1,000 pounds later in (illegible), Mike: he sure made me pay. What? Bastard. C'mon Mike. Bastard did it to me again – whining – did it to me again. Always was saying that. I said that's dumb. I don't think he doing it on purpose shoot yourself in foot – why? No sense in that. Nobody would do that, you know? What skipper wouldn't want to catch fish – that's crazy. Mike. But you know – Mike is Mike – being Mike. He just laughs and says why not?

People fuck themselves screw up all the time. Do it all the time – look at me. Shit.

Anything on this story from Mike – Phil, $

No no didn't know the details but just that Mike didn't think he was getting enuf money

the Min E – not catching enough fish

'Imagine the look on Phil's face when he hears we're gone.' Cocksucker. Shithead. That's how he talked you know

I left a note for him. Mike called it a stupid fucking note. Why you leave that? Fuck that. Tell someone else and they'll (illegible) See that was Mike all over. Good guy good fisherman but liked to whine a lot.

---

Mike looked at boat – yes! What he think? Good boat. He liked it. Old schooner. Didn't take care of the La Conte though like they should have fucking people don't care for boats is all. Where? Walking back from Thompsen pier

We were talking it over, thinking about leaving the Min E. Decided to go for it –

How about first trip on La Conte? Not good. It was pretty snotty out on the water – didn't get much fish. Stack fire – oven

No hot food

Rain falling (cq?) hard – pellets

Had the microwave.

Cook up soups but then it was bananas and sandwiches mostly. Later on we ate better – casseroles and soups when we got the stove fixed.

JOINING THE LA CONTE:

I went to look for Mike – never easy to find but found him down by the waterfront. How? Looked for him out the road. Where they fix old boats? And came back into town on Katlian Street

Where were you? At the bank, he said, paying money to someone – restitution. I found us a job. Backing cookies. No – two deckhands on a (illegible) schooner.

Number?

Already called and he needs two guys. (Morley)

Mike: never heard of the guy. So? No problem. He'll be there all afternoon and we can meet (illegible) down at docks

Take – 10 percent each

OK let's go – nothing to lose right?