```
 1
 2
 3
 4        INTERVIEW OF BOB DOYLE
 5        BY TODD LEWAN
 6        4 CDs:  Bob Doyle 4 (x 2) and 5 (x 2)
 7        Pages 2 through 150
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Gaylene's Word Services
          M. Gaylene Larrecou
24        ACS, AAERT, U.S. Court Approved Transcriber
          7330 Madelynne Drive
25        Anchorage, Alaska  99504
```





EXHIBIT 6
Page ___ of ___

*Gaylene's Word Services*
(907) 338-3936

03881

```
                                                    2
 1             INTERVIEW OF BOB DOYLE
 2   (CD Bob Doyle 4 - Part 1 of 2 [Tape 4 Side A])
 3        (Interview in progress:)
 4        MR. DOYLE: Some folks were involved (indiscernible), you
 5   know?
 6        MR. LEWAN: There was, yeah.
 7        MR. DOYLE: Well, we got our gear out. We know we got to
 8   go get it because it's expensive, and at this point it's
 9   probably nonprofitable (indiscernible) the sets. And whether
10   (indiscernible) working in a couple days, you know,
11   (indiscernible), I mean, we could've been ready to go in -- in
12   less than an hour if it looked like we got to (indiscernible).
13   I think it was a 12- or 15-foot (indiscernible) that we could
14   work in. We were all wanting to do that. I mean, that was
15   tried and true. (Indiscernible) before, and now with Dave, an
16   extra hand, it would make things quicker.
17        MR. LEWAN: Right.
18        MR. DOYLE: So...
19        MR. LEWAN: You were -- so you were talking about -- over
20   dinner you were talking about strategy, the things you were
21   going to do once you got out there.
22        MR. DOYLE: Yeah. Well, it's just, you know, finding
23   (indiscernible) first.
24        MR. LEWAN: So you had kind of written off the fact there
25   wasn't going to be any fish on there.
```

```
                                                    3
 1        MR. DOYLE: Probably, yeah.
 2        MR. LEWAN: Right.
 3        MR. DOYLE: But (indiscernible), the goal is to go
 4   outside it, retrieve it. Probably no fish at that point, but
 5   (indiscernible) quicker.
 6        MR. LEWAN: Uh-huh (affirmative).
 7        MR. DOYLE: But (indiscernible), you know, because we
 8   were ready, which it was at that point, baited, because we had
 9   40 -- or 30 or so at that point -- or 25 (indiscernible).
10        MR. LEWAN: Uh-huh (affirmative).
11        MR. DOYLE: (Indiscernible) that we could use, and that
12   was also -- you know, if we can repair some of this stuff,
13   then we've got even more. So maximize the effort. We've got
14   to go out anyway. It's just a matter of time.
15        MR. LEWAN: Right. So, okay, you did that, and you
16   talked about (indiscernible) so there were five small strings
17   at a time, you were going to do that.
18        MR. DOYLE: Yeah.
19        MR. LEWAN: You were going to pick up the -- the string
20   and a half that were still out there, right?
21        MR. DOYLE: We -- the string that was out there.
22        MR. LEWAN: The one string.
23        MR. DOYLE: Because we had already picked up the --
24        MR. LEWAN: You'd already picked up the other half.
25        MR. DOYLE: Yep.
```

```
                                                    4
 1        MR. LEWAN: All right. And you were talking about
 2   selling and the price in Juneau. What -- what was the prices
 3   that you were talking about?
 4        MR. DOYLE: I remember it was -- and Mark would update
 5   (indiscernible) in other places, and (indiscernible) talk to
 6   the owner, and, you know, the price fluctuates every day, you
 7   know, even 10 cents more (indiscernible).
 8        MR. LEWAN: Right.
 9        MR. DOYLE: But I don't know, I think it was a buck-
10   twenty-five a pound (indiscernible) price. And I found it
11   interesting, too, (indiscernible) certain species of rockfish.
12        MR. LEWAN: Right.
13        MR. DOYLE: They (indiscernible) the big yellow
14   (indiscernible) the big orange ones.
15        MR. LEWAN: Uh-huh (affirmative).
16        MR. DOYLE: But --
17        MR. LEWAN: Was that what you were pulling in, with
18   yellow eyes?
19        MR. DOYLE: (Indiscernible), yeah. I mean, I remember
20   there was some called tiger, and both Mark and Mike
21   (indiscernible), you know, get a bunch of the little guys,
22   which (indiscernible) primarily that the Filipinos liked even
23   more. The color of (indiscernible), more tender fish steaks.
24        MR. LEWAN: Uh-huh (affirmative), yeah. So
25   (indiscernible) this was quite a bit of the orange fish,
```

```
                                                    5
 1   right?
 2        MR. DOYLE: No, the yellow eyes were.
 3        MR. LEWAN: Okay.
 4        MR. DOYLE: And the tigers, and there was calico, and --
 5   (indiscernible) cool names, and we did get some of those small
 6   (indiscernible) but those would bring an even high price,
 7   maybe another 50 cents more a pound.
 8        MR. LEWAN: Sure.
 9        MR. DOYLE: Smaller, but if you get more of them, then,
10   you know, (indiscernible).
11        MR. LEWAN: (Indiscernible) better catch (indiscernible).
12        MR. DOYLE: But those are better than (indiscernible).
13        MR. LEWAN: But most of those you were getting
14   (indiscernible) yellow.
15        MR. DOYLE: Yes.
16        MR. LEWAN: How many pounds exactly did you have -- or
17   roughly did you have when (indiscernible) Elfin Cove?
18        MR. DOYLE: I'd say a couple hundred, anyway, 400.
19        MR. LEWAN: Two hundred to 400 pounds (indiscernible).
20        MR. DOYLE: Yeah. We had ling cod and (indiscernible),
21   too, because we were allowed, I think, 10 percent bycatch, or
22   15. Different species you're allowed (indiscernible) because
23   it was not the pollock season, but ling cod you could.
24        MR. LEWAN: Uh-huh (affirmative).
25        MR. DOYLE: And (indiscernible).
```

03882

6

1    MR. LEWAN: Go on to the (indiscernible) that's going on
2  in the -- over dinner, the conversation that's going on
3  (indiscernible).
4    MR. DOYLE: Well, Mike's putting the food out, and we're
5  basically washed up and out of our gear, you know, sitting
6  around and, you know, talking about the weather, and he's
7  explaining what he knows (indiscernible), you know, as soon as
8  we get good weather, we're going to head back out and get the
9  gear and fish what we can.
10   MR. LEWAN: Did he say anything else about working on the
11 sets?
12   MR. DOYLE: No. I mean, (indiscernible), you know, there
13 was -- I remember some urgency to get the (indiscernible) into
14 Juneau, you know? So, I mean, it was his boat, you know, but
15 I think Mark was under some tension, too, to produce and
16 that (indiscernible) get 12,000 pounds (indiscernible), you
17 know, going (indiscernible) Sitka and doing 6,000 or whatever.
18 So I think Sitka had closed up (indiscernible) our range that
19 we could've gone. I think Mike and Gig were talking about
20 places they had fished, like -- is it Lacey -- Lacey Gulf of
21 Lacey Bay up near Yakutat.
22   MR. LEWAN: Uh-huh (affirmative).
23   MR. DOYLE: They were talking about that, (indiscernible)
24 the fish (indiscernible) along the coast up past Graves
25 Harbor, and the (indiscernible), like I was saying, go out,

7

1  get the gear, do a smaller (indiscernible) quickly inside
2  (indiscernible).
3    MR. LEWAN: Who was suggesting Yakutat or Graves Harbor
4  (indiscernible)?
5    MR. DOYLE: Mike, and Gig, too, I believe, you know,
6  saying (indiscernible) from people out of Yakutat or...
7    MR. LEWAN: But who wanted to go fishing up at Yakutat or
8  Graves Harbor?
9    MR. DOYLE: Well, it was all open for suggestion, you
10 know. If we get out there, we get our gear, we put, say, two
11 strings (indiscernible) and we get nothing, then
12 (indiscernible) plan on doing.
13   MR. LEWAN: Okay. And Mark had suggested going back out
14 to the grounds.
15   MR. DOYLE: Yeah.
16   MR. LEWAN: (Indiscernible) he said I talked to the
17 owner, and he wants us to go back out to the grounds
18 (indiscernible) --
19   MR. DOYLE: Yeah (indiscernible), yeah, we got to go get
20 the gear, and while we're out there, we might as well, you
21 know, throw out a couple quick (indiscernible) and fish while
22 we're retrieving the gear because once you got an eyeball on
23 the gear and you know where the lines are going, we can throw
24 our shit out, you know, and (indiscernible) an hour, hour and
25 a half, motor over and pull our other gear, let this stuff

