Interview of Bob Doyle

58

1  (indiscernible), you know, it's better than losing both of
2  them, right?  Did you ask him -- did you (indiscernible) how
3  Mark took the news, or did he say anything about that?
4      MR. DOYLE:  Yeah, (indiscernible) if you say he was
5  elated, I'm sure he probably was.  But like I never saw him
6  glum or I don't want to talk about it or anything like that.
7      MR. LEWAN:  You didn't talk to Mark in person --
8      MR. DOYLE:  No.
9      MR. LEWAN:  -- one-to-one about this.
10     MR. DOYLE:  No.
11     MR. LEWAN:  He didn't say anything about this in Elfin
12  Cove.
13     MR. DOYLE:  Nope.  The only time I ever really talked to
14  him was in the water, and he was doing most of the talking.
15     MR. LEWAN:  Okay.  So it was kind of a -- he confided in
16  Gig, but he really didn't tell anybody else, no?  Okay.
17     MR. DOYLE:  (Indiscernible) if I said maybe at some point
18  he would've --
19     MR. DOYLE:  Yeah.  Sure.
20     MR. DOYLE:  -- you know, (indiscernible) or something,
21  but (indiscernible).
22  00:20:47
23     MR. LEWAN:  Okay.  And I just want to -- I'm going to get
24  that right because that is an important part of the
25  (indiscernible) right about that.  Okay.  All right.  So now

59

1  it's Thursday morning --
2      MR. DOYLE:  Uh-huh (affirmative).
3      MR. LEWAN:  -- and you're going out, and what were you
4  doing (indiscernible) you had gotten some breakfast.
5      MR. DOYLE:  Yeah.
6      MR. LEWAN:  And then what happened?
7      MR. DOYLE:  Of course, we get underway, and --
8      MR. LEWAN:  What time did you get underway?
9      MR. DOYLE:  I don't know, maybe around noon.  Noon, maybe
10  a little after.
11     MR. LEWAN:  (Indiscernible).
12     MR. DOYLE:  Yeah.  As I recall, we were going to be there
13  around midnight.
14     MR. LEWAN:  So it was going to be a 12-hour run.
15     MR. DOYLE:  I think so.  But the seas were looking good,
16  (indiscernible) winds were looking good, and then, obviously,
17  we get out there.
18     MR. LEWAN:  Yeah.
19     MR. DOYLE:  And just doing it (indiscernible).
20     MR. LEWAN:  What did Elfin Cove look like when you were
21  leaving?  What were you looking at?
22  00:21:43
23     MR. DOYLE:  I -- I just remember getting the lines up
24  forward because I think we put the mooring lines up in the
25  forecastle, and we were (indiscernible), parts of it, you

60

1  know, in the fog and stuff, but (indiscernible).  But we were
2  basically looking around and, you know, (indiscernible) too
3  much (indiscernible) paying more attention to anything
4  (indiscernible).  And then, as I recall, he kind of ducked
5  around, you know?  (Indiscernible) two-hour stretch.
6  00:22:36
7      MR. LEWAN:  Once the boat started going out into the
8  channel --
9      MR. DOYLE:  Yeah.
10     MR. LEWAN:  -- and you were going out to sea, you went
11  back and took a nap.
12     MR. DOYLE:  As I recall.
13     MR. LEWAN:  Okay.
14     MR. DOYLE:  (Indiscernible) started out Mike rolling
15  cigarettes or something, but (indiscernible) smoked, so
16  getting ready so that we wouldn't have to worry about it
17  (indiscernible) just have them made.
18     MR. LEWAN:  Uh-huh (affirmative).
19  00:23:15
20     (Indiscernible comments)
21     MR. DOYLE:  -- looking around from the pilothouse, and
22  that's the (indiscernible) than sitting in the galley, you
23  know what I mean?
24     MR. LEWAN:  Yeah.
25     MR. DOYLE:  It's not as comfortable (indiscernible) rack.

61

1      MR. LEWAN:  All right.  So you took a nap.  What time was
2  that?
3      MR. DOYLE:  Well, I mean, it was still daylight, you
4  know, (indiscernible).  I remember (indiscernible).
5      MR. LEWAN:  The water or the tackle?
6      MR. DOYLE:  (Indiscernible) it seemed like, if I recall,
7  (indiscernible) very little wave action as we were getting out
8  there, you know.  It was dark.  And then we had supper.  I
9  don't recall what we had, but we made supper.  Mark always
10  cooked, so --
11     MR. LEWAN:  He cooked the supper.  You don't remember
12  what?
13     MR. DOYLE:  No.  I don't remember (indiscernible).
14     MR. LEWAN:  What -- about what time was it when you had
15  supper?
16     MR. DOYLE:  About 7:00, maybe.
17     MR. LEWAN:  Did you have -- and who was on watch
18  (indiscernible) supper?
19     MR. DOYLE:  Mike, I think, and then I had it
20  (indiscernible).
21  00:24:50
22     MR. LEWAN:  And you were doing how-many-hour sections?
23     MR. DOYLE:  Probably two, two hours.
24     MR. LEWAN:  Okay.  Anything said during the dinner?
25     MR. DOYLE:  No.  You know, once we get out in that area,

03896

62

1  we run the spotlight and (indiscernible) reflection.
2  (Indiscernible) with Gig. No, that was when we were leaving
3  and it was still daylight. I recall a little part during the
4  (indiscernible) daylight hours trying to find the gear, but
5  that was before we left, and then we used the spotlight.
6  (Indiscernible) and we did kind of like a crisscross pattern
7  (indiscernible) or so. Anyway, we found the gear.
8      MR. LEWAN: You found the gear.
9      MR. DOYLE: Found the gear. Found -- well, we saw the
10  buoys.
11     MR. LEWAN: When did you get out there to the actual
12  grounds (indiscernible)?
13     MR. DOYLE: Probably earlier, 11:00.
14     MR. LEWAN: Eleven o'clock p.m.
15  00:26:00
16     MR. DOYLE: (Indiscernible).
17     MR. LEWAN: Uh-huh (affirmative). Who was in the
18  wheelhouse and who spotted it on the -- you saw it on the GPS,
19  you said that?
20     MR. DOYLE: Nope, it was (indiscernible), and we all went
21  out (indiscernible), it was windy (indiscernible) because we
22  were going to retrieve it if we, you know, saw it.
23     MR. LEWAN: Okay. And?
24     MR. DOYLE: And I believe we found it -- we saw it, you
25  know, and --

63

1      MR. LEWAN: Who saw it?
2      MR. DOYLE: Gig and I were up on the -- with binoculars
3  up on the -- up on the little walkway where the -- along the
4  wheelhouse, and I think it was me that saw it,
5  (indiscernible).
6      MR. LEWAN: Okay. So you're up there on the walkway
7  around the wheelhouse there. You had the binoculars, and you
8  had a spotlight on?
9      MR. DOYLE: Yes. The spotlight is up on top of the
10  wheelhouse.
11     MR. LEWAN: All right. There's a spotlight on top of the
12  wheelhouse showing -- it was showing a beam -- a big beam of
13  light out there, right?
14     MR. DOYLE: Yeah, like a (indiscernible).
15  00:27:23
16     (Indiscernible comments)
17     MR. LEWAN: Okay. What did the water look like with that
18  spotlight that night?
19     MR. DOYLE: Oh, it's (indiscernible) but not, you know,
20  overwhelming (indiscernible).
21     MR. LEWAN: (Indiscernible)?
22     MR. DOYLE: I think so. We had a bit of a wind, and,
23  like I said, it wasn't more than three or four feet. I
24  remember at some point that it was pretty glassy, but
25  (indiscernible) that was during the beginning of it or

64

1      (indiscernible).
2      MR. LEWAN: So there was a little bit of a wind and --
3      MR. DOYLE: Little bit of chop.
4      MR. LEWAN: -- little bit of chop. And you looked out --
5  what did the lines look like? How did you spot them?
6      MR. DOYLE: Oh, you just see the buoy.
7      MR. LEWAN: And what color is the buoy?
8      MR. DOYLE: Like international orange.
9      MR. LEWAN: Okay. And when you (indiscernible) to get
10  it, you just spotted it and --
11     MR. DOYLE: Yep, there it is, and (indiscernible) over,
12  the group hauls it in. The -- (indiscernible) anything that
13  was on there was dead.
14     MR. LEWAN: So everything that was one there was dead,
15  right? Can you describe what some of the fish looked like as
16  you pulled them off --
17     MR. DOYLE: Skeletal.
18     MR. LEWAN: Skeletal?
19     MR. DOYLE: Yeah. The hook was barely holding them on
20  there. It was --
21     MR. LEWAN: So the hooks were barely holding on the fish
22  (indiscernible).
23     MR. DOYLE: Yeah, and I think, you know, their eye
24  sockets are gone, and they were -- some that were just, you
25  know, bags of flesh, (indiscernible) flesh from -- there were

65

1  (indiscernible) a couple keepers, I think a big halibut
2  (indiscernible) at that point, you know?
3      MR. LEWAN: There was a big halibut on there? How big?
4      MR. DOYLE: I don't know. Well, I'd say big, but it was
5  maybe four feet long (indiscernible).
6      MR. LEWAN: And it was already dead. Was it smelling?
7      MR. DOYLE: I don't know.
8      MR. LEWAN: You couldn't say that then.
9      MR. DOYLE: No. Like I said, I think we got maybe 15, 20
10  fish (indiscernible).
11     MR. LEWAN: Okay.
12     MR. DOYLE: (Indiscernible) lingcod and --
13     MR. LEWAN: Okay. So -- yeah, that's important, so the
14  fish are dead, the -- the hooks are barely holding them,
15  they're skeletons. How big are the skeletons (indiscernible)?
16     MR. DOYLE: Well, the biggest fish, you know, and there
17  are not much bigger than that. I mean, the fish primarily
18  (indiscernible), primarily no bait on them, empty hooks.
19     MR. LEWAN: Yeah. The bait was gone.
20     MR. DOYLE: Yeah. Yeah, it was.
21     MR. LEWAN: What kind of shape was the line in? I
22  mean --
23     MR. DOYLE: Good. I don't remember any big tangles.
24     MR. LEWAN: So no big tangles, right?
25     MR. DOYLE: No.

03897

66

1    MR. LEWAN:  Did you have all the hooks on?
2    MR. DOYLE:  Primarily, yeah.
3    MR. LEWAN:  And you hadn't --
4    MR. DOYLE:  (Indiscernible) getting jammed up on
5  anything.
6    MR. LEWAN:  Uh-huh (affirmative).
7    MR. DOYLE:  That time.
8    MR. LEWAN:  Uh-huh (affirmative).  So you and Gig hauled
9  it aboard?
10   MR. DOYLE:  No.  Mark (indiscernible) up there, Mike,
11  and -- and I, and, of course, (indiscernible) standing by, you
12  know, Dave was pretty much.
13   MR. DOYLE:  Uh-huh (affirmative).
14   MR. DOYLE:   I mean, we still took care of the skates
15  like we normally did, but --
16   MR. LEWAN:  So you hauled it all in just the way it
17  (indiscernible).
18   MR. DOYLE:  Yes, we would've had stuff, yeah.
19   MR. LEWAN:  Okay.
20   MR. DOYLE:  It came up quick -- pretty quick because
21  there wasn't much on it.
22   MR. LEWAN:  What did Mark say about it when he was
23  pulling the stuff in?  Did he have anything to say about
24  (indiscernible) --
25   MR. DOYLE:  It was -- you know, it's good to get it back,

67

1  you know, disappointed with the fish that are obviously dead,
2  but it wasn't like, oh, you know, hundreds of dead fish on
3  there or anything (indiscernible).
4  00:32:07
5    MR. LEWAN:  (Indiscernible).
6    MR. DOYLE:  Take them all (indiscernible) time.
7    MR. LEWAN:  (Indiscernible).
8    MR. DOYLE:  Yeah, (indiscernible) you just rap them with
9  the gaff because they'd fall off at that point.  I mean,
10  (indiscernible), you know, flesh (indiscernible).  The hook's
11  not holding the flesh anymore, it's just stuck in the
12  cartilage.
13   MR. LEWAN:  Stuck in the cartilage of the mouth, right?
14   MR. DOYLE:  Yeah.
15   MR. LEWAN:  So who took the gaff out and
16  (indiscernible) --
17   MR. DOYLE:  Yeah, and he'd just whack it at this point.
18   MR. LEWAN:  Whacking those things off.  And so that did
19  get the line back, (indiscernible) he say anything about?
20   MR. DOYLE:  There's the dead gear back, now let's get
21  this stuff back -- I think he has some ideas about
22  (indiscernible) out of the way, turn on his map.  He -- but he
23  had paper maps, too, and he looked at those.
24   MR. LEWAN:  So he went up to the warehouse and looked at
25  his charts, right?

68

1    MR. DOYLE:  Yeah.
2    MR. LEWAN:  And what did he say?
3    MR. DOYLE:  Well, that we're going to set them -- set our
4  gear in whatever particular area.
5    MR. LEWAN:  Now, which area?
6    MR. DOYLE:  Still Fairweather, down towards the
7  Triple 40 (ph) there, the -- the western end.  That's what I
8  remember.
9    MR. LEWAN:  And you were in the west bank and the
10  Triple 40 (indiscernible).  Okay.  And he's up there saying
11  (indiscernible) in the wheelhouse?
12  00:33:54
13   (Indiscernible comments)
14   MR. DOYLE:  Well, he -- you know, while we were pulling
15  the gear, so let's get that stuff ready, you know, and Dave, I
16  think, was (indiscernible), you know, because when we were in
17  transit, you know, we'd put the skates on the -- as you're
18  looking forward from the bait house, you're in the bait house,
19  there's a bait -- aluminum bait table on the starboard wall,
20  and we kept all the loose skates tied, you know, on this side,
21  and there was a stack (indiscernible) high underneath that
22  table, but he kept all those out of that place, so he was
23  probably moving those over to the other side, getting ready
24  for -- (indiscernible) working area, you know, in the back
25  once we started.  I'm sure he probably set up two or three,

69

1  you know, while we were -- we were working up front because,
2  you know, (indiscernible) we do it, but keep a couple of them
3  off to the side and bring them back, and some of them were in
4  the back.
5    MR. LEWAN:  Yeah.  All right.  So he said we're going
6  to -- we're going to set our gear out by the Triple 40 area,
7  and is that what happened next?
8    MR. DOYLE:  I think so, yeah.
9    MR. LEWAN:  About what time was it?
10   MR. DOYLE:  Morning, maybe.  And we set, I don't know,
11  about two or three, anyway.  I think at least two, I know it
12  was, yeah.
13   MR. LEWAN:  And you set two to three lines in the water.
14   MR. DOYLE:  Yeah.
15   MR. LEWAN:  And who was doing what?
16   MR. DOYLE:  Same.
17   MR. LEWAN:  Same thing.
18   MR. DOYLE:  Yeah, Mark was (indiscernible) piloting, Mike
19  was coiling, and, of course, they do all that back aft
20  (indiscernible) let me set up some of the skates and push them
21  in the door that wasn't, you know, (indiscernible).
22  00:35:48
23   MR. LEWAN:  Okay.
24   MR. DOYLE:  And I ran the Comco (ph) for doing that,
25  because it worked out that way.  Gig didn't have to stop

70

1 (indiscernible) or anything, but getting (indiscernible)
2 involved.
3    MR. LEWAN: Yeah.
4    MR. DOYLE: And (indiscernible) at that point, you know,
5 nothing for me to do, just stay by, and the same with Dave.
6 He was back there.
7    MR. LEWAN: Yeah. All right. You got the lines back out
8 in the water, and it's 1:00 a.m., and you're going to work
9 again.
10    MR. DOYLE: Yep.
11    MR. LEWAN: And how long did you wait, 45 minutes before
12 you'd pick up each line? Is that how it worked?
13    MR. DOYLE: No, we'd put out (indiscernible) and then it
14 sit for a couple hours, I think, we just (indiscernible). But
15 then we had coffee, and then (indiscernible) --
16    MR. LEWAN: (Indiscernible) in the galley,
17 (indiscernible) a half hour?
18    MR. DOYLE: Forty-five minutes, (indiscernible).
19    MR. LEWAN: Anything said in the gallery (indiscernible)?
20    MR. DOYLE: Well, just, you know, hope it's -- fishing's
21 good.
22    MR. LEWAN: (Indiscernible)?
23    MR. DOYLE: Oh, we (indiscernible) applied to. Even if
24 you're fishing, I mean, you've already set your stuff out,
25 that was nerve-wracking, you know, for probably most everybody

71

1 except me.
2    MR. LEWAN: And then you just wait to go back, see if
3 (indiscernible) talking.
4    MR. DOYLE: (Indiscernible) smokes or whatever.
5    MR. LEWAN: Uh-huh (affirmative).
6    MR. DOYLE: When it's (indiscernible), no one does it,
7 but (indiscernible).
8 00:37:40
9    (Indiscernible comments)
10    MR. DOYLE: -- you have to slow it down (indiscernible)
11 when there's a lot of fish, you just do it, and we were
12 pulling in a line, so they were coming up.
13    MR. LEWAN: So Mark was slowing the winch (indiscernible)
14 because they were getting a lot of fish, and it took time to
15 get it up and then get them in.
16    MR. DOYLE: Well, (indiscernible) is coming, and if you
17 gaff -- if you reach down to gaff (indiscernible), and that's
18 (indiscernible) bigger fish, say a halibut or a sand shark, to
19 get it off there, and (indiscernible). But at some point, was
20 just (indiscernible) come in and he'd stop. Like I said, we
21 were getting them in (indiscernible).
22    MR. LEWAN: Was he excited?
23    MR. DOYLE: Yep.
24    MR. LEWAN: What was he saying?
25    MR. DOYLE: Oh, I don't know, (indiscernible) gaff hit

72

1 the side, you know, and (indiscernible).
2    MR. LEWAN: Well, did he say anything like they're
3 coming, here they come, you know, that kind of stuff? What
4 can you tell me --
5    MR. DOYLE: Yehaw, you know, (indiscernible), boys.
6    MR. LEWAN: Okay.
7    MR. DOYLE: And Mike's going, yeah, (indiscernible)
8 fucking thing (indiscernible).
9    MR. LEWAN: Yeah.
10    MR. DOYLE: You know, I'm just like yahoo, stabbing
11 and -- stabbing and throwing, stabbing. I think the primary
12 thing is, you know, not to have too much fish on deck because
13 (indiscernible) move around, don't want leave very many
14 (indiscernible) getting the gear off and (indiscernible) and
15 coiled up. Mike was (indiscernible) bringing it back, the
16 (indiscernible) bringing it back and being followed by
17 (indiscernible).
18    MR. LEWAN: Uh-huh (affirmative).
19    MR. DOYLE: So -- but there was a lot of fish in there.
20 00:39:43
21    MR. LEWAN: And you (indiscernible), and how big are
22 these fish?
23    MR. DOYLE: (Indiscernible) fish, I mean, throwing a --
24 you know, a $40 fish, and they'd be saying there's a $40 one
25 and here's a $20 one and here's a -- you know, whatever. Oh,

73

1 look at this, and this one's a calico, Bob, and this is a
2 tiger. And Mike's just (indiscernible), so he's got his head
3 down and doing this all the time.
4    MR. LEWAN: Uh-huh (affirmative). Okay. And you're
5 doing?
6    MR. DOYLE: Stabbing the -- stabbing the fish.
7    MR. LEWAN: Stabbing the fish with a knife?
8    MR. DOYLE: Yep, letting them bleed into a bucket
9 (indiscernible) the trough, but, you know, stabbing them
10 before I threw them in there, and that way I wouldn't miss
11 any.
12    MR. LEWAN: You stab the fish and toss it in a bucket.
13    MR. DOYLE: Lift it up by its gills, you know, it's mouth
14 (indiscernible).
15    MR. LEWAN: And (indiscernible) the bucket.
16    MR. DOYLE: Yes.
17    MR. LEWAN: You're doing that, Mike has got his head
18 down, he was (indiscernible).
19    MR. DOYLE: Well, (indiscernible), and Mike would have
20 all (indiscernible) put it down like that, but he'd
21 (indiscernible) knot and go like this and get like an arm's
22 length out, and then he'd (indiscernible) the coil, and I'd be
23 breaking it, and making sure that it was all tied up, if it
24 had eyelet folds (indiscernible) and just tie it in
25 (indiscernible) each corner (indiscernible) one's got an

**74**

1  eyelet and one's got a regular line, so you're doing one-two,
2  pinch it down, tighten it, pinch it down, tighten, bring it
3  back to Dave or have -- give it to Dave. Of course, the fish
4  are still coming over at that time, so then we're going back
5  over and stabbing and throwing.
6      MR. LEWAN: And Dave was?
7      MR. DOYLE: Back baiting. And then a lingcod would come
8  on, you know, (indiscernible), and so I'd stab them, but I
9  don't know if you've seen a lingcod, if they get on deck and
10  they get like a fucking alligator where a rockfish would be
11  flopping around. A lingcod is like a (indiscernible), and
12  their gills have whatever (indiscernible).
13      MR. LEWAN: Describe it and what it's like
14  (indiscernible).
15      MR. DOYLE: No, the lingcod is -- is a -- like the tiger
16  of the sea, a predator. I mean, a lot of times we'd bring up
17  a rockfish, and there'd be a lingcod attached to it trying to
18  eat it, you know? And we've got (indiscernible) can keep so
19  much of the lingcod since they're a bycatch. I think it was
20  10 or 15 percent, maybe 20.
21      MR. LEWAN: How big (indiscernible)?
22      MR. DOYLE: Two inches, inch and a half, so you're not
23  sticking your hand in his mouth, but (indiscernible) where you
24  have to, as soon as you grab him anyway, even before he's
25  twisting like an alligator, you know, and some of these fish

**75**

1  are 40 pounds. I think the biggest was 50-something. But
2  you're wrestling with that and trying to hold it, you know.
3  You get your knee on trying to stab him (indiscernible) and
4  shit. He'd laugh about that, and haha, he's getting the
5  better of you, and he's stabbing me with his fucking gills,
6  and I'm, like, cocksucker, and stabbing him. Don't get
7  (indiscernible) stab them in the top of the head, you know,
8  and there's no fight, they don't (indiscernible).
9      MR. LEWAN: And so Mike was going -- telling you, what's
10  the matter, Bob, you know, and --
11      MR. DOYLE: No, it was Mark usually.
12      MR. LEWAN: Mark was doing that to you.
13      MR. DOYLE: Yeah, oh, yeah, you know, or Mike was -- if
14  that happened in the beginning of the (indiscernible) made a
15  statement, you know, like, (indiscernible) and fly now, no
16  fucking around.
17  00:44:04
18      (Indiscernible comments)
19      MR. DOYLE: I'm going to take a pee break.
20      MR. LEWAN: Yeah, sure.
21      (Recording interrupted)
22      MR. DOYLE: -- mentioned that I had a gaff, a bull hook,
23  and every once in a while, Mark would miss one, and it would
24  be floating down along the side of the boat. He said get it,
25  get it, or Dave would be, you know, (indiscernible) and wait

**76**

1  for one, and I remember he grabbed one once that was all the
2  way back to where the chute was.
3      MR. LEWAN: He grabbed it in the water, reached out and
4  just grabbed it in the water?
5      MR. DOYLE: With the bull hook that's probably 10 feet.
6  He'd get the -- had the -- you know, he tried along the way, I
7  did, and then he tried, but (indiscernible) drifting with the
8  water (indiscernible) maybe a couple feet out.
9      MR. LEWAN: Uh-huh (affirmative).
10      MR. DOYLE: But still, maybe eight feet down, and, of
11  course, you're rocking (indiscernible). You know, if you want
12  a big fish (indiscernible) got it.
13      MR. LEWAN: Right.
14      MR. DOYLE: But he caught one. I remember Mark saying
15  good catch, good catch, because that one -- and the reason he
16  dropped it probably because it was like a 15- or 20-pound
17  fish. So (indiscernible) at least a buck (indiscernible).
18      MR. LEWAN: Right.
19      MR. DOYLE: So I remember that I caught a couple and Dave
20  caught a (indiscernible).
21      MR. LEWAN: That one in particular way back, yeah. It
22  was a couple of the rockfish, huh?
23      MR. DOYLE: Uh-huh (affirmative).
24      MR. LEWAN: (Indiscernible) floating?
25      MR. DOYLE: They're (indiscernible), and I just -- they

**77**

1  can't go back down, so they float till they rot or get picked
2  apart by the seagulls or the -- the sea birds are, you know,
3  attacking the fish as they're coming up because, of course,
4  the -- the line is (indiscernible), and generally we like --
5  we wanted it as straight out as possible, not like this but,
6  you know, from (indiscernible) and he could tell that it was
7  stuck on something. He'd back down and he'd try jogging it,
8  you know, and you never want to pull it with (indiscernible)
9  try to back down and let it unravel from what it's stuck on,
10  even though it wasn't based on how much (indiscernible) he's
11  knowing that it's not the anchor or something else. But yeah,
12  a lot of fish coming up.
13      MR. LEWAN: The seagulls (indiscernible) try to dive-bomb
14  and attack the fish (indiscernible)?
15      MR. DOYLE: Well, they (indiscernible) next to the fish.
16  They're actually next to the fish, and they're -- they're
17  going for their eyes, basically. And Mark goes get off, you
18  fuckers, and he's making it come onboard a little faster so,
19  you know, the birds are not going to have them.
20      MR. LEWAN: Did you see (indiscernible)?
21      MR. DOYLE: Well, at times maybe. I don't know, 10 -- 10
22  feet per second, ideally, if he's, you know, in tune enough.
23  He's the only one that can stop the progress of it
24  (indiscernible).
25  00:47:20

03900

Interview of Bob Doyle

**78**

1    MR. LEWAN: But he's speed up the line, though, so that
2  these birds couldn't get the fish as they came out of the
3  water, right?
4    MR. DOYLE: Yeah. Because, you know, it's angled down.
5    MR. LEWAN: And it's about 10 feet between the boat and
6  the water, right, it's about 10 feet?
7    MR. DOYLE: Especially if you're rocking, you know. But,
8  you know, and here's the line. It's ideally like 40 degrees
9  down, and you don't want it, you know, coming up, you know,
10  20, 40 feet out. Sometimes it is, and if you got quite a bit
11  of fish, and at some point we had -- I could see, you know,
12  three or four that were a hundred feet away underneath the
13  water coming, but you could actually see them, say, 30 feet
14  from the surface. I could see, they're orange, coming. Not
15  so much with the halibut, of course, because it's a darker
16  green.
17    MR. LEWAN: Okay.
18    MR. DOYLE: But if they were flopping (indiscernible)
19  their bellies, sometimes I could see them. You know, orange
20  you could definitely see.
21    MR. LEWAN: Okay. All right. And --
22    MR. DOYLE: Of course, you know, (indiscernible).
23    MR. LEWAN: All right. So you're -- you're pulling this
24  stuff out, and how -- how many, you know, skates, and how
25  long -- you know, give me the time and how many skates did you

**79**

1  put out (indiscernible) line?
2    MR. DOYLE: Well, we (indiscernible), two, I know.
3    MR. LEWAN: Two sets of three lines, right?
4    MR. DOYLE: No, we were doing two sets of five skates, so
5  1500 yards a piece, almost a mile a piece, and did it again,
6  (indiscernible), set it all out again.
7    MR. LEWAN: And then you did two sets of these, and how
8  many -- how many fish --
9    MR. DOYLE: Oh, even before all this, Graves Harbor, when
10  we go into Graves Harbor, too, they decided to put the totes
11  down below in that second (indiscernible). So we did the
12  crane -- used the crane for that, (indiscernible) down in
13  there, and kept them aligned because, of course, they were
14  heavy with ice. We figured that would -- that would keep
15  the -- the boat lower in the water, too, you know, keep the
16  stability, especially up on deck (indiscernible) a lot of
17  moving around. So we had done that at Graves Harbor also --
18  oh, not Graves but Elfin Cove.
19    MR. LEWAN: Elfin Cove, you had used the crane to take
20  the --
21    MR. DOYLE: Six totes that we had.
22    MR. LEWAN: Right.
23    MR. DOYLE: We put two down in there, and we figured
24  that -- I remember there was two rows or three rows of two.
25    MR. LEWAN: Uh-huh (affirmative).

**80**

1  00:50:07
2    MR. DOYLE: One, two -- maybe there was nine. I forget.
3  You might have to ask Gig on that. It was -- (indiscernible)
4  there wasn't much room to move around, and you had to walk on
5  top of them -- or -- because -- actually, you (indiscernible)
6  scoot on top.
7    MR. LEWAN: So you move these six totes down into the
8  hold.
9    MR. DOYLE: Yes.
10    MR. LEWAN: Forward hold or the real hold or
11  (indiscernible) --
12    MR. DOYLE: Rear (indiscernible) --
13    MR. LEWAN: -- the bulkheads? There were holds on both
14  sides of it --
15    MR. DOYLE: Yeah, but the forward one you couldn't open,
16  but you -- it was a cargo hold basically, but there was
17  refrigerated lines running through that.
18    MR. LEWAN: Okay. So they put it in the rear holds of
19  the boat, you put these six totes. About how much did they
20  weigh, these totes?
21    MR. DOYLE: Well, full of ice, probably, oh, about over a
22  thousand pounds, maybe a ton.
23    MR. LEWAN: Okay. All right. So you have a lot of stuff
24  down in the rear of the boat. You've got a lot of ice and
25  stuff down in the rear, and --

**81**

1    MR. DOYLE: Well, yeah. Actually, forward --
2  (indiscernible) before the galley.
3    MR. LEWAN: In the forward hatch.
4    MR. DOYLE: Yeah. Here's the -- the main -- main cargo
5  hatch, we'll call it, and the forward one was the refrigerated
6  hold. (Indiscernible) the forward deck.
7    MR. LEWAN: Okay.
8    MR. DOYLE: But we just (indiscernible) crane just
9  lowered them down in, and we pushed them into position once
10  they got down there.
11    MR. LEWAN: Okay. Right. So right there is where you
12  put them.
13    MR. DOYLE: Yeah.
14    MR. LEWAN: Okay. All right. And so you did two sets of
15  five skates --
16    MR. DOYLE: Uh-huh (affirmative).
17    MR. LEWAN: -- between 1:00 a.m. and --
18    MR. DOYLE: 3:00, probably.
19    MR. LEWAN: Okay.
20    MR. DOYLE: And couple thousand pounds, anyway, maybe
21  two, because we filled that bucket up. I think they said that
22  bucket was 800 pounds, and we filled her up a couple times.
23    MR. LEWAN: So you would've gotten a thousand pounds of
24  fish.
25    MR. DOYLE: Yeah, because in between -- of course, and

03901

82

1 Mark's going back, we're getting ready to set more gear, Mike
2 and Gig and I -- or Dave and Mike, it was three of us doing
3 it, lowering the fish down. Somebody would be -- we had them
4 set up aft, like the near empty one, filling up what we had
5 left, icing it, and then, you know, putting the cover on it,
6 and go over to the next one. You know, ideally, that was
7 mostly done with the ice, but if it wasn't, then you had to
8 pile it on top of another one, put the fish in, use that ice,
9 and then keep doing it, pack some ice into their mouth, and
10 then lay them on top of each other, throw a layer of ice, lay
11 them on top of the lingcod or whatever it was you caught.
12 But we'd hang it down to somebody, and they'd throw it to
13 whoever was in the back packing, you know, because it was 15
14 feet.
15    MR. LEWAN: (Indiscernible).
16    MR. DOYLE: And then we'd be ready to do it again.
17    MR. LEWAN: So you did the -- you checked the five
18 between 1:00 a.m. and 3:30, and that's at (indiscernible) in
19 what?
20    MR. DOYLE: (Indiscernible) fish?
21    MR. LEWAN: Yeah.
22    MR. DOYLE: The fish was all packed, and about the time
23 we got to where Mark wanted to set them and then -- and you
24 set it up again. I'd say probably at least (indiscernible).
25 And I think Mark had said, you know, maybe we'll do one long

83

1 one of 25, and (indiscernible) said that's too long, so we
2 didn't. I don't think we did. So there were at least five.
3 You'd have to corroborate that with Gig, you know, and
4 Mike did all the setting, but we -- we kept fishing till 10
5 o'clock, 10:00 or 11:00.
6    MR. LEWAN: Kept fishing till 10:00 or 11:00, and -- and
7 how much fish did you pull in during that whole time?
8    MR. DOYLE: All told, I think we had (indiscernible) like
9 7,000 pounds, counting the lingcod, we probably had a thousand
10 or more pounds of that.
11    MR. LEWAN: So it's 7,000 pounds of yellow-eye, and about
12 a thousand pounds of bycatch, or lingcod.
13    MR. DOYLE: Right. Not just yellow-eye, but rockfish,
14 very (indiscernible) small ones (indiscernible) at the time.
15 That's (indiscernible) I got to see them because the boat
16 deck's all lit -- or the work deck's all lit up, so I'd get to
17 see all the different ones, and I'm stabbing them, of course.
18    MR. LEWAN: Uh-huh (affirmative). And how did it feel
19 filling up with all those fish?
20    MR. DOYLE: Good, highly (indiscernible). You know, I
21 had no idea and, I think, mentally trying to figure out what
22 my -- I think it was going to be 12 percent.
23    MR. LEWAN: Okay.
24    MR. DOYLE: But, you know, a thousand pounds, $7,000 just
25 for the rockfish, at least, you know, because it was a

84

1 buck-twenty-five or -fifty or whatever, I don't recall.
2    MR. LEWAN: Okay. So you're doing the math in your mind.
3    MR. DOYLE: Yeah, and, I mean, it's finally paying off,
4 you know? I think Mike had even said this is how the MIN E
5 should've produced if he ever got off his ass and went
6 outside, and that he had fished with him like that, you know,
7 gotten their 6,000 pounds in a day, even. I mean, it does
8 happen.
9    MR. LEWAN: So Mike was pretty upbeat now, all of a
10 sudden he was --
11    MR. DOYLE: Yeah, he -- he's happy now.
12    MR. LEWAN: Now he's happy.
13    MR. DOYLE: Yeah, fucking A, you know.
14    MR. LEWAN: Yeah. Tell me -- tell me what these guys are
15 saying.
16    MR. DOYLE: Well, he's saying like fucking A, and, like I
17 said, Mark's doing the -- the gaff jig, if you will,
18 (indiscernible) and tossing them, and here's another one,
19 yahoo, he's hooting. Still being safe and all that and
20 (indiscernible) the gaff came out with the fish and went down
21 in -- I think it was a lingcod that he'd picked off, and
22 (indiscernible) stainless steel one, a nice one. I'm sure it
23 cost him some money.
24    MR. LEWAN: How did he do that? I mean, how was --
25    MR. DOYLE: Like I said, he was probably getting the

85

1 gaff -- I think it was a lingcod, but they're, like I said,
2 wigglers, and it probably just ripped it right out of his
3 hand.
4    MR. LEWAN: Ripped it right out of his hand.
5    MR. DOYLE: Yeah, and the fish and the gaff went over the
6 side, like that, you know?
7    MR. LEWAN: (Indiscernible).
8    MR. DOYLE: Oh, yeah, it's probably a $50 piece of
9 equipment. He had another one, but it wasn't a -- you know,
10 it had a wooden handle. It was his gaff. He'd used it many
11 times.
12    MR. LEWAN: Okay. And tell me about the -- what the
13 other guys were saying. What is Mike saying?
14    MR. DOYLE: Well, I don't quite recall, but, you know,
15 generally along the lines of stuff was finally paying off and
16 keep them coming, and I think he was actually singing some
17 fucking sea chant or something.
18    MR. LEWAN: What?
19    MR. DOYLE: Hey ho, and up she rises, I think.
20    MR. LEWAN: What's that?
21    MR. DOYLE: Hey ho, and up she rises, as I recall.
22    MR. LEWAN: Is that what he was singing here, hey ho --
23    MR. DOYLE: I think so, yeah.
24    MR. LEWAN: -- and up she rises.
25    MR. DOYLE: Because he was doing it in unison

86

1  (indiscernible) hey ho, and up she rises.
2      MR. LEWAN: How -- yeah, give me more of that, hey ho, up
3  she rises and using --
4      MR. DOYLE: Well, you know, and I'm just kind of laughing
5  with him, you know, and good, you know, look at the size of
6  this fucker. And, you know, he probably went on to say, you
7  know, yeah, if we could do this every time, you know, it would
8  be -- fishing would be better than an orgasm or something.
9      MR. LEWAN: Is that what he said?
10     MR. DOYLE: Yeah, a couple times, I'm sure. I'm sure it
11 was his, not hers.
12     (Laughter)
13     MR. LEWAN: So if we could do this every time
14 (indiscernible) fishermen, but better than -- this is better
15 than an orgasm.
16     MR. DOYLE: Than an orgasm, yeah. You can quote me on
17 that.
18     (Laughter)
19     MR. LEWAN: That's great. I got --
20     MR. DOYLE: But, you know, that -- you're climbing to --
21 the sea is picking up some, obviously.
22     MR. LEWAN: When did the sea start picking up? When did
23 you --
24 (End of CD Bob Doyle 4 - Part 2 of 2 [Tape 4 Side B])
25 00:58:15

87

1  (CD Bob Doyle 5 - Part 1 of 2 [Tape 5 Side A])
2      MR. LEWAN: Okay. Go ahead.
3      MR. DOYLE: I think the sea started picking up around the
4  retrieval of the second sets. Like I said, it started out
5  fairly glassy on the way, I believe, but maybe 10-foot seas
6  during the second set, 15 towards the end of retrieving them,
7  and still pulling in sets, you know.
8      MR. LEWAN: So the first sets there were about five-foot
9  seas.
10     MR. DOYLE: And doubled by the second one, the wind's
11 picking up. And, of course, Mark is down below, and then he
12 goes to the wheelhouse and piloted us back to the second area.
13 I don't know if he was -- I would assume that he was listening
14 to the weather and, you know, more forecasts.
15     MR. LEWAN: Now, he was -- now, he was still gaffing
16 while all this was going on, right?
17     MR. DOYLE: While you're pulling gear.
18     MR. LEWAN: While pulling gear.
19     MR. DOYLE: But when you're moving to set your gear or go
20 to the next --
21     MR. LEWAN: He would go back up to the wheelhouse.
22     MR. DOYLE: And Gig would come down and get set up on the
23 aft deck, the bait shed.
24     MR. LEWAN: Okay. And then he would --
25     MR. DOYLE: We'd all, you know, stop and have coffee.

88

1  Mike and I would smoke a rolled cigarette or (indiscernible).
2      MR. LEWAN: Would you say anything about the weather?
3  Was anything said about the weather at that point when you
4  would do that?
5      MR. DOYLE: (Indiscernible) by the second one, I think he
6  was saying that -- you know, it's supposed to get nastier
7  later this afternoon.
8      MR. LEWAN: Who said that?
9      MR. DOYLE: Mark. And, of course, at this point it's
10 maybe daylight, and that's where I think he was talking about
11 a potential 25-skate set, one big one, you know, instead of a
12 couple smaller to save transit time, just set it,
13 (indiscernible) off it, run to the other end of the line,
14 (indiscernible) off it for an hour or two, let it fish, and
15 then pull it up because probably at that point, we had 5,000
16 pounds. But I don't think we did. Maybe we did. Ask Gig on
17 that, but I think we did a fairly big one as it was into our
18 third -- you know, daylight and third set.
19     MR. LEWAN: Okay.
20     MR. DOYLE: Because I know when we were doing the tail-
21 end of setting the second -- now, see, it gets a little
22 blurry. I'm thinking that's probably at the Coronation where
23 it was, you know, pretty choppy at night or it seemed to be to
24 me. But I'm thinking it was that night, so maybe towards the
25 end of the third set or set -- setting out the third set that

89

1  it was getting 15-foot seas and windier, because there was one
2  point where I was hard to hold our footing back aft, so it was
3  lifting the sand tail.
4      MR. LEWAN: The sand tail is lifting up.
5      MR. DOYLE: Yeah, because I remember seeing some fairly
6  big waves, but it was dark so it must've been, you know,
7  setting of the third one. I think it was at night.
8      MR. LEWAN: How big?
9      MR. DOYLE: Oh, probably 15, 20.
10     MR. LEWAN: You couldn't really see them too well, but
11 you could -- how could you see them?
12     MR. DOYLE: Well, you'd see them go by. I mean, you got
13 our lights. Our bait shed was illuminated. There wasn't any
14 light pointing out aft, but, you know, you see the waves.
15 You're going into them, so you're seeing the waves go by.
16     MR. LEWAN: By the lights of the bait shed.
17     MR. DOYLE: Yeah.
18     MR. LEWAN: (Indiscernible) --
19     MR. DOYLE: And you hear it splashing on, you know, say,
20 by the port or starboard side.
21     MR. LEWAN: Okay. And so it's into the third set, which
22 is right around what time?
23     MR. DOYLE: Daybreak, I'd say.
24     MR. LEWAN: Daybreak.
25     MR. DOYLE: Eight -- eight, nine o'clock. I think -- I

03903

Interview of Bob Doyle

**90**

1  think that was one big long one. Twenty-five comes to mind.
2  I think that was the talk, but I think we settled for maybe 10
3  or 15.
4      MR. LEWAN: Okay. So it was during the fishing break
5  between the first set and the second set that Mark came down
6  and said it's supposed to get a little nastier this evening.
7      MR. DOYLE: Yeah.
8      MR. LEWAN: Afternoon and evening.
9      MR. DOYLE: So we're going to do, you know, set something
10  more, one -- one more shot at it, basically. You know, do our
11  second set of three and do one ever -- one long one, let it
12  sit for a couple hours, pick it up quick, because
13  (indiscernible) came up pretty quick, and we were pumped, and
14  then we'll head back in. So probably I think it was
15  (indiscernible). I mean, when you get like maybe 15, 20 miles
16  from land, it's a lot calmer than it is --
17      MR. LEWAN: Out there on the grounds.
18      MR. DOYLE: Yeah.
19      MR. LEWAN: Right, because the grounds are --
20      MR. DOYLE: Too shallow.
21      MR. LEWAN: Okay. So then you started noticing the wind
22  picking up.
23      MR. DOYLE: Uh-huh (affirmative).
24      MR. LEWAN: And you see some of the waves going by, and
25  what does it feel like when you see a wave go by?

**91**

1  00:05:19
2      MR. DOYLE: When you're baiting, I don't know, I was
3  thinking, boy, a tough way for -- for these guys to make a
4  living, and they'd done it for years. I'd seen many heavy
5  seas from the icebreaker, but that was 330 feet bigger and a
6  whole lot wider. Dave was seasick, you know.
7      MR. LEWAN: Was he throwing up?
8      MR. DOYLE: No.
9      MR. LEWAN: Not yet.
10      MR. DOYLE: No.
11      MR. LEWAN: He was getting yellow-looking.
12      MR. DOYLE: Yeah, he was slow, and, you know, he's -- if
13  he had to do the gaffing and stuff, he -- it would've been
14  certainly a lot slower, but he was, you know, basically back
15  aft, (indiscernible) himself to do the baiting, which he was
16  doing pretty rapidly, probably because he had his head down
17  and he didn't have to see the waves, you know, he can feel it
18  with his body, but that's how he baited.
19      MR. LEWAN: So he didn't look up and see the waves.
20      MR. DOYLE: No.
21      MR. LEWAN: He didn't want to look up.
22      MR. DOYLE: He didn't have to. (Indiscernible) he didn't
23  need to. I mean, when we were all back aft setting gear, we
24  were all up standing around, and it wasn't like he had to sit
25  down or anything. He was up (indiscernible) probably whatever

**92**

1  you see back aft. (Indiscernible) quite a big one, you could
2  feel the shaft rumbling when -- I think it was actually
3  cavitating, coming out of the water.
4      MR. LEWAN: You could feel the shaft rumbling as it came
5  out of the water.
6      MR. DOYLE: Uh-huh (affirmative).
7      MR. LEWAN: Okay.
8      MR. DOYLE: Yeah, you call it cavitating, and -- out of
9  the water. (Makes spinning noise), you know, you (indiscernible)
10  again by the water.
11      MR. LEWAN: Okay. All right. But then you're -- you're
12  doing -- you're there and you're seeing these things,
13  (indiscernible) a tough way for these guys to make a living.
14      MR. DOYLE: And I'm glad I'm part of it, you know, I'm
15  going to see a paycheck out of this, yahoo, you know? Don't
16  know what it is, but it's going to be more than nothing, you
17  know? But we can get this done, get out of here, get back. I
18  mean, it's not like we (indiscernible).
19      MR. LEWAN: You weren't scared at this point, were you?
20  Nervous, nothing like that?
21      MR. DOYLE: No, just -- you heighten your sense of being
22  cautious.
23      MR. LEWAN: Uh-huh (affirmative).
24      MR. DOYLE: The deck's not slippery, but we had that
25  matting back aft, too, but, you know, you're -- there's a lot

**93**

1  of shit on deck moving stuff around, getting
2  (indiscernible) --
3      MR. LEWAN: What's moving around? What's moving around?
4      MR. DOYLE: Well, the -- the skates were skate pads, so
5  the pads slide a little bit, depending on if you lurch quick,
6  and at that point we had them all on single layers so that
7  they wouldn't be tumbling around, you know, and fall off
8  another one, because they're heavy, 40, 50 pounds.
9      MR. LEWAN: What else was moving?
10      MR. DOYLE: The bait buckets, so, you know, you just tie
11  rope around it and lash that, but they was still sliding, you
12  know. All the hooks and stuff up -- that are hanging up, you
13  got good ones that you've set up that you're going to put in
14  the line sometime. They're all clinking around. The
15  (indiscernible) banged up against the aluminum sides of the
16  bait shed. And we're moving around, obviously, bracing
17  yourself, keeping gravity low.
18  00:09:12
19      MR. LEWAN: How about the lines, the -- the rigging and
20  all that kind of stuff, the -- the cable lines and stuff? Are
21  the -- is the wind -- what is it sounding like up there?
22      MR. DOYLE: (Makes whistling noise), or a woo-woo like a
23  whir (indiscernible).
24      MR. LEWAN: A whirring?
25      MR. DOYLE: Yeah, (repeats noises), you know, where

03904

**94**

1 (indiscernible) there on the island or something, it's one
2 that -- anything that's small, you know?
3    MR. LEWAN: Uh-huh (affirmative). Were the -- was
4 anything above you moving? I don't know, lights or cable or
5 anything like that? No.
6    MR. DOYLE: The generator. I think at some point we had
7 to go up and tie that down better.
8    MR. LEWAN: The generator started moving.
9    MR. DOYLE: Yeah. Well --
10    MR. LEWAN: How was it moving? I mean --
11    MR. DOYLE: It was just -- yeah, sliding around a little
12 bit, so we went up and secured that tighter.
13    MR. LEWAN: Who did that?
14    MR. DOYLE: In between every set, too, the buoy balls are
15 set up on the wheelhouse (indiscernible) and that was my job.
16 They'd throw up the line to me, so -- you didn't want all this
17 shit laying around, (indiscernible) and I'd tie them up there,
18 and they'd be moving around, you know.
19    MR. LEWAN: Okay. And batting around --
20    MR. DOYLE: Yeah.
21    MR. LEWAN: -- against the -- what were they batting
22 against, the --
23    MR. DOYLE: Basically the sides of the -- like where the
24 bathroom -- where -- where our bunks were.
25    MR. LEWAN: Yeah.

**95**

1    MR. DOYLE: Just on the lip. I mean, you hang them down
2 (indiscernible) your head because you want it -- didn't want
3 it to look sloppy, but you'd cinch them up (indiscernible)
4 still when you're rolling.
5    MR. LEWAN: Who secured the generator? Who was it that
6 did that?
7    MR. DOYLE: Gig and I.
8    MR. LEWAN: Okay.
9    MR. DOYLE: And, of course, it went out once or twice
10 during that night, so we started using (indiscernible) and in
11 between we'd pump out with the bilge pump.
12    MR. LEWAN: Uh-huh (affirmative).
13    MR. DOYLE: And I think at some point it was getting
14 water too much -- we came up with the idea of putting it
15 underneath the stair in the engine room because there was
16 little platform there, and that way you just run it there, it
17 would stay drier, (indiscernible) just run the (indiscernible)
18 shorter intake longer to out -- you know, pushing it up -- up,
19 (indiscernible) pushing it up.
20    MR. LEWAN: You and Gig did that, too?
21    MR. DOYLE: Well, three of us, (indiscernible), because,
22 you know, it's maybe 150 pounds, going down there and getting
23 the pump around the corner.
24    MR. LEWAN: A 150-pound bilge pump, and you're --
25 you're --

**96**

1    MR. DOYLE: Well, it's (indiscernible) -- well, it's a --
2 it's got an attachment for a water pump, suction pump.
3    MR. LEWAN: But it's the bilge pump, and it's 150 pounds.
4    MR. DOYLE: That was the -- the portable one that we used
5 on deck.
6    MR. LEWAN: Yeah.
7    MR. DOYLE: Yeah.
8    MR. LEWAN: So you took that portable one on deck,
9 brought it down, set it under the stairs.
10    MR. DOYLE: Uh-huh (affirmative).
11    MR. LEWAN: That's a pain in the -- what a pain in the
12 butt doing that when the boat's moving around, going down that
13 hatch.
14    MR. DOYLE: You're right.
15    MR. LEWAN: Right?
16    MR. DOYLE: Yep, because you're catching fish, and --
17    MR. LEWAN: Yeah.
18    MR. DOYLE: -- you know, that's just another thing you've
19 got to stop to do.
20    MR. LEWAN: Uh-huh (affirmative).
21    MR. DOYLE: Which is (indiscernible).
22    MR. LEWAN: Was the water rising at that point in the
23 engine room?
24    MR. DOYLE: No.
25    MR. LEWAN: No.

**97**

1    MR. DOYLE: No, not any more than it ever had, which we
2 did it every -- every time we came back, you know. We could
3 that when -- (sneezes) excuse me -- while we were sitting --
4 while we were having our coffee in between sets, not rushing
5 for 10 minutes, and it would all be, I don't know, I wouldn't
6 say bone dry, but you wouldn't want to suck just straight down
7 out of there because then you'd have to reprime it, and that
8 took time.
9    MR. LEWAN: Yeah, exactly. All right. So at one point,
10 the mood was pretty good, it was upbeat, people were happy the
11 fish is coming onboard.
12    MR. DOYLE: When you're actually fishing.
13    MR. LEWAN: When you're fishing.
14    MR. DOYLE: When you're (indiscernible) --
15    MR. LEWAN: You feel a rush.
16    MR. DOYLE: Oh, yeah, yeah, (indiscernible) fish and
17 finally paying off, and then you're thinking that and that
18 you're doing it, that, you know, you're finally working.
19    MR. LEWAN: Right.
20    MR. DOYLE: That's why you're there, and it's not the
21 greatest when you got to be up at 3:00 in the morning doing
22 that, but that's the way it worked out.
23    MR. LEWAN: Yeah. So this takes place up to about
24 11:00 a.m., is that right, you pulled the last --
25    MR. DOYLE: Yep.

Interview of Bob Doyle

98

1    MR. LEWAN: You pulled the last set at 11:00 a.m.
2    MR. DOYLE: (Indiscernible), I believe, and that, if I
3  remember, was the long one, and --
4    MR. LEWAN: And how long was it?
5    MR. DOYLE: I'd say more than 10 -- 10 or more, probably
6  15.
7    MR. LEWAN: Fifteen skates? A 15-skate string, huh?
8    MR. DOYLE: Yep. And we already had like maybe two,
9  three totes full of fish, or more. Yeah, half of what we
10 could've caught, anyway. Thinking that, shit, you know, it's
11 too bad because it's fishing good, and if we get a fifth,
12 ideally, another five, six hours, we probably would've caught
13 over 10,000 (indiscernible). You know, hard to tell. That's
14 the way it was working out.
15   MR. LEWAN: Uh-huh (affirmative).
16   MR. DOYLE: Because you want to keep going because you're
17 already there and you're close, you know, but it's getting
18 shittier, so the smart thing is to get what you got and go in.
19   MR. LEWAN: Now, how did that happen, when did the
20 decision happen, and, you know, who said what?
21   MR. DOYLE: When we -- before we event set the third set,
22 that one long set, Mark said, you know, let's just fish for an
23 hour, it'll take us an hour or so to let it out, and then let
24 it sit for an hour and maybe two, and then we'll head back in.
25   MR. LEWAN: And that was -- he said that before

99

1  11:00 a.m., though, right?
2    MR. DOYLE: Yeah, and, of course, we'd already been
3  fishing nine hours or whatever.
4    MR. LEWAN: Yeah. All right. And then when 11:00 came,
5  when you pulled in the -- the stuff and you were coiling it
6  and --
7    MR. DOYLE: Yep, we just battened down the
8  (indiscernible), and we had actually two -- two of the troughs
9  still had a shit load of fish in them, and Mark said, well,
10 they're all set, they need to be iced, but it's, you know, too
11 crappy, that let's cover (indiscernible) the crane, and we'll
12 just get those when we get into calmer water, and we never got
13 there. So there was probably a thousand -- our latest catch,
14 I think it was maybe 1,600 pounds of fish up there.
15   MR. LEWAN: So that last catch, where were the fish
16 actually?
17   MR. DOYLE: I think we ended up leaving them in the two
18 troughs on deck. We lashed them and put cargo netting over
19 them. We threw ice on them and, you know, they -- they were
20 just in there. Too risky, he felt wisely, that, you know,
21 didn't want to be lifting off the cover and getting slammed
22 (indiscernible) at this point it's probably 20-foot seas,
23 winds probably 30 knots. And I don't recall what he said, the
24 forecast. It was coming quicker than it should've. I'm sure
25 if he knew that they said there were going to be, you know,

100

1  70-foot seas and 100-knot winds, we would've been gone a lot
2  sooner.
3    MR. LEWAN: Okay. So he said it's coming quicker than it
4  should have.
5    MR. DOYLE: Yeah, and there's no sense in getting beat
6  up, we get what we have, and it was respectable. I'm sure he
7  thought the owner would be happy with that.
8    MR. LEWAN: That's what he said, this is respectable?
9    MR. DOYLE: Yeah, this is respectable and we've done well
10 with it, let's get inside and get these in. I think the goal
11 was to, you know, just get in close to land, get the fish down
12 below (indiscernible) Murphy's, Graves Harbor somewhere.
13 Probably not even anchor, just (indiscernible).
14   MR. LEWAN: Okay. And where did he say all of this?
15   MR. DOYLE: On deck.
16   MR. LEWAN: On the deck.
17   MR. DOYLE: Yeah.
18   MR. LEWAN: And the rain and everything else was coming
19 down, he's in (indiscernible) out there --
20   MR. DOYLE: Yeah.
21   MR. LEWAN: Where -- he said it to you and who else?
22   MR. DOYLE: And Mike. And I think I mentioned it to Dave
23 on our way back. Gig stuck his head out once or twice, you
24 know. And there was more maneuvering then, obviously, because
25 (indiscernible), you know, really -- we're moving around a lot

101

1  then. It was shittier than we'd fished previously. But we
2  were happy because we were catch -- if we weren't catching
3  anything, I'm sure we would've been gone by daylight, you
4  know, just fuck it. If we'd got our gear, we got what we came
5  back out to get, we got some extra fish, let's get out. I'm
6  quite sure of that.
7    MR. LEWAN: But the fishing was good. It was --
8    MR. DOYLE: Yes, and it wasn't any -- much worse than we
9  already fished in before.
10   MR. LEWAN: Yeah, okay. Right. So what did Mike say
11 when he said that?
12   MR. DOYLE: Good.
13   MR. LEWAN: Good. That's --
14   MR. DOYLE: Good, let's get back in. You know, he -- if
15 we hadn't caught anything, we'd probably say, well, fuck it,
16 let's get some stuff on the inland waters since we're going in
17 anyway.
18   MR. LEWAN: Right.
19   MR. DOYLE: And I don't remember any discussion of that.
20   MR. LEWAN: He didn't say that, he just said good.
21   MR. DOYLE: (Indiscernible) when we get in.
22   MR. LEWAN: And what did you say at that point to him?
23 Did you?
24   MR. DOYLE: I don't remember, probably -- probably not
25 much, but Gig has got a real cigarette or something, you know.

03906

**102**

1    MR. LEWAN: Because Gig was sticking his head out of the
2    wheelhouse to be able to see, couldn't really see that well.
3    00:19:36
4    MR. DOYLE: No, to, you know, hear what Mark was saying
5    because he had the wipers going. You know, he could look down
6    on deck. It was like driving a Volkswagen Beetle, and --
7    MR. LEWAN: So he had the wipers going on the window.
8    All right.
9    MR. DOYLE: But I'm sure he stuck his head out a couple
10   times. I remember Mark was yelling to him about something.
11   MR. LEWAN: Okay. And Dave was in the back.
12   MR. DOYLE: Yeah.
13   MR. LEWAN: What was he doing, just clearing up
14   (indiscernible) up there?
15   MR. DOYLE: At this point, I think he was just getting
16   stuff stowed because he knew that we were going to head back
17   in. And I had it cinched up, but I'm sure he was making
18   them -- you know, when it was calmer seas, like I said, we'd
19   rack them up on the sides, but when it wasn't, we'd lay them
20   all out flat, and that would take up most of the back part of
21   the bait shed.
22   MR. LEWAN: All right. So -- and this happened -- this
23   conversation happened on the deck around 11:00 a.m., a little
24   after 11:00.
25   MR. DOYLE: Uh-huh (affirmative).

**103**

1    MR. LEWAN: And so you started heading back in. How were
2    you heading back in?
3    MR. DOYLE: Into the waves. Mark went up and relieved
4    Gig for a little bit, and then Dave came on while Mark was
5    down and made something to eat. And I think we just had --
6    made some stuff. You know, Mark made something warm, but we
7    had a lot of sandwich stuff that day and while we were working
8    (indiscernible).
9    MR. LEWAN: What kind of sandwiches?
10   MR. DOYLE: I think there was still some cold cuts. I
11   know there was peanut butter, peanut butter and jelly. There
12   was lots of bread left. Crackers, there was fruit. I
13   remember having bananas. Granola, stuff like that, like trail
14   mix.
15   MR. LEWAN: Okay.
16   MR. DOYLE: There were a lot of cold cuts. I think
17   bologna and cheese and ham.
18   MR. LEWAN: Bologna and cheese and ham.
19   MR. DOYLE: Yeah, stuff -- I think what Mark made was
20   like soup or some big bowl (indiscernible), chowder maybe,
21   stuff that would stay on the stove covered and you'd get
22   something warm to go with your sandwich. (Yawns) Excuse me.
23   MR. LEWAN: Yeah, okay. All right. And so Dave is the
24   one who is steering, Mark is down making some food.
25   MR. DOYLE: Uh-huh (affirmative).

**104**

1    MR. LEWAN: You all stop in, and you're in the galley.
2    MR. DOYLE: Yep.
3    MR. LEWAN: And now what did you say, what were you
4    saying?
5    MR. DOYLE: We set up our watch, who would have what and
6    when. I didn't have the first one. I went in to have food
7    and crash.
8    MR. LEWAN: And what were the watches? How were you cut
9    up?
10   MR. DOYLE: Mike had two hours, two people, but
11   overlapped, like I said, by an hour. I went to bed first,
12   Dave woke me up at 4:00, I believe, 4:00 or 5:00 -- and I
13   think I went right down -- finally fell asleep like 2:00, 1:30
14   or 2:00. But I think Mike took a -- Mike took a double, so I
15   think he got Dave up at 4:00 and I got up at 5:00. Dave was
16   set to go till 6:00.
17   MR. LEWAN: Why did Mike do a double?
18   MR. DOYLE: Just because he felt like it, I guess.
19   MR. LEWAN: So he was in the wheelhouse first.
20   MR. DOYLE: No, no, this is just pumping bilges.
21   MR. LEWAN: Oh, pumping bilges.
22   MR. DOYLE: Yeah. Basically, you just went into the
23   galley and sat there, and it's crashing around at this point.
24   MR. LEWAN: Yeah.
25   MR. DOYLE: And broke some stuff. Coffee pot, I broke

**105**

1    when I got up, (indiscernible) --
2    MR. LEWAN: How did you break it? How did you break it?
3    MR. DOYLE: Just slipped out of my hands. And I think I
4    made it in a -- put a can under there, you know, a big soup
5    can or something.
6    00:24:05
7    MR. LEWAN: And the books, you say, were --
8    MR. DOYLE: Oh, just coming out of the -- in the
9    portholes -- the windows, the portholes there, that's where
10   the bookshelves were, and they were coming out of there. Shit
11   stowed off the tabletop because it was shifting around a lot.
12   MR. LEWAN: So the books were in -- above the portholes,
13   and they were coming out.
14   MR. DOYLE: No, there -- well, there's the porthole, and
15   in the base there was just a little --
16   MR. LEWAN: (Indiscernible).
17   MR. DOYLE: -- bungy cord or something, and they were
18   coming out of there.
19   MR. LEWAN: Okay.
20   MR. DOYLE: We were (indiscernible) into it at this
21   point, and it's 20-foot-plus seas.
22   MR. LEWAN: Uh-huh (affirmative). So Mike had the first
23   shift, two hours, and then he did another two hours.
24   MR. DOYLE: No, he did the two, got Dave up -- or Dave
25   was up at 4:00, Dave got me up at 5:00, and Mike was due to

106

1  come back on at 6:00.
2      MR. LEWAN: Okay.
3      MR. DOYLE: So I let Dave go to bed at 6:00, got Mike up,
4  broke the coffee pot, and I brought Gig up his coffee.
5      MR. LEWAN: At 6:00 p.m.?
6      MR. DOYLE: Yeah. And then Mike came on about -- because
7  I had already checked with Dave before he went to bed,
8  (indiscernible) the bilges and checked that, and that was like
9  quarter to 6:00, five till.
10     MR. LEWAN: Okay. All right. Let's back up a little
11 bit.
12     MR. DOYLE: Uh-huh (affirmative).
13     MR. LEWAN: So Mike had the first shift for two hours; he
14 went from 11:00 to 1:00. He goes --
15     MR. DOYLE: No, no, no, because we didn't start them
16 until -- I mean, we both -- all of us did whatever while we
17 were still awake. (Indiscernible) said, well, could you go
18 pump out the bilges, and I think Mike -- or Mark even helped
19 once, but by the time we were done and heading in, it was
20 probably -- and eating and everything else, it was probably
21 12:30. I think Mike took the 1:00 to 4:00.
22     MR. LEWAN: Okay. So 12:30 is when you started heading
23 in.
24     MR. DOYLE: Yeah. I mean, as soon as you get your gear
25 out, your gear's onboard, you -- they'd turned around and they

107

1  were heading in.
2      MR. LEWAN: All right.
3      MR. DOYLE: You know.
4      MR. LEWAN: It took between 11:00 and 12:30 to get all
5  the gear in, get (indiscernible).
6      MR. DOYLE: Yeah. Your -- everything, foods there, done.
7      MR. LEWAN: Okay.
8      MR. DOYLE: And we're heading in.
9      MR. LEWAN: So Mike did the one o'clock to 3:00 shift.
10     MR. DOYLE: One to 4:00, probably.
11     MR. LEWAN: The 1:00 to 4:00 bilge pump.
12     MR. DOYLE: (Burps) Excuse me.
13     MR. LEWAN: Okay. And he -- and he woke up Dave.
14     MR. DOYLE: At 3:00, (indiscernible). Dave was up till
15 6:00, so -- but I came on, I think, at 5:00. I mean, I -- I
16 think he woke me up at 4:00, 4:30.
17     MR. LEWAN: Dave woke you up.
18     MR. DOYLE: Dave woke me up.
19     MR. LEWAN: Tell me exactly what happened when he -- when
20 he woke you up.
21     MR. DOYLE: He just -- he'd come in through the inside
22 because there was the bathroom -- entry on both sides, just
23 come in and said it's time to get up.
24     MR. LEWAN: It's time to get up.
25     MR. DOYLE: Yeah. It was dark at that point, and

108

1  sloshing around and --
2      MR. LEWAN: What did you see when he --
3      MR. DOYLE: The light was on in the bathroom. It was
4  dark out. We were being knocked around, obviously.
5      MR. LEWAN: (Indiscernible) having trouble keeping
6  (indiscernible)?
7      MR. DOYLE: Oh, yeah.
8      MR. LEWAN: What did he look like?
9      MR. DOYLE: Subdued. You know, he's tired.
10     MR. LEWAN: Did he look sick?
11     MR. DOYLE: Not like -- or any of that, you know, just
12 (indiscernible) time to get up. I don't know.
13     MR. LEWAN: He wasn't nervous or panicking or anything
14 like that?
15     MR. DOYLE: No, just certainly wished he was somewhere
16 else (indiscernible) coming up.
17     MR. LEWAN: And that's when he just says time to get up,
18 and then he left?
19     MR. DOYLE: Uh-huh (affirmative). At whatever time it
20 was.
21     MR. LEWAN: How did you feel?
22     MR. DOYLE: Groggy, but I was thinking, boy, this is a
23 mess, you know, (indiscernible), but, you know, I got to get
24 up, I got to get up. You know, you're getting slammed around
25 and jolted.

109

1      MR. LEWAN: Where are you getting slammed against, the
2  (indiscernible) in your bed?
3      MR. DOYLE: Uh-huh (affirmative).
4      MR. LEWAN: How did you manage to sleep like that?
5      MR. DOYLE: Well, the bunks are -- like I said, you had
6  the (indiscernible), but you're just curled up. You're
7  probably still moving around. I'm sure you are, in your
8  sleep, but (indiscernible) we're pretty close to center line,
9  our bunk was. It was pretty close to center line, but anybody
10 who was on the outer part, which there wasn't, I'm sure Mark
11 slept (indiscernible) -- well, maybe not. He's up higher, and
12 Gig's on the port side.
13     MR. LEWAN: Uh-huh (affirmative). So you're saying you
14 got to get up, got to get up, boy, this is a mess, and what
15 else?
16     MR. DOYLE: Oh, a mess outside. You could hear the waves
17 crashing on the side and you hear (makes swishing sound) going
18 down just outside the door. So I got up and went out, and
19 Mike was crawling into bed.
20     MR. LEWAN: Where did you go out from, through the
21 galley?
22     MR. DOYLE: Yeah, through the galley way there, and Dave
23 and I went out.
24     MR. LEWAN: That's where you broke the coffee thing,
25 right, you went to get coffee and it broke, slipped out of

03908

110

1  your hand.
2      MR. DOYLE:  No, I broke it at 6:00.
3      MR. LEWAN:  Okay.
4      MR. DOYLE:  When Dave went to bed and he was getting --
5      MR. LEWAN:  Okay.
6      MR. DOYLE:  Or I had woke Mike.
7      MR. LEWAN:  So you went out through the galley.
8      MR. DOYLE:  Uh-huh (affirmative).
9      MR. LEWAN:  And you had your rain gear on.
10     MR. DOYLE:  Yep.
11  00:29:41
12     MR. LEWAN:  You put it on, and it was drying in the
13  galley?
14     MR. DOYLE:  No, in -- in my room.
15     MR. LEWAN:  It was in your room, so you put your rain
16  gear on first.
17     MR. DOYLE:  Uh-huh (affirmative).
18     MR. LEWAN:  Put your boots on.
19     MR. DOYLE:  I think I actually had the boots in by the
20  stove, but I had my little boat shoes, half -- half rain boots
21  that I had --
22     MR. LEWAN:  Were all your clothes wet, and was it all
23  kind of cold and damp?
24     MR. DOYLE:  It was all damp, still damp, because it had
25  only been a couple hours.  And the boots weren't quite dry,

111

1  but, you know, let your feet warm them up a bit.
2      MR. LEWAN:  Yeah.
3      MR. DOYLE:  And you're still very tired, you know.  Okay.
4  Just kind of like I am now, but, you know, really bone tired.
5      MR. LEWAN:  So then you're -- you go out into the galley.
6      MR. DOYLE:  Uh-huh (affirmative).
7      MR. LEWAN:  And you walk out onto the front of the deck.
8      MR. DOYLE:  (Indiscernible).
9      MR. LEWAN:  The front deck (indiscernible).
10     MR. DOYLE:  And go down (indiscernible).
11     MR. LEWAN:  And you went back to the bait shack.
12     MR. DOYLE:  And I think he told us to go down the
13  starboard side because we were taking waves more so on the
14  port side.
15     MR. LEWAN:  Did you see (indiscernible)?
16     MR. DOYLE:  Oh, yeah.
17     MR. LEWAN:  What (indiscernible) --
18     MR. DOYLE:  They were crashing on it, only you're going
19  along and you're hanging on the railing, both of us with
20  flashlights, and you're trying to watch to see the waves
21  coming because most of them are on the port side, but still
22  there -- we got drenched a couple times, waves --
23     MR. LEWAN:  You did.
24     MR. DOYLE:  Yeah, waves smacked us into the bulkhead.
25     MR. LEWAN:  Who got drenched, you and --

112

1      MR. DOYLE:  Dave.
2      MR. LEWAN:  Okay.
3      MR. DOYLE:  And Mike before -- well, this is later.
4      MR. LEWAN:  How did it feel getting drenched by that
5  water?
6      MR. DOYLE:  Well, you're pretty well covered.  Your hands
7  are cold, and, I mean, we don't have gloves on at that point.
8  Your hands are cold, and you're pissed off.  You know, oh
9  fuck, I didn't -- didn't move fast enough, or this is really
10  shitty weather.
11     MR. LEWAN:  How cold was it?  Was that water cold?
12     MR. DOYLE:  Uh-huh (affirmative).  Anything that --
13  everything feels like it's freezing, but it's not.  Of course,
14  the wind is high, so the air temperature is very cold.  You're
15  seeing your breath.  (Indiscernible).
16     MR. LEWAN:  Uh-huh (affirmative).  Describe the -- the
17  waves would come over, and they would (indiscernible) and --
18     MR. DOYLE:  You're going into 20-foot seas, and they're
19  coming down or they're smacking off the port side, but also
20  there's that bouncing effect because the wave's still going
21  under the boat, so it's lapping up and may come up over on
22  the -- over the railing, which it did often, but if you were
23  timing it from the galley door, the starboard one, I think,
24  had a problem with popping open, but you'd make sure that was
25  shut, and then you're scooting down, you know, as quick as you

113

1  can to the -- the aft area.  And we basically would get up
2  into the bait shed so we could see, because we could see
3  better at that point, you know, what was coming and then do
4  that quick scoot down into the -- into the engine room.
5      MR. LEWAN:  Okay.  And you go down to the bait shed, then
6  what did you do?
7      MR. DOYLE:  Like I said, scoot into the --
8      MR. LEWAN:  Down the hatch and into the engine room?
9      MR. DOYLE:  Yeah, and get the pump set and --
10     MR. LEWAN:  What did you see?
11     MR. DOYLE:  Water sloshing around.
12     UNIDENTIFIED SPEAKER:  How you doing, gentlemen?
13     MR. DOYLE:  Good, and yourself?
14     MR. DOYLE:  The water in the bilge is sloshing, of
15  course, but cleaners and stuff were -- were rattling in their
16  little area.
17     MR. LEWAN:  What do you mean by the cleaners?
18     MR. DOYLE:  Well, we had degreaser and, you know, hand
19  soap and stuff like that and Dawn liquid and stuff, just your
20  basic canned stuff.  Anything that's -- that's free ranging in
21  motion, it's going back and forth, you know?
22   ·  MR. LEWAN:  Uh-huh (affirmative).
23     MR. DOYLE:  Just the clatter and the engine's (makes
24  motor sound), you know, just chugging along like it always is.
25  It's actually kind of nice down there.  It's stinky but it's

03909

Interview of Bob Doyle

114

1  warm.
2      MR. LEWAN:  Stinks like diesel?
3      MR. DOYLE:  Yeah, and the water's up.  I mean, it's
4  higher than it's been before, so we're just pumping it.
5      MR. LEWAN:  How high up was the water?
6      MR. DOYLE:  I think it (indiscernible) like 18, it's
7  probably more than two feet, and I think at that point in the
8  walkway running alongside of the engine, you could see that
9  there was water below that where I hadn't ever seen that
10 before.  So let him know -- or we, you know, pumped it down
11 and let Mark know when we went up because he was on, and he
12 said okay.
13     MR. LEWAN:  That's when you went all -- you went back up
14 and you saw that.
15     MR. DOYLE:  Yeah.  Went back up, and then Dave and I went
16 back down to the galley and talked about a half hour.
17     MR. LEWAN:  What did you talk about?
18     MR. DOYLE:  Dave, in particular, saying that he wished
19 he'd never come out there.  He was obviously miserable.  He
20 was kind of hunched over the -- hunched over the other side,
21 the starboard side, and I was on the other side.
22     MR. LEWAN:  Was he throwing up?
23     MR. DOYLE:  No, but he was still (indiscernible) --
24     MR. LEWAN:  So he was hunched over.  What do you mean by
25 hunched over, like this?

115

1      MR. DOYLE:  He was either, you know, grabbing support
2  like this, and I was on the other side doing the same.  And
3  he -- you know, he (indiscernible) scoots down as much as he
4  could like this, you know.
5      MR. LEWAN:  Uh-huh (affirmative).
6      MR. DOYLE:  Because when you're getting tired, your body
7  gets very tired fighting it, let alone being sick.
8      MR. LEWAN:  So he said to you, I wish I'd never come out
9  here.
10     MR. DOYLE:  Yeah, I wish I'd never come out.
11     MR. LEWAN:  And what did you say?
12     MR. DOYLE:  Well, wasn't much I could, really, except,
13 you know, at least we're heading back in and, you know, you've
14 seen shitty weather like this before, so have I but on a
15 bigger boat.  And he said, yeah, it doesn't make sense to be
16 out here in this shit, I'll never do it again.
17     MR. LEWAN:  Okay.  And then what did you say?
18     MR. DOYLE:  Well, I do remember at that point, too, I
19 don't know, maybe a little inkling or something, but just, you
20 know, it's kind of like an inkling that it's definitely shitty
21 out there, and we're a long ways out, you know, not thinking,
22 God, if I had to get off this thing.  I wasn't started to get
23 scared, but it was definitely rougher than I wanted it to be.
24     MR. LEWAN:  Uh-huh (affirmative).
25     MR. DOYLE:  But Gig didn't seem overly concerned.

116

1      MR. LEWAN:  Gig came down in the room, the galley?
2      MR. DOYLE:  No, he stayed right up there.
3      MR. LEWAN:  He was (indiscernible).
4      MR. DOYLE:  Yeah.  And, like I said, he was at that point
5  maybe two knots and he was jogging it and running it manually,
6  trying to, you know, safer ride, depending on the waves,
7  spotlight was on.  We could see.
8      MR. LEWAN:  What did Gig say to you to make you think
9  that he wasn't that concerned (indiscernible)?
10     MR. DOYLE:  (Indiscernible) he offered me a cigarette,
11 and, you know, I had told him the coffee thing had broke.  And
12 I actually had taken the coffee pot up there because it was
13 more stable there with carpeting up there and brewed it up
14 there, and we just talked for a few minutes.
15     MR. LEWAN:  What did you say?
16     MR. DOYLE:  Just watching him, and he's saying -- you
17 know, you just plug along, and, of course, it will be much
18 better once we get into -- you know, in closer to shore, but
19 how's everything looking down there.  Oh, pretty good.
20 Everything on deck, anything bad?  No.  (Indiscernible) we'd
21 check out while we went back in the bait shed for the quick
22 (indiscernible).
23     MR. LEWAN:  You said pretty good, you told him things
24 were pretty good?
25     MR. DOYLE:  Yeah, I mean, there was nothing disastrous.

117

1  All the lights were still on, and Dave's getting hammered,
2  but, you know, he knew that.
3      MR. LEWAN:  You mean Dave was getting sick or
4  (indiscernible)?
5      MR. DOYLE:  You know, he -- his body -- his capacity to
6  fight the waves were getting, you know, worse.
7      MR. LEWAN:  Oh, right, he's getting --
8      MR. DOYLE:  You know, we aren't doing anything but just
9  sitting.  I mean, if we wanted, we could've (indiscernible)
10 the condition of the sea is at that point where you're
11 probably more hyper and in tune, you know, getting anxious.
12     MR. LEWAN:  Uh-huh (affirmative).  So then how did you
13 leave Gig?  I mean, when he's steering?  What did you say --
14 the last thing you said (indiscernible) there?
15     MR. DOYLE:  Just that I was going to -- Dave's gone to
16 bed, he went to wake up Mike, and I didn't see Mike
17 (indiscernible) Dave and I had, you know, checked and pumped
18 it out, and that was 6:00.  And then Mike and I went out at --
19     MR. LEWAN:  Well, hold on a second.  Now, you had gone up
20 to see Gig before five o'clock.  You were --
21     MR. DOYLE:  No.
22     MR. LEWAN:  You were (indiscernible).
23     MR. DOYLE:  Oh, initially, yeah.
24     MR. LEWAN:  Yeah, initially, yeah.
25     MR. DOYLE:  Yeah.

03910

Interview of Bob Doyle

118

1    MR. LEWAN:  You went up there (indiscernible) he was
2  saying, you know, how are things, and you just plug along,
3  dah-dah-dah.  Then you went downstairs to the galley, and Dave
4  was there, and then you had the conversation with Dave about
5  it.
6  00:39:23
7    MR. DOYLE:  Yeah.
8    MR. LEWAN:  Right.
9    MR. DOYLE:  5:30, 6:00.
10   MR. LEWAN:  Okay.  And then you had this little inkling
11 strike you:  It's definitely (indiscernible) crappy out there.
12   MR. DOYLE:  Definitely -- yeah, and I was looking at
13 Dave, and shit's crashing around, I mean, not stuff falling
14 out, but, you know, stuff sliding, but, I mean --
15   MR. LEWAN:  What's sliding around?
16   MR. DOYLE:  I think the bread and the -- I think we still
17 had some condiments up there.  We had that whatever, that no-
18 slip material, it was just like a mesh there, but stuff was
19 tumbling and we were picking it up, and it's moving
20 (indiscernible) --
21   MR. LEWAN:  What -- but what stuff is tumbling?  What's
22 moving around?
23   MR. DOYLE:  Just the condiments.
24   MR. LEWAN:  Condiments, bread?
25   MR. DOYLE:  Ketchup bottle, bread.

119

1    MR. LEWAN:  Ketchup bottle.
2    MR. DOYLE:  Yeah.  Books, I think a (indiscernible) can
3  was moving around, (indiscernible), coffee cups.  There
4  (indiscernible) sloshing around.
5    MR. LEWAN:  Coffee cups moving around.
6    MR. DOYLE:  It (indiscernible) in the cupboard.
7  Mostly had paper plates and trash was moving around on the
8  deck.  There was water on the deck because there was a gap on
9  both doors, maybe a quarter-inch, half-inch.  There was
10 water -- there was at least an inch of water in there.
11 00:40:41
12   MR. LEWAN:  On the front deck?
13   MR. DOYLE:  No, in the galley.
14   MR. LEWAN:  There was an inch of water in the galley
15 floor?
16   MR. DOYLE:  An inch of water in the galley floor, and it
17 wasn't from below or anything else.  It was just coming in,
18 you know.  The -- a wave would (indiscernible) in the port
19 side, and you'd see like, I don't know, four or five
20 (indiscernible) come in under the (indiscernible), and you
21 couldn't really mop it up.  I mean, it wasn't at the stage
22 where it was moppable, but we didn't have a mop that I know
23 of.
24   MR. LEWAN:  Where did the water run in the kitchen?  Did
25 it run back into the --

120

1    MR. DOYLE:  Washed back --
2    MR. LEWAN:  Back into the bedroom.
3    MR. DOYLE:  Nope, it stayed in the galley.
4    MR. LEWAN:  Stayed in the galley, just sloshed back and
5  forth.
6    MR. DOYLE:  Yeah, (indiscernible) get to the bedroom
7  area.
8    MR. LEWAN:  Okay.  Anything else moving around in the
9  kitchen?
10   MR. DOYLE:  Like I said, the books.
11   MR. LEWAN:  Books, yeah.
12   MR. DOYLE:  Yeah.  And I was keeping an eye out for the
13 TV, to know that was fairly secure.
14   MR. LEWAN:  You were watching the TV, okay.
15   MR. DOYLE:  No, nothing.  There was nothing on, it
16 just --
17   MR. LEWAN:  No, but watching to make sure it didn't fall.
18   MR. DOYLE:  Yep.
19   MR. LEWAN:  Okay.
20   MR. DOYLE:  Pots and pans inside the stove clunking
21 around.  So you got all this pandemonium outside, a reaction
22 inside, you're tired, you're nervous, Dave's sick, he's wiping
23 his glasses a lot.  So he's saying, like I said, don't want to
24 be here, I don't think I'll ever do this again.
25   MR. LEWAN:  Uh-huh (affirmative).  What did you say to

121

1  that?
2    MR. DOYLE:  Just, you know, that's good we'll be in, you
3  know?
4    MR. LEWAN:  And then did he leave or did you leave?
5    MR. DOYLE:  Then he went to wake up Mike, and I stayed in
6  there.  It was 6:00, I guess, about -- I went up -- and I
7  (indiscernible) made coffee with Gig, talked to him for a
8  minute, went down and didn't see Mike, so I went back and
9  (indiscernible).
10   MR. LEWAN:  What did you say to Gig when you went up to
11 talk to him?
12   MR. DOYLE:  Oh, just really shitty weather, and I think
13 he said, you know, I've been in worse in smaller boats, and we
14 just got to ride it slow, you know, even if it took, you know,
15 a day to get back in where it would normally be half a day,
16 we'd just ride into it and weather it out (indiscernible).
17   MR. LEWAN:  And did that make you feel any better?
18   MR. DOYLE:  I didn't feel bad to begin with, but, you
19 know, I'd gone in -- like I said, on bigger boats, the same
20 reaction, just --
21   MR. LEWAN:  All right.  So you're resigned to it now,
22 right?
23   MR. DOYLE:  Yeah, where (indiscernible) go.
24   MR. LEWAN:  All right.
25   MR. DOYLE:  It's a painstakingly slow process of getting

03911

122

1  to -- getting to safety. You don't feel unsafe, but it's
2  obvious that you're in a boat that's out in the middle of this
3  shit, and we got -- if we didn't have any fish, I think we'd
4  all feel a lot worse, you know, but --
5      MR. LEWAN: Yeah. Mark was sleeping at that time?
6      MR. DOYLE: He was in bed. I don't know if he was
7  sleeping, but he didn't wake up when I went up, you know,
8  talking with Gig, he's probably listening to us, but he was
9  getting his rest.
10     MR. LEWAN: Okay. What did it look like inside the
11 wheelhouse at that point?
12     MR. DOYLE: Well, Gig was -- I think he was standing
13 instead of sitting down, which he could be, standing, you
14 know, wedged in as best he could be. I was sitting on the
15 floor next to the coffee pot.
16     MR. LEWAN: You sat on the floor.
17     MR. DOYLE: Uh-huh (affirmative). No sense in being
18 launched into him, you know?
19     MR. LEWAN: There was a coffee pot there on the floor,
20 and that's where you broke the coffee pot?
21     MR. DOYLE: No, I broke it down below.
22     MR. LEWAN: Oh, okay. And how did that happen
23 (indiscernible)?
24     MR. DOYLE: It just came off, and I had it in my hand.
25 The machine itself came off when I was pulling it out, and I

123

1  overreacted and it came out of my hand.
2      MR. LEWAN: So in other words, you talked to Gig, then
3  you went downstairs to make some more coffee on a different
4  coffee pot.
5      MR. DOYLE: No, brought the machine up with a -- I think
6  it was just a -- like a coffee can, that size, (indiscernible)
7  smaller coffee can.
8      MR. LEWAN: And you brought it up to Gig?
9      MR. DOYLE: Brought the pot up there with the water and
10 made the coffee up there.
11     MR. LEWAN: Up in the wheelhouse.
12     MR. DOYLE: Yeah.
13     MR. LEWAN: Okay.
14     MR. DOYLE: More the smell of it, because he -- he drank
15 a lot of coffee, and I needed it more than we did.
16     MR. LEWAN: Yeah, right.
17     MR. DOYLE: And I'm probably sure Mark would've had some
18 at that point, too. Mark chews, he did chew.
19     MR. LEWAN: And that's tobacco, right?
20     MR. DOYLE: Yeah. I think, as I recall, it wasn't a lot.
21     MR. LEWAN: What brand did he chew?
22     MR. DOYLE: I think it was Copenhagen.
23     MR. LEWAN: Okay.
24 00:45:48
25     MR. DOYLE: And that, I think, was mainly on deck, you

124

1  know, for probably the nicotine. I don't know if you've ever
2  chewed, but it's a rush, gets you going.
3      MR. LEWAN: No, I've never -- well, I've never smoked
4  (indiscernible), but I've heard that and read about it.
5      MR. DOYLE: Plus the tobacco juice -- well, not for that,
6  but if you get jellyfish and stuff, which sometimes do get
7  stuck on the line, and it splatters in your face, and that
8  counteracts their --
9      MR. LEWAN: So would Mark be working on the decks and
10 stuff and gaffing with a wad of chew in his cheek or --
11     MR. DOYLE: Yeah.
12     MR. LEWAN: Yeah, okay.
13     MR. DOYLE: As I recall.
14     MR. LEWAN: Right. So you go up there, you bring the
15 coffee pot up, and you're talking to Gig.
16     MR. DOYLE: Uh-huh (affirmative).
17     MR. LEWAN: And what -- again, what's going on? What's
18 he saying?
19     MR. DOYLE: Oh, just, you know, it's --
20     MR. LEWAN: Pretty shitty, but we have to putter
21 (indiscernible) --
22     MR. DOYLE: Yeah, yeah.
23     MR. LEWAN: -- slow, ride it out.
24     MR. DOYLE: Nothing to do but take -- take our time and
25 get in there.

125

1      MR. LEWAN: Okay. Anything else?
2      MR. DOYLE: Just keep an eye out and don't go out alone,
3  nobody go out alone, and let me know when you leave and when
4  you come back.
5      MR. LEWAN: Nobody go out alone on the -- on the deck,
6  right?
7      MR. DOYLE: Obviously there's no reason to go out.
8      MR. LEWAN: Right.
9      MR. DOYLE: And then to check the bilges every half-hour
10 at that point.
11     MR. LEWAN: Yeah, okay. And then you took the coffee pot
12 and everything. He had how many cups of coffee, do you think?
13     MR. DOYLE: Two. I left it tied up there. I think I
14 brought Mike down one to get him started.
15     MR. LEWAN: Is that -- is that the glass jar --
16     MR. DOYLE: No.
17     MR. LEWAN: Not the maker.
18     MR. DOYLE: In a cup.
19     MR. LEWAN: Yeah.
20     MR. DOYLE: The maker's up there on the floor. I had it
21 wedged into some place on the carpet.
22     MR. LEWAN: Okay.
23     MR. DOYLE: And it's just got a coffee can with the
24 coffee in it. I remember taking a cup -- I don't know, Mike
25 had his own cup, but it was in the galley somewhere, and

03912

126

1 (indiscernible) pour some for Mike. I think he had it
2 black --
3     MR. LEWAN: And --
4     MR. DOYLE: -- with sugar (indiscernible) Mike, and at
5 that point he was getting dressed, about 6:15.
6     MR. LEWAN: What did you say to him?
7 00:48:03
8     MR. DOYLE: I don't remember. You know, it's shitty out,
9 which is obvious, but, you know, (indiscernible), I'm sure he
10 said. And I -- Gig had given me a couple cigarettes, so I
11 gave him one.
12     MR. LEWAN: You gave him a cigarette, and then what did
13 he do?
14     MR. DOYLE: Handed him the coffee, and he drank it and he
15 was dressing, (indiscernible) in the galley, got dressed up,
16 about 6:30 at this point. Then I went up and told Gig we were
17 going to go out and --
18     MR. LEWAN: Now, when you walked in before, you were
19 bringing coffee down from Gig, and you stopped in the galley,
20 that's when you dropped the -- no.
21     MR. DOYLE: No, even before I went up.
22     MR. LEWAN: Before you went up to Gig with the coffee,
23 that's when you dropped it?
24     MR. DOYLE: Yeah. He asked for some coffee, and I was
25 making more coffee, and the machine moved, and I had already

127

1 grabbed the carafe and had dropped it trying to grab the
2 coffee maker.
3     MR. LEWAN: Okay. Oh, I got you. So is there -- did you
4 pick up the glass on the floor, or did you decide --
5     MR. DOYLE: No, it was sloshing around in the water, so I
6 picked up, you know, the broken biggest parts I could find,
7 and, of course, the rubbish is -- there was a big plastic bag,
8 that some of that had come out, and that was floating around
9 in the water, too. Mike's basically saying what a fucking
10 mess this is, be glad when we get in, which is on everybody's
11 mind.
12     MR. LEWAN: Okay. So now it's 6:15, and you give him --
13 you give him a cigarette, coffee, here, what a fucking mess
14 this is, and then what?
15     MR. DOYLE: Then I went up and told Gig we were heading
16 out to do the 6:30 and we're going down the starboard side
17 (indiscernible).
18     MR. LEWAN: And you and Mike -- then you came back down
19 and went (indiscernible) and --
20     MR. DOYLE: No, Mike was already in the galley.
21     MR. LEWAN: But then you got him coffee.
22     MR. DOYLE: Probably making another one, I don't
23 remember, having a cigarette, getting bundled up.
24     MR. LEWAN: Uh-huh (affirmative).
25     MR. DOYLE: I mean, bundled up.

128

1     MR. LEWAN: And then?
2     MR. DOYLE: Timing the waves. Couldn't see them here,
3 and then we'd crack the door open because it opened looking
4 aft, but we're just kind of, okay, let's go, and then go out
5 and close the door and make sure it's set. There was a latch
6 on the outside, too, now that I recall, latched that and scoot
7 down in the bait shed, do a quick eyeball there.
8     MR. LEWAN: Down the starboard side.
9     MR. DOYLE: Yeah.
10     MR. LEWAN: To the bait shed.
11     MR. DOYLE: Yeah.
12     MR. LEWAN: Quick check there, right?
13     MR. DOYLE: Uh-huh (affirmative).
14     MR. LEWAN: What was happening there?
15     MR. DOYLE: It was getting slammed around. Everything
16 was -- some of them had jumbled around, but they weren't going
17 anywhere, I mean, unless we flipped over, you know.
18 00:50:54
19     MR. LEWAN: How bad was it on the rocking and stuff? I
20 mean --
21     MR. DOYLE: Very bad, 40, 50 degrees sometimes. I mean,
22 you're all the way like over like this and over like this, and
23 then, of course, you're going into the waves, so you're doing
24 a lot of this, too, and slamming down. And you want to have
25 two handholds, definitely.

129

1     MR. LEWAN: Okay. Then you both go down into the -- down
2 the hatch, right?
3     MR. DOYLE: (No audible response)
4     MR. LEWAN: Did you hit yourself when you went down, or
5 how easy was that? That's an art.
6     MR. DOYLE: Yeah. I was just looking down there and
7 seeing the water.
8     MR. LEWAN: How many steps down did you get before you
9 saw the water?
10     MR. DOYLE: Maybe one. Like, oh fuck. We both went down
11 to the -- the bottom step was covered.
12     MR. LEWAN: The bottom step was covered with water.
13     MR. DOYLE: Yeah. And, of course, it's sloshing around.
14     MR. LEWAN: What did you hear? Were the pumps out?
15     MR. DOYLE: The engine was running, but the water was
16 like at the base of the batteries, which would be about level
17 with the first step. There was like two steps of batteries
18 that, you know, a tray -- a welded tray and then another
19 welded tray on top.
20     MR. LEWAN: Okay. And then?
21     MR. DOYLE: Fuck, go get -- go get the skipper and let
22 him know.
23     MR. LEWAN: Is that what you said to him?
24     MR. DOYLE: And I said tell him to hit the EPIRB.
25     MR. LEWAN: Tell him to hit the EPIRB. All right. And

Interview of Bob Doyle

130

1  was that where -- was this the first time that you were
2  afraid? Was there fear there?
3      MR. DOYLE: Yeah.
4      MR. LEWAN: How did it feel going through you?
5      MR. DOYLE: Instant oh fuck, this is fucked up, this --
6      MR. LEWAN: Yeah. And then you told him go get the
7  skipper and then he (indiscernible).
8      MR. DOYLE: Yeah, he's smart. If I was smarter, really,
9  I would've gone in with him to, you know, make sure he got
10  there, but we said, oh, fuck, basically, himself and just went
11  running. And it wasn't (indiscernible) you know, get Dave up
12  because he's got to go through anyway, get Dave up, and --
13      MR. LEWAN: So he along the starboard and you stayed
14  there.
15      MR. DOYLE: Down in there.
16      MR. LEWAN: You went down, further down. And what
17  happened, what did you do?
18      MR. DOYLE: Well, I was just looking at it and saying --
19  I think there was a bait bucket down there that they used for
20  oil or whatever, and just, you know, saying, oh, what can we
21  do, what can we do, basically, you know, just oh fuck, what
22  can you do, I don't know, what do I do? And then a couple
23  minutes later Mark was there just in longjohns and boots,
24  looking down, and just like holy shit.
25      MR. LEWAN: (Indiscernible) said oh shit.

131

1      MR. DOYLE: And then Dave showed up in his jacket, and he
2  had sweat pants, boots.
3      MR. LEWAN: And what did he say?
4      MR. DOYLE: Dave? Not much. At that point, it was Mike
5  and I down the ladder. When Mark sent Gig back up -- or when
6  Mark went up to do whatever he was doing, Mayday or EPIRB or
7  something --
8      MR. LEWAN: So what did Mark say? Did Mark say right
9  then and there get your suits on? What was -- no, he didn't
10  do that?
11      MR. DOYLE: No.
12      MR. LEWAN: Then what happened?
13      MR. DOYLE: He said start bailing.
14      MR. LEWAN: Start bailing.
15      MR. DOYLE: And Gig came down, and the four of us took
16  turns being in the -- standing in the water, and all --
17      MR. LEWAN: Who stood in the water first, you?
18      MR. DOYLE: I think I was because I was still there, not
19  10 minutes (indiscernible) had two buckets at that point.
20      MR. LEWAN: You handed -- okay, two buckets.
21      MR. DOYLE: Two or three.
22      MR. LEWAN: You handed a bucket to whom?
23      MR. DOYLE: To Mike or Gig or Dave.
24      MR. LEWAN: And then Mike passed it to Gig.
25      MR. DOYLE: Yeah, and just throw it out on deck, you

132

1  know. They're heavy (indiscernible) and they're stooping over
2  and getting slammed and --
3      MR. LEWAN: Was water coming through the (indiscernible)?
4      MR. DOYLE: Nope. No, just sloshing around and --
5      MR. LEWAN: How high up was it on you?
6      MR. DOYLE: First step.
7      MR. LEWAN: First step, so about up to your -- just below
8  your knees?
9      MR. DOYLE: No, about -- his first step, so you're on the
10  first step, it's here. You get down off the first step, it's
11  probably up to here on the boots, and the boots are up to --
12      MR. LEWAN: Just below the knees.
13      MR. DOYLE: Just below, yeah, two or three inches
14  (indiscernible) the boot.
15  00:56:04
16      MR. LEWAN: Okay. So you've got (indiscernible) down,
17  you give it to Mike --
18      MR. DOYLE: Mike or Gig or --
19      MR. LEWAN: -- and Mike gives it to Gig --
20      MR. DOYLE: -- (indiscernible) because he's standing up.
21  Whoever is on the stairs is kind of wedged in, and then the
22  next person (indiscernible) and just kind of handing to him,
23  and then they bring it down, do it again, up, (indiscernible).
24      MR. LEWAN: It's the three of you, then, it's the three
25  of you doing it.

133

1      MR. DOYLE: Yeah. And then the fourth person was up on
2  deck just throwing it, emptying it, throwing back down, so you
3  got one being emptied and one being filled (indiscernible).
4  And then (indiscernible) later into that switching around
5  (indiscernible) maybe five, ten minutes at a time.
6      MR. LEWAN: Did you get tired?
7      MR. DOYLE: Yeah. That's why we switched.
8      MR. LEWAN: Your arms -- how did your arms feel doing
9  that?
10      MR. DOYLE: Very sore. And your back more, because
11  you're trying (indiscernible) ledge, but you're getting, you
12  know, like some pushing all the time. I mean, at this point
13  you're moving up the steps because just obviously more water.
14  And we had tried looking at the pump. You know, Mike had
15  looked at that and came back down and Gig too, and Mark, and
16  there was no way to pump -- because it was, you know, half
17  (indiscernible) and the casing was -- you know, engine casing,
18  it would've just cracked, probably, if it had even started.
19      MR. LEWAN: Uh-huh (affirmative). So your arms are
20  getting -- your arms are burning, and then after a while
21  they're getting sore. Your (indiscernible) -- it's cold
22  water, right?
23      MR. DOYLE: This is all happening within the space of
24  probably 10, 15 minutes.
25      MR. LEWAN: Uh-huh (affirmative).

03914

134

1    MR. DOYLE: You know, quick, let me get down there, you
2    guys move up, move up.
3        MR. LEWAN: Right.
4        MR. DOYLE: At that point when I was at the top
5    throwing --
6        MR. LEWAN: Who was down in the bottom?
7        MR. DOYLE: Gig.
8        MR. LEWAN: Gig.
9        MR. DOYLE: And then Mike and then Dave, I think, because
10    Gig was yelling at Dave at that point because he was
11    (indiscernible) sicker, you know, probably (indiscernible)
12    touchy. He's tired, you know. He had just got to bed, and I
13    mean --
14        MR. LEWAN: What was Gig yelling at him?
15        MR. DOYLE: You know, come on, man, you know, fucking
16    snap out of it.
17    (End of CD Bob Doyle 5 - Part 1 of 2 [Tape 5 Side A])
18    00:58:38
19    (CD Bob Doyle 5 - Part 2 of 2 [Tape 5 Side B])
20        MR. DOYLE: -- I heard him say that he -- he came down
21    and said that he couldn't reach anybody, but he had one EPIRB
22    set off, and how long did I think it would take for the Coast
23    Guard to get here with a pump. I said I don't know how far
24    Sitka is to us, you know, it'd probably be a couple hours, you
25    know, an hour probably. Because that was his thought, if we

135

1    had a pump, you know, we can pump it out, an immersible pump.
2    And I don't know, it probably would've, depending on what
3    actually caused the flooding.
4        MR. LEWAN: Uh-huh (affirmative).
5        MR. DOYLE: Because then they would've -- I don't think
6    they could've set anybody down, but maybe somebody, a rescue
7    swimmer next to the boat or something that could've
8    (indiscernible), but I don't think they would've done that.
9        MR. LEWAN: Uh-huh (affirmative).
10        MR. DOYLE: They'd have probably tried to get us a pump.
11        MR. LEWAN: Uh-huh (affirmative).
12        MR. DOYLE: You know, (indiscernible).
13        MR. LEWAN: He was talking to you, and you were standing
14    out on the back of the boat on the deck then?
15        MR. DOYLE: Throwing water out.
16        MR. LEWAN: Did he have to yell at you to be able to
17    hear?
18        MR. DOYLE: No. The engines were still running, but, of
19    course, the wind streaking and we're all yelling down below,
20    come on, come on, let's go. And I'm being (indiscernible) it
21    doesn't look like it's that bad, (indiscernible) bad. They're
22    making progress. But you couldn't really tell, you know,
23    because it's sloshing, and (indiscernible) but you know you're
24    taking water out of there, so kind of keep the spirits up.
25        MR. LEWAN: Right. Okay. And then what happened?

136

1        MR. DOYLE: Well, then -- you know, then he said
2    everybody out, get your -- get your survival suits on, and
3    then we all did that quickly.
4        MR. LEWAN: What -- yeah, tell me about that. Where did
5    you -- how did you do that? Where did you go?
6        MR. DOYLE: I just ran right into the bedroom
7    (indiscernible), so I pulled them out, and he said make sure
8    you bring them out, you know, don't (indiscernible) on the
9    inside, so everybody get in the bait shed. So we were taking
10    our stuff off there. Mike took (indiscernible) off, I took
11    mine off, and we got them on and, you know, check your zippers
12    and stuff, and then Dave had a problem getting his up because
13    he never (indiscernible) it, but he got it up. You know, I
14    helped him zip it all the way up, and we went back in and
15    started bailing again. And, of course, then it was a little
16    better. I think Gig and Mark went in at that point to the
17    forward part and tried to see where the flooding, see if they
18    could feel it gushing on it or something, because water was
19    coming in for whatever reason.
20        MR. LEWAN: Uh-huh (affirmative). Yeah. Okay.
21        MR. DOYLE: And then it was just getting too much down
22    there. He said forget it, get out of here.
23        MR. LEWAN: Who said that?
24        MR. DOYLE: Mark.
25        MR. LEWAN: He said forget it, let's get out of here?

137

1        MR. DOYLE: Yeah.
2        MR. LEWAN: What did he look like at that point?
3        MR. DOYLE: Had his glasses on, I think, distraught
4    (indiscernible) yet.
5        MR. LEWAN: Were the glasses wet, I guess?
6        MR. DOYLE: Yeah, and then (indiscernible) all over it.
7    (Indiscernible) on the forward boat deck.
8        MR. LEWAN: Uh-huh (affirmative).
9        MR. DOYLE: And at this point, the engine stopped
10    running.
11        MR. LEWAN: It had stopped running.
12        MR. DOYLE: But the lights were still on, and the
13    batteries were covered (indiscernible) or any of that. They
14    weren't covered-covered, but the water was up to here on me if
15    we were standing down (indiscernible).
16        MR. LEWAN: Up to your chest.
17        MR. DOYLE: From waist to chest, yeah.
18        MR. LEWAN: Okay.
19    00:03:41
20        MR. DOYLE: When we went to the forward deck,
21    (indiscernible) has got line, said, let's, you know, tie
22    ourselves together (indiscernible), and I said let's get some
23    buoy balls, and I crawled up on the wheelhouse, got two of the
24    buoy balls down and tied those to --
25        MR. LEWAN: What was going on around you as you crawled

03915

138

1  up there?  What did --
2      MR. DOYLE:  (Indiscernible), the boat's going down.
3      MR. LEWAN:  How (indiscernible) the wind and the waves,
4  could you see anything out there?  Could you see the waves?
5  What could you see?
6      MR. DOYLE:  One spotlight still on and --
7      MR. LEWAN:  A spotlight was on.
8      MR. DOYLE:  -- and the lights on the -- (indiscernible)
9  we had no steerage (indiscernible) at that time, so we were in
10  the trough, and doing a lot more of the throwing back and
11  forth, and we're getting pushed more to the starboard side.
12      MR. LEWAN:  And the waves below, what was it looking like
13  below?
14      MR. DOYLE:  (Indiscernible) below.  Or once I was up
15  there?
16      MR. LEWAN:  Yeah, yeah.
17      MR. DOYLE:  We were listing to starboard at that time,
18  and (indiscernible) a slanted deck, obviously, up there, but
19  pulling down the buoy balls, untying them and pulling them
20  down.
21      MR. LEWAN:  Where were the buoy balls attached to?
22      MR. DOYLE:  Up on the wheelhouse, (indiscernible) a
23  railing about up maybe this high on you (indiscernible) --
24      MR. LEWAN:  Outside of the wheelhouse, (indiscernible),
25  outside (indiscernible) that side of it.

139

1      MR. DOYLE:  On the starboard side of the wheelhouse.
2      MR. LEWAN:  Okay.
3      MR. DOYLE:  Well, here's -- here's the wheelhouse, and
4  then there's the railing --
5      MR. LEWAN:  Yeah.
6      MR. DOYLE:  -- on both sides, but --
7      MR. LEWAN:  And a little --
8      MR. DOYLE:  -- they were all on this side.
9      MR. LEWAN:  -- and a little walkway there.
10      MR. DOYLE:  Yep.
11      MR. LEWAN:  And they were there, okay.
12      MR. DOYLE:  Uh-huh (affirmative).  So I climbed up this
13  ladder (indiscernible), get these off.  It's very windy,
14  and --
15      MR. LEWAN:  Did you look -- did you look out at the ocean
16  or not, or did you (indiscernible)?
17      MR. DOYLE:  (Indiscernible) probably just beat it, it was
18  screaming.
19      MR. LEWAN:  All right.
20      MR. DOYLE:  Waves slapping, smashing into each other.
21  (Indiscernible) the wheelhouse (indiscernible) for me getting
22  those down.
23  00:05:46
24      MR. LEWAN:  You had your gloves on, or you had bare hands
25  at that point?

140

1      MR. DOYLE:  Oh, no, (indiscernible) suit gloves
2      MR. LEWAN:  Okay.
3      MR. DOYLE:  I don't think they had fingers.  I think it
4  was a mitt (indiscernible).
5      MR. LEWAN:  Oh, right, right.  You're doing that with a
6  Gumby (indiscernible).
7      MR. DOYLE:  Gumby gloves, yeah.
8      MR. LEWAN:  So what goes on in your head right now while
9  you're untying these things?
10      MR. DOYLE:  Just be smart, you know, don't lose --
11  (indiscernible) to lose, freak out, I didn't want to freak
12  out, but obviously anxious, just wanted to make sure I didn't
13  break my leg, I remember thinking that.  I didn't want -- when
14  I was pitching, you know, and hanging over a couple times like
15  that, I didn't want to fall over and break something or end up
16  in the water alone.  Never even thought once about a raft.
17      MR. LEWAN:  No.  Okay.
18      MR. DOYLE:  I didn't.  I don't know why.
19      MR. LEWAN:  All right.  Anything else you're thinking?
20      MR. DOYLE:  (Indiscernible) the Coast Guard.  I -- I
21  wasn't sure if they'd come.  I knew that if he had set the
22  EPIRB off at that point when we were heading up to the deck,
23  he had the handheld on, and that one was (indiscernible)
24  because the strobe was going off, so I knew they'd been
25  contacted earlier, plus this one.  I said, please do -- you

141

1  know, do the other one so they know that it's not a false --
2      MR. LEWAN:  False alarm.
3      MR. DOYLE:  Obviously, it probably wouldn't be out there,
4  but I've heard of people doing that and the Coast Guard -- it
5  happens enough times, obviously, if they get an GPS reading of
6  (indiscernible) harbor, you know it's fucked up.
7      MR. LEWAN:  And Mark has the handheld one and he's
8  (indiscernible) foredeck.
9      MR. DOYLE:  Yes.
10      MR. LEWAN:  And you've seen it's throwing out a strobe
11  light.
12      MR. DOYLE:  Yep.  And --
13      MR. LEWAN:  And everyone's standing out there and they
14  have this rope and they're starting to tie it around
15  themselves, and you're up there getting the buoy balls.
16      MR. DOYLE:  Yep.
17      MR. LEWAN:  Okay.
18      MR. DOYLE:  I come down, Mike --
19      MR. LEWAN:  How many did you bring down?
20      MR. DOYLE:  Two.
21      MR. LEWAN:  Okay.
22      MR. DOYLE:  Two or three.  I think it was at least two.
23      MR. LEWAN:  Okay.
24      MR. DOYLE:  And looking on deck, Mike keeps falling into
25  the forward hatch, the hatch had come loose, and the -- I

03916

142

1  remember his leg being inside and, you know, he just fell into
2  it, and he was hurt, you know. We pulled him out of there.
3      MR. LEWAN: He fell into the forward hatch.
4      MR. DOYLE: Just his leg.
5      MR. LEWAN: How did the forward hatch come open?
6      MR. DOYLE: It was just -- he didn't see it. It probably
7  dislodged, and when he stepped on it --
8      MR. LEWAN: But how did the hatch open up?
9      MR. DOYLE: It opened up, it lifted up. It came
10 (indiscernible), it was just a drop-in --
11     MR. LEWAN: Okay.
12     MR. DOYLE: -- like a lid, if you will.
13     MR. LEWAN: Okay. And he's -- his leg fell in there,
14 and --
15     MR. DOYLE: Yeah, I think it was just off, because it was
16 still there, I could see it. You know, he was laying on part
17 of that, but it -- like, he was laying like, you know, oh, you
18 know? (Indiscernible). But I remember looking, and the boat
19 is tilting at this point, and the light's on, and, of course,
20 there's spray everywhere. We're in the trough, we're settling
21 more to starboard, and Mark, Gig --
22     MR. DOYLE: Mark's on the left.
23     MR. DOYLE: Yeah, Mark, Gig, Mike, Dave, and Dave's tying
24 one of the buoy lines under his chest, and then I got in and I
25 tied myself in, too. Mark had the buoy ball off on his side,

143

1  and I had the EPIRB, the other EPIRB.
2      MR. LEWAN: You had the other EPIRB.
3      MR. DOYLE: Well --
4      MR. LEWAN: You grabbed it at that moment.
5      MR. DOYLE: Yep. It was given to me, and the lanyard,
6  Dave tied, I think, in between us.
7      MR. LEWAN: But how did you get the EPIRB?
8      MR. DOYLE: I don't know who gave it to me.
9      MR. LEWAN: Okay.
10 00:09:45
11     MR. DOYLE: Not the handheld one, the other -- other one.
12 So Dave, I remember, tying that off between us.
13     MR. LEWAN: So here you are, you had just tied this thing
14 down, you went down -- you untied these balls, you went down,
15 someone handed you the EPIRB.
16     MR. DOYLE: Uh-huh (affirmative).
17     MR. LEWAN: (Indiscernible) EPIRB?
18     MR. DOYLE: Probably Gig or David. Mark had the
19 handheld, and I had the (indiscernible) one.
20     MR. LEWAN: Okay. And what are you guys saying out
21 there? What are you guys yelling at each other? What are you
22 saying?
23     MR. DOYLE: Mark's saying basically, all right, we're
24 going to say onboard as long as we can. We don't have any
25 steerage (indiscernible), but, you know, whatever. It had

144

1  been a half-hour or 45 minutes more at that point since the
2  first EPIRB, so they know that we're in trouble, and we got
3  the second one going so they know -- really know we're in
4  trouble, we're just going to stay onboard as long as we can,
5  just stay safe and calm, and if we have to go in the water,
6  we're going off on the port side, but I'll let you know when
7  to jump if we have to.
8      MR. LEWAN: Okay.
9  00:10:49
10     MR. DOYLE: We're all like -- and Mike's, you know, oh
11 shit, oh shit. I remember that, oh shit, what the fuck, oh
12 shit.
13     MR. LEWAN: What does Hanlon say?
14     MR. DOYLE: Nothing.
15     MR. LEWAN: Nada. What did Gig say?
16     MR. DOYLE: Let's just keep it cool, keep it cool.
17     MR. LEWAN: Keep it cool, okay. Okay. And then what
18 happens?
19     MR. DOYLE: I guess it wasn't very long, maybe five, ten
20 minutes, you know, and (indiscernible) asked me, Mark, you
21 know, how long would it -- do you think it would take to get
22 here, and (indiscernible) they know we're in trouble, and
23 probably not too long. I don't think they're going to be able
24 to get us a pump with the deck like this, but at least they
25 know. That was our hope, is that we'd be at least on -- on

145

1  the ship when the boat -- when the helicopter was, you know,
2  around, so they could at least see our predicament, and
3  (indiscernible) telling us their (indiscernible) somewhere.
4  And we didn't have a Comco (ph) or like a handheld or anything
5  to talk (indiscernible).
6      MR. LEWAN: Okay.
7      MR. DOYLE: But I knew they had bullhorns and stuff like
8  that. So (indiscernible) to that, anyway.
9      MR. LEWAN: Right.
10     MR. DOYLE: Probably 15 minutes at most, and it just kept
11 (indiscernible) getting slammed to the side, and it just
12 started lurching more, you know, and --
13     MR. LEWAN: All of you would (indiscernible) -- well, was
14 anyone falling down?
15     MR. DOYLE: Well, we're trying to keep our --
16     MR. LEWAN: Uh-huh (affirmative).
17     MR. DOYLE: Yeah, we're trying to keep -- you know, and
18 it's about like this at this point, and we're kind of hanging
19 on, and Mark says fuck it, get up on the port side. And we're
20 hanging onto the railing, and (indiscernible) said no, let's
21 just get -- get on the other side. So he climbed up over that
22 and just hanging onto it like this, and the deck is probably
23 angled like this, you know, this angle here.
24     MR. LEWAN: A 45-degree angle.
25     MR. DOYLE: Yeah. And he -- he said as soon as it -- you

03917

146

1 know, as soon as I say go, we all have to go together, you
2 know, don't hang on, just don't worry about it, the suits will
3 hold you up. And it just started flipping. You could see the
4 other side of -- the starboard side was going underwater. And
5 at that point, the EPIRB fell out of my hand and went down in
6 the water, and I'm like, fuck, you know. I thought of jumping
7 over and getting it, but I couldn't have got back up if I
8 tried. But it started going (indiscernible) and I said, well,
9 I'll just be able to pull it with the lanyard. And -- and he
10 just said on the count of three, we'll all jump in, and -- and
11 we did. And at that point I felt a (indiscernible) around my
12 wrist, and it just, you know, snapped, it was gone, the line
13 was gone. And we jumped.
14     MR. LEWAN: How did you feel when you were when it was
15 all so happening so fast, or what was going through you? I
16 mean, what are you thinking?
17     MR. DOYLE: It happened fast.
18 00:13:49
19     MR. LEWAN: It happened real fast, and then you jumped.
20 Now, what -- when you're jumping and you're falling, what's
21 going on?
22     MR. DOYLE: Well, we're jumping backwards.
23     MR. LEWAN: You jumped backwards?
24     MR. DOYLE: As I recall.
25     MR. LEWAN: Backwards to -- is the boat behind you or is

147

1 the boat in front of you?
2     MR. DOYLE: No, you're standing on the railing on the
3 outer side of the ship, and there's a railing (indiscernible)
4 like this. So you're standing with your feet on the outside
5 hanging on like this, and then we just -- the boat's starting
6 to flip, so you just go.
7     MR. LEWAN: And you push yourself out and --
8     MR. DOYLE: And backwards.
9     MR. LEWAN: Yeah. Were you afraid at that point of
10 getting slammed into the boat? Did you think about any of
11 that stuff, that a wave could come along and just smack you
12 against it?
13     MR. DOYLE: Well, it was -- they were. I mean, they were
14 washing around us, and, you know, striking us against it, and
15 then just --
16     MR. LEWAN: What's the first thing you felt when you went
17 in the water?
18     MR. DOYLE: Cold.
19     MR. LEWAN: You felt the water and thought it was cold.
20 You closed your eyes.
21     MR. DOYLE: Well, it probably stings, obviously, and you
22 feel it around your -- feel the (indiscernible) compression of
23 it.
24     MR. LEWAN: Okay.
25     MR. DOYLE: And felt it probably more, you know, because

148

1 it's, I don't know, quarter-inch-thick rubber, but it's still
2 cold inside, you know, but you can feel the cold and --
3     MR. LEWAN: And the compression.
4     MR. DOYLE: Yeah, because it (indiscernible) on your
5 body. But then --
6     MR. LEWAN: What did you hear?
7     MR. DOYLE: Underwater, nothing, just blub-blub-blub,
8 like you're underwater.
9     MR. LEWAN: (Indiscernible).
10     MR. DOYLE: Because you're also (indiscernible) muffled.
11 You got your hood there, and --
12     MR. LEWAN: Did you get slammed into the boat?
13     MR. DOYLE: Well, what we tried to do once we came up,
14 because Mark (indiscernible) everybody, you know, and then
15 just (swishing noise), and you could see the hull, and it was
16 definitely black, but you could see the lights still coming up
17 at some point, and the spotlight. And then it just
18 turtled (ph), and it was dark so you could see the dark hull
19 of it. Get away from the boat, get away. We were trying to
20 swim, you know, and it's -- it's pushing on us. We're trying
21 to get, not swim underwater, I don't know, but just get away
22 from the boat, maybe a minute of that, and then blub-blub-
23 blub, it was gone, and it (indiscernible) going down sideways
24 towards -- back towards the boat, and then going underwater
25 and hitting the boat, scrambling up, and there were people

149

1 kicking you and, you know, flailing.
2 00:16:39
3     (Pause)
4     MR. LEWAN: Go ahead, Bob. You want to take a minute?
5     MR. DOYLE: (Indiscernible - crying).
6     MR. LEWAN: Are you sure you're okay? Want to take a
7 couple minutes?
8     MR. DOYLE: (Indiscernible) just a rush. There was a lot
9 of bubbles.
10     MR. LEWAN: Want another tea? I'm (indiscernible).
11     (Tape interruption)
12     MR. LEWAN: (Indiscernible) Thursday, right.
13     MR. DOYLE: Yeah. But if anytime Mark was telling us, it
14 was definitely that last day, you know, like we're almost
15 done, we're almost done, you just shut the fuck up. I
16 remember (indiscernible) we're almost done with this, you
17 know, none of us want to be doing this, shut the fuck up, or,
18 you know, keep it to yourself, I remember him saying.
19     MR. LEWAN: Right.
20     MR. DOYLE: And Mike's (indiscernible).
21     MR. LEWAN: All right. By the way, what time do you have
22 to work?
23 00:18:08
24 (End of CD Bob Doyle 5 - Part 2 of 2 [Tape 5 Side B])
25         END OF INTERVIEW

03918

1    <u>TRANSCRIBER'S CERTIFICATE</u>

2    I, M. GAYLENE LARRECOU, do hereby certify:

3    That the foregoing is a full, true, and correct

4  transcript of a recorded interview of Bob Doyle; that due to

5  the quality of the audio recording/duplication, there are

6  indiscernibles in the transcript that cannot be resolved; that

7  the transcription was performed by me to the best of my

8  knowledge and ability from the audio recording; and that no

9  other certification is expressed or implied.

10

11  _____          4.3-06
    M. GAYLENE LARRECOU                  Date
12  Court Reporter/Transcriber
    Alaska Court System Certified
13  United States Court Approved
    AAERT Certificate 00285
14

15

16

17

18

19

20

21

22

23

24

25

*Gaylene's Word Services*
*(907) 338-3936*

03919

150