INTERVIEW OF MIKE DECAPUA

BY TODD LEWAN

3 Blue-Labeled Tapes: "Mike DeCapua 2000"

Pages 2 through 230

# ORIGINAL

Gaylene's Word Services
M. Gaylene Larrecou
ACS, AAERT, U.S. Court Approved Transcriber
7330 Madelynne Drive
Anchorage, Alaska  99504



EXHIBIT ____
Page ____ of ____

03723

2

1        INTERVIEW OF MIKE DECAPUA
2   (Tape 1 of 3 Blue-labeled tapes, Side A only)
3        (Interview in progress:)
4        MR. DECAPUA: Damn wet dripping mess.
5        MR. LEWAN: So did he win his revolution?
6        MR. DECAPUA: (Indiscernible) want to come in first at
7   the end of the race. I don't want to cause a whole lot of
8   pain and it only be a finish line, you know what I mean? Your
9   job is to make me not hurt. Your job is to make me live for
10  the next hundred years. I'm happy not being here that long,
11  you know, but I'm more unhappy in agony every step of the way,
12  you know what I'm saying? But you're thinking, well, I have
13  to teach this guy how not to smoke, not to drink, not to do
14  all this good stuff we love to do, and if I can't do all that
15  crap, I'd just as soon not be here, you know what I mean? I
16  mean, if I got to do it all without it, I'd just as soon not
17  be here. It doesn't add up to much.
18       MR. LEWAN: Right.
19       MR. DECAPUA: (Indiscernible).
20       MR. LEWAN: I hear you. (Indiscernible) they're about
21  one step up, maybe, from a lawyer.
22       MR. DECAPUA: Yep.
23       MR. LEWAN: Dentists are not far behind.
24       MR. DECAPUA: Man, them guys made a fortune
25  (indiscernible).

3

1        MR. LEWAN: Just picking at people's teeth.
2        MR. DECAPUA: They make a lot of money. And they
3   won't -- I've let dentists (indiscernible) my head a few
4   times, and tell them, look, you know, a lot of times I'm in
5   the state's custody (indiscernible), they'll give me a
6   filling, you know?
7        MR. LEWAN: Yeah.
8        MR. DECAPUA: (Indiscernible) why don't you pull that
9   tooth (indiscernible)? Well, we can save the tooth. You
10  know, well, you can save a tooth, but you can't save the head,
11  you know, and if you just pull it out now, I don't have to get
12  it pulled out later when it abscesses, if I can just get it
13  out of the way now, it's a lot easier. But no, no, no, he --
14  he'll play with it, we'll leave part of the root in there, and
15  then it will abscess later when you're done being in school,
16  and maybe I'll go to your office to get it pulled up, you
17  know?
18       MR. LEWAN: Well, that's kind of like the guy who
19  fixes -- half fixes the old beat up car, because he knows --
20       MR. DECAPUA: Uh-huh (affirmative).
21       MR. LEWAN: -- you're going to be coming back for it.
22  It's like an old four-door and the motor's shot, and
23  (indiscernible) just kind of patch it.
24       MR. DECAPUA: Yeah, I can patch sawdust in there, and
25  that'll make it run for another 500 miles, and then you'll

4

1   come back again, because that made it last (indiscernible).
2        MR. LEWAN: If you weren't a fisherman, what would you
3   be? If you couldn't fish, what would you do?
4        MR. DECAPUA: I'd be (indiscernible) out there.
5        MR. LEWAN: Uh-huh (affirmative).
6        MR. DECAPUA: I'd probably be in a kitchen somewhere, but
7   I'd hate it. That's where I used to work, kitchen, cook. I
8   hate cooking.
9        MR. LEWAN: But you're good at it, though, right?
10       MR. DECAPUA: Yeah, but I hate it. I hate going in and
11  doing it day after day after day. It just drives me nuts.
12       MR. LEWAN: You like doing it when it's for yourself or
13  your family or, you know, like --
14       MR. DECAPUA: Yeah, I don't mind -- I don't mind cooking,
15  but I just -- I -- I did it for a living, so I never did like
16  doing it. It was something I could do and get paid for, so I
17  did it, but (indiscernible) for anything else, you know, so --
18  but I never did like it.
19       Red Lobster was a good company. I liked working for
20  them. They were a fun company to work for.
21       MR. LEWAN: I was going to say what's your -- what's a
22  dish you like to make or what do you -- what are you good --
23       MR. DECAPUA: I like making lasagna best.
24       MR. LEWAN: Lasagna?
25       MR. DECAPUA: Manicotti or lasagna.

5

1        MR. LEWAN: Manicotti, oh, I know what that is.
2        MR. DECAPUA: Breakfast is good.
3        MR. LEWAN: Yeah.
4        MR. DECAPUA: I'm a good breakfast cook.
5        MR. LEWAN: What's your favorite -- do you have a
6   favorite dish or favorite --
7        MR. DECAPUA: No, I don't eat anymore like that. I just
8   eat just like filling up a fuel pump. You know, give me a
9   pint or regular, that's -- you know what I mean? I eat for
10  solid fuel, I don't eat for taste anymore. But once in a
11  great while, you know, I'll -- I'll have money, and I'll
12  figure, well, yeah, I want to go out to eat, and I'm going to
13  do it to, you know, have good food, you know.
14       MR. LEWAN: Right.
15       MR. DECAPUA: But not very often, because --
16       MR. LEWAN: Well, what would you order if you were doing
17  that? What do you like to eat? I mean, you know.
18       MR. DECAPUA: I like breakfast the best.
19       MR. LEWAN: Breakfast.
20       MR. DECAPUA: Yeah. Eggs Benedict served at breakfast, I
21  like that.
22       MR. LEWAN: Yeah. They have a good one here.
23       MR. DECAPUA: Yeah. Oh, yeah, I had that before here.
24  That's good. Omelets are good. There are a lot of -- fruit's
25  real good. I love fruit. I miss Florida, man. We had fruit

6

1 all the time down there.
2    MR. LEWAN:  You were telling me --
3    MR. DECAPUA:  It was easy to live down there, it was
4 nice.
5    MR. LEWAN:  Right, the weather and --
6    MR. DECAPUA:  Oh, man, no heat, no --
7    MR. LEWAN:  Yeah, don't have to worry about that
8 (indiscernible).
9    MR. DECAPUA:  I don't mind bugs.
10    MR. LEWAN:  You were telling me that you were -- when you
11 first went on the road, you were telling me about where you
12 went all those places when you were 14, and then you came
13 back.
14    MR. DECAPUA:  Uh-huh (affirmative).
15    MR. LEWAN:  Right?  And your parents, they put you in
16 that rehab place.
17    MR. DECAPUA:  Yep.
18    MR. LEWAN:  And you were in there for nine months.
19 Anything go on in there, or like did you meet anybody
20 (indiscernible) or --
21    MR. DECAPUA:  Oh, I don't know.  I -- we had to go to
22 group therapy and all that crap, and, you know, I mean, it's a
23 drug rehab.  They got --
24    MR. LEWAN:  (Indiscernible) --
25    MR. DECAPUA:  It was a Darteck (ph) type place.  You

7

1 remember Darteck (ph), Kentucky?  That was a first, you know,
2 group therapy, rehabilitation.  It was a Darteck philosophy of
3 rehab.
4    MR. LEWAN:  Which means -- what does that mean?
5    MR. DECAPUA:  Well, it was heavy group, and they -- they
6 try and present stressful situations during your rehab to
7 teach you how to deal with stress without getting high.  And,
8 oh, I don't know, I always thought it was a bunch of crap.
9    I want Eggs Benedict.
10    MR. LEWAN:  Yeah, make it two of those.
11    MR. DECAPUA:  I just -- Jesus.  Well, stuff works if you
12 want it to, but -- you know what I mean, if you want to quit
13 shooting dope, the best way to do it is to quit shooting dope.
14    MR. LEWAN:  Right.
15    MR. DECAPUA:  You know?  And you can yell at a guy all
16 day in group therapy; if he wants to get high when he gets
17 out, he's going to, and when he's tired of it, he's tired of
18 it, you know?
19    MR. LEWAN:  Yeah.  You got to -- you have to hit bottom,
20 right?  You have to just hit the -- you know, you just have to
21 be at a point where you say enough, right?  You have to hit
22 bottom --
23    MR. DECAPUA:  Well, I was in with this guy, he was 60
24 years old.  He never got arrested, his wife talked him into
25 voluntary commitment, (indiscernible).  He shot dope every day

8

1 for about 45 years, and once a week he got high.  Once a week
2 he would tell his old lady I'm going out, I'm playing poker,
3 and he'd go and he'd buy enough heroin to get really high, and
4 he'd lay down somewhere and get a good nod.  He worked all
5 week for that nod, you know?  And it was, I mean, 45 years of
6 doing that.
7    MR. LEWAN:  Was it just one day a week?
8    MR. DECAPUA:  The high part, yeah.  He did heroin every
9 day.
10    MR. LEWAN:  Okay.
11    MR. DECAPUA:  But just enough so he wouldn't be shaking
12 and --
13    MR. LEWAN:  Right.
14    MR. DECAPUA:  -- you know, so nobody would know he's a
15 junkie.
16    MR. LEWAN:  Right.
17    MR. DECAPUA:  But once a week he'd get off, you know.
18    MR. LEWAN:  Right.
19    MR. DECAPUA:  And he lived for that one day a week.
20 Friday was the only day he cared about.
21    MR. LEWAN:  Right.
22    MR. DECAPUA:  But 45 years, you know, I mean, come on.
23    MR. LEWAN:  Right.
24    MR. DECAPUA:  He had kids through college, you know, as a
25 janitor somewhere, and (indiscernible) he needs rehab

9

1 (indiscernible) George Bush don't?
2    (Laughter)
3    MR. DECAPUA:  You know what I mean?
4    MR. LEWAN:  I hear you.  George Bush, we know, was just
5 hooked on booze for sure, among other things.
6    MR. DECAPUA:  Yeah, among other things.  I don't know if
7 (indiscernible).  Oh, man, I hate that.  It's so damp.
8    MR. LEWAN:  Yeah.
9    MR. DECAPUA:  Man, (indiscernible).
10    MR. LEWAN:  So you were --
11    MR. DECAPUA:  I hope we get the stove going
12 (indiscernible) I'll move over there.
13    MR. LEWAN:  Yeah.
14    MR. DECAPUA:  (Indiscernible), that's the one we're
15 working on.
16    MR. LEWAN:  Yeah.
17    MR. DECAPUA:  My skipper owns two boats.  One's for sale,
18 but we're just going to use it for shrimping.  We crab with
19 it, too, with (indiscernible).  That's in February one week.
20 Yeah, man, I can't wait to get working, Jesus.
21 (Indiscernible).  Fuck, I got to pay my post office box, I got
22 to pay the harbor phone.  I got to get my other phone out of
23 the harbor.  That costs money.
24    MR. LEWAN:  What's the name of that other boat you got?
25    MR. DECAPUA:  I have one called SURVIVOR and one called

10

1  the CHONDONNE (ph). (Indiscernible) right about the
2  CHONDONNE, about blowing it up and getting rid of it.
3      MR. LEWAN: Okay.
4      MR. DECAPUA: So don't talk about that.
5      MR. LEWAN: (Indiscernible) about the SURVIVOR. What
6  kind of a boat is the (indiscernible)?
7      MR. DECAPUA: Lifeboat.
8      MR. LEWAN: A lifeboat.
9      MR. DECAPUA: A 24-foot. I wanted this boat since 1986,
10 first time I saw it. And then in the fall of '98, I bought
11 it. It's a nice boat, 24-foot steel. You know when you get
12 on the ferry, them little boats that hang on the ferry?
13     MR. LEWAN: Right, right.
14     MR. DECAPUA: It's one of them.
15     MR. LEWAN: Okay. It's a steel lifeboat.
16     MR. DECAPUA: Uh-huh (affirmative).
17     MR. LEWAN: Didn't you have another boat that you were
18 fixing up, like a houseboat or something you were going to
19 live on?
20     MR. DECAPUA: Yeah, the CHONDONNE (ph).
21     MR. LEWAN: Is that the CHONDONNE?
22     MR. DECAPUA: Yeah. I lived on her for a while, but
23 she's -- she's really drafty and leaky. I can't stand leaks,
24 you know. When it's raining, which is all the time here, and
25 I figured out I'm no kind of carpenter, you know? When I

11

1  (indiscernible) leaky boat and I think, I got to do all this
2  woodwork, which means I got to pay some guy to come down and
3  do all this woodwork.
4      MR. LEWAN: Yeah.
5      MR. DECAPUA: And when you start adding it up, you know,
6  I talked to a carpenter, I got to pay him 15 an hour, and I'm
7  looking at all the leaks.
8      MR. LEWAN: Right.
9      MR. DECAPUA: Yeah, we got to tear all the -- so how many
10 hours are we talking about? Oh, about 22, 23 hours. Oh,
11 Jesus. Man, that's more than what I paid for this boat, you
12 know?
13     MR. LEWAN: I hear you.
14     MR. DECAPUA: Then I start looking at the hull. It's 30
15 years old, it's made of plywood, and I put another 22- or 2300
16 in it, and when I get all that stuff above the waterline
17 fixed, everything below the waterline is falling apart.
18 Forget it. That's why I bought that steel boat, because
19 you --
20     MR. LEWAN: You don't have to do all that kind of stuff.
21     MR. DECAPUA: It's not a problem. You want to keep the
22 paint on it.
23     MR. LEWAN: Uh-huh (affirmative).
24     MR. DECAPUA: It's -- it too requires a whole lot of
25 stuff, I mean, that I'm not, you know, good at doing.

12

1      MR. LEWAN: Right.
2      MR. DECAPUA: So I got to pay some other guy to come down
3  and do it, I'm just --
4      MR. LEWAN: Right.
5      MR. DECAPUA: Well, I got a buddy that's pretty good at
6  that stuff. I think I'm going to give him SURVIVOR. I'm just
7  going to give it to him. I don't even want any money for it.
8  He needs a boat. The whole's here, you just got to wiggle the
9  parts around till they fit, but they're all in there, you
10 know? You got a box of Legos, you want to do something with
11 it, it's up to you.
12     MR. LEWAN: Yeah.
13     MR. DECAPUA: I'd like to get -- there's a nice little
14 glass sailboat, 27-footer, plenty big for me and just small
15 enough where you can put it on a trailer and get over those
16 mountains into Montana and get the damn thing in the river
17 like I want (indiscernible) in Florida.
18     MR. LEWAN: Right, (indiscernible) across the country.
19     MR. DECAPUA: Yeah, I want to get out of here. I don't
20 like this. It's a nice place, but it's way too cold.
21     MR. LEWAN: You don't like the cold.
22     MR. DECAPUA: Not anymore I don't. After that night in
23 January, I don't like the cold anymore. I got too cold that
24 night.
25     MR. LEWAN: LA CONTE was a boat that leaked all the time,

13

1  wasn't it?
2      MR. DECAPUA: Well, yeah.
3      MR. LEWAN: (Indiscernible) sleep in the night, and it
4  would just leak like crazy.
5      MR. DECAPUA: Yeah, everybody had a wet bunk. It dripped
6  on everybody. You know, Doyle slept below me, and his bunk
7  had a leak.
8      MR. LEWAN: How did it get down to him?
9      MR. DECAPUA: It just -- it -- it ran, it can run down
10 the wall under my bunk and drop onto his, you know?
11     MR. LEWAN: I thought you were just kidding me. Really?
12     MR. DECAPUA: Yeah, it ran --
13     MR. LEWAN: It was like a wall leak, (indiscernible)?
14     MR. DECAPUA: Well, it -- it'd drip onto my bunk and then
15 run off of my bag down below my bunk and then drip down onto
16 his bunk. I mean, it was -- it was -- the stove didn't work.
17     MR. LEWAN: I heard there was (indiscernible) some kind
18 of fire (indiscernible) stove, and I think it was that
19 previous trip (indiscernible) fire and (indiscernible).
20     MR. DECAPUA: Yeah, it screwed it up -- everything was
21 screwed up, and it -- it --
22     MR. LEWAN: That would be (indiscernible) kept the whole
23 damn thing warm, right?
24     MR. DECAPUA: Yeah. In other words, when the genset
25 worked, we had electric heat, but the genset never worked

14

1  right either, so, you know, we'd get a few hours
2  (indiscernible) heat, wow, this is great, we got warmth
3  tonight, and you'd wake up in the morning, and it was off for
4  three hours anyway. Just -- nothing would work on that boat
5  right.
6      (Same section of audio here as previously transcribed
7  from red-labeled Tape 1 Side A)
8      MR. DECAPUA:  I don't know.  Somewhere the Coast Guard
9  got the idea that we popped a plank.  I don't think we popped
10 any plank, that ain't what happened to her, you know?
11     MR. LEWAN:  (Indiscernible) was saying that there was
12 some bad planking in the back, (indiscernible) damage, all
13 that kind of stuff.
14     MR. DECAPUA:  I don't think that's what (indiscernible)
15 that wouldn't have traveled.
16     MR. LEWAN:  What you think happened?
17     MR. DECAPUA:  Well, the -- all the plumbing, it's a tank
18 boat for crab (indiscernible).
19     MR. LEWAN:  Right.
20     MR. DECAPUA:  And for gill netting dogs and
21 (indiscernible), too.  They got slush tanks that they hold all
22 the fish in.  We had totes in that tank, big gray totes.  All
23 the plumbing inside was PVC, that's running inside the tank.
24 Well, these totes are full of ice.  A couple of them got 400
25 pounds of fish in them, and they float in and of themselves,

15

1  okay?  Every time a wave breaks on deck, about 2,000 gallons
2  goes in that tank from the deck, in the tank, the deck.  And
3  every time a wave goes over, which is about every second wave,
4  they're just collapsing, you know, huge 30-feet-thick wall of
5  water landing on deck, most of that shit, what don't go on the
6  scuffers, is going down in the hole where all those totes are
7  floating around, and they're banging into each other, banging
8  into the tank.  You have a piece of that PVC pipe when it's
9  that cold, you can bust it like that with your knuckle.
10     MR. LEWAN:  Right, right.
11     MR. DECAPUA:  Okay.  Well, once that shit breaks, all
12 that water in the tank is now in the boat.
13     MR. LEWAN:  That's right, the circulating --
14     MR. DECAPUA:  Well, it's -- it's in the boat, you know,
15 it's -- as soon a that plumbing breaks, it ain't going
16 overboard right there, it's going -- hence the engine was full
17 of water, you know.
18     MR. LEWAN:  Do you think it had --
19     MR. DECAPUA:  There was never any -- we never had a
20 survival drill.  We never -- we -- we were never properly
21 instructed about where every pump on the boat is.  It wasn't
22 something I thought about before then, either.  I mean, you
23 know, I never thought about that until after that night, you
24 know?
25     MR. LEWAN:  Yeah.

16

1      MR. DECAPUA:  Now when I get onboard, let me see all your
2  pumps.  Now I look at that crap, but at the time I didn't look
3  at it.
4      MR. LEWAN:  The old skipper, this guy Rob Carrs, he -- he
5  said that there was a three-inch pipe with a big pump down
6  there that was used to circulate the water around --
7      MR. DECAPUA:  Uh-huh (affirmative).
8      MR. LEWAN:  -- and you could rig it so that you could use
9  it to pump the water overboard in an emergency.
10     MR. DECAPUA:  Off the front of the engine there's a --
11 there's a valve on that pump that you're talking about.  It
12 goes -- there's a hose at the bottom of the -- on the suction
13 line for that pump that goes right to the engine room bilge,
14 you know?
15     MR. LEWAN:  Yeah.
16     MR. DECAPUA:  The engine was running.  Had we known its
17 exact location, somebody could have (indiscernible) up forward
18 and hit that sucker, you know, but we weren't sure, and the
19 water was pretty deep up there.
20     MR. LEWAN:  Yeah.
21     MR. DECAPUA:  But we did have buckets, and, you know,
22 we -- we could throw water out with a bucket.  We tried to do
23 what we could, but --
24     MR. LEWAN:  Yeah.  So you got on this thing and --
25     MR. DECAPUA:  -- it keeps coming in through the engine

17

1  room, (indiscernible).
2      MR. LEWAN:  Right.  And after a while, they said that
3  when you put the suits on, you're like floating around in
4  there, you're (indiscernible) buoyant.
5      MR. DECAPUA:  Yep.
6      MR. LEWAN:  You can't do it like that.  So you got on
7  this thing the first time and it felt pretty good under your
8  feet.
9      MR. DECAPUA:  Oh, I liked it.  I thought it was a good
10 boat.
11     MR. LEWAN:  What else (indiscernible) what did you like
12 most about it when you stepped up to it?  You like schooners?
13     MR. DECAPUA:  I mean, when you walk across the deck, it
14 doesn't move.  A lot of these boats, you're on this side of
15 the boat, you lean a little over there, you walk over there,
16 she leans a little like mine, you know?
17     MR. LEWAN:  Right.
18     MR. DECAPUA:  And when you step onboard --
19     MR. LEWAN:  Right.
20     MR. DECAPUA:  -- it leans over, and when you get on the
21 other side, it leans over there.  That's real tippy.  She
22 didn't feel like that at all.  If you walk across the deck, it
23 just stays there, you know?  It just sat firm in the water.
24     MR. LEWAN:  And what did you think of -- you introduced
25 Bob (indiscernible) introduce you to Mark, is that how it

18

1  worked?
2     MR. DECAPUA: Yeah.
3     MR. LEWAN: I heard they were packing ice, him and Gig
4  were packing ice when you guys got there.
5     MR. DECAPUA: Yeah. Yeah, they were taking ice on, I
6  think.
7     MR. LEWAN: And --
8     MR. DECAPUA: They got all these totes on deck and shit,
9  and I was -- so I'm looking around at the -- and, now, this
10 guy ain't done a whole lot of cod fishing here. And that's
11 okay, I've fished with some guys that hadn't done a whole lot,
12 but I mean -- that don't mean their bad leaders of men, it
13 just means that they don't have a lot of experience at what
14 they're doing.
15    MR. LEWAN: Right.
16    MR. DECAPUA: You know, I don't mind giving a guy a
17 break, you know?
18    MR. LEWAN: Right. So did you talk to him at all the
19 first day there when you came on?
20    MR. DECAPUA: Yeah, uh-huh (affirmative).
21    MR. LEWAN: What did you guys talk about?
22    MR. DECAPUA: He wanted to know what my experience was.
23 (Indiscernible) I've been fishing since '85. I started out
24 owning my own boat, and then I realized I was a better
25 deckhand than a skipper, so I went to that.

19

1     MR. LEWAN: Right.
2     MR. DECAPUA: I liked (indiscernible).
3     MR. LEWAN: Yeah.
4     MR. DECAPUA: He didn't know anybody I'd worked for, but
5  he's not a Southeast Alaska guy either.
6     MR. LEWAN: Right.
7     MR. DECAPUA: He's always fished up, you know, westward.
8  Funny thing about rockfish, man. People think they can just
9  go out and get rockfish. That's the weirdest cod there is.
10    MR. LEWAN: It doesn't look easy to me. You got to drape
11 those things over those pinnacles.
12    MR. DECAPUA: Uh-huh (affirmative).
13    MR. LEWAN: Figure out where to do it and how long to
14 leave them out there and you got to know what the current is
15 doing.
16    MR. DECAPUA: Right. The reason (indiscernible - eating)
17 know what he's doing, if he were to put a hook right where
18 that glass is, oh, Mister (indiscernible), he won't go from
19 here to that hook. You got (indiscernible) right here and a
20 hook right here with bait on it, he won't go there. If that
21 hook hits him in the head with a piece of bait on it, he'll
22 bite it. But if it don't hit him in the face, he won't go
23 nowhere. He'll just sit right there on the rock and watch,
24 you know?
25    MR. LEWAN: Right.

20

1     MR. DECAPUA: (Indiscernible) swinging right in front of
2  his face and smack him in the lip a couple of times, he'll
3  bite it, but no, there's a whole lot of water in there with no
4  fish sitting in it, you know?
5     MR. LEWAN: Right. They get in these crevices and they
6  don't come out.
7     MR. DECAPUA: And they live down in the holes in the
8  rocks. They don't make their living coming out.
9     MR. LEWAN: Right.
10    MR. DECAPUA: They catch what goes by, you know?
11    MR. LEWAN: Right. I hear you.
12    MR. DECAPUA: I seen submarine footage on that. They go
13 along with a light, and you can see little eyeballs all over
14 the place in the holes. Those are all rockfish.
15 (Indiscernible) look at a picture, you see the fish, and
16 they're the same kind of fish we got here, they just got a
17 different color to them.
18    MR. LEWAN: Yeah. So after he asked you about his
19 experience, what did he say to you?
20    MR. DECAPUA: Yeah, he -- (indiscernible) I know how to
21 make a set, I know how -- you know, I know what everybody's
22 job on the deck is, and I said yeah, sure. Well, I'll take
23 you and your buddy Bob out, you'll keep an eye on Bob, right?
24 Yeah, sure, I'll keep my eye on him, I'll tell him what we're
25 doing and teach him how to do it.

21

1     MR. LEWAN: And how long had you known Bob up until that
2  point? You'd met him at Georgia's, right?
3     MR. DECAPUA: Uh-huh (affirmative). I'd known him for a
4  few months.
5     MR. LEWAN: Okay.
6     MR. DECAPUA: He had a couple kids, and he tried real
7  hard to keep with his kids.
8     MR. LEWAN: Yeah.
9     MR. DECAPUA: His old lady had a new boyfriend.
10    MR. LEWAN: Right. And she was a case, she's a trip.
11    MR. DECAPUA: I never met her. But I been there a
12 couple -- you know, I mean, I've been (indiscernible) myself.
13    MR. LEWAN: Right.
14    MR. DECAPUA: So I kind of had a empathy.
15    MR. LEWAN: Right.
16    MR. DECAPUA: You know.
17    MR. LEWAN: (Indiscernible) he told me a story about how
18 you met. You were going to see who was inside the house, and
19 you came in, and (indiscernible) introduced you
20 (indiscernible).
21    MR. DECAPUA: I can remember Gino (indiscernible)
22 introduced us. Him and Bob were working out at Job Service on
23 the temporary jobs, you know?
24    MR. LEWAN: Yeah.
25    MR. DECAPUA: But Bob wanted to break into fishing. He'd

03728

**22**

1  gotten out of the Coast Guard.
2      MR. LEWAN: Right.
3      MR. DECAPUA: And he thought he'd like to try fishing.
4      MR. LEWAN: And they called him Coastie Bob, right?
5      MR. DECAPUA: Uh-huh (affirmative).
6      MR. LEWAN: What was your first impression of this guy?
7  What did he look like to you?
8      MR. DECAPUA: I thought he was straight, you know?
9      MR. LEWAN: Yeah.
10     MR. DECAPUA: But he drank. I figured, well, he ain't
11 too straight, I mean, he drinks, so --
12     MR. LEWAN: Right.
13     MR. DECAPUA: I'm not the best guy in the world with
14 suits for company, you know?
15     MR. LEWAN: Uh-huh (affirmative).
16     MR. DECAPUA: But if he was down in the Basement with
17 Gino, I know the guy can (indiscernible) if he wants to.
18 Gino, I -- I really never liked that freak, you know what I
19 mean? That guy makes trouble for nothing.
20     MR. LEWAN: Yep.
21     MR. DECAPUA: He'd say rude things to you, talking about
22 your wife and stuff, you know? I don't -- I don't like people
23 like that. I know my wife's a whore (indiscernible) turning a
24 trick when I met her, but you don't have to rub it in.
25     MR. LEWAN: (Laughs) Right.

**23**

1      MR. DECAPUA: And if you've taken her to bed and enjoyed
2  yourself, please don't tell me about it. I'd rather not know.
3  You know?
4      MR. LEWAN: Yeah.
5      MR. DECAPUA: Him, he's the kind of guy, he's got to tell
6  you about it. First time I met Bob, he was trying to poke my
7  buddy's wife.
8      MR. LEWAN: He was trying to poke whose wife?
9      MR. DECAPUA: Perry's.
10     MR. LEWAN: Perry -- what was his first name?
11     MR. DECAPUA: No, sir, (indiscernible) Perry, that's his
12 name, the only (indiscernible). I think they did go out and
13 screw a couple times.
14     MR. LEWAN: And Perry (indiscernible) was a fisherman?
15     MR. DECAPUA: (Indiscernible), me and him were good
16 friends (indiscernible), one of my favorite people on earth.
17 And he was (indiscernible) his old lady, and I'm not even sure
18 he -- the reason he started to boof his old lady, because
19 someone else was out boofing his. Yep. That's kind of
20 pissing on the campfire putting it out. His campsite's
21 burned, so he's going to light someone else's on fire.
22     MR. LEWAN: That's not the way -- you don't like --
23     MR. DECAPUA: That's not the way --
24     MR. LEWAN: And you didn't like that, did you?
25     MR. DECAPUA: Well, it's -- it's not a honorable -- you

**24**

1  know, I mean -- you know, I -- I -- it's -- I hate to think
2  about it, because, you know, it makes me sound like real
3  uppity. I mean, I'll steal, I'll (indiscernible), I'll do
4  anything except have sex with a little girl almost, you know,
5  but --
6      (Laughter)
7      MR. DECAPUA: -- you know, there ought to be some kind of
8  honor, you know? I mean, you know, if -- if you want to be a
9  fisherman, you don't go behind some fisherman's back and do
10 his wife, you know?
11     MR. LEWAN: Yeah.
12     MR. DECAPUA: That stuff will get you hurt. It's bad for
13 your health, you go messing with another man's wife, you know?
14     MR. LEWAN: Yeah, I do.
15     MR. DECAPUA: Once you know she's married, that's it.
16     MR. LEWAN: Yeah, yeah, I hear you.
17     MR. DECAPUA: Like Robin, (indiscernible) she was married
18 when I met her (indiscernible).
19     MR. LEWAN: And then later on when you married her, she
20 went back with this ex-husband of hers, right?
21     MR. DECAPUA: Oh, no, she wasn't going with that guy.
22 (Indiscernible) trying to get away from him.
23     MR. LEWAN: She was trying to get away from him, okay.
24     MR. DECAPUA: Uh-huh (affirmative).
25     MR. LEWAN: You were with her, what, for six weeks before

**25**

1  you even knew that she was married, (indiscernible)?
2      MR. DECAPUA: No, I knew she was married.
3      MR. LEWAN: You knew she was married.
4      MR. DECAPUA: Uh-huh (affirmative). I was doing time
5  with her husband. When I first met her, her old man had asked
6  me (indiscernible) -- you know, him and I were kind of like
7  friends in the jail, and he knew I was getting out, and his
8  old lady's out there with a kid and no car. And he said do me
9  a favor, keep an eye on her, if she needs a ride to the doctor
10 with the baby or, you know, if you're not doing nothing, maybe
11 you could run her around once a week or something, you know?
12     MR. LEWAN: Yep.
13     MR. DECAPUA: And every time she got in the car -- I
14 guess -- I guess she liked me, and every time she got in the
15 car, it was -- she was aggressively flirtatious. And, you
16 know, I mean, at the same time I'm -- I'm broken up with my
17 wife, and my wife, you know, I'm trying to get reunited with
18 her, and every time I see her, she's like, Mike, it's not
19 going to work, understand that we're not getting back
20 together. And then here's this other chick saying, gee, you
21 know, my old man's such a heel and blah-blah-blah. So when a
22 guy's young and he thinks -- he's always into all that pussy,
23 he just does a lot of stupid things, you know, trying to stay
24 in the sack with somebody, you know?
25     MR. LEWAN: Yeah.

26

1  MR. DECAPUA: I'm glad I lived to be this old because I
2  don't -- these days, you know, twice a year I'll run down and
3  see my kids in Spokane. They got an area of town down there
4  where they got hookers for 20 bucks apiece. I don't even want
5  to see anybody up here, you know? Chicks talk to me up here,
6  you know what? I don't want nothing to do with them, okay?
7  You've had years to do something, you haven't taken advantage
8  of it, don't start now, you know? In a few months, I'll be
9  down there where it's only $20, and I don't have to hang out
10 and hear what you like and don't like.
11     MR. LEWAN: Right.
12     MR. DECAPUA: Here's your 20, go away.
13     MR. LEWAN: Yeah, right.
14     MR. DECAPUA: And that's what I (indiscernible), you
15 know?
16     MR. LEWAN: Right.
17     MR. DECAPUA: And I don't need a whole lot of them,
18 either, I mean, you know?
19     MR. LEWAN: Right. I understand.
20     MR. DECAPUA: It's been my experience, I could marry a
21 chick and still not get laid for a year living with her, so --
22     MR. LEWAN: (Indiscernible) the payoff, right.
23     MR. DECAPUA: Yeah. The reason -- it's a bad investment.
24     MR. LEWAN: I hear you. I hear you.
25     MR. DECAPUA: I'd rather loan money (indiscernible) and

27

1  never paid you back. That's a bad investment to me. It's
2  like a little local joke there.
3      MR. LEWAN: (Indiscernible).
4      MR. DECAPUA: Yeah, the perfect norm (ph), I call it.
5      MR. LEWAN: You meet Bob and you think and you hook up
6  with this guy, and then one day Dirty Dick comes in and you
7  introduce him to Dirty Dick.
8      MR. DECAPUA: Oh, no, no. He -- he met Dirty Dick at the
9  Basement.
10     MR. LEWAN: Oh, he met him at the Basement.
11     MR. DECAPUA: Yeah. Him and Dick knew each other before
12 I came along. And Dick, he's -- he's got no -- he has no
13 overt fondness for the Coast Guard.
14     MR. LEWAN: Right.
15     MR. DECAPUA: And Bob is pretty -- pretty openly lusting
16 after Sue, and Sue is Dirty Dick's little love. I mean, he
17 loves her more than anybody on the earth, you know, because
18 he's lusting after her (indiscernible) his daughter, you know?
19     MR. LEWAN: Right.
20     MR. DECAPUA: People beat him up, he tried to screw his
21 daughter. Sue, he can -- he can lust after that.
22     MR. LEWAN: Right.
23     MR. DECAPUA: I mean, this -- this chick was really --
24 what a -- what a (indiscernible) she had. Holy shit, really
25 built nice.

28

1      MR. LEWAN: And this is Perry Nelson's wife, right?
2      MR. DECAPUA: Yeah, Perry's wife, Sue.
3      MR. LEWAN: (Indiscernible) Perry Nelson's wife
4  (indiscernible).
5      MR. DECAPUA: Oh, yeah, yeah, everybody -- everybody
6  loves the way she looks, but at lot of this, you know, don't
7  want to --
8      MR. LEWAN: Was Perry Nelson living in the place?
9      MR. DECAPUA: No, he's right next to -- about four houses
10 down (indiscernible). Yeah. (Indiscernible)
11     MR. LEWAN: Oh, right.
12     MR. DECAPUA: Yeah, he was living in that house.
13     MR. LEWAN: I know that, yeah, right.
14     MR. DECAPUA: But --
15     MR. LEWAN: And Perry Nelson was a fisherman, too, right?
16     MR. DECAPUA: Yeah. I mean, he's done a lot of fishing.
17 See, Sue is a real asshole when drinks vodka, so Perry don't
18 like her doing it at home. Well, you know, Gino has always
19 got vodka at the house, and Gino is just dying to get into
20 Sue's pants, and Sue knows this, so she comes over and kind of
21 flirts with Gino --
22     MR. LEWAN: Right.
23     MR. DECAPUA: -- and drinks his vodka and then runs back
24 home, you know? So, you know, you can see all this stuff
25 happening, and (indiscernible) okay, that's her way of getting

29

1  booze without bringing it in the house and pissing off her old
2  man.
3      MR. LEWAN: Sure.
4      MR. DECAPUA: That's -- that's great, you know, but --
5      MR. LEWAN: Right.
6      MR. DECAPUA: -- Bob, you can see -- I mean, Perry is
7  (indiscernible) so you know chicks. If they're having a
8  problem with their old man, they get pissed at them, they go
9  off and they find somebody to make them mad at, you know?
10 And, Bob, you know, he's got a real sympathetic ear for that
11 highness over there, so, you know, I mean, and that's who she
12 talks to and (indiscernible), you know, because he's going
13 through the same thing with his old lady that she's telling
14 him she's going through with her old man, you know. And, you
15 know, he's trying to keep near the kids and everything.
16     MR. LEWAN: Yeah. Right. So (indiscernible) you guys
17 are hanging out there for a couple -- anything -- anything
18 funny happen or anything interesting happen (indiscernible)
19 those two months or --
20     MR. DECAPUA: Just the -- just the same. I mean, every
21 day all these -- all these drunken derelicts going there, and
22 half of them never work. Even if they're given a chance, they
23 still won't work, you know? And you got Dirty Dick there all
24 the time, and there's a queer guy living upstairs who he loves
25 giving everybody head.

30

1   MR. LEWAN: What was his name?
2   MR. DECAPUA: Dale. And one day he's down there blowing
3   Dirty Dick right there in the Basement in front of everybody.
4   I mean, he didn't care. Dick didn't care, either. Dick's 70-
5   something years old, I wouldn't care either, but, you know --
6       (Laughter)
7   MR. DECAPUA: That was -- you know, it -- it was -- that
8   was a funny episode there, the queer upstairs, you know.
9   MR. LEWAN: That's a good one.
10  MR. DECAPUA: Yeah. Bobbing on the old man. What
11  really -- you know, it hurt his feelings because Sue walked in
12  on that, and Sue got real pissed. Yeah, she was -- she was
13  yelling about it the next day. And I said, Sue, you know,
14  come on, at least the guy can get it up, you know, and at
15  least he's getting something. You know, the last time he got
16  laid was probably 1948, you know, Jesus. He's having a little
17  human companionship, I mean, he's not doing Georgia's dog, you
18  know, Christ, leave him alone.
19  MR. LEWAN: What kind of dog did she have, anyway?
20  MR. DECAPUA: Oh, a little Shih Tzu, you know, a real old
21  little dog. And whippets, a couple of Whippets in the house,
22  too. You know, Dick -- Dick can be a pretty sick guy, really.
23  I mean, he's a book in himself, Dirty Dick, there's a lot of
24  shit about him out there.
25  MR. LEWAN: So this guy is --

31

1   MR. DECAPUA: You ought to hear about him and Benny (ph)
2   sometime, wow. They're a couple -- his buddy from Maine, the
3   guy he come out here with, Benny Taylor.
4   MR. LEWAN: Right.
5   MR. DECAPUA: His kid was out at Eastern Bay, and, man,
6   he'd tell you some stories that'd curdle your milk.
7   MR. LEWAN: You're hanging out in this place and
8   (indiscernible) parties and (indiscernible) --
9   MR. DECAPUA: But see, I was on parole, okay?
10  MR. LEWAN: Yeah.
11  MR. DECAPUA: On parole you can't drink, you know, you
12  can't be seen drinking. So if I went somewhere to get drunk,
13  I'd -- I'd have to spend the whole night there because all the
14  cops know I'm on parole, so I can't be walking down the street
15  drunk, either. (Indiscernible), that's a felony, that's back
16  to the joint for me. So if I went somewhere and started
17  drinking, I would have to stay there, pass out, and get up
18  when I'm sober, and then I could leave. So Kite's house was a
19  place that's pretty hard to get kicked out of. You know, I
20  mean, it's -- they have a high tolerance level there, you what
21  I mean? I guy on his knees in front of Dirty Dick, he don't
22  get kicked out, he gets escorted to his room, you know? So I
23  used to hang out there and drink because you didn't have to --
24  you know there's a party there, all the time, there's
25  something going on there. So I'd come in from fishing, I know

32

1   there's always somebody there who doesn't have any money and
2   wants to drink.
3   MR. LEWAN: Right.
4   MR. DECAPUA: So I come from fishing, I run over there,
5   my skipper knows where it is, he knows that I'm there, so
6   whenever he wants to leave town, he knows how to find me, it's
7   really convenient.
8   MR. LEWAN: Okay.
9   MR. DECAPUA: So I would hang out there a lot and do my
10  drinking there because of all the convenience, you know?
11  MR. LEWAN: Right, got you.
12  MR. DECAPUA: All right.
13  MR. LEWAN: You guys are hanging out there.
14  MR. DECAPUA: Yeah.
15  MR. LEWAN: Tell me about --
16  MR. DECAPUA: Gino used to pimp out his old lady and
17  stuff, I mean, man, what a --
18  MR. LEWAN: Who used to do that?
19  MR. DECAPUA: Gino.
20  MR. LEWAN: Gino.
21  MR. DECAPUA: The guy that was -- his old lady, Marge,
22  he'd always pimp her off. I rented her a couple times.
23  Lovely woman, Jesus. She gave good head, so --
24      (Laughter)
25  MR. LEWAN: Tell me about this -- one thing I never

33

1   understood was this job at the Pilothouse that you did. After
2   you -- after you get the money, you went (indiscernible) the
3   next night (indiscernible) the whole story.
4   MR. DECAPUA: Yeah, I was with this girl Susie, my wife,
5   my third wife.
6   MR. LEWAN: They called her Single Cell.
7   MR. DECAPUA: Single Cell, yeah, right, well --
8   MR. LEWAN: When did you meet her?
9   MR. DECAPUA: In Bellingham.
10  MR. LEWAN: Down in Bellingham.
11  MR. DECAPUA: Down there in Bellingham, yeah. So my
12  buddy brought her to (indiscernible) to see if I wanted sex
13  with coke, you know, because she's a real coke freak and I'm a
14  real sex freak, but only I had the coke and she had the sex,
15  so this guy figured maybe he can get a little coke out of me
16  by providing me with that. So I did, I bought us some coke.
17  But she was a lot of fun, you know, and I -- I love her, but I
18  ain't living with her no more. I ain't never going to,
19  either.
20  MR. LEWAN: But what did you like about her?
21  MR. DECAPUA: Oh, she's just a great time. She's a lot
22  of fun. We're screwing one day, and she says I love you,
23  and -- and I told her, I said, well, I got a couple rules that
24  you really -- if there's any kind of relationship, you
25  understand this: The first time I try and get a piece of tail

34
1  and you flitter across the other side of the bed, you know,
2  or -- or pull away from me, I'm leaving, and if I don't find a
3  piece of tail somewhere else, I might come home; but if I do,
4  don't count on seeing me anymore, you know what I mean?
5  I'm -- you know, you say you love me? No leaves the
6  vocabulary between you and I.
7     MR. LEWAN: Right.
8     MR. DECAPUA: Between me and you, I'm going to still use
9  the word no. You use the word no, it's over. If I use the
10 word no, it's because I understand a little bit more about the
11 future than I think you do.
12    MR. LEWAN: Right.
13    MR. DECAPUA: You use the word no, you're denying me
14 something.
15    MR. LEWAN: Right.
16    MR. DECAPUA: I'm not having that.
17    MR. LEWAN: Okay.
18    MR. DECAPUA: Well, we get along. You know, I set the
19 rule and she understood it, but God, that woman teased all the
20 time, I mean, Jesus, which I -- you know, I don't care. I
21 mean, as long as I want something, I -- you can go ahead and
22 do what you want with (indiscernible) yours. It's not mine,
23 it's yours, you know? You want to give it to that guy over
24 there, I don't care as long as it's not interfering with my
25 time with you, you know?

35
1     MR. LEWAN: Got you.
2     MR. DECAPUA: To be honest, I ain't into all that
3  intercourse anyway. I'd just as soon get a blow job and
4  (indiscernible), you know? Yeah, I'll pass it -- intercourse
5  to me makes babies, and I don't need any more of them, so --
6     MR. LEWAN: Okay. All right.
7     MR. DECAPUA: But we were broke, I was waiting for the
8  season to start fishing, and --
9     MR. LEWAN: Do you know (indiscernible) I think it was
10 like a Saturday night or a Sunday night (indiscernible) --
11    MR. DECAPUA: Yeah, I believe it was a Sunday night I
12 broke in the place.
13    MR. LEWAN: (Indiscernible).
14    MR. DECAPUA: I didn't go in there to case the place.
15    MR. LEWAN: No.
16    MR. DECAPUA: You know, and -- you know, we went in there
17 because I had a little bit of pot, I was trying to sell it for
18 money, you know? So I went in there because, you know, when
19 people see me, and they walk up and ask (indiscernible).
20 We're hanging out, you know, all right, nothing's going on, so
21 I'm going back (indiscernible) had cigarettes till morning and
22 shit. She come with me, we go on the boat, I wake up in the
23 middle of the night, I look, and the place is -- you know,
24 it's empty, and I figure, well, I know how to get in there.
25 So I went in -- you know, so I'm broke, you know?

36
1     MR. LEWAN: Yeah.
2     MR. DECAPUA: I went in, busted the safe open --
3  (End of Blue-labeled Tape 1, Side A)
4     MR. DECAPUA: Come (indiscernible), you know, I'm back on
5  the boat, I got a half-rack of beer, a couple packs of
6  cigarettes, and $2500. I woke her up, we went out to
7  breakfast, and she starts arguing right off the bat. And then
8  we get back on the boat, and I -- I thought, well, you know,
9  she -- she likes a hotel room. We're living on this little
10 cabin cruiser. I go, well, I'll get us a hotel room. Get a
11 room over at the Cascade place, and I rent --
12    MR. LEWAN: Down the road.
13    MR. DECAPUA: -- I rent a couple movies, and we stopped
14 at the drug store and got a bottle of cough syrup, and we went
15 to the liquor store over there, and I had a couple bottles of
16 schnapps. I can drink beer pretty good, but I start mixing
17 beer with other shit, you know, and I get -- I have blackouts.
18 I had cough syrup and schnapps and beer, and I kept drinking
19 and kept drinking, and the whole day, from the minute we got
20 to the hotel room, she starts, I want to go out, you know what
21 I mean, I want to get (indiscernible) take me out, let's go
22 out, let's go out, let's go out, you know, let's go out, let's
23 go out, let's go out, and just let's go out, let's go out. It
24 never stopped.
25    So I've had enough, you know. Okay, we'll go out. It's

37
1  not me. It's that guy that takes over when I start mixing up
2  all my sauce, you know? It's that other guy, he's the one in
3  the driver's seat now, not me. I'm somewhere off in oblivion,
4  okay? You know that guy that takes over when you black out,
5  that's the one driving, see? Him and Susie get together and
6  figure we ought to go back to the Pilothouse and drink, you
7  know, we ought to get drunk with the owner of the place. Like
8  I say, I wasn't there, you know what I mean?
9     MR. LEWAN: I understand.
10    MR. DECAPUA: They left me in a hotel room unconscious.
11 They split with my body, the evil guy and her. And that's --
12    MR. LEWAN: So you went in and then you --
13    MR. DECAPUA: I just wanted the money, so I took the
14 money. Anyway --
15    MR. LEWAN: And you took -- it was like quarters, right,
16 packs of quarters?
17    MR. DECAPUA: No, man, there was bills.
18    MR. LEWAN: There were bills there --
19    MR. DECAPUA: There was bills all over. Yeah, the
20 quarters was a joke thing. That's just -- you know, there
21 weren't a lot of quarters, not really, I mean, I don't think
22 there was a couple hundred bucks in quarters, actually. You
23 know what I'm saying?
24    MR. LEWAN: And you sat there and you're ringing the bell
25 and (indiscernible) --

03732

38
1  MR. DECAPUA: Oh, yeah, yeah, yeah, buying the house
2  drinks and drinking with the owner right at the table and
3  telling him what an easy job it was, and, boy --
4  MR. LEWAN: Is that right, at the table?
5  MR. DECAPUA: Uh-huh (affirmative), uh-huh (affirmative).
6  MR. LEWAN: He told me about -- I went to this guy, and
7  he told me that you guys had a conversation in the bathroom,
8  that he was -- he kind of said something like, you know, I
9  need somebody to -- this works really good because I'm paying
10 all this insurance money, and I'm not getting much of a return
11 on it, and I just blow money on insurance every year, if I
12 could have somebody once every now and then pull one of these
13 things and just give me the money back, it would be great
14 business, and you said something like I'm your man, is that
15 right?
16 MR. DECAPUA: Quite possible so. I -- like I say, I
17 wasn't there. You know, I was -- they left me in a hotel
18 room, you know?
19 MR. LEWAN: Right. So after --
20 MR. DECAPUA: What I should've done was just peel out a
21 $20 bill and handed it to her and said go.
22 MR. LEWAN: Right.
23 MR. DECAPUA: And go back to town and do what it is
24 you're going to do, and when you're done, don't come back
25 here.

39
1  MR. LEWAN: Yep.
2  MR. DECAPUA: You know, because it was like I had -- you
3  know, I had made the change-your-ways-or-move-on speech three
4  or four times, you know, but I -- I love her. She's a lot of
5  fun, you know.
6  MR. LEWAN: Yeah.
7  MR. DECAPUA: And I just want her to be more honest with
8  me. So I figured we'd get the hotel room, we'd sit for a
9  couple days alone and talk, and maybe we can come to some
10 agreement here, you know, maybe I can reason with her.
11 MR. LEWAN: Okay.
12 MR. DECAPUA: And you can't reason with women. I
13 (indiscernible) because I didn't know any better at that, you
14 know, so --
15 MR. LEWAN: Mike, I got to make a quick --
16 (Tape interruption)
17 MR. LEWAN: So you -- so you -- and how did that -- the
18 first night, you went back home to the hotel, right?
19 MR. DECAPUA: Yeah.
20 MR. LEWAN: You went back, and that was the next night
21 (indiscernible).
22 MR. DECAPUA: No. We -- we did it and I rented a room.
23 MR. LEWAN: Right.
24 MR. DECAPUA: And we went back there that night.
25 MR. LEWAN: Right.

40
1  MR. DECAPUA: Next day the cops showed up.
2  MR. LEWAN: Yeah. Tell me about how it was, I mean, how
3  they handled (indiscernible) or --
4  MR. DECAPUA: Oh, they -- they --
5  MR. LEWAN: Because you went back -- didn't you go back
6  to the Pilothouse the next day and then --
7  MR. DECAPUA: I don't think so, no. No, the next day the
8  police came by and knocked on the door.
9  MR. LEWAN: Was this in the morning?
10 MR. DECAPUA: No, you know, gees, where the hell did we
11 go? We were (indiscernible) -- I rented the place for like
12 two days, and then they started asking questions when they
13 come around, you know. But it was -- they come in, and the
14 cop says I got a warrant to search the room, and I got a
15 couple of buddies in there with me and the old lady, and I
16 just -- well, I'm not real good at head games with the cops.
17 I learned a long time ago you don't (indiscernible).
18 MR. LEWAN: Sure.
19 MR. DECAPUA: I know the cop, Jerry Rynearson (ph), and I
20 said, well, what are you looking for, Jerry? And he says, oh,
21 a bag of Seagram's, a bag with the money from the Pilothouse.
22 And I said, well, here, just a minute, and I went over and I
23 got it, I said, here you go, that's the evidence. And he says
24 is that all the money there is, and I said, yeah, it's all in
25 there, and he split. And then he came back and he said, well,

41
1  now I got a warrant for your arrest, let's go. But he left me
2  in there for while with the old lady, so I got another piece
3  of ass before I went, so --
4  (Laughter)
5  MR. DECAPUA: Well, you know, I got a funny feeling
6  what's coming down, you know what I mean?
7  MR. LEWAN: Yeah, right.
8  MR. DECAPUA: They come in with a search warrant and they
9  left with evidence, so I -- I thought there was a chance
10 because this is a real small town that, you know, Jerry knows
11 me and, you know, I'm -- he talked to the owner, and I'm
12 pretty sure if we don't do the whole DA thing, you'll get your
13 money pretty quick.
14 MR. LEWAN: Right.
15 MR. DECAPUA: You know?
16 MR. LEWAN: Right.
17 MR. DECAPUA: I know Mike's skipper and I know Mike, and,
18 you know, he'll be working soon, and whatever money he gets
19 he'll give you.
20 MR. LEWAN: Right.
21 MR. DECAPUA: But he didn't like that.
22 MR. LEWAN: Yeah.
23 MR. DECAPUA: He wanted to go the DA thing and --
24 MR. LEWAN: How did you get the money out of the safe?
25 Did you -- you have the combination? How did you get it open?

42
1   I mean, is there a combination at all?
2       MR. DECAPUA: It's a fire safe.
3       MR. LEWAN: It's a fire safe.
4       MR. DECAPUA: Just pry the sucker open. I mean, you
5   know, they're not -- a safe is a box, it's all flat surfaces.
6   If you put a dent in it somewhere, it's going to buckle out --
7   if a dent is in -- it's all smooth planes, you know?
8       MR. LEWAN: Right.
9       MR. DECAPUA: If you hit it here and put a dent in it,
10  it's going to come out somewhere else, and that gives you a
11  place to start wedging on it.
12      MR. LEWAN: Yeah.
13      MR. DECAPUA: You know, that's --
14      MR. LEWAN: Right.
15      MR. DECAPUA: It's faster than a combination.
16      MR. LEWAN: Right.
17      MR. DECAPUA: Really, you know? Especially a fire safe
18  because --
19      MR. LEWAN: Yeah.
20      MR. DECAPUA: -- no big thing.
21      MR. LEWAN: Right.
22      MR. DECAPUA: But, you know, a guy goes to the store and
23  says I want to look at safes, and you look at safes, and
24  here's one for four grand and here's one next to it for 400.
25  They look like the same box.

43
1       MR. LEWAN: Right.
2       MR. DECAPUA: Give me that one for 400, you know?
3       MR. LEWAN: Right. So what did you use to open it up?
4       MR. DECAPUA: A Wonder Bar.
5       MR. LEWAN: Wonder Bar.
6       MR. DECAPUA: Yeah, and a big screwdriver.
7       MR. LEWAN: And you got the money out and just put into
8   a -- kept it in the bag or put it in your pocket?
9       MR. DECAPUA: Yeah, just stuck the bag in my pouch of my
10  sweatshirt and grabbed a half-rack of beer and a couple packs
11  of smokes and split, you know?
12      MR. LEWAN: Right.
13      MR. DECAPUA: Figured yeah, I got the money, time to go.
14  I needed beer in the boat, so I grabbed a half-case. That's
15  the only stuff I'd ever steal from someone, beer, you know?
16      MR. LEWAN: Right. So you go -- so then you --
17      MR. DECAPUA: I go back in the place, goddamn, that
18  was --
19      MR. LEWAN: You go back to your boat --
20      MR. DECAPUA: That's classic, huh?
21      MR. LEWAN: Yeah, yeah.
22      (Laughter)
23      MR. DECAPUA: That's really -- a lot of people still
24  laugh with me over that one, you know?
25      MR. LEWAN: Yeah.

44
1       MR. DECAPUA: I'm an entertaining guy.
2       (Laughter)
3       MR. LEWAN: I got to tell you I was cracking up the first
4   time I heard that story.
5       MR. DECAPUA: Yeah, well, you know, I was too. I was
6   cracking up in the back of the car all the way to the jail. I
7   was, I was laughing the whole time.
8       MR. LEWAN: I -- I --
9       MR. DECAPUA: Go talk to Jerry about that. He -- he
10  remembers.
11      MR. LEWAN: I asked Rob something, I said why did -- Mike
12  would do these jobs, and sometimes he'd get caught, but he's a
13  smart guy, so he's -- and he said to me, yeah, he is, I think
14  he wanted to get caught sometimes, I think he wanted to go
15  away.
16      MR. DECAPUA: I think deep in the back of my head I
17  wanted to get caught that time.
18      MR. LEWAN: You did?
19      MR. DECAPUA: Yeah, I -- I think I wanted to get caught
20  that time.
21      MR. LEWAN: Why was that?
22      MR. DECAPUA: I'd have never left her.
23      MR. LEWAN: You'd never what?
24      MR. DECAPUA: I would've never left Susie on my own, you
25  know what I mean? I would've never have walked out on her.

45
1       MR. LEWAN: Okay.
2       MR. DECAPUA: I love her a lot, I still do. I mean, I --
3   I would never have gotten away from her. I'd still be with
4   her. She's a lot of fun in bed, but, you know, that -- all
5   that, you know, it's only about 15 minutes a day, you know?
6       MR. LEWAN: Right.
7       MR. DECAPUA: Sometimes even three times a day, but
8   still, that adds up to maybe an hour. There's 23 hours left,
9   you know?
10      MR. LEWAN: Right.
11      MR. DECAPUA: And all those hours she's killing me, you
12  know?
13      MR. LEWAN: Yeah, I understand.
14      MR. DECAPUA: And so --
15      MR. LEWAN: So you would never have left her otherwise.
16      MR. DECAPUA: I don't think so. No, I -- I'd still be
17  with her if it weren't for that. You know, I mean, something
18  else might've come up, but I wouldn't have --
19      MR. LEWAN: Right.
20      MR. DECAPUA: It worked, though. She's -- we're apart
21  now.
22      MR. LEWAN: Yeah. You went to --
23      MR. DECAPUA: I joke with my friends and I say I didn't
24  get arrested, I got rescued, you know?
25      (Laughter)

03734

46

1  MR. DECAPUA: I got rescued from Susie there at the
2  Cascade Hotel, you know?
3  MR. LEWAN: You got rescued.
4  MR. DECAPUA: Yeah, that's --
5  MR. LEWAN: (Indiscernible). What was it like in prison
6  up there? What was Lemon Creek like?
7  MR. DECAPUA: It's full of child molesters, a real punk
8  joint. It's not a real prison, you know? I mean, they --
9  they got guys doing life for murder in there, but they're
10 not -- they're not like convicts, you know?
11 MR. LEWAN: They're not hardened criminals?
12 MR. DECAPUA: Very, very few convicts in there, really.
13 I mean, I'm -- I'm used to prison with people that got hard --
14 you know, I mean --
15 MR. LEWAN: Right.
16 MR. DECAPUA: -- if you rat somebody out, you die.
17 MR. LEWAN: Right. Yeah, that kind of hard-core stuff.
18 MR. DECAPUA: Yeah, it's not -- it's not like that here.
19 This is a -- I had a piano in my cell in Seward. I did, I had
20 a piano in my cell in Seward. I was learning to play. My
21 cellie Joe was teaching me how to play the piano.
22 MR. LEWAN: That is great.
23 MR. DECAPUA: And he had a guitar overnight with us in
24 the cell. He'd put on the headphones and --
25 MR. LEWAN: So you did the time up in Seward, not in

47

1  Juneau?
2  MR. DECAPUA: Some I did in Juneau, some I did in Seward,
3  and I went up to a halfway house for a couple months, and I
4  told them just -- you know, I didn't get sent back. I -- I
5  told the halfway house to put me back in there, and they said
6  why, and I said because, you know, that's -- that's a punk
7  joint, this -- this ain't nothing. I -- you know, this ain't
8  doing time. I --
9  MR. LEWAN: Yeah. How did -- how did -- when you were in
10 jail, did you write home and stuff? Did you contact your
11 brothers and sisters?
12 MR. DECAPUA: No. I wrote to my wife a bit. She -- you
13 know, she'd write me, I'd write her.
14 MR. LEWAN: Susie, right?
15 MR. DECAPUA: Yeah. Yeah. She'd write me one, I'd write
16 her one. When she got ripped, then she'd write me pretty
17 regular, you know?
18 MR. LEWAN: Lots of time.
19 MR. DECAPUA: Yeah.
20 MR. LEWAN: (Indiscernible).
21 MR. DECAPUA: Yeah, but she had a lot of time on her
22 hands, and, you know, she'd write me letters then, but --
23 MR. LEWAN: I get you.
24 MR. DECAPUA: -- I'd go three, four months without
25 nothing and (indiscernible).

48

1  MR. LEWAN: Yeah. Did -- who -- did you change at all
2  after you came out of prison? Did it -- did the whole thing,
3  the experience -- no?
4  MR. DECAPUA: Unh-unh (negative).
5  MR. LEWAN: You were (indiscernible) --
6  MR. DECAPUA: Well, I wasn't going to do anymore crimes
7  until I was off parole --
8  MR. LEWAN: Yeah.
9  MR. DECAPUA: -- anyway, you know, but I -- I -- you
10 know, prison itself didn't do anything. I didn't learn
11 anything from that that was -- you know, it's a pain in the
12 ass for -- you know, if you're going to -- doing time in
13 Alaska sucks, you know? I'd rather do time somewhere else.
14 MR. LEWAN: Why is that?
15 MR. DECAPUA: Because they're convicts out there.
16 Convicts are okay. You know what I mean? I've been a
17 criminal my whole life, I get along with criminals, you know?
18 I don't like living with punks, you know? I don't mean
19 like -- you know, just -- just because a guy can walk across
20 the room without getting his ass kicked, he's still a punk,
21 you know?
22 MR. LEWAN: Right. I know what you mean, yeah.
23 MR. DECAPUA: And you don't have to be (indiscernible) to
24 fight (indiscernible) without being a punk.
25 MR. LEWAN: Yeah.

49

1  MR. DECAPUA: You know, I just -- just because you know
2  how to punch somebody in the head don't make you a man, you
3  know what I mean? They got no heart at all, you know? They
4  make an agreement, they don't live by it, they don't -- it
5  just -- I don't know. When I was growing up, all
6  (indiscernible) different, you know.
7  MR. LEWAN: Mike, tell me about the -- when you came --
8  let's back up a little bit. You were -- you came home for the
9  first time when you were -- you went out when you were 14, you
10 came back when you were 16.
11 MR. DECAPUA: Yeah, I think so, about then.
12 MR. LEWAN: And you came back with your girlfriend, who
13 was (indiscernible)?
14 MR. DECAPUA: No, that's -- that was --
15 MR. LEWAN: Later on.
16 MR. DECAPUA: That was later (indiscernible).
17 MR. LEWAN: And then you left again, I guess, when you
18 were 16 or 17.
19 MR. DECAPUA: Yeah, 17.
20 MR. LEWAN: Seventeen.
21 MR. DECAPUA: And then I come back when I was like 19.
22 MR. LEWAN: Right. Where did you go when you were 17?
23 MR. DECAPUA: Berkeley and then up to Spokane.
24 MR. LEWAN: You (indiscernible) California?
25 MR. DECAPUA: Well, we stopped in Ohio, but, you know, I

50
1  was just cruising across the country.
2      MR. LEWAN: How did you get across the country?
3      MR. DECAPUA: We'd jump trains.
4      MR. LEWAN: You took the trains across?
5      MR. DECAPUA: Yeah, part of the time. Train is a good
6  way to travel once you learn how to do it. Trains is cool.
7  You know, you don't -- you don't have to stand by the side of
8  the highway to ask for a ride.
9      MR. LEWAN: You'd go by a truck stop or something like
10 that or --
11     MR. DECAPUA: Oh, sometimes, yeah, you know? But if the
12 guy's only going another mile and here's a 76 truck stop, I'd
13 say pull over here.
14     MR. LEWAN: Yeah.
15     MR. DECAPUA: You're not always (indiscernible). A lot
16 of truckers can't give you a ride, you know. It negates their
17 insurance, you know, if they got a passenger, so, you know, a
18 lot of guys are just not going to do it.
19     MR. LEWAN: Uh-huh (affirmative).
20     MR. DECAPUA: Because if you happen to get in a wreck,
21 you know -- people talking about, oh, you get good rides.
22 Well, some truck drivers give you good rides, yes, but that's
23 not the rule. That's --
24     (Tape interruption)
25     MR. LEWAN: Did you meet anybody interesting when you

51
1  were on a train, like any -- any --
2      MR. DECAPUA: Yeah.
3      MR. LEWAN: -- old hobos (indiscernible)?
4      MR. DECAPUA: Sure, yeah, I met a bunch of them.
5      MR. LEWAN: Anybody memorable, like somebody who's --
6      MR. DECAPUA: Well, not like I remember their name,
7  but (indiscernible) where it's easy to actually get on the
8  train, that's usually -- that's called the jungle, and that's
9  where everybody got their camps and they're waiting for a
10 train, you know? And you meet a lot of people in the jungle
11 there, near the freight yard in the woods, you know, and at
12 night there's always a fire going, and everybody -- anybody
13 got food, they throw it in the stew pot, and, you know, there
14 was always a pot of stew going.
15     (Comments with table attendant)
16     MR. DECAPUA: Yeah, doing a train is a lot of fun. You
17 don't have to stand there and ask people for a ride, you know?
18 I mean --
19     MR. LEWAN: You just hop on.
20     MR. DECAPUA: And (indiscernible) they got a hardhat with
21 a light on it, and he's called the brakeman, he hooks the cars
22 together. He knows where the train's going, you know, what
23 track it leaves on, when it leaves. So you -- me, I always
24 set aside some little goodie, and I'd go and see the brakeman.
25 You know, maybe it's weed, maybe it's some pills or, you

52
1  know --
2      MR. LEWAN: Right.
3      MR. DECAPUA: And I'd go over there and I'd see the
4  brakeman doing his job, and I'd say, hey, I'm heading to
5  Berkeley, California, you know, what train is going to get me
6  closest. You know, try that one over there, it leaves in
7  about an hour, you know, it's the one heading out the yard
8  that way. I gave him a little tip and --
9      MR. LEWAN: Little tip.
10     MR. DECAPUA: Go hide in the woods so he don't get in
11 trouble with anybody, and when you see your train starting to
12 move, you look for an empty hole and jump in, you know?
13 And --
14     MR. LEWAN: What kind of train would it be, a freight
15 (indiscernible)?
16     MR. DECAPUA: Yeah, not a passenger train.
17     MR. LEWAN: Right.
18     MR. DECAPUA: They don't have empty cars.
19     MR. LEWAN: (Indiscernible) or did you ever get in any
20 trouble (indiscernible)?
21     MR. DECAPUA: Oh, you can if that door slides shut. You
22 got to have water with you because if the door slides shut,
23 you know, the train might go six days without stopping, and if
24 you don't have water -- if you've been drinking a lot of
25 alcohol and you don't have water, you're going to --

53
1      MR. LEWAN: Yeah.
2      MR. DECAPUA: The thirst will kill you before starvation,
3  so you worry more about bringing water, but, you know, we
4  always got some grub with us.
5      MR. LEWAN: And you kept little packs of water on you?
6      MR. DECAPUA: Yeah. I had gallon jugs I carried, two
7  gallons, (indiscernible) two of us. We had dogs, too, so --
8      MR. LEWAN: Oh, yeah, what kind of dogs?
9      MR. DECAPUA: I had an Norwegian Elkhound, and she had
10 a -- Christ, she always had some damn mutt, some hound dog or
11 something, you know what I mean?
12     MR. LEWAN: Who was she?
13     MR. DECAPUA: My first wife, (indiscernible). That's the
14 one that came (indiscernible) Connecticut (indiscernible).
15     MR. LEWAN: Right.
16     MR. DECAPUA: The mother of my daughters, yeah.
17     MR. LEWAN: How did you meet her?
18     MR. DECAPUA: At the World's Fair. There was a bunch of
19 us hippies living together, and when I got (indiscernible)
20 jail, she was one of them when I got out of jail.
21     MR. LEWAN: Where was World's Fair?
22     MR. DECAPUA: Spokane, 1974. She had a -- she had a bed
23 in a group home in Spokane. Her father used to molest her, so
24 they pulled her out of the house, and she went to the group
25 home, and she started hanging out with these people I was

```
                                                          54
 1  living with in the park. And two of them came up here to work
 2  on a crab processor, and everybody else was kind of hanging
 3  around the camp, and then I got out of jail. And when I got
 4  out, I went over to camp, and there's all these people hanging
 5  around, they're waiting for Pops and Blue (ph) to get back.
 6  Them are the two guys that went up to Alaska.
 7      MR. LEWAN: Right.
 8      MR. DECAPUA: So I -- you know, there was a note from
 9  them saying hang out, we got a chance to make some bucks, but
10  we'll be back. And, you know, we're all going to go -- we
11  just wanted to go somewhere and be hippies, you know?
12      MR. LEWAN: Right.
13      MR. DECAPUA: So when these guys come back with all their
14  money, now we got a good grubstake for winter. So when they
15  got back, they didn't have any money left, they partied it
16  all. Well, all right, so --
17      MR. LEWAN: Right. What did you think of her when you
18  met her?
19      MR. DECAPUA: My first wife?
20      MR. LEWAN: Yes.
21      MR. DECAPUA: She was goodlooking, but I had another
22  girlfriend, you know. I thought she was really cute and all,
23  but, you know, we were like hanging out. And I didn't -- I
24  wasn't thinking, you know, of any relationship with her
25  because she's -- one night she says, well, you know -- we're
```

```
                                                          55
 1  all getting in our sleeping bags, and she says I got room for
 2  you in here, so -- I got a bag in here. And I'm kind of slow
 3  with chicks, you know what I mean? I don't -- they usually
 4  got to tell me that, look, I'm trying to get you to make a
 5  move, and then I'm, oh, okay, I get it now, and then I -- you
 6  know, (indiscernible). If one of them says, you know, there's
 7  room in here for you, I'm thinking like she's cold and she
 8  wants somebody in the bag to keep her warm. I don't think --
 9  you know?
10      MR. LEWAN: Right.
11      MR. DECAPUA: I just -- so she had like three or four
12  nights in the bag, you know, and then one day she says, you
13  know, I keep inviting you back in here thinking maybe you'll
14  do something sometime, you know. And she asked me if I'm
15  queer, and I said, well, no, I'm not, I'm just too polite, you
16  know, and if you want me to, I'll be glad to. That's --
17  that's where it started.
18      MR. LEWAN: Right. I saw pictures of her. They have
19  pictures in the albums. She's a beautiful girl.
20      MR. DECAPUA: Yeah.
21      MR. LEWAN: She looks like she was part Native, almost.
22      MR. DECAPUA: You should see her now. Goddamn, she's
23  ugly as hell. God, she got huge.
24      MR. LEWAN: Is that right?
25      MR. DECAPUA: (Indiscernible).
```

```
                                                          56
 1      MR. LEWAN: She was really pretty in (indiscernible).
 2  She had a little tattoo of a star (indiscernible) --
 3      MR. DECAPUA: Yeah, a star. Yeah, that's what they call
 4  her down there.
 5      MR. LEWAN: They call her Star?
 6      MR. DECAPUA: Yeah, in Spokane, you know? Yeah, she --
 7  she had gotten real big while I was down there with her, but I
 8  didn't -- that ain't what I saw when I looked at her. But
 9  after I got away from her for years and years, you know --
10      MR. LEWAN: You saw (indiscernible).
11      MR. DECAPUA: Yeah, but now I see her, I don't see that
12  no more, you know.
13      MR. LEWAN: She was a big woman.
14      MR. DECAPUA: Oh, that's what I see now. I see a --
15      MR. LEWAN: Yeah.
16      MR. DECAPUA: I see a blimp on the radar now. But at
17  that time, she was -- all I'd see is, you know, that 16-year-
18  old I fell in love with, you know?
19      MR. LEWAN: Yeah. And then you guys went to --
20      (Indiscernible comments)
21      MR. LEWAN: And then you guys came all the way back, you
22  did the same thing, and you went all the way back to
23  Connecticut, right?
24      MR. DECAPUA: Yeah. We went up through Vermont, Earth
25  People's Park in Vermont, stayed there for the summer.
```

```
                                                          57
 1      MR. LEWAN: Earth People's Park?
 2      MR. DECAPUA: Yeah. That's over (indiscernible) east of
 3  Newport, 40 miles east of Newport. I don't know if it's still
 4  there. (Indiscernible). It was like free land, you know?
 5  You could go in and build a cabin or a house and just live
 6  there. We collected food stamps (indiscernible) for a while.
 7  There wasn't much work going on. Vermont's kind of a slow
 8  place for a job, you know, but --
 9      (Indiscernible comments)
10      MR. DECAPUA: (Indiscernible) she got pregnant.
11      MR. LEWAN: Right.
12      MR. DECAPUA: (Indiscernible) on there and --
13      MR. LEWAN: But that was after you left Connecticut
14  again, right, and you guys went down to Florida.
15      MR. DECAPUA: Yeah, yeah. We -- we came up to
16  Connecticut and visited. My brother Don got in a car
17  (Indiscernible) Pensacola.
18      MR. LEWAN: Right.
19      MR. DECAPUA: And while I was heading back to Miami
20  anyway, so --
21      MR. LEWAN: Your dad had passed away --
22      MR. DECAPUA: No, not yet.
23      MR. LEWAN: Not yet.
24      MR. DECAPUA: Not till we moved back to Florida. But
25  when Dad passed away, Tammy and I and the kids moved out to
```

58
1  Washington, back to Tacoma --
2      MR. LEWAN: Uh-huh (affirmative).
3      MR. DECAPUA: -- where she's from.
4      MR. LEWAN: And how did you -- how did you all live? I
5  mean, how did you -- how did you provide? I mean, what kind
6  of work did you do?
7      MR. DECAPUA: Oh, I had a job doing dishes. And, well,
8  when we were hitchhiking around the country, I was just like
9  making jewelry or (indiscernible) dealing, you know? Like I
10 say, I mean, if there's anything in town, give me a couple
11 hours, I usually know where it is. I got a nose for it. And
12 if I can scrounge up 50 bucks, I could usually jump into the
13 game, you know.
14     MR. LEWAN: Right. Where would you live? I mean, where
15 would you (indiscernible)?
16     MR. DECAPUA: Just look around for a patch of woods and
17 pitch a tent there, you know, and be careful making a path in
18 and out so, you know, folks don't see you. They usually don't
19 (indiscernible) around too much.
20     MR. LEWAN: And that's (indiscernible) with the kids,
21 too, right?
22     MR. DECAPUA: Well, I -- you know, with -- with the kids,
23 if you're willing to part with a cigarette or a beer or a
24 joint, you know -- they'd rather sit and be friendly with you
25 than rifle through your shit and rip you off, you know, for

59
1  the most part. But if they come around and, you little kids
2  get the hell out of here, and act like that, they'll come back
3  when you're gone and burn your camp down. But if you're --
4  you know, if they know they can come to your camp and you'll
5  go to the liquor store for them, you know, you're like --
6  you're not an evil adult, you're their buddy, you know?
7      MR. LEWAN: Yeah. And then you had your kids with you.
8      MR. DECAPUA: No.
9      MR. LEWAN: No, okay.
10     MR. DECAPUA: They weren't even born yet, no. If I had
11 kids with me, I wouldn't go nowhere unless we had a place.
12     MR. LEWAN: Right.
13     MR. DECAPUA: Yeah, I wouldn't -- I wouldn't subject them
14 to living out in the woods with us.
15     MR. LEWAN: And then later on when you had the kids, you
16 (indiscernible) to Florida, right?
17     MR. DECAPUA: No.
18     MR. LEWAN: No?
19     MR. DECAPUA: She got pregnant with the first one in
20 Florida. The other one she got pregnant (indiscernible). I
21 got laid off the day she was born, (indiscernible).
22     MR. LEWAN: What -- where were you working?
23     MR. DECAPUA: I was working at the (indiscernible) Bank &
24 Trust, Constitution Plaza, Hartford. I had a chef's
25 apprenticeship, and I was working part-time at the

60
1  (indiscernible). And one day the old lady calls up and says
2  I'm going to the hospital, meet me there, and I -- you know, I
3  mean, the boss when I got hired, I told him my -- my wife's
4  pregnant, when the baby's born, I'm going to run over to the
5  hospital. And here it is, you know, zero hour, and he says,
6  oh, you're not leaving, you (indiscernible). Yeah, I said,
7  all right, (indiscernible). You know, and I'm -- at best I
8  got eight more months of looking at the boss, you know what I
9  mean, eight more months whether -- you know, I'm laid off
10 anyway, but I got to look at this broad year and after year
11 after year, you know?
12     MR. LEWAN: Yeah. Right. Right, I got you.
13     MR. DECAPUA: I don't know what's with women. I mean,
14 what do you need me at the hospital for? I wasn't in the --
15 I'm not in the delivery room. I'm -- you know, I'm not
16 holding her hand, going breathe, breathe, you know? Do you
17 really need me in the waiting room?
18     MR. LEWAN: (Indiscernible).
19     MR. DECAPUA: (Indiscernible) I'm working, for crying out
20 loud, making about an eighth of an inch over minimum wage. So
21 you want me to make that much less money so I can hang around
22 (indiscernible) lose the job I got, you know?
23     MR. LEWAN: Yeah, (indiscernible).
24     MR. DECAPUA: Oh, the other one that gets me is, you love
25 your job more than me. Yeah, right, like I'd work in this

61
1  fricking place if it weren't for you and these screaming kids
2  at my feet.
3      (Laughter)
4      MR. LEWAN: (Indiscernible) --
5      MR. DECAPUA: You love your job more than me, oh, man,
6  that was -- that was a -- you got to be kidding me.
7      MR. LEWAN: You heard that a lot.
8      MR. DECAPUA: Oh, yeah, yeah. That was her big argument
9  for a couple years. You don't pay attention to me.
10 (Indiscernible) the size of a balloon, get as big as
11 (indiscernible) just full of air, no substance.
12     (Indiscernible comments)
13     MR. DECAPUA: (Indiscernible) I don't have to put up with
14 them anymore.
15     (Laughter)
16     MR. DECAPUA: It don't matter much. I got this buddy,
17 he's older than me, and he's horny all the time. And I'm
18 telling him, man, I don't know where you screwed up
19 (indiscernible).
20     MR. LEWAN: (Indiscernible).
21     MR. DECAPUA: If I'm living in six more years and they
22 offer me Viagra, I'm kicking them in the nuts. I don't need
23 it. I got to hit the head (indiscernible). I'll be right
24 out.
25     MR. LEWAN: Okay.

---

Page 62

1  (Off tape)
2  MR. DECAPUA: -- had a job cooking, and I got -- this
3  buddy of mine had a contract painting, and I worked with him
4  for a while, but it took so long to finish up the contract
5  that, you know, the longer it takes, the less my pay is per
6  hour, you know what I mean?
7  MR. LEWAN: Right, right, law of diminishing returns.
8  MR. DECAPUA: Well, yeah, because he's getting advances
9  left and right and, you know, so once again I resorted to my
10 old standby, burglary, for a living, and that's when I
11 committed a series of snafues that led to when I met Robin,
12 you know?
13 MR. LEWAN: What were some of those jobs?
14 MR. DECAPUA: Oh, gees, I was at (indiscernible) Idaho,
15 pretty much. That was the only place I got any money. I
16 didn't get a whole lot of money there, either.
17 MR. LEWAN: So you'd get into like bars or --
18 MR. DECAPUA: Yeah, taverns.
19 MR. LEWAN: Taverns. So you hit these places
20 (indiscernible) --
21 MR. DECAPUA: Uh-huh (affirmative), break in, look
22 around, find money or not.
23 MR. LEWAN: Right.
24 MR. DECAPUA: I mean, if I found money, I'd go home. If
25 I didn't, I'd look for another one.

---

Page 63

1  MR. LEWAN: Right. Tell me about this -- the job with --
2  the supermarket one, that was your first one. Tell me how
3  that worked and then tell me later on about the one with the
4  hatch and how the (indiscernible) welded to the floor.
5  MR. DECAPUA: Well, it wasn't a hatch. I had to -- I had
6  to cut a hole through the ceiling.
7  MR. LEWAN: Okay.
8  MR. DECAPUA: I cut a big hole in the ceiling and I
9  dropped down. I was going to, you know, try to slide a table
10 and maybe put a chair on top and get back up the hole, you
11 know?
12 MR. LEWAN: Right.
13 MR. DECAPUA: When I got down --
14 MR. LEWAN: You didn't notice that the stuff was welded
15 to the floor.
16 MR. DECAPUA: No, that was the first thing I was looking
17 for was money. It usually takes me longer to find the money
18 than it does to get out of the place.
19 MR. LEWAN: Right.
20 MR. DECAPUA: I was thinking at this time I was going to
21 walk out the door, you know. I wasn't thinking yet of moving
22 furniture, I was thinking I'd use the door.
23 MR. LEWAN: Why didn't you use the door?
24 MR. DECAPUA: I found -- I found the money, and then I
25 went to the door to get out of there, and they got --

---

Page 64

1  MR. LEWAN: And where was the money?
2  MR. DECAPUA: They had a little safe back there, you
3  know, and I pried it open and got the money out, 1500 bucks,
4  about. And they had so goddamn many locks on it, it's a steel
5  door, reinforced, too, you know. And I -- I stuck my bar in
6  there, and I -- I started bending the bar, you know, to pry
7  the door open to get out of the place. But I thought, you
8  know, all was not lost yet, you know, maybe I can get out the
9  same way I came in. And I go under the hole and look, and
10 it's like nine feet in the air. I'm not a basketball player,
11 I ain't jumping that high, you know. I think maybe I'll drag
12 a table over here or something. Fuck, if they ain't welded to
13 the floor in this place, man.
14 (Laughter)
15 MR. DECAPUA: Well, after -- after I got busted, I
16 thought, well --
17 MR. LEWAN: What did you do?
18 MR. DECAPUA: -- I could've grabbed all the beer and made
19 a big stack of beer and climbed out, you know, but it didn't
20 occur to me at that point. So I was in there, and --
21 MR. LEWAN: What (indiscernible)?
22 MR. DECAPUA: -- I figure I'm just going to wait for
23 morning, you know? The janitor will probably come in and open
24 up the locks, and as soon as the door opens, I'll hear him
25 opening the locks. He's not thinking somebody's in here.

---

Page 65

1  MR. LEWAN: Right.
2  MR. DECAPUA: He's thinking how big is -- you know, how
3  dirty is the men's room.
4  MR. LEWAN: Right.
5  MR. DECAPUA: You know? And when the door flies open,
6  I'll just run through him, you know what I mean?
7  MR. LEWAN: Yeah.
8  MR. DECAPUA: Because I'm ready for it, I'm --
9  MR. LEWAN: Ready to go.
10 MR. DECAPUA: But he's not, you know? And they had all
11 these lottery machines all around the wall of the place, and
12 I'm thinking, well, you know, while I'm here, you know --
13 MR. LEWAN: Figured you'd play a few games.
14 MR. DECAPUA: Well, you know, these things have money in
15 them. So I popped one of the machines open, and they got
16 slots for ones, a slot for fives, and they're -- they're full.
17 I just opened one of them little boxes, you know, and all the
18 $5 bills (indiscernible) fucking place goes bananas, you know,
19 an alarm. I've been in here an hour and a half now. I'm
20 drunk, I mean, I've been hanging out drinking, looking at
21 these machines, and I figure, well, shit, I might as well pop
22 one of these bastards, you know? Man, woo-woo, the whole
23 place is freaking out, lights going nuts, noise everywhere,
24 and I said shit, I know I'm going to the joint now, you know,
25 I figured it. I grab a half-rack of beer and sit it down and

66

1  start drinking. Cops come in, and, yeah, (indiscernible).
2      (Laughter)
3      MR. DECAPUA: (Indiscernible) free. Yeah, right now.
4  This is my last beer for three to five, you want me to knock
5  it off, come here and take it, you know, and shoot me, you
6  know?
7      MR. LEWAN: And they (indiscernible) I take it?
8      MR. DECAPUA: Oh, yeah, they threw me on the floor, put a
9  foot in my face, you know. They only do that to smart guys,
10 you know what I mean? I never give them a hard time. I -- I
11 try to be a little entertaining about it, you know? It's a
12 break in your evening, you know? You don't have to patrol the
13 mean streets anymore. You got another week of paperwork
14 because of me, you know? And, man...
15     MR. LEWAN: So how much time did you get for that one?
16     MR. DECAPUA: Ninety days.
17     MR. LEWAN: (Indiscernible) just breaking and entering
18 because you didn't take anything?
19     MR. DECAPUA: No, it was burglary.
20     MR. LEWAN: Oh, it was burglary, yeah, (indiscernible).
21     MR. DECAPUA: Because I -- I ripped the safe open and I
22 got the money out of it, so there was a burglary charge. In
23 Oregon, see, they have this matrix sentencing thing, and I've
24 never had a crime involving drugs or I've never had a crime
25 involving violence.

67

1      MR. LEWAN: Right.
2      MR. DECAPUA: Or a weapons charge or -- and then they
3  have what's called personal and impersonal. See, there's
4  violence and drugs, and there's personal when there's people
5  involved.
6      MR. LEWAN: Right.
7      MR. DECAPUA: Their home or --
8      MR. LEWAN: Right.
9      MR. DECAPUA: -- their car. Stealing a car is a personal
10 crime.
11     MR. LEWAN: Right.
12     MR. DECAPUA: It's an offense against a person's
13 property, you know?
14     MR. LEWAN: Right.
15     MR. DECAPUA: See, I'd never had any of these. So my
16 sentencing guidelines are really weird, you know? They can't
17 give me the max because I'm not that kind of criminal, you
18 know? I'm the kind of criminal who's likely to repeat the
19 crime, but I'm not the kind of criminal who's likely to hurt
20 anybody.
21     MR. LEWAN: Right. I understand.
22     MR. DECAPUA: And Oregon is real crowded, so they're
23 trying to separate -- the people that are likely to hurt
24 somebody, they don't want to let them out.
25     MR. LEWAN: Right.

68

1      MR. DECAPUA: Right. So they got to get rid of somebody
2  like me to make room for one of them, you know, a bed, so --
3      MR. LEWAN: So you get a 90-day --
4      MR. DECAPUA: Yeah, so I get a 90-day sentence and
5  another 90 days hanging over my head and pay the money, you
6  know, pay the damage you did. I never have paid that.
7      MR. LEWAN: You never paid it.
8      MR. DECAPUA: Not yet, no. Well, I mean, you know, I
9  remember it, but I -- there's other things more pressing right
10 now.
11     MR. LEWAN: I understand. That's --
12     MR. DECAPUA: And 750 was the total.
13     MR. LEWAN: Okay.
14     MR. DECAPUA: Court costs and all that crap. There
15 wasn't much (indiscernible), a homemade safe and...
16     MR. LEWAN: And what about this supermarket, the
17 supermarket job back (indiscernible)?
18     MR. DECAPUA: Well, after --
19     MR. LEWAN: You did this alone, right?
20     MR. DECAPUA: Yeah, it was all alone. (Indiscernible)
21 people knew me -- you know, I fell down on a kid I was in
22 fourth grade with. When I come through the ceiling, I landed
23 on top of this guy, and when I got up, he said, Mike, what are
24 you doing here? You know, I mean, he knows me. I mean, I was
25 in fourth grade with him and then on and on after that, but --

69

1      MR. LEWAN: And it was like closing time, right?
2      MR. DECAPUA: Yeah, yeah, again, we were --
3      MR. LEWAN: (Indiscernible) closing time. It was just
4  before closing.
5      MR. DECAPUA: Yeah. I didn't want -- I wanted to stay up
6  there for few more hours. I was high.
7      MR. LEWAN: And what was -- how did you (indiscernible)?
8      MR. DECAPUA: Oh, yeah, I was up there getting high, and
9  I fell through, and (indiscernible) so good.
10     MR. LEWAN: (Indiscernible) up there?
11     MR. DECAPUA: No, I was whacking heroin.
12     MR. LEWAN: Yeah?
13     MR. DECAPUA: Yeah. I think my rig and spoon are still
14 up there. Well, they never went up and looked, you know? I
15 fell through, and they just -- you know, they --
16     MR. LEWAN: So you kind of came through what was it, the
17 ceiling (indiscernible)?
18     MR. DECAPUA: Yeah, the acoustic -- like these up here?
19     MR. LEWAN: Like these panels, okay.
20     MR. DECAPUA: Yeah, I crashed right through them and
21 landed on (indiscernible). Yeah. Everybody in the store knew
22 who I was.
23     MR. LEWAN: What (indiscernible) --
24     MR. DECAPUA: We're pretty famous in these
25 (indiscernible), you know, I mean, you know, very few people

70

1  live there when we all lived there that don't know us.
2      MR. LEWAN: What aisle did you fall into?
3      MR. DECAPUA: That was in the meat department.
4      MR. LEWAN: You were in the (indiscernible) --
5      MR. DECAPUA: Right in the meat department. No, the --
6  yeah, the --
7      MR. LEWAN: In front of the deli there.
8      MR. DECAPUA: Well, yeah, yeah, right in the butcher
9  shop, boom, right through. He was wrapping meat when I fell
10 through, and Jesus, Mike, what are you doing here. I said
11 running, get out of my fucking way.
12     MR. LEWAN: And at night, (indiscernible)?
13     MR. DECAPUA: This guy says, you can't leave yet, the
14 police are coming. Yeah, right, I can't leave? You bet, you
15 know, but it's hard to run when you're high.
16     MR. LEWAN: Oh, right, right.
17     MR. DECAPUA: You know. I just did a whack of heroin, I
18 mean, you know, I mean, you really don't want to run, you
19 know? I just want to lay there and puke, I don't want to go
20 nowhere, but I got to run because the cops are coming, but
21 damn --
22     MR. LEWAN: Man.
23     MR. DECAPUA: Yeah, that was terrible.
24     MR. LEWAN: So you just kind of lay there and then --
25     MR. DECAPUA: Oh, no, I just kind of ran out of the

71

1  store. A buddy of mine was driving through the parking lot, I
2  jumped in the backseat of his car. I don't know if anybody
3  seen me or not, but he drove me over to Weathersfield (ph),
4  and I went to the bar and got drunk. And I was hanging around
5  with him all night in the car. I don't know what I was
6  thinking, because, you know, I mean, they -- everybody knew
7  who I was, so, you know, they're not wondering who did it,
8  they're wondering where is he, you know?
9      MR. LEWAN: Right.
10     MR. DECAPUA: They finally caught up with me later. My
11 brother had been busy, and my dad signed a paper that put me
12 in Dwayne's custody, so when -- while the DA was drawing up
13 the charges, my brother told the DA that I'm not -- legally
14 I'm his son now and he'll plead me guilty to whatever the guy
15 can give me, you know, because they -- they want me to go in
16 this rehab. So he was telling the DA put as many charges as
17 you can on there, let's stack this up, you know, give him more
18 incentive to stay in there.
19     MR. LEWAN: That's what Dwayne said.
20     MR. DECAPUA: Yeah, and Dick (ph) and everybody else.
21 They all said the same thing.
22     MR. LEWAN: Yeah.
23     MR. DECAPUA: They figured enough time in prison, I'd
24 smarten up, you know? They don't me very well, do they?
25     (Laughter)

72

1      MR. LEWAN: Yeah, straight (indiscernible).
2      MR. DECAPUA: (Indiscernible) they're going to straighten
3  me up. I like that. Yeah, ask Robin about that straighten me
4  up stuff. I'm a crooked person.
5      MR. LEWAN: I don't know if you're crooked
6  (indiscernible) --
7      MR. DECAPUA: Well, I mean, I'm not the -- I mean, I'm
8  still not right, you know? I don't break into taverns
9  anymore, though.
10     MR. LEWAN: Yeah. So you -- so when you got back to
11 Seattle after all this, how did you leave Tammy? I mean, how
12 did all that happen? I mean, why -- did you leave her or --
13     MR. DECAPUA: Well, I got a -- I didn't quit getting in
14 trouble, and I wouldn't -- you know, very -- very poor job
15 skills, so I'm not making a bunch of money. And she -- she
16 wants to try something else. You know, I mean, she could do
17 just as good on her own as she can with me, so, you know, I'm
18 not going to wait for you while you go to jail again, you
19 know?
20     MR. LEWAN: Right.
21     MR. DECAPUA: So --
22     MR. LEWAN: That must've been hard for you.
23     MR. DECAPUA: Yeah, it was. Yeah, it broke my heart for
24 a long time. I was still screwed up over her when I was
25 living with Robin. (Indiscernible) years and years of living

73

1  away from her, though, is good, because now I can look at her
2  and go, whew, I'm glad that I'm not with her anymore.
3      MR. LEWAN: You don't feel that anymore.
4      MR. DECAPUA: No, I'm --
5      MR. LEWAN: Right.
6      MR. DECAPUA: I love her, I love the girls, but I -- you
7  know, if she asked me to, I wouldn't move back in.
8      MR. LEWAN: Right. So then you -- so then you met Robin,
9  and she was -- she -- how did you meet her again? It was --
10 you met her --
11     MR. DECAPUA: Yeah, she was just walking down the road,
12 and I offered her a ride. I knew who she was. She didn't
13 know who I was. She thought I was some pervert, you know, but
14 then I -- you know, I said, hey, you know, you're Jack's wife,
15 right, and she said yeah. I said, well, I was just in jail
16 with Jack, and he said if I see you, give you a ride, and
17 you're going home, right? And she's got this baby and, you
18 know, all this -- you know, diaper bag and all this crap with
19 her, so yeah. Well, get in the car, I'll give you a ride.
20 You know, and she set the kid in the backseat. And I said,
21 you know, if you got an appointment or somewhere to go, you
22 let me know, I'll come by and pick you up and take you there,
23 you know? If anybody -- you know, your old man's a friend of
24 mine, you know, and I'll do you a favor. Yeah, I need to go
25 this place, I need to go to that place. So I give her a ride

**Page 74**

1 to daycare and then to work and then over to the doctor with
2 the baby and this and that, you know, because I'm trying not
3 to hang out in the bars all the time. So, you know, we'd go
4 bowling or, you know, go out and have coffee or go see a
5 movie, you know. And then all of a sudden --
6   MR. LEWAN: She said that you never took her anywhere.
7   MR. DECAPUA: Well, of course not. They don't remember
8 all that good stuff.
9   MR. LEWAN: Right.
10   MR. DECAPUA: Well, when we were married, I never took
11 her anywhere. You go out in public with her, you'll see why,
12 you know? I mean, she's --
13   MR. LEWAN: I know.
14   MR. DECAPUA: We -- we used to go out -- I mean, I'd
15 bring her out to the taverns and stuff.
16   MR. LEWAN: Right. And then you -- when did you decide
17 to go to Alaska for the first time, to come to Alaska?
18   MR. DECAPUA: Well, I wanted to come here for a long
19 time, but I never -- I never did it. I was kind of on the
20 run. I got out of prison in Idaho, and I went to this halfway
21 house, and I saw these guys in Spokane that I had known when I
22 first got together with Tammy, and they're biker dudes. And
23 they talked me into splitting a pitcher of beer, and once you
24 start, you know, so now I'm -- I'm drunk, I'm late returning
25 to the halfway house, which means I'm going back to the joint,

**Page 75**

1 and I don't want to do that. Well, I figure I ought to get
2 some money and get out of here, and how's he going to get
3 money? He's going to steal it, you know. So I try and I get
4 caught and I go to jail. And they thought I was somebody else
5 (indiscernible) the jail. They had me under another name.
6   MR. LEWAN: (Indiscernible) --
7   MR. DECAPUA: Shannon Dell Rhodes (ph), so that's who
8 they think they got in here. You know, they think they have a
9 guy named Shannon Dell Rhodes in here with no criminal history
10 at all, just some guy.
11   MR. LEWAN: Oh, (indiscernible), right, okay, I see.
12   MR. DECAPUA: So he --
13   MR. LEWAN: How did they do that?
14   MR. DECAPUA: Well, they -- they had my jail card from
15 when I got arrested, but they never -- they never updated --
16 when they send your fingerprints in and all that crap, they
17 just add you to an alias list, and they send the information
18 back to the sheriff's department. Well, the sheriff's
19 department had the information, but the jail, you know, that's
20 the -- the idiots in the sheriff's department, so they never
21 correlated that information with their file, you know? They
22 got this guy caught in burglary, and he's in the drunk tank,
23 and he's answering no questions, he's not telling us his name,
24 he's not telling us nothing.
25   MR. LEWAN: Right.

**Page 76**

1   MR. DECAPUA: And they flip through, and they find my
2 file, so they've got me as this Rhodes guy. They said we know
3 who you are, you're Shannon Dell Rhodes, and I said, yeah,
4 sure, yeah, gee, I'm glad you found me out, you know, can I
5 get a cigarette. So I go in front of the judge, and, you
6 know, they're a crowded jail, and my public defender says --
7 you know, he asks me you got a job, I say, yeah, I got a job,
8 I can -- I can verify a job. You got an address? Yeah, I got
9 an address. Okay. So he tells the judge, Your Honor, he's
10 got a place to live and he's got a job, let's let him out on
11 his own recognizance. He's been here since 1974, you know,
12 seven years living in Spokane, you know? So the judge said
13 yeah, he's a good risk, let him out. So they opened the door
14 and let me out, and I went, what? This is one case I'm not
15 appearing before, you know.
16     So I get out, and I go to see Robin, and she -- she --
17 her and her buddies got together 50 bucks or so and got me a
18 bus ticket and a ride out of town. And, you know, the bus
19 pulls over to the side of the road when you're out of town
20 instead of -- you know, there's no like real bus depot or
21 nothing. And so I was waiting there, the bus picked me up,
22 and I got to Seattle, (indiscernible) I went all the way to
23 Bellingham on the bus.
24   MR. LEWAN: To Bellingham.
25   MR. DECAPUA: Yeah. And I got to Bellingham, and I was

**Page 77**

1 trying to get a job washing dishes or something for a week or
2 10 days and get the money to get out, but this fag bought me a
3 ticket up there, you know? He liked me. He says, you know,
4 if you want to stay at my place, you can. I said, you know,
5 I'm really not into guys, and he said, I don't care, I just --
6 I like you anyway. So I was staying over there, and we were
7 shooting the shit over a beer one night, yeah, I'm on the run
8 and I'm wanted and I got to get the hell out of here. So he
9 said, you know, he's got a Native corporation check coming in,
10 and he bought me a ticket to Ketchikan.
11   MR. LEWAN: What kind of ticket?
12   MR. DECAPUA: Yeah, an airplane ticket.
13   MR. LEWAN: An airplane ticket.
14   MR. DECAPUA: Yeah. So I get on the airplane and get off
15 in Ketchikan and --
16   MR. LEWAN: What did you think when you got off?
17   MR. DECAPUA: Oh, it was killer, raining, April, and I
18 got a little work scrubbing boats when they come in from black
19 cod fishing. And then another guy, he -- he give me -- he
20 just give me the money for a ticket to Juneau.
21     So when I got to Juneau, I started working construction
22 putting in drain tile, and I did that all summer, and then I
23 got a job cooking at Black Angus. I was living with this
24 chick. When her and I broke up, I went into the police
25 station in Juneau and turned myself in for crimes in Idaho. I