8

1  sit, get the stuff we lost, and then -- you know, the
2  (indiscernible) that we lost, and then (indiscernible).
3    (Indiscernible comments)
4    MR. LEWAN: So he wanted to go out and get the gear, and
5  he said might as well throw out quick sets (indiscernible).
6  Mike was saying why don't we go up to Yakutat or
7  (indiscernible).
8    MR. DOYLE: Yeah, (indiscernible), you know, inland.
9    MR. LEWAN: Okay, the inland channel, right?
10   MR. DOYLE: Yeah, (indiscernible) knocked around out
11 there, you can do, you know, a couple short ones and get the
12 smaller -- like the -- like I was saying, the specialty
13 (indiscernible) yellow-eyed inland -- or inland waters, but
14 maybe more of the smaller ones, you know? Get a quick 800
15 pounds.
16   MR. LEWAN: Okay. So he was looking for, you know, a
17 quick 800 pounds.
18   MR. DOYLE: Yeah.
19   MR. LEWAN: (Indiscernible) --
20   MR. DOYLE: Without having to get knocked up out on the
21 sea, and doing it on the inland (indiscernible).
22 (Indiscernible) the first string and maybe like every fourth
23 hook (indiscernible), but they had to be seven pounds and up,
24 and if you're pulling off, you know, 200 of them every string,
25 you know, there's probably at least 10 percent keepers, and

9

1  (indiscernible) a buck or so a pound for that. So seven bucks
2  per fish, you know, then (indiscernible). I don't know, you
3  know, it's something. Anyway, so that was a thought, too,
4  (indiscernible) do that, (indiscernible) we can be done in a
5  day, you know. The forward hatch, I think, was the one they
6  had used for their tripping in Sitka before Mike and I got on.
7  There's refrigerated saltwater, and that's what they were
8  going to do with the -- had talked about doing with the
9  (indiscernible).
10   MR. LEWAN: But that was the idea, catch (indiscernible)
11 shark, and that (indiscernible) something.
12   MR. DOYLE: Yeah.
13   MR. LEWAN: And what was Gig saying?
14   MR. DOYLE: Basically the same, you know.
15   MR. LEWAN: He was agreeing with him.
16   MR. DOYLE: Well, with -- with Mark, too, and then Mike,
17 you know, and they're all mulling over the possibilities.
18   MR. LEWAN: (Indiscernible).
19   MR. DOYLE: Well, I'm sure he would've sided with the
20 skipper because (indiscernible).
21 00:10:05
22   (Indiscernible comments)
23   MR. LEWAN: Yeah. What about you? What were you saying?
24 Did you say anything? Did you just kind of listen?
25   MR. DOYLE: Yeah, (indiscernible).

10

1   MR. LEWAN: (Indiscernible). What about Hanlon? What
2   was he saying?
3   MR. DOYLE: I think he said (indiscernible). I -- I had
4   read where, you know, you said he (indiscernible) and didn't
5   want to go out.
6   MR. LEWAN: Right.
7   MR. DOYLE: But I know he was saying I'd rather not get
8   knocked around (indiscernible), but he wasn't very, you know,
9   verbal in putting out what he wanted. I mean, I never heard
10  him say, look, Mark, I don't want to go out. You know, Mark
11  (indiscernible) worked it out, though. I think Mark praised
12  him several times, you know, so Dave was, you know, feeling
13  real good (indiscernible) working. That was his thing, you
14  know, keep it together as a team.
15  MR. LEWAN: Was he saying this in front of David, or was
16  he saying it just --
17  MR. DOYLE: Yes.
18  MR. LEWAN: He was? He said that right there during the
19  dinner conversation? What exactly (indiscernible) --
20  MR. DOYLE: You know, we're all working good as a team
21  (indiscernible) we've had some pitfalls, but we've all been
22  there (indiscernible) and losing gear and stuff, but it is
23  tricky going out there, but then, you know, (indiscernible)
24  turn out, (indiscernible) the price of doing business, and
25  let's get this -- when we get the chance, let's be ready to

11

1   just go out there, (indiscernible) get our stuff, put new
2   stuff out, get as much as we can in poundage. I mean, we're
3   not going to go right to 12,000, but we could. They've all
4   seen it, you know? I never saw it. Well, rockfishing
5   (indiscernible).
6   MR. LEWAN: Uh-huh (affirmative).
7   MR. DOYLE: That would've been cool. I was going to take
8   pictures of that if I could.
9   MR. LEWAN: So he said Dave's doing real good?
10  MR. DOYLE: Yeah, Dave (indiscernible) quick as we can,
11  and Mike, and (indiscernible) repaired this line. I think
12  there was (indiscernible) skates, you know, and you only get
13  (indiscernible) Mike said I don't know, (indiscernible) it
14  would come up.
15  00:12:26
16  MR. DOYLE: Of course, they (indiscernible) expect it
17  too, and (indiscernible) and they didn't even bother baiting
18  it. I think there were two or three that they didn't
19  (indiscernible) in the day or so that we were there. Mike did
20  one line (indiscernible) deck, too, and I think it was
21  primarily (indiscernible). And, you know, (indiscernible) to
22  accommodate him. (Indiscernible) didn't want to do shitty
23  work, and (indiscernible) let me do it, and we
24  (indiscernible), why not?
25  MR. LEWAN: Okay.

12

1   MR. DOYLE: So Mark's doing that, you know?
2   MR. LEWAN: Uh-huh (affirmative).
3   MR. DOYLE: And Gig, too, saying, you know, we're all
4   tired, we'll get some rest or -- you know, (indiscernible)
5   baited up and let's (indiscernible) some new stuff, and we got
6   new -- I thought we were -- from my efforts (indiscernible) I
7   think they were going to try doing, you know, a couple of
8   those in the inland waters when we came in if we didn't
9   (indiscernible), you know, the snap-on wherever we wanted on
10  the line as it's going out.
11  00:13:37
12  MR. LEWAN: Uh-huh (affirmative).
13  MR. DOYLE: So we're all tired, but we're getting some
14  rest. We're -- we're baiting up our lines with
15  (indiscernible).
16  (Indiscernible comments)
17  00:13:57
18  MR. LEWAN: (Indiscernible) when you talked to the kids,
19  they were doing okay?
20  MR. DOYLE: Yeah.
21  MR. LEWAN: (Indiscernible). And give me some more of
22  that, that conversation with the kids.
23  MR. DOYLE: Just, you know, (indiscernible) which is, you
24  know, continuous, (indiscernible) prepared for that.
25  MR. LEWAN: You had to do the (indiscernible)?

13

1   MR. DOYLE: Yeah, I said I had to -- I think I said I
2   (indiscernible) Barbie the Fisherwoman stories (indiscernible)
3   an example. You know, I'd tell (indiscernible) the Barbie,
4   blah-blah, whatever, I (indiscernible) Mike said that.
5   UNIDENTIFIED SPEAKER: What did he say after he laughed?
6   UNIDENTIFIED SPEAKER: After who?
7   MR. DOYLE: After Mark laughed. He laughed at that.
8   MR. LEWAN: Oh, he laughed?
9   MR. DOYLE: Yeah. I don't know, just general
10  (indiscernible).
11  MR. LEWAN: You didn't talk about Koval (indiscernible),
12  did you?
13  00:15:00
14  MR. DOYLE: I'm sure that I did. My anger. But --
15  MR. LEWAN: You brought it up right there
16  (indiscernible)?
17  MR. DOYLE: (Indiscernible) --
18  MR. LEWAN: Who did you talk with about this?
19  MR. DOYLE: Oh, (indiscernible).
20  MR. LEWAN: Was it that night when you were on watch, the
21  first watch? Did you guys talk about it?
22  MR. DOYLE: (Indiscernible) --
23  MR. LEWAN: (Indiscernible) and how did you --
24  MR. DOYLE: Just explained about court-martial and all
25  the frustration of being in uniform and them laughing at me

**14**

1  and giving me the finger and finding out that they were trying
2  to get me court-martialed for punching him so I'd be out of
3  the picture. That was explained to me by some of those
4  (indiscernible) friend's.
5      MR. LEWAN: They were trying to get you to hit him so
6  that they could court-martial you.
7      MR. DOYLE: Because, you know, if he hit me, he'd be in
8  trouble, which he wouldn't do because he's got no reason.
9  He's got my ex-wife. But, you know, I'd have everything to
10 lose.
11     MR. LEWAN: And what did (indiscernible) say when you
12 told him that? I mean, (indiscernible)?
13 00:16:07
14     MR. DOYLE: Fucking asshole. Don't do it. You know,
15 you're bigger than that. I didn't know what he got in trouble
16 for, but, you know --
17     MR. LEWAN: Did he talk about that in detail at that
18 point?
19     MR. DOYLE: You know, violence, it feels good but it
20 doesn't solve anything, basically.
21     MR. LEWAN: Violence feels good, but it doesn't solve
22 anything.
23     MR. DOYLE: (Laughs) Yeah.
24     MR. LEWAN: Okay. Is that when he started to tell you
25 about his -- or give you some sense of what happened to him?

**15**

1      MR. DOYLE: Probably, yeah, I think so.
2      MR. LEWAN: Just so I can reconstruct it, (indiscernible)
3  that little dialog going there, that (indiscernible).
4      MR. DOYLE: Yeah. Yeah, just -- and I don't -- I don't
5  think he told me what he did to get (indiscernible) for being
6  drunk and disorderly --
7      MR. LEWAN: He hit an officer, is what he did.
8      MR. DOYLE: Did he?
9      MR. LEWAN: Yeah.
10     MR. DOYLE: (Indiscernible) or a cop?
11     MR. LEWAN: It was a cop.
12     MR. DOYLE: Yeah, I think he was -- he said he was drunk
13 and disorderly and punched somebody. Maybe he told me that it
14 was a cop. I don't remember. I know he said he'd punched
15 somebody (indiscernible) wrestling with the cops and didn't
16 want to be taken in or whatever.
17 00:17:34
18     MR. LEWAN: How did he feel about that?
19     MR. DOYLE: Well, he (indiscernible), you know, it was a
20 joke thing, you know, but (indiscernible), you know, violence
21 doesn't solve anything.
22     MR. LEWAN: Okay. (Indiscernible). So then -- so back
23 to the dinner here. So you're having (indiscernible)?
24     MR. DOYLE: It's about an hour. We're putting out
25 (indiscernible) will do the dishes. I mean, (indiscernible)

**16**

1  rinse their plates off, and he'd do the dishes, the housework
2  type stuff, you know? He always made sure there was coffee in
3  the coffee pot, and I don't -- he didn't drink coffee, I don't
4  think. He had tea or (indiscernible), tea and soda. I think
5  he was big on soda. But there was always coffee there and
6  there was always something warm to snack on. He made muffins
7  one time, and, you know, (indiscernible) muffins.
8      MR. LEWAN: Uh-huh (affirmative). Right. Did you have
9  any -- after dinner, did you have -- was there anything else
10 said, first of all, at dinner that you remember?
11     MR. DOYLE: I don't think so, but, you know, that was his
12 idea that we'd go out (indiscernible) but go out and retrieve
13 our gear when it was feasible to do so, (indiscernible).
14     MR. LEWAN: What was Mark's reaction when he was standing
15 there? What did Mike say it looked like (indiscernible)?
16     MR. DOYLE: Grumpy.
17 00:19:15
18     (Indiscernible comments)
19 00:19:39
20     MR. DOYLE: Not an animated disagreement but --
21     MR. LEWAN: Did he say something like shit or --
22     MR. DOYLE: Shrugged, you know, whatever.
23     MR. LEWAN: Okay. And Hanlon, what was his facial
24 expression when he was saying that?
25     MR. DOYLE: He was pretty calm. I mean, (indiscernible)

**17**

1  underway, but (indiscernible) all the problems we'd had with
2  like the generators and the pumping and, you know, maybe it's
3  not a good idea to go out unless it's really good weather.
4      MR. LEWAN: He did say that?
5      MR. DOYLE: Yes, as I recall.
6      MR. LEWAN: Okay.
7      MR. DOYLE: But, you know, he's just another voice as far
8  as I could tell. I thought about, you know, that too, you
9  know, if there was any way (indiscernible) he ever talked to
10 Mark on the side, I don't know (indiscernible). But he said
11 maybe it's not a good idea to go out there unless the weather
12 is real good, and he said why risk it, and I was thinking,
13 well, I know he's (indiscernible) the fish (indiscernible),
14 you know, two whole days of just fishing in good weather like
15 when we went out (indiscernible) went out, it was beautiful.
16 We had two days of that where we worked our ass off,
17 (indiscernible).
18     MR. LEWAN: Uh-huh (affirmative).
19     MR. DOYLE: (Indiscernible) why risk it, I mean, we've
20 been having problems with the generator and the
21 (indiscernible).
22     MR. LEWAN: Right.
23     MR. DOYLE: You know, I think there was even discussion
24 about needing a new generator, could you rent one. I know we
25 were -- they were looking at something along those lines, and

18
1  I think Mark even went around and tried to see about getting a
2  life raft in there, you know, borrowing one. Nobody wanted to
3  lend you one, you know. But I know that was -- that was
4  (indiscernible) because it wasn't like, well, we, you know,
5  aren't going to get a raft, fuck it. I know we had talked
6  about that.
7       MR. LEWAN: And he said maybe we should get a borrowed
8  generator.
9       MR. DOYLE: Yeah, you know --
10      MR. LEWAN: Is that what Mark said?
11      MR. DOYLE: Yeah.
12      MR. LEWAN: Okay.
13      MR. DOYLE: Maybe we can, you know, borrow one, or, you
14 know, obviously the owner is not going to fly a life raft and
15 a fucking generator out to us, so --
16      MR. LEWAN: Well, (indiscernible) --
17      MR. DOYLE: But, you know, maybe there's somebody in town
18 that we could do that, and we'll drop it off on our way back,
19 you know, promise them, whatever, give them money. I don't
20 think Mark had much money. I don't know how they paid the
21 bills and everything (indiscernible).
22      MR. LEWAN: So maybe (indiscernible) we can borrow a life
23 raft --
24      MR. DOYLE: Yep.
25      MR. LEWAN: -- from someone in town.

19
1       MR. DOYLE: And that was -- one of the things I remember
2  when I went down (indiscernible) seeing which boats would have
3  (indiscernible). Obviously, they're mounted and you test them
4  (indiscernible) and test it in test mode or something.
5  00:22:30
6       (Indiscernible comments)
7  00:22:44
8       MR. LEWAN: Okay.
9       MR. DOYLE: But I -- I (indiscernible) seen these boats
10 that -- they were all small boats (indiscernible) fishing
11 boats, but they looked like they hadn't gone anywhere in a
12 while.
13      MR. LEWAN: They were just kind of living on them.
14      MR. DOYLE: Yeah, (indiscernible).
15      MR. LEWAN: Did -- when Hanlon said that to -- when he
16 came out and said those things, what was -- what did Mark say
17 about that? How did he respond to that, the suggestion
18 that --
19      MR. DOYLE: Well, we're here to stay, and, you know,
20 we -- I guess he had mentioned, you know, the -- their trip,
21 before Mark and I get on there -- or Mike and I get on there,
22 (indiscernible) and made (indiscernible) thousand dollars -- a
23 thousand pounds, and that they had as rough weather down in
24 Coronation, but we fished it well and, you know, we didn't
25 have any (indiscernible).

20
1  00:23:46
2       MR. LEWAN: The gear wasn't harmed.
3       (Indiscernible comments)
4       MR. DOYLE: ...is, based on the -- you know, everybody's
5  knowledge and with, you know, people have fished for years,
6  and (indiscernible) but it's fished out.
7       MR. LEWAN: But (indiscernible) as rough weather down in
8  Coronation and nothing got busted up, nothing -- nothing --
9       MR. DOYLE: Yep, and (indiscernible), you know, never
10 lost power when we were fishing, which is even worse than
11 (indiscernible) in the harbor. (Indiscernible) lose power
12 when you're pulling gear, you're definitely disadvantaged
13 there because then you're (indiscernible) and if you're going
14 into it, and then you've got trouble with it being
15 (indiscernible) or stuck on something.
16      MR. LEWAN: So when he said that, what did Hanlon say?
17      MR. DOYLE: I think it was more like a -- you know,
18 that's how I feel, you know. Just, you know, his body
19 language said that, yeah, and (indiscernible) --
20      MR. LEWAN: But he didn't say anything at that --
21      MR. DOYLE: Not that I recall.
22      MR. LEWAN: Okay. Did he have any ticks or mannerisms,
23 Hanlon?
24      MR. DOYLE: Wiped his glasses a lot. (Indiscernible),
25 like I said, he was quiet (indiscernible) smoke cigarettes.

21
1       MR. LEWAN: Okay.
2  00:25:24
3       MR. DOYLE: And, you know, he'd drink a lot of soda, had
4  whatever (indiscernible) with the rest of us. When we would
5  go for breaks (indiscernible) or whatever, (indiscernible)
6  probably for the companionship, maybe (indiscernible) or
7  something. He never went (indiscernible) to be alone or
8  whatever that I recall, you know, like (indiscernible).
9       MR. LEWAN: Okay. Did -- and was that -- was there
10 anything else then at that dinner? That seems to be very
11 important. I think that's probably the meeting that --
12      MR. DOYLE: Well, just the -- you know, just talking
13 about (indiscernible) Mike, Gig --
14 00:26:07
15      MR. DOYLE: And Mark listening to all this and not
16 interrupting that I recall.
17      MR. LEWAN: And then --
18      MR. DOYLE: And (indiscernible) look for a raft --
19      MR. LEWAN: Uh-huh (affirmative).
20      MR. DOYLE: -- and I'd like to find a raft and a
21 generator, but it doesn't look like it's going to happen, so
22 let's take that window of opportunity. You know, if I call
23 you -- I'm not going to send you to bed and then wake you up
24 two hours and say let's go, but we'll know the general
25 forecast. They can do 12-hour forecasts, you know,

**Page 22**

1  (indiscernible).
2     MR. LEWAN: Okay.
3     MR. DOYLE: So then I recall I (indiscernible) I can't
4  remember (indiscernible) whether it was underway or not.
5     MR. LEWAN: So Mark had been -- so the dishes were
6  done --
7  00:27:04
8     (Indiscernible comments)
9  00:27:32
10    MR. DOYLE: I know we watched some videotapes onboard.
11 The Godfather was there or something. I think Mike went up to
12 do a (indiscernible), we weren't doing busy work, though. You
13 know, (indiscernible) to bed early, but, you know, it was --
14 at that point I think it was going to be sometime later in the
15 afternoon the next day that might be a better time.
16    MR. LEWAN: Uh-huh (affirmative). Did you meet anybody
17 or see anyone in town in Elfin Cove or talk to them, making
18 friends or --
19    MR. DOYLE: No. I remember saying hi to people as they
20 walked by or whatever, saying hi to people on -- on their
21 boats, you know, whatever, but no, no, (indiscernible) around
22 the channel there, there's a little store (indiscernible)
23 whatever hours.
24    MR. LEWAN: Oh, that's that place, the little bar or
25 restaurant kind of place.

**Page 23**

1     MR. DOYLE: Yeah.
2     MR. LEWAN: (Indiscernible).
3     MR. DOYLE: (Indiscernible) whatever hours.
4     MR. LEWAN: And they had a sign on the door like no wet
5  rain gear allowed or --
6     MR. DOYLE: Yeah, (indiscernible).
7     MR. LEWAN: Okay. So you went to bed. And when you were
8  going to bed, what were you -- were you thinking about
9  anything (indiscernible)?
10    MR. DOYLE: The kids, you know, (indiscernible) --
11 00:29:14
12    (Indiscernible comments)
13 00:29:58
14    MR. LEWAN: All right. And that was it, you didn't see
15 anyone else (indiscernible) any other kinds of business going
16 on between Gig or Mike or Mark or anything like that?
17    MR. DOYLE: No. (Indiscernible) didn't hang out with us,
18 but -- he didn't hang out (indiscernible).
19    MR. LEWAN: Where did those guys (indiscernible)? What
20 were they doing?
21 00:30:19
22    (Indiscernible comments)
23 00:30:50
24    MR. LEWAN: What paperbacks did the boat have or what
25 kind of books did you read (indiscernible)?

**Page 24**

1     MR. DOYLE: Dave read -- or I -- I didn't see Dave
2  reading (indiscernible) --
3     MR. LEWAN: Uh-huh (affirmative).
4     MR. DOYLE: Mike, like I said, read thrillers.
5     MR. LEWAN: Uh-huh (affirmative).
6     MR. DOYLE: Maybe murder mysteries. (Indiscernible).
7  Mike could tell you about it.
8     MR. LEWAN: And the weather report at that point was --
9  what were the prospects of going out the next day?
10    MR. DOYLE: Up to 18, 17, something like that, and that
11 was getting, you know, close to what (indiscernible). I'd
12 (indiscernible) much rather they were lower (indiscernible).
13    MR. LEWAN: Okay. So 18-foot seas (indiscernible) winds.
14    MR. DOYLE: Uh-huh (affirmative).
15    MR. LEWAN: Wind?
16    MR. DOYLE: Sixteen to 20 knots, probably.
17    MR. LEWAN: Okay.
18    MR. DOYLE: (Indiscernible) didn't really want to fish in
19 30 knots or above.
20    MR. LEWAN: Okay.
21    MR. DOYLE: (Indiscernible), anywhere from calm to 15
22 feet.
23    MR. LEWAN: Uh-huh (affirmative).
24    MR. DOYLE: And (indiscernible).
25    MR. LEWAN: Okay. So you went to bed. Did you get a

**Page 25**

1  good night's sleep?
2     MR. DOYLE: No, I didn't.
3     MR. LEWAN: I mean, you're in --
4     MR. DOYLE: (Indiscernible) the engine's not turning
5  over. We've just (indiscernible) the generator and stuff in
6  the wheelhouse, probably got the microwave (indiscernible).
7  You could hear (indiscernible) in the background.
8  00:32:37
9     (Indiscernible comments)
10 00:32:44
11    MR. DOYLE: And maybe we read a little bit in bed. I
12 know Mike was reading (indiscernible) his light on, and I had
13 my light off.
14    MR. LEWAN: Uh-huh (affirmative).
15    (Indiscernible comments)
16    MR. DOYLE: -- dry clothes, you know, and (indiscernible)
17 was damp.
18    MR. LEWAN: Were you at any point thinking about stuff
19 that you'd done in the past or did you have any flashbacks
20 when you had the free time?
21    MR. DOYLE: I don't recall.
22    MR. LEWAN: Okay.
23    MR. DOYLE: Probably more of, you know, (indiscernible)
24 getting ahold of the kids and, you know, how's everything at
25 school and whatever.

26

1  MR. LEWAN: Uh-huh (affirmative). Okay.
2  MR. DOYLE: I always ended up, you know, talking to
3  either Koval or Lauri, but (indiscernible) stay in our house,
4  (indiscernible).
5  MR. LEWAN: Okay. So you wake up the next morning, it's
6  Wednesday. What time did you get up?
7  MR. DOYLE: Daylight hours, 9:00 -- 8:00, 9:00.
8  (Indiscernible) but we can hear people moving around, you
9  know, (indiscernible) galley, and you can hear people in
10 there.
11 MR. LEWAN: And you're hearing people clattering around
12 and --
13 MR. DOYLE: Yeah, (indiscernible) making coffee or
14 putting shit in the oven for breakfast. (Indiscernible) time
15 to get up.
16 MR. LEWAN: Yeah. And what kind of -- what did it look
17 like outside?
18 MR. DOYLE: (Indiscernible) calmer, probably, more
19 (indiscernible), you know, typical. I don't remember ever
20 having frost on the dock or anything like that. It did snow a
21 couple times, but, you know, no (indiscernible) accumulation.
22 (Indiscernible) while we were there.
23 MR. LEWAN: Okay. No frost on the dock. You got up,
24 people were -- who was up?
25 MR. DOYLE: Mark and Gig, Dave. (Indiscernible).

27

1  MR. LEWAN: Had some breakfast and went out in the back
2  and started doing the (indiscernible).
3  MR. DOYLE: (Indiscernible) went to check on the weather
4  again, and he was welcome to do that at any time, you know. I
5  think (indiscernible).
6  MR. LEWAN: Uh-huh (affirmative).
7  MR. DOYLE: But we listened to the Coast Guard forecast,
8  whenever that was broadcast (indiscernible). Mark had on
9  the -- had on the radio and the forecast (indiscernible)
10 powered by the generator, which is not, you know,
11 (indiscernible).
12 00:36:44
13 MR. LEWAN: Okay. (Indiscernible) it's now about 10:00
14 or so, and you started going to work on the lines again
15 (indiscernible) --
16 MR. DOYLE: Uh-huh (affirmative). (Indiscernible) that
17 day or the previous day doing gear on the dock also --
18 00:37:21
19 (Indiscernible comments)
20 00:37:35
21 MR. DOYLE: -- but nobody complained about it.
22 MR. LEWAN: Okay. So (indiscernible) today, what was
23 Mike's mood, or was he back to whining again?
24 MR. DOYLE: Well, Mike, I don't know if you've seen that
25 side of him, but he just (indiscernible), you know, and he

28

1  wasn't (indiscernible) as much, so we knew that he wasn't
2  happy.
3  MR. LEWAN: Okay.
4  MR. DOYLE: (Indiscernible) sitting around doing work and
5  start getting paid for it.
6  MR. LEWAN: Right.
7  MR. DOYLE: (Indiscernible) may or may not in the future,
8  so I think that was on his mind. To me it was an experience
9  because he, you know, would show me how to splice and
10 (indiscernible).
11 00:38:21
12 MR. LEWAN: So Gig was showing you these things.
13 MR. DOYLE: Yeah. And Mike was, too, you know,
14 (indiscernible) felt inclined. And you could watch Mike, and
15 if he wasn't in a good mood, he wouldn't really want to show
16 me stuff, but Gig was (indiscernible) no matter what he was
17 feeling.
18 MR. LEWAN: So he was showing you how to (indiscernible).
19 MR. DOYLE: How they -- how they like doing the splices,
20 and I think some of the lines had the eyelets that were fucked
21 up, their loops (indiscernible).
22 MR. LEWAN: How would he show you? What would he be
23 showing you?
24 MR. DOYLE: Just how he did it, how, you know, the
25 eyelets and, you know, cutting out bad sections of line,

29

1  (indiscernible) gear that we had that wasn't already baited,
2  (indiscernible).
3  MR. LEWAN: While you were fixing stuff, did you talk
4  with Gig, you know, and get any (indiscernible) personal lives
5  or...
6  MR. DOYLE: Oh, yeah. Dave (indiscernible) I'd hopefully
7  spend time in Juneau, (indiscernible), I remember, you know,
8  who (indiscernible) when I was a kid, you know,
9  (indiscernible) Pelican Cove, and he wished he had time to go
10 down and (indiscernible) if we were going to be there a couple
11 days, he'd like to do that, (indiscernible).
12 00:40:18
13 (Indiscernible comments)
14 MR. DOYLE: (Indiscernible) always some stories coming
15 out, and Mike (indiscernible) his excursions.
16 MR. LEWAN: Yeah? Like what?
17 MR. DOYLE: And they'd -- oh, they'd get into it, too,
18 you know, like, oh yeah, you should've seen this, and whatever
19 it was, it was always not kind of one-up each other, but
20 everybody (indiscernible).
21 MR. LEWAN: What was Mike's story about, do you remember?
22 MR. DOYLE: Probably prodigious drinking and pot smoking.
23 MR. LEWAN: He wouldn't talk about some of his
24 burglaries, would he?
25 MR. DOYLE: No. I did hear that one about the

30

1 Pilothouse.
2  MR. LEWAN: You did? You brought that one up?
3  MR. DOYLE: Well, no, he mentioned it to me.
4  MR. LEWAN: He mentioned it.
5  MR. DOYLE: Yeah, but not (indiscernible), you know,
6 since he brought it up, (indiscernible) Gig or Mark. They all
7 knew that he had done (indiscernible).
8  MR. LEWAN: But he didn't mention that during the trip.
9  MR. DOYLE: No, and that wasn't a -- you know, there was
10 never an interview. Just we saw them working on deck, you
11 know, that day, and saw that up at Job Service that they had
12 an opening (indiscernible).
13  MR. LEWAN: Uh-huh (affirmative).
14  MR. DOYLE: So it was (indiscernible).
15  MR. LEWAN: All right. Then you worked on the stuff
16 until the -- Mark was (indiscernible) working on the gear?
17 What was he doing?
18  MR. DOYLE: (Indiscernible) phone calls, working in the
19 engine room, I remember, you know, (indiscernible)
20 lubricating, (indiscernible) grease the main shafts or
21 something. (Indiscernible), I remember he was working with
22 some wrenches on some stuff, and, you know, I don't remember
23 what it was.
24  MR. LEWAN: Engines, he was working on the engines --
25  MR. DOYLE: He brought some tubes of some kind of grease.

31

1 I remember that he would do that during -- it was like one day
2 or something, not dismantle anything but (indiscernible) some
3 oil or lubricant.
4  MR. LEWAN: Uh-huh (affirmative). Did he work on the
5 filter -- the gas filter that had clogged? Was that
6 (indiscernible) been taken care of?
7  MR. DOYLE: (Indiscernible) make sure that everything was
8 working.
9  MR. LEWAN: Uh-huh (affirmative).
10  MR. DOYLE: He (indiscernible) pump bilges
11 (indiscernible) quart, but we weren't taking on any water.
12  MR. LEWAN: Someone in -- after Elfin Cove said that
13 (indiscernible) bilges were on it, but it didn't --
14  MR. DOYLE: I'm sure the ones that, you know, are normal,
15 but we never used the -- the smaller (indiscernible), not that
16 I recall. And the other stuff, (indiscernible) normal.
17  MR. LEWAN: It wasn't like there was water collecting
18 down there in the engine room (indiscernible) pumping that
19 out? That wasn't (indiscernible). At that point -- I'm going
20 to ask you about this (indiscernible), but there was a -- was
21 there a leak (indiscernible)? Was there a loose panel?
22 Because (indiscernible) some of the shipwrights say that there
23 was a loose panel there. They know (indiscernible) --
24  MR. DOYLE: (Indiscernible) --
25  MR. LEWAN: Yeah.

32

1  MR. DOYLE: -- that we didn't go in there. I remember
2 they went down a couple times on (indiscernible) there was no
3 water. I think when they were getting something
4 (indiscernible) or whatever, and you could look down in there.
5 (Indiscernible). I mean, if you shined a light down in there,
6 could have (indiscernible).
7 00:44:44
8  MR. LEWAN: Okay. All right. And this is what happened
9 basically through most of Wednesday. Was it a pretty
10 uneventful day or --
11  MR. DOYLE: Well, we had one sunny day, and maybe that
12 was it. It was a pretty day.
13  MR. LEWAN: So the sun came out on Wednesday.
14  MR. DOYLE: I think so, (indiscernible) or whatever,
15 warm, yeah, in the 40s, (indiscernible). In fact, I think
16 (indiscernible) went hunting. (Indiscernible) went hunting
17 one of the days, yeah.
18  MR. LEWAN: Oh, wow. Where did he go hunting? What did
19 he hunt with?
20  MR. DOYLE: Mark had his 30.06, yeah, his 30.06. Gig
21 could tell you better. I'm pretty sure he went hunting
22 (indiscernible), would've been nice to have some venison
23 (indiscernible) deer on the (indiscernible) that someone had
24 got -- someone told (indiscernible).
25  MR. LEWAN: But he went hunting in the afternoon

33

1 (indiscernible)?
2  MR. DOYLE: Yeah, before dark, yeah.
3  MR. LEWAN: Uh-huh (affirmative). He came
4 (indiscernible), and what did he say?
5  MR. DOYLE: Didn't see any.
6 00:46:08
7  MR. LEWAN: Didn't see anything, huh? He was
8 (indiscernible) deer.
9  MR. DOYLE: Right.
10  MR. LEWAN: (Indiscernible) the one who asked
11 (indiscernible) what you got?
12  MR. DOYLE: Probably. I don't remember him walking down
13 that -- down the (indiscernible), you know. I think we were
14 basically done. I think I was checking (indiscernible)
15 buckets and stuff, but we were all primarily done, waiting to
16 go.
17  MR. LEWAN: (Indiscernible) cleaning out -- everyone had
18 finished cleaning out all the rolled line and the new line,
19 the --
20  MR. DOYLE: And Gig wouldn't just go out fishing with
21 more work to do.
22  MR. LEWAN: Right.
23  MR. DOYLE: Any more important work.
24  MR. LEWAN: Right. So -- and you're saying all the stuff
25 was coiled and ready to go? Was it baited up, you had every

**Page 34**

1  (Indiscernible)?
2      MR. DOYLE: (Indiscernible).
3      MR. LEWAN: And you finished baiting and coiling.
4      MR. DOYLE: Yeah, I think I (indiscernible) two five-
5  gallon buckets of (indiscernible).
6      MR. LEWAN: Okay. (Indiscernible) two five-gallon
7  buckets, you've got all the old line and the new line coiled
8  and baited.
9      MR. DOYLE: (Indiscernible) buckets of, you know, slimy
10 shit that --
11     MR. LEWAN: Uh-huh (affirmative). Anything else there
12 that you had completely finished?
13     MR. DOYLE: Hadn't completely finished?
14     MR. LEWAN: No, that you had finished.
15     MR. DOYLE: Oh, I don't know. The water was up
16 (indiscernible) a 55-gallon drum (indiscernible). Everything
17 was ready to go.
18 00:47:58
19     (Indiscernible comments)
20     MR. LEWAN: (Indiscernible) 55 gallons (indiscernible).
21     MR. DOYLE: Well, we were always (indiscernible) they
22 moved them around. Where they were, they weren't conducive
23 to, you know, (indiscernible).
24     MR. LEWAN: The engine, now you say, was ready to go,
25 too? I mean, (indiscernible)?

**Page 35**

1      MR. DOYLE: Yeah. I think I'd also gone down and -- I
2  remember one of the days there we went into the
3  (indiscernible), and there was some line that was in there,
4  and I think that was some of the stuff they had worked on.
5  There was a bunch of odds and ends that was in there. There
6  was some water damage up there, (indiscernible) or what, but,
7  there wasn't, you know, any standing water, but the water did
8  spray (indiscernible) clear plastic over it.
9      (Telephone ringing)
10     MR. LEWAN: (Indiscernible), and they had these cranes in
11 the front. Were they in -- one of the shipwrights told me, he
12 said that the cranes and the booms weren't well connected to
13 the floor, in other words, it was very loose (indiscernible).
14 Was that true?
15     MR. DOYLE: Yes. I don't know, (indiscernible) that out
16 of the way, too. (Indiscernible) the main portion of the
17 crane is here, and it's like a tripod, the main boom, and then
18 these smaller booms. And we had used this one, I think, to
19 move the ice -- the ice around and stack it. But this one
20 being, you know, (indiscernible) that was up higher, being the
21 main boom, (indiscernible) had a tripod something like this,
22 and the boom would come out, which is this one here.
23     MR. LEWAN: Uh-huh (affirmative).
24     MR. DOYLE: And then, see, the smaller ones off from
25 there. But in the tripod area here, here, and I think it's

**Page 36**

1  basically to (indiscernible), but on this side it had come
2  loose of the crane, and I guess he had tried to bolt that down
3  or -- we didn't try to bolt it down, anyway, it never was like
4  (indiscernible) or nothing. Even when the ship went down, you
5  could tell there was no water pouring in. There was nothing
6  that poured, you know, in the -- because there was a little
7  doorway here that you went down kind of like (indiscernible),
8  which is right by where the (indiscernible) --
9      MR. LEWAN: Uh-huh (affirmative).
10     MR. DOYLE: -- supports. But you could see the planking
11 (indiscernible) right there had been loose at some point and
12 was kind of buckled, but not as to have a gaping hole going
13 down there or anything. Whatever spray it was getting was
14 probably coming through the door here, you know, from maybe
15 some (indiscernible) cracks up here and (indiscernible) and
16 anchored to that.
17     MR. LEWAN: Right, yeah. She had some surface cracks in
18 the deck.
19     MR. DOYLE: Uh-huh (affirmative).
20     MR. LEWAN: Okay.
21     MR. DOYLE: You know, minute ones, I'm sure, but there
22 was a -- a buckling here, and -- and you could see they -- I
23 mean, at some point it was like a big plate or something
24 (indiscernible). But I know when we were all on deck here and
25 even before I knew, Mike had gone and checked in here, and

**Page 37**

1  there was no water in there. And he -- I never went in there,
2  but there was never any pouring the water there. We were all
3  concerned about that aspect because there was nothing direct
4  from here to here because (indiscernible).
5      MR. LEWAN: Okay. What did you have for dinner that
6  night?
7      MR. DOYLE: Probably pot roast. Yeah, I'd say pot roast,
8  yeah, a roast of some kind (indiscernible - laughs). No, it
9  was red meat time. And we didn't carry a lot of meat,
10 obviously. I mean, we didn't want to cook up (indiscernible),
11 but we had, like I said, the halibut the one night, and
12 spaghetti, and we had, I think, pot roast.
13     MR. LEWAN: Okay. Any conversations that were important
14 (indiscernible)? What did Mark say about the possibilities of
15 going out the next day?
16     MR. DOYLE: When was the day that we went out?
17     MR. LEWAN: Well, you were --
18     MR. DOYLE: (Indiscernible).
19     MR. LEWAN: Yeah, well, you were there Wednesday, the
20 boat sank on Friday at 7:00 p.m.
21     MR. DOYLE: We left -- we arrived on the grounds around
22 midnight (indiscernible).
23     MR. LEWAN: Thursday?
24     MR. DOYLE: Thursday night.
25     MR. LEWAN: Thursday night, okay. So 11:00.

---

38

1  MR. DOYLE: Eleven, yeah, whatever (indiscernible) there.
2  Probably left around noon on Thursday, so it was, basically,
3  you know, (indiscernible), and I think at that point
4  (indiscernible) said we were going to go out sometime
5  tomorrow, whenever the forecast was within our window.
6  MR. LEWAN: He said that?
7  MR. DOYLE: Yep.
8  MR. LEWAN: We're going to go out tomorrow.
9  MR. DOYLE: Yep, fits within our window and
10 (indiscernible).
11 MR. LEWAN: What was the forecast?
12 MR. DOYLE: Oh, probably way within that. I think it was
13 no more than, you know, five- to ten-foot seas, maybe 15, 20
14 knots of wind, so it was certainly a lot less than that
15 (indiscernible) get out. Before the storm, (indiscernible),
16 I'd say that (indiscernible) sometime around Saturday, I
17 guess, (indiscernible) get the stuff and (indiscernible) and
18 get it done.
19 MR. LEWAN: That's what he said, let's go out and get the
20 gear, right?
21 00:54:17
22 MR. DOYLE: Yep. Lay out our new gear, if -- if it
23 looks -- you know, (indiscernible). If you remember, he had
24 the (indiscernible) map (indiscernible) on his plotter.
25 MR. LEWAN: Uh-huh (affirmative).

---

39

1  MR. DOYLE: He (indiscernible) beginning and -- beginning
2  and stopping point --
3  MR. LEWAN: Uh-huh (affirmative).
4  MR. DOYLE: -- so, of course, he probably (indiscernible)
5  it's been shitty out there, so (indiscernible) you know,
6  trying to figure out where it might be. He's obviously got
7  anchors down, but (indiscernible) --
8  MR. LEWAN: Uh-huh (affirmative).
9  MR. DOYLE: -- they're going to, you know, mark the
10 general area.
11 MR. LEWAN: Right. I just want to make sure I get this
12 right. So exactly what did he say about going out
13 (indiscernible)? He said let's go out and get the gear, lay
14 out our new gear (indiscernible) we find the old stuff. What
15 else did he say?
16 MR. DOYLE: He said let's get (indiscernible), you know,
17 lay the gear, and maybe we can get it all done, you know, and
18 get our pounds as much as we can and then head into Juneau. I
19 think that was the deal at that point, (indiscernible) to
20 Juneau, no talking about whether that was his decision or not
21 (indiscernible).
22 MR. LEWAN: No, that had been -- (indiscernible) talk
23 about that.
24 MR. DOYLE: No, he didn't (indiscernible) whether that's
25 what we were going to do once we, you know, had a bunch of

---

40

1  rockfish, I don't know, but I think at that point we'd already
2  had our (indiscernible) three or four days and (indiscernible)
3  catch fish and in there within, you know, a day or two.
4  (Indiscernible) from, you know, once you get in the inland
5  waters, I mean, it was like 10 hours to Juneau or something
6  like that, a straight shot, basically.
7  MR. LEWAN: Right. Did -- when he said this, when he
8  said (indiscernible) gear and stuff, what did everyone else
9  say?
10 MR. DOYLE: Well, basically, you know, that
11 (indiscernible) get it done. (Indiscernible) anticipation,
12 (indiscernible) anticipating. It's not like it's been a total
13 drag, but, you know, the things that we could fix and get
14 fixed in Juneau, like the generator, you know, things that
15 were causing us to do extra work all the time, you know.
16 MR. LEWAN: Right.
17 MR. DOYLE: Saying after we're done with this, we're
18 going to go putt around the inland waters, (indiscernible),
19 lay at anchor, and let somebody else deliver shit, no more
20 (indiscernible) looking for, a hundred bucks a day guaranteed.
21 00:56:49
22 MR. LEWAN: (Indiscernible)?
23 MR. DOYLE: You know, whoever they're going to hire. I
24 was expecting it would be (indiscernible) --
25 MR. LEWAN: Yeah.

---

41

1  MR. DOYLE: I don't think Mike really cared at that
2  point.
3  MR. LEWAN: Uh-huh (affirmative).
4  MR. DOYLE: And I was getting the impression that
5  (indiscernible) didn't really care for Mike anyway.
6  MR. LEWAN: You were?
7  MR. DOYLE: Yeah. But, you know, Mike probably would've
8  been really good doing the tendering.
9  MR. LEWAN: Uh-huh (affirmative).
10 MR. DOYLE: (Indiscernible) loading and offloading. Of
11 course, that's the side of Mike they never get to see.
12 MR. LEWAN: What side is that?
13 MR. DOYLE: That, you know, the easy work that, you know,
14 guarantees money, I'm sure Mike's not going to be bitching and
15 moaning about that as much as he is fishing with no progress.
16 MR. LEWAN: Yeah.
17 MR. DOYLE: Yeah, he's just more verbal about it than
18 anybody else, but I don't know, you -- you probably got the
19 same -- or an idea of that from Gig.
20 MR. LEWAN: Yeah. Well, yeah, he was saying at some
21 point that he was just like, you know, listening to this going
22 on and on, and he just said shut the fuck up.
23 MR. DOYLE: Yeah.
24 MR. LEWAN: When did that happen?
25 MR. DOYLE: In the bait shed, I'm sure.

42

1   MR. LEWAN: What day was that? Was that Tuesday or
2 Wednesday?
3   MR. DOYLE: Probably the fishing -- the final fishing,
4 probably Thursday.
5   MR. LEWAN: Thursday, when you went out Thursday, okay.
6 Yeah.
7   MR. DOYLE: It was --
8   MR. LEWAN: But we'll get to that.
9 (End of CD Bob Doyle 4, Part 1 of 2 [Tape 4 Side A])
10 00:58:10
11 (CD Bob Doyle 4 - Part 2 of 2 [Tape 4 Side B])
12   MR. LEWAN: -- Thursday, what time did you wake up?
13   MR. DOYLE: (Indiscernible) probably --
14   MR. LEWAN: Well, (indiscernible) before we
15 (indiscernible), you called the kids again Wednesday night?
16   MR. DOYLE: Yes, because, you know, they --
17   MR. LEWAN: Did you talk to them?
18   MR. DOYLE: Yeah, that we were going to head out tomorrow
19 and get the gear that was out there, try to find it and fish
20 some more, and then head into Juneau, probably be in Juneau
21 sometime --
22   MR. LEWAN: Saturday.
23   MR. DOYLE: -- Friday, Saturday.
24   MR. LEWAN: What did the kids tell you, if anything?
25   MR. DOYLE: Oh, probably the basics of the day. My son

43

1 probably told me (indiscernible) exploits of the games -- you
2 know, the video games, and their cats and animals, and I miss
3 you, Dad. And I miss you guys, too, and I'll be, you know,
4 talking to you soon from Juneau, not promising, you know,
5 anything that I'll bring you up here or I'll come down and see
6 you, because I didn't know. And, of course, Lauri wanted to
7 know what time (indiscernible), and I said I don't know, I
8 just don't know, pressuring me for something definitive.
9   MR. LEWAN: What time she said are you going to come back
10 to Juneau? Is that what she said then?
11   MR. DOYLE: Oh, you're going to Juneau? How long are you
12 going to be there and when are you going to be there? And I
13 said I don't know, you know? I just didn't know.
14   MR. LEWAN: Right.
15   MR. DOYLE: Didn't have a problem with it when I left,
16 and now you're pressuring me for details I don't know anything
17 about. Well, why don't you know? Because I'm
18 (indiscernible), you know?
19   MR. LEWAN: Why do you think she was interested in
20 knowing?
21   MR. DOYLE: Just being a bitch. I know at some point she
22 wanted me to have the kids during the time frame
23 (indiscernible) I -- I could've had them, you know, like
24 Wednesdays or Saturday with Brendan, but I said, you know, I'm
25 trying to get, you know, (indiscernible) from all the resumes

44

1 I put out. I don't know that Bonnie ever talked to
2 (indiscernible). But all she had to do was (indiscernible)
3 that I had a bunch of resumes out every week.
4   MR. LEWAN: How did you end the conversation? Who were
5 you talking to when you ended it?
6   MR. DOYLE: Probably her.
7   MR. LEWAN: And how did you end it then?
8   MR. DOYLE: The usual (indiscernible), just, you know,
9 call me and let me know when you know something. We're never
10 that (indiscernible).
11   MR. LEWAN: Well, how long (indiscernible) the phone?
12   MR. DOYLE: Just hang up, (indiscernible) talk to you
13 later, and that's it.
14   MR. LEWAN: (Indiscernible), okay. So then Thursday --
15 that night you went to bed. Anything further I should know
16 about that --
17   MR. DOYLE: After making the call, probably did that
18 before I went up (indiscernible) more time up in the video
19 center there, (indiscernible) happening, if you will,
20 (indiscernible) a warm spot there and watch TV.
21   MR. LEWAN: You went up there alone?
22   MR. DOYLE: No, Mike was there, too, (indiscernible), and
23 Dave, I think, showed up once or twice. I don't know if it
24 was that (indiscernible).
25   MR. LEWAN: What were they doing, what were Mike and Dave

45

1 doing?
2   MR. DOYLE: Oh, just looking at (indiscernible), and they
3 had all kinds of little nicknacks and stuff there left over
4 from, you know, times gone by, people (indiscernible). It was
5 just basically being off the boat and (indiscernible) work and
6 busy work, you know, just something to rejuvenate yourself,
7 you know, just (indiscernible) for me. I'd rather stay down
8 here than up in that cold dining room up there and then, you
9 know, sit around in the -- the galley. When I don't need to
10 be on the boat, why be on the boat? I understand Mike
11 (indiscernible) there.
12 00:04:02
13   MR. LEWAN: Okay. Now, (indiscernible) having
14 conversations with Mike or with Dave that night?
15   MR. DOYLE: (Indiscernible) Red Dog if we get time, and
16 maybe he knew a friend, I think, that was up there, and he was
17 going to try to get some good pot.
18   MR. LEWAN: And --
19   MR. DOYLE: (Indiscernible), you know, I think he knew
20 somebody up there (indiscernible). There was a big
21 supermarket there. I think he wanted to get some -- something
22 that he liked, some food.
23   MR. LEWAN: So he was going to hit the bar, the Red Dog?
24   MR. DOYLE: Just, you know, make (indiscernible).
25   MR. LEWAN: Did he know anybody in the Red Dog? Did he

46
1  say anything like that?
2      MR. DOYLE: No.
3      MR. LEWAN: And then he said he was going to get some
4  pot.
5      MR. DOYLE: I think (indiscernible) some pot.
6      MR. LEWAN: And then do --
7      MR. DOYLE: Get on with, you know -- everything was up in
8  the air about everything, anyway. I think Mike had said that,
9  you know, depending on what's going on, that we could use --
10 maybe both of us (indiscernible), and I said that that'd be
11 cool, because I (indiscernible) you know, discussing that
12 night, too, that get this done -- well, it was almost
13 like (indiscernible) the unpleasant state you got to go to
14 through because we got to fish one more, you know?
15     MR. LEWAN: Oh, yeah.
16     MR. DOYLE: But, you know, we -- we have (indiscernible)
17 whenever we get onboard now, and the price is whatever, and
18 we'll get it, we'll get back in, take a couple days getting
19 (indiscernible) because tendering was going to start, I think,
20 about the 10th or something, you know, be ready by
21 (indiscernible) court case or something like that. So we'd be
22 in Juneau for about a week or so, you know, which is cool.
23 Still work every day on, you know, various things, I'm sure,
24 whatever they wanted us to do. I mean, that was —
25 (indiscernible). We wouldn't know until we got in.

47
1      MR. LEWAN: What was the (indiscernible) --
2      MR. DOYLE: (Indiscernible) get it over with, you know,
3  and get some money in our pockets.
4      MR. LEWAN: (Indiscernible).
5      MR. DOYLE: Yeah, reading and, you know. (Indiscernible)
6  just sitting around. If you're going to fish, you'd rather
7  fish for a day and a half straight, get it done and over with,
8  you know. (Indiscernible) nobody relishes that cold, nasty
9  part of it, but it's -- everything's ready to go
10 (indiscernible).
11     MR. LEWAN: So (indiscernible) 36 hours straight, not
12 sleeping, just (indiscernible) everything and get it all done
13 and get out of there.
14     MR. DOYLE: Get it done, get it onboard, and then you can
15 do what you want with it, you can ice (indiscernible) and
16 stuff. You know, you can -- if (indiscernible) onboard, you
17 can -- you know, unless it's in danger of (indiscernible)
18 getting bruised, you know? We get it into (indiscernible),
19 big trough, and it's not going nowhere.
20     MR. LEWAN: Uh-huh (affirmative).
21     MR. DOYLE: Get it onboard and, you know, it's yahoo. I
22 mean, we should have the problem of wondering what to do with
23 so much fish. That's where you want to be, worried about that
24 when you've got that much fish, but you aren't going to get it
25 (indiscernible).

48
1      MR. LEWAN: And did (indiscernible) say anything else to
2  Mark that night?
3      MR. DOYLE: Probably, you know, looking forward to
4  getting on with it, too, (indiscernible) nine months.
5  00:07:54
6      MR. LEWAN: So you told him about some of your
7  experiences in nine months in Juneau.
8      MR. DOYLE: Yeah, about --
9      MR. LEWAN: What did you tell him about?
10     MR. DOYLE: Oh, like (indiscernible) the big ice up at
11 Mendenhall, (indiscernible) big ice.
12     MR. LEWAN: Big ice?
13     MR. DOYLE: Yeah, and fishing there at (indiscernible),
14 combat fishing there.
15     MR. LEWAN: What did you get?
16     MR. DOYLE: Six silvers a day back then.
17     MR. LEWAN: Okay. Anything else that you (indiscernible)
18 told him about Juneau?
19     MR. DOYLE: No. He'd been there himself, but not
20 anything past the island.
21     MR. LEWAN: Where were you all going to stay when you
22 were in Juneau?
23     MR. DOYLE: On the boat, as far as I knew. We had --
24 we -- it was a lot better than we had on the MIN E. You know,
25 Mike was sleeping on (indiscernible) pullout where you had to

49
1  put up a -- you had to put up a (indiscernible) up there.
2  Mike had that (indiscernible - away from microphone).
3      MR. LEWAN: What was the -- how did he -- when he was
4  talking about (indiscernible), how did he describe what
5  (indiscernible)?
6  00:09:18
7      MR. DOYLE: He isn't a heavy smoker. He just likes his
8  pot. It mellows him out, I'm sure, a good thing. But I don't
9  recall him smoking underway. I'm sure he had it, but I never
10 saw that he was zoned out or (indiscernible).
11     MR. LEWAN: I was going to say, did he have it onboard
12 (indiscernible)?
13     MR. DOYLE: There ain't no booze at all. Mark wouldn't
14 allow it. If Gig had some, I have no idea.
15     MR. LEWAN: Where would he keep it?
16     MR. DOYLE: What?
17     MR. LEWAN: Where did he keep his pot?
18     MR. DOYLE: I have no idea. Probably on his person.
19     MR. LEWAN: Yeah.
20     MR. DOYLE: Because I never smelled any in the room.
21     MR. LEWAN: Uh-huh (affirmative).
22     MR. DOYLE: I think if he did, he probably hid it on the
23 (indiscernible) anyway, and --
24     MR. LEWAN: Okay.
25     MR. DOYLE: -- whatever, because I know Mark was heavy on

50

1 not (indiscernible). But I'm pretty sure Mike had picked up a
2 little something for the trip.
3     MR. LEWAN: Where -- did you have any booze onboard?
4     MR. DOYLE: No.
5     MR. LEWAN: No -- no beer, no alcohol, nothing.
6 00:10:27
7     MR. DOYLE: Unh-unh (negative). (Indiscernible) and I
8 never smelled anybody drunk or --
9     MR. LEWAN: You don't say goodnight to Mike
10 (indiscernible) when you go to sleep, do you?
11    MR. DOYLE: Well, I probably did. You know,
12 (indiscernible).
13    MR. LEWAN: Okay.
14    (Indiscernible comments - laughter)
15    MR. DOYLE: He's probably got (indiscernible) for that.
16 (Indiscernible).
17    MR. LEWAN: So Thursday morning, tell me about what
18 happened. You go to bed that night, you slept well?
19    MR. DOYLE: Uh-huh (affirmative).
20    MR. LEWAN: What was your feeling (indiscernible) --
21    MR. DOYLE: (Indiscernible) fairly nice day then,
22 probably (indiscernible) do it, we'll do it. You know, sort
23 of like (indiscernible) up for a game, you know? You know,
24 you're going to go to do what you're there to do, not all the
25 things that (indiscernible).

51

1     MR. LEWAN: Who said that, you or -- or someone in --
2     MR. DOYLE: (Indiscernible).
3     MR. LEWAN: And what did Mike say?
4 00:11:42
5     MR. DOYLE: Oh, yeah, whatever, I'll be fucking glad when
6 we get done. I remember him saying that a couple times.
7 (Burps) Excuse me. (Indiscernible).
8     MR. LEWAN: Okay. He'd be glad when it was fucking done.
9 And then (indiscernible) went out to have breakfast?
10    (Indiscernible comments)
11    MR. DOYLE: We did have oatmeal a couple times
12 (indiscernible) had it available, I think, oatmeal.
13    MR. LEWAN: Okay. Where, I guess, it was Mark and
14 (indiscernible) as usual or --
15    MR. DOYLE: Uh-huh (affirmative).
16    (Indiscernible comments)
17    MR. DOYLE: He let us use the cell phone on that time. I
18 called a friend of mine, Monica, before we -- when we were on
19 our way out. He said I got some time left, you know, you're
20 welcome to use it. I tried calling the kids, but they weren't
21 available, so I called my friend Monica to say we were heading
22 out (indiscernible) over 20 miles (indiscernible).
23    MR. LEWAN: At some point, Morley got a call from his
24 wife, and she told him (indiscernible). When did that happen?
25    MR. DOYLE: I think that was the -- the aborted trip out.

52

1 It was right after that he give me the phone.
2     MR. LEWAN: On that Thursday morning?
3     MR. DOYLE: No, that whatever day we'd gone
4 (indiscernible) from Murphy's (ph) Cove (indiscernible).
5     MR. LEWAN: So this was the day of that aborted trip.
6 Can you tell me about that, how that (indiscernible)?
7     MR. DOYLE: Well, I remember he did say that Amber had
8 lost one of the babies and --
9     MR. LEWAN: When did he say that?
10    MR. DOYLE: I don't remember, but I think it was before
11 we went to Elfin Cove.
12    MR. LEWAN: Would it have been on the way in, or was
13 it --
14    MR. DOYLE: On the way out when -- as we were going out,
15 I know he was on the phone with her for a while and --
16    MR. LEWAN: (Indiscernible)?
17    MR. DOYLE: On the way out to try to get the gear. And
18 he was -- I mean, it was (indiscernible) more upset, but, you
19 know, he wasn't like crying or --
20    MR. LEWAN: He wasn't aware (indiscernible) that he had
21 twins? Was he aware?
22    MR. DOYLE: I think so. I think so. Maybe I'm getting
23 that from (indiscernible), that -- I think that's when she had
24 told him.
25    MR. LEWAN: Right.

53

1     MR. DOYLE: Yeah.
2     MR. LEWAN: What she told me was that he was not aware
3 that there were twins.
4     MR. DOYLE: Maybe that was it.
5     MR. LEWAN: And then she called him to let him know that
6 it wasn't twins.
7     MR. DOYLE: Yeah. One had died.
8     MR. LEWAN: No, they already knew one had died, that had
9 died in December.
10    MR. DOYLE: Oh, I see.
11    MR. LEWAN: They weren't aware that there was another
12 one.
13    MR. DOYLE: Hm. Then, you know, (indiscernible).
14    MR. LEWAN: (Indiscernible).
15    MR. DOYLE: But I think it was that time (indiscernible).
16    MR. LEWAN: Well, so it was at Murphy's Cove. Can you
17 remember exactly how it was onboard when that happened? He
18 got the call at what time at night?
19    MR. DOYLE: Well, we were heading -- we were heading out.
20    MR. LEWAN: You were headed back out.
21    MR. DOYLE: Yeah.
22    MR. LEWAN: When the -- his phone rang, his cell phone
23 rang.
24    MR. DOYLE: Well, he was (indiscernible) but he was on
25 the phone with -- he had talked to Echols, and then I think

54
1  Tamara had called, and then he said does anybody want to make
2  any phone calls because I got a little time left on it before
3  we go out. And I said, sure, I'll try the kids, and didn't
4  get them, called Monica and said that -- you know, a little
5  update (indiscernible) to somebody.
6     MR. LEWAN: Okay. So Thursday was the day that
7  (indiscernible) -- that was the morning that he got the call
8  from (indiscernible).
9     MR. DOYLE: No, I'm saying it was the day before we even
10 went to (indiscernible).
11    MR. LEWAN: All right. Okay. All right.
12    MR. DOYLE: Whatever day that was.
13    MR. LEWAN: So (indiscernible), you know, he's on the
14 phone right now, and then he came -- where was he when he got
15 this call --
16    MR. DOYLE: In the wheelhouse.
17    MR. LEWAN: Okay. (Indiscernible).
18    MR. DOYLE: I think Gig was going to relieve him so he
19 could rack for a little (indiscernible) Mark was going to
20 (indiscernible), so he could go out on deck and Gig could
21 (indiscernible) the piloting while Mark was on deck.
22    MR. LEWAN: Okay. And what happened? So you were
23 talking to Gig, Gig was down there. Where were you when you
24 talked to (indiscernible)?
25    MR. DOYLE: Probably on the -- (indiscernible) on the

55
1  boat -- boat deck or the bait -- bait shed. You know, I'm
2  going out and (indiscernible) than we want it, and --
3     MR. LEWAN: Right.
4     MR. DOYLE: -- (indiscernible) stuff is tied down good.
5     MR. LEWAN: And you guys (indiscernible) Mark, he's
6  (indiscernible) --
7  00:16:33
8     MR. DOYLE: Well, I think he had mentioned that, you
9  know, he's on the phone -- or was on the phone to Echols but
10 that Tamara had called, and as I understood, that he'd lost
11 the baby, that he -- when did he -- did he know he lost a baby
12 in December?
13    MR. LEWAN: (Indiscernible).
14    MR. DOYLE: (Indiscernible).
15    MR. LEWAN: All right. And then he said -- and then you
16 went -- did you see him (indiscernible) when you were going
17 out? Did you talk to him about it or -- because I heard he
18 was really happy, he was elated, that it was great news. Is
19 that right?
20    MR. DOYLE: Hard to recall. I know he was never -- there
21 was never any point when he was ever down-down.
22    MR. LEWAN: Right, but --
23    MR. DOYLE: But there were certainly times when he was --
24    MR. LEWAN: What was he like after he got
25 (indiscernible)?

56
1     MR. DOYLE: I don't remember. If (indiscernible) said he
2  was elated, I'm sure he was.
3     MR. LEWAN: Sure. But he didn't tell that to you?
4     MR. DOYLE: No.
5     MR. LEWAN: You didn't see nothing like that?
6     MR. DOYLE: Well, he was -- he was up in the wheelhouse,
7  and we were down below.
8     MR. LEWAN: And then when did -- how did you find out
9  that (indiscernible)?
10    MR. DOYLE: Maybe in bringing up coffee because a lot of
11 times he would stay up, and I think (indiscernible) bringing
12 Gig up coffee, and he was probably up sitting on the bunk
13 talking to Gig. A lot of times he was up there when Gig
14 (indiscernible) and then go down and read books or watch
15 movies in the galley, (indiscernible) stay up there primarily.
16 He had a little (indiscernible) Walkman or a Discman or
17 something, and (indiscernible) --
18    MR. LEWAN: Okay.
19    MR. DOYLE: -- the stereo.
20    MR. LEWAN: So Morley and Gig would've had one of these
21 conversations up in the top of the wheelhouse (indiscernible).
22    MR. DOYLE: Uh-huh (affirmative).
23    MR. LEWAN: And that conversation, that's when he told
24 Gig that Tamara had called and told him that they still had
25 one baby.

57
1     MR. DOYLE: More or less, yeah.
2     MR. LEWAN: Did Gig say anything about what he said or --
3     MR. DOYLE: Not that I recall.
4     MR. LEWAN: How did you find out about it?
5     MR. DOYLE: Gig -- Gig mentioned it.
6     MR. LEWAN: And then did (indiscernible)?
7     MR. DOYLE: Probably after Mark relieved him. He was
8  probably out having a cigarette (indiscernible).
9  00:19:01
10    MR. LEWAN: (Indiscernible).
11    MR. DOYLE: (Indiscernible).
12    MR. LEWAN: And what did he say?
13    MR. DOYLE: He said Echols had called (indiscernible)
14 Tamara had been on the phone, and as I understood, that he
15 still had a baby, that there were twins. Maybe he had said in
16 passing that they lost one already. Maybe I assumed that she
17 had just lost one. That's what I'm thinking.
18    MR. LEWAN: And what did you say?
19    MR. DOYLE: Well, (indiscernible) something like that,
20 you know? Better than losing them both. (Indiscernible).
21 What time do you have?
22    MR. LEWAN: About 2:30.
23    MR. DOYLE: (Indiscernible) stay a little later maybe.
24    MR. LEWAN: Okay. All right. This is important
25 (indiscernible) talked to -- to Gig about this and