78

1 told them I was a wanted felon in Idaho. And they called
2 Idaho, and the judge said, you know, he got up there on his
3 own, if -- if he feels like turning himself in, tell him to
4 get down here and do it, you know, I'm not mailing him around
5 the country, you know, if he don't like the snow in Alaska, he
6 can figure another way back, you know? So they let me go. So
7 I got a driver's license, registered to vote, you know, and
8 started living there, you know.
9     And then I -- I -- (indiscernible) Robin, so I remembered
10 her mom and dad lived in Eugene, and I called up her folks.
11 And, you know, the -- the thing was when I left Spokane to
12 come up here on the run, if I could find a place, I was going
13 to -- you know, the plan was to get Robin up here. Well, a
14 couple years had gone by, but, you know, now I'm in a position
15 where I got a place and stuff. So I -- I called her up like
16 was the deal. And she really wanted out of there, and I don't
17 think she thought about it too hard, she just wanted out of
18 there, you know?
19     MR. LEWAN: Right. And she was living with her parents
20 or something?
21     MR. DECAPUA: No, she was living with a bunch of weird
22 people in Spokane. I called her mom and, you know, told her,
23 you know, I asked her if she knows where Robin is. She said,
24 well, she -- she has a way to get ahold of her, but, you know,
25 I -- I don't know you from Adam, you know. And I said, well,

79

1 here's my name and my address, you know --
2 (End of Blue-labeled Tape 1, Side B)
3     MR. DECAPUA: And I said, well, here's my name and my
4 address, you know?
5     MR. LEWAN: Yep.
6     MR. DECAPUA: The next time Robin calls, if you'd give
7 her my name and address and tell her I called, you know, and
8 if she wants to call me, she can, and she did. I mean, when
9 she found out, she gave me a holler, and she just wanted out
10 of Spokane primarily, but -- so I was working at the Blancos
11 (ph) Bar and Steakhouse in Juneau. So I got -- you know, I --
12 I saved up the money for a ticket for her and her kids, and
13 she moved into my place on Egan Drive there. And that woman
14 is not a housekeeper, I mean, really. She can -- Jesus, that
15 trailer was a mess, man.
16     MR. LEWAN: You guys were living -- she said you were
17 living next to one of the churches, an Evangelical churches.
18     MR. DECAPUA: Uh-huh (affirmative).
19     MR. LEWAN: Do you remember the name of the church or --
20     MR. DECAPUA: That was the Church of Jesus or Church of
21 Christ.
22     MR. LEWAN: Church of Christ.
23     MR. DECAPUA: Yeah, it wasn't a Latter Day Saints thing,
24 it was a --
25     MR. LEWAN: Right.

80

1     MR. DECAPUA: -- you know, like I say, you know, Assembly
2 of God kind of thing, you know?
3     MR. LEWAN: Right, right, an Evangelical (indiscernible).
4     MR. DECAPUA: And we had -- we went around and around and
5 around with them a lot of times.
6     MR. LEWAN: And these guys are like -- that must've been
7 weird being next to a church like that.
8     MR. DECAPUA: Yeah. We had to put up our own church sign
9 one night, you know? See, we all -- we all got the same big
10 driveway.
11     MR. LEWAN: Yeah.
12     MR. DECAPUA: And on Sunday, I got all my buddies coming
13 over to watch football, and they got all these people going to
14 church, so you got -- you know, you got Mrs. Beasley walking
15 (indiscernible) with a coffee pot and a plate of cookies, you
16 know, and you got Hank the Skank coming down with a bottle of
17 whiskey and two cases of beer right behind her, and people are
18 wondering are they -- are they doing shot boiler makers with
19 the cookies in church here, you know?
20     (Laughter)
21     MR. DECAPUA: Maybe I want to join this church, you know?
22 And the preacher comes over one day, and (indiscernible)
23 Saturday night, and we're all tripping on acid, and the
24 preacher comes in and says, Mike, we got to talk, come on out
25 on the porch. And I got on the porch and said, yeah, what's

81

1 the matter? And he says, well -- Nick -- that's the guy, Nick
2 Ewing (ph), he says we got, you know, Sunday mornings and all
3 these people coming down to your place and they're drinking,
4 you know, and, well, people think they're drinking in my
5 church, and I said, well, I'll take care of it.
6     So I got some plywood from behind the house and brought
7 it in, and we all got the psychedelic paints out, and we made
8 a sign, "Church of the NFL," you know, and put that up over
9 (indiscernible) so you could tell we're not the Assembly of
10 God Church next door, you know. Oh, Nick, he wasn't too
11 tickled with the competition there. He -- that -- that wasn't
12 his idea of fixing the problem, you know?
13     (Laughter)
14     MR. LEWAN: That is great.
15     MR. DECAPUA: The night we had the Marvin Hagler fight,
16 Marvin Hagler and Roberto Duran, remember that? They had --
17 you know, right?
18     MR. LEWAN: Yeah, I remember that.
19     MR. DECAPUA: We had that on TV in our house, and the TV
20 shuts off at 8:00 o'clock, about round four, and Cliff (ph),
21 he really wants Duran to win and Duran ain't winning, you
22 know. Kevin and I, we bet Cliff that Duran would lose, and
23 we're, you know, snickering and making jokes because Duran is
24 indeed losing, you know?
25     MR. LEWAN: Right.

82

1    MR. DECAPUA: And Cliff thought, you know, that maybe
2  shooting us with a .44 would improve his odds of winning the
3  bet, so he went in and got the pistol. And he's drunk on
4  whiskey, and he's not too good a shot anyway, but on whiskey,
5  he's a real bad shot. He let a round go in the house, and
6  this is a Wednesday night prayer meeting right next door here,
7  you know, and they're getting out, you know? And suddenly
8  there's a hole through the door, and there's two crazy hippies
9  running out with Rainier cans in their hands, screaming,
10 ducking behind cars, and there's another one in the doorway
11 with a pistol, you know? So somebody called the cops, the
12 cops come down. We told the cops that, you know, he was
13 cleaning his pistol and it was an accidental discharge, you
14 know, Kevin and I were having an argument outside over the
15 fight. The cop -- this wasn't like it is (indiscernible), you
16 know?
17    MR. LEWAN: (Indiscernible), yeah.
18    MR. DECAPUA: He just kind of turned (indiscernible) you
19 guys go back in there, and don't call us again, and we'll
20 forget this. So we got back in, and Cliff was passed out, and
21 we got the pistol away from him. Boy, there was some wild
22 nights in that house. Oh, man. (Indiscernible) we used to
23 call the Den of Doom, you know, because --
24    MR. LEWAN: The den of doom.
25    MR. DECAPUA: Yeah, that was -- there about five of us

83

1  single guys living in there.
2    MR. LEWAN: Was Robin (indiscernible)?
3    MR. DECAPUA: No, not yet.
4    MR. LEWAN: Oh, she hadn't come up yet.
5    MR. DECAPUA: She come up later on. She was -- actually,
6  the beginning of the demise of the Den of Doom was inviting
7  Robin in because, you know, there's little kids living there
8  now, so --
9    MR. LEWAN: Yeah, right, that ain't the thing.
10   MR. DECAPUA: Right, not nearly the amount of
11 (indiscernible) going on as there used to be.
12   MR. LEWAN: Who was the other members of the gang?
13   MR. DECAPUA: Well, let's see, Tom Rosick (ph), he lives
14 in Juneau still. Kevin Deckman (ph), I think he still lives
15 in Juneau. I'm pretty sure he works for the ferry service,
16 Kevin Deckman. And Cliff Olmstead (ph), he's from Denver,
17 Colorado. And George -- oh, what's his last name? He's from
18 New Jersey, his dad's a cop. I can't remember his last name,
19 George. We were the -- the core group. And I'd always find,
20 you know, hippies passing through town needing a place on a
21 carpet for a night, you know?
22   MR. LEWAN: Right.
23   MR. DECAPUA: I'm real bad at that.
24   MR. LEWAN: This was like a -- like the Georgia Kite
25 place.

84

1    MR. DECAPUA: Quite a bit, yeah. I tend to gravitate
2  towards places like that. I like excitement, you know.
3    MR. LEWAN: I got you.
4    MR. DECAPUA: I like throwing things in the soup.
5    MR. LEWAN: So this went on for a little while, and then
6  you decided to move out.
7    MR. DECAPUA: Yeah, I bought a boat.
8    MR. LEWAN: You bought a boat.
9    MR. DECAPUA: Yeah. I -- see, I'd been wanting to just
10 move out from small town, Alaska, for years, you know, after
11 living in Juneau.
12   MR. LEWAN: What kind of boat did you get?
13   MR. DECAPUA: A 27-foot (indiscernible) dory. I was
14 going to, you know, go fishing, so I bought a boat, and Robin
15 and I went cruising around, got Pelican, and I liked it here,
16 so --
17   MR. LEWAN: Yeah, that's a nice (indiscernible).
18   MR. DECAPUA: Robin went back to Juneau and stayed there,
19 and I went off with a couple of buddies. I was going to go
20 try and make it fishing, and if I made any money, I'd give
21 Robin a plane ticket. I didn't make any money. I lost all my
22 gear. Big fiasco. But I kept trying. And one day a guy
23 named (indiscernible) Ingemar, he's (indiscernible), you know,
24 do you ever catch fish? I said no. He said, well, maybe you
25 ought to work with someone and see what is done, you know, how

85

1  it works.
2    MR. LEWAN: Yeah.
3    MR. DECAPUA: Then maybe you understand the gear and
4  stuff, you can go back to your own boat and try it again, you
5  know, so I went fishing with him, and Barry (indiscernible)
6  and myself, we went out with Ingemar gray cod fishing, and
7  that was '85, '86. That was my first good fishing. I dug it.
8  It was great, and I actually got paid for it this time. You
9  know, instead of spending all that money, I actually made a
10 few bucks.
11   MR. LEWAN: (Indiscernible).
12   MR. DECAPUA: Yeah, he broke me in, yeah. He's a good
13 teacher, too, real easy to work for guy. You know, if
14 something wasn't done, he didn't yell and scream, but he just
15 said, yeah, you're not getting paid until this is stuff is
16 done. It's part of the job, you know, you got to scrub the
17 boat, and when you scrub the boat, it's got to be clean. You
18 can't just put a brush to it and not do any --
19   MR. LEWAN: (Indiscernible).
20   MR. DECAPUA: Yeah.
21   MR. LEWAN: (Indiscernible) the holds and all that,
22 yeah, clean all the boards and put it all back when you're
23 done, so that's hard work.
24   MR. DECAPUA: Yeah, oh, yeah. Yeah, it's good work,
25 though. It's fun, you know, especially when you get along

86
1  with the crew. We had some -- we had some fun times on Ing's
2  boat. He's a crazy dude, man. He's like --
3      MR. LEWAN: Is he Native or --
4      MR. DECAPUA: No, he's a Swede. They call him Ingemar,
5  because you remember Ingemar Johansen and Sonny Liston?
6      MR. LEWAN: Oh, yeah, right, right, right, the fighter,
7  right?
8      MR. DECAPUA: Yeah.
9      MR. LEWAN: Right.
10     MR. DECAPUA: Yeah Ingemar Johansen got knocked out in
11 the first round, but Richard Lundall (ph) got to Pelican that
12 night -- the night of the fight, and Richard bet everybody
13 that Ingemar -- he's a Swede. He bet everybody Ingemar was
14 going to whip Sonny Liston's ass. Of course, about 20 seconds
15 into it, Ingemar is laying on the pavement, you know. So they
16 call him Ingemar, you know?
17     (Indiscernible comments)
18     MR. DECAPUA: The night he got to town and bet everybody
19 money he didn't have was the night Ingemar became Ingemar.
20     MR. LEWAN: Oh, right.
21     MR. DECAPUA: But his name is Richard, you know, but they
22 call him the Ingemar.
23     MR. LEWAN: That's great.
24     MR. DECAPUA: Yeah, I didn't know that. Freddie told me
25 that. Freddie used to skipper the (indiscernible) him and Ing

87
1  broke in together when they were kids, you know? Ingemar come
2  up here when he was in college to work the cold storage during
3  the summer, you know, for college money.
4      MR. LEWAN: Yeah.
5      MR. DECAPUA: And when he graduated -- he kept coming up
6  every year throughout college, and when he got out of college,
7  he just kept coming up because he was fishing and doing pretty
8  good, you know? And he stuck with fishing, but he makes -- he
9  made more money as a computer programmer than he did fishing,
10 you know, but, you know, he did okay fishing.
11     MR. LEWAN: Right.
12     MR. DECAPUA: I learned a lot with the guy. He's -- I
13 still -- his kids and I are friends and him and I are buddies,
14 you know, and I love Ingemar, he's a great guy, you know?
15     MR. LEWAN: (Indiscernible)?
16     MR. DECAPUA: He's got IFQs (ph) (indiscernible) and, you
17 know, still got that same old boat.
18     MR. LEWAN: He did okay, he got IFQs.
19     MR. DECAPUA: Yeah, and he got some allocations. You
20 know, it's good to get allocations. When those were issued
21 out, a lot of guys did whatever they could to get capital and
22 they invested in more IFQs. A lot of guys thought it was a
23 losing program and got out of it.
24     MR. LEWAN: (Indiscernible).
25     MR. DECAPUA: Yeah, (indiscernible) brought them up, the

88
1  cod, not the halibut. The halibut is not a good investment.
2      MR. LEWAN: You went back -- you got back to Pelican, and
3  I guess (indiscernible) on a boat --
4      MR. DECAPUA: Yeah, she had to move into town, into Sitka
5  here.
6      MR. LEWAN: (Indiscernible) moved to Sitka.
7      MR. DECAPUA: She was collecting welfare, and the welfare
8  people were going to take the kids if she continued living on
9  the boat. She didn't like living on the boat anyway, but --
10 yeah, she was pregnant with Mario then. That was a dirty
11 trick.
12     MR. LEWAN: She did that without telling you?
13     MR. DECAPUA: Yeah, yeah. She just -- she -- she worked
14 on it, getting pregnant, you know, she worked on it,
15 conniving.
16     MR. LEWAN: And what was the point?
17     MR. DECAPUA: Well, the point is, you know, I got to
18 get -- if she's got a son with me, he's going to --
19     MR. LEWAN: He's going to take care of me.
20     MR. DECAPUA: -- well, then I got a little leverage to
21 work on.
22     MR. LEWAN: Right.
23     MR. DECAPUA: You know, I can change him into that guy
24 I've been waiting for, you know?
25     MR. LEWAN: Got you. That ain't going to work.

89
1      MR. DECAPUA: The more you push me to change, the less
2  likely I am to follow the prodding. I'm -- just like they
3  say, I got a bad thing with authority, especially usurped
4  authority, you know? I really have a hard time there.
5      MR. LEWAN: So what did you do? Did you come to Sitka?
6  Did you leave her there?
7      MR. DECAPUA: She moved here, got an apartment here, and
8  I stayed at Pelican. I was waiting for the results of an
9  extradition hearing to extradite me back to Idaho.
10     MR. LEWAN: Idaho.
11     MR. DECAPUA: Yeah. And then Mario was born in October.
12     MR. LEWAN: Did they ever extradite you?
13     MR. DECAPUA: Yeah, they did. They sent me back there.
14 They took an 18-year sentence and knocked it down to one year
15 and then let me out in three months. The judge just let the
16 whole thing go.
17     MR. LEWAN: What did he say about it?
18     MR. DECAPUA: He's an angler. The judge was an angler, I
19 lucked out. I got in chambers with him, you know?
20     MR. LEWAN: What do you mean he's an angler?
21     MR. DECAPUA: He's, you know, an angler, sport angler,
22 fisherman.
23     MR. LEWAN: Okay.
24     MR. DECAPUA: He found out I'm a fisherman from Alaska,
25 which is, you know, that's every angler's dream, to come up

### 90

1  here and fish. And we sat in chambers for an hour swapping
2  fish tales, and he thought I was a good ol' boy and let me go.
3  He says Mr. DeCapua, what will you do if I let you out? I
4  said I'll go to Alaska to fish, you'll never see me again down
5  here. And he says, well, take it easy, and he let me off.
6      MR. LEWAN: That's great.
7      MR. DECAPUA: The other judge give me 18 years. This one
8  let me go. Far out. That's (indiscernible).
9      MR. LEWAN: Was this the appeals judge?
10     MR. DECAPUA: No, it wasn't an appeal. It was superior
11 court, and (indiscernible) to look at.
12     MR. LEWAN: Okay. But the first guy -- who gave you 18
13 years?
14     MR. DECAPUA: Judge Schwam (ph).
15     MR. LEWAN: But that was back before --
16     MR. DECAPUA: Yeah, yeah, that was before I come up here.
17 That was, you know, what led to the halfway house when I came
18 up here.
19     MR. LEWAN: I got it.
20     MR. DECAPUA: That was that judge, you know.
21     MR. LEWAN: Okay. That was the previous one, not the one
22 that you got out of jail (indiscernible) later on.
23     MR. DECAPUA: No, they let me out on that one, not
24 knowing that I was --
25     MR. LEWAN: Not the one that (indiscernible).

### 91

1      MR. DECAPUA: No, I was still doing time on the other
2  one, (indiscernible). I'm the luckiest guy (indiscernible),
3  man.
4      MR. LEWAN: I love that. That is a great story. So you
5  go back -- so how'd you go back? You got on a plane or a bus
6  or a boat?
7      MR. DECAPUA: Yeah, no, they put me on an airplane, and
8  when we landed in Seattle --
9      MR. LEWAN: So they paid to send you back.
10     MR. DECAPUA: Yeah, Idaho did. And then when I -- well,
11 when I got to Idaho, I had to pay my own way back up here.
12     MR. LEWAN: Okay.
13     MR. DECAPUA: Yeah, Idaho wouldn't send me back
14 (indiscernible), but they let me out. I had some money from
15 my dividend check and a little money left from fishing, and I
16 called Don up, Don got me a hotel room with a credit card in
17 Idaho, and the next morning I jumped on an airplane and split,
18 you know, and flew back up here. I stopped here for a couple
19 days to see Robin, and then I split up to Pelican and went
20 fishing (indiscernible).
21     MR. LEWAN: Okay.
22     MR. DECAPUA: And that's when I started fishing with
23 Danny.
24     MR. LEWAN: Who's Danny?
25     MR. DECAPUA: Yeah, Danny Rear. The rudder fell off of

### 92

1  that fell off of (indiscernible)'s boat.
2      MR. LEWAN: (Indiscernible), R-e-a --
3      MR. DECAPUA: Rear, R-e-a-r, Danny Rear. He lives here
4  in town.
5      MR. LEWAN: Okay.
6      MR. DECAPUA: Yeah, I fished with him for a couple
7  seasons, and him and I are good buddies, you know, aside from
8  fishing (indiscernible). We're good friends, too.
9      MR. LEWAN: Okay.
10     MR. DECAPUA: He's a Christian, you know.
11     MR. LEWAN: Right.
12     MR. DECAPUA: He was a preacher.
13     MR. LEWAN: And is this how you got into religion?
14     MR. DECAPUA: (Indiscernible), I was just hanging around
15 (indiscernible).
16     MR. LEWAN: (Indiscernible).
17     MR. DECAPUA: And, you know, I have been in and out of
18 that a lot of times, and (indiscernible).
19     MR. LEWAN: (Indiscernible) showed me some letters or
20 something (indiscernible) --
21     MR. DECAPUA: Yeah. Yeah, I was really into
22 (indiscernible).
23     MR. LEWAN: How did you get (indiscernible)?
24     MR. DECAPUA: You know, people come to jail and talk to
25 you, and then things make sense, so you, you know --

### 93

1      MR. LEWAN: You try it, yeah.
2      MR. DECAPUA: Yeah, you try it, yeah.
3      MR. LEWAN: So this is like after you were fishing with
4  Danny Rear (indiscernible) you went to Juneau, and then you --
5      MR. DECAPUA: That's when I went to Juneau, yeah.
6      MR. LEWAN: Oh, okay, so --
7      MR. DECAPUA: When I got out in Idaho, I come back up
8  here to Pelican, and that when I ran into --
9      MR. LEWAN: Danny Rear.
10     MR. DECAPUA: I went fishing with Ingemar again, and I
11 was (indiscernible) with Bob Busby (ph) -- he's dead now --
12 was (indiscernible) Bob Busby on the (indiscernible), and I
13 was longlining with Danny Rear or Ingemar. And
14 (indiscernible) went up to Seward and Kodiak fishing, and
15 every time we'd get to the beach, of course, I run up to hit
16 the bar, you know, and (indiscernible) says next year we go,
17 I'm going to -- you know, when you drink, I'm going to three-
18 quarter share you. So I quit fishing with him. I -- you
19 know, I don't like people telling me what to do on my off
20 time. I love Danny, but I'm not going to work for a guy who's
21 going to tell me I can't drink when I get to the beach, you
22 know?
23     MR. LEWAN: Right. That's your business, I
24 (indiscernible).
25     MR. DECAPUA: Yeah. Well, you know, I mean, if it's --

94
1  if it's affecting a crew's performance, then I agree, you
2  know, but, I mean, it's -- that's not why we were catching
3  less fish that year, you know? My drinking isn't what -- you
4  know what I mean?
5      MR. LEWAN: I hear you.
6      MR. DECAPUA: It was other things that led to us not
7  catching fish.
8      MR. LEWAN: I hear you.
9      MR. DECAPUA: And he was just trying to --
10     MR. LEWAN: Look for (indiscernible).
11     MR. DECAPUA: Yeah. Doing something is better than doing
12 nothing, I guess.
13     MR. LEWAN: So you were fishing up at Kodiak, and then
14 this is about -- what year is this, roughly?
15     MR. DECAPUA: The oil spill.
16     MR. LEWAN: Yeah, '89.
17     MR. DECAPUA: Yeah. Yeah, we were bringing the boat
18 back. That's when Robin and I moved over to (indiscernible).
19 We were bringing the boat back down here, and that's when
20 Danny said, you know, if you go with me next year,
21 (indiscernible) ain't drinking (indiscernible), so I just
22 quit. And I started working for Phil Wiley on the MIN E. I
23 worked for him for a long time, several years. He's a -- he's
24 a damn good rockfisherman, Phil. We got our limit almost
25 every week. But when it came to black cod season and stuff,

95
1  the guy can't keep a crew, you know? So you end up spending a
2  lot of time on -- on the beach waiting for crewmen to show up.
3      MR. LEWAN: Right.
4      MR. DECAPUA: And you need a lot of fishing time, and
5  when it's opening like that, you know, because black cod and
6  stuff, you can't afford to lose fishing time. And Phil is
7  like the world's -- yeah, he's a hard to get along with guy.
8  It takes a lot of kissing for his ass, you know? But, you
9  know, he's a pretty good guy. It's just that he -- he's hard
10 to live with, yeah.
11     MR. LEWAN: (Indiscernible).
12     MR. DECAPUA: Yeah. And I'm not that -- I learned from
13 the old man how to kiss ass, but there's only so much of it I
14 can do before I really hate the taste.
15     MR. LEWAN: Weren't you like -- so you were living in
16 Sitka, and what do you like most about Alaska and what do you
17 like most about Sitka? What's the one thing or quality that
18 you think that you like the most about it? Why is Alaska
19 different from the Lower 48, or what is it about living here
20 that --
21     MR. DECAPUA: Up here -- it's easy to get a job up here,
22 you know? Down below if you ask for a job, the first thing
23 they say is, well, you know, where did you go to school? Up
24 here it ain't school, you know? I mean, you either go to
25 school to be a lawyer or a doctor, but a dentist, I don't

96
1  think you need to go to school for that up here, you know? I
2  mean, you could be the company foreman up here and not even
3  have a high school diploma. You know, it's not like that down
4  there, you know? A whole bunch of misfits up here, you know
5  it? Everybody up here fucked up down there somewhere, that's
6  why they're here. So they're a lot more tolerant about it
7  when you fuck up, you know, because (indiscernible). It's a
8  lot of fun up here. People are a lot more open and a lot less
9  paranoid than they are down below.
10     It rains all the time, but that keeps a lot of shitheads
11 out. You know, the nasty weather, it keeps people away. And,
12 like, I'm no big fan of the cold, and here in Sitka it's nice
13 in (indiscernible) past week, it's January, for crying out
14 loud, you know?
15     MR. LEWAN: (Indiscernible).
16     MR. DECAPUA: Well, (indiscernible) Arkansas is buried
17 under ice.
18     MR. LEWAN: You got it.
19     MR. DECAPUA: And we don't even have snow on the ground.
20 (Indiscernible - indiscernible comments, background noise).
21     MR. LEWAN: What about the country do you like? What do
22 you like (indiscernible) --
23     MR. DECAPUA: I like being on the water.
24     MR. LEWAN: You like being on the water.
25     MR. DECAPUA: (Indiscernible) walk in the woods.

97
1      MR. LEWAN: Why do you like being on the water?
2      MR. DECAPUA: It feels great. That's where I like being.
3  I don't know. Some people are born for it, I mean.
4      MR. LEWAN: (Indiscernible) horizon and --
5      MR. DECAPUA: Yeah, that's part of it. It's always
6  moving. It's exciting, and you never know when the boat's
7  going to go out from under you.
8      (Laughter)
9      MR. DECAPUA: You meet people out there. I've only been
10 shrimping a couple years (indiscernible) for this guy Bill.
11 He's a mult-millionaire. And we tie up together and drink
12 whiskey together. Where else are you going to do that? You
13 know, he's going to come onboard your work boat, and this
14 guy's got millions. He could buy our boat and lose it
15 tomorrow and not give a shit. He'd come aboard with a jug of
16 whiskey or a case of beer and eat shrimp with us and shoot the
17 shit just like us, you know? He sleeps in his sleeping bag
18 just like we do.
19     MR. LEWAN: That's good.
20     MR. DECAPUA: Yeah, that's pretty neat, you know, and
21 that's not going to happen to you elsewhere.
22     MR. LEWAN: Yeah, you need a pass to get in, just to get
23 in the door.
24     MR. DECAPUA: You got to be a member of the Elks to meet
25 the guy, you know, and -- you're equal out there. It don't

98
1  matter how -- you know, you can be on a hundred-foot
2  (indiscernible) trawler or you could be on a 30-foot troller,
3  and it just -- you're both equal.
4      MR. LEWAN: It's the merit system, isn't it?
5      MR. DECAPUA: Yeah, yeah.
6      MR. LEWAN: If you earn it and if you're good at it, then
7  (indiscernible) all people are members.
8      MR. DECAPUA: You get a reputation for, you know,
9  (indiscernible) drinks, and every time I hire him to get gear
10 work done and we got it done, you know? He said he'd show up,
11 he shows up, you know? What you do affects more than who you
12 know.
13     MR. LEWAN: Right, I hear you.
14     MR. DECAPUA: It's not like that down there.
15     MR. LEWAN: It's who you know.
16     MR. DECAPUA: Yeah, a lot of it.
17     (Indiscernible comments)
18     MR. DECAPUA: And, you know, (indiscernible) your family,
19 too. In a lot of situations, your family has got a lot to do
20 with what it is you're going to be doing.
21     MR. LEWAN: And (indiscernible) pulling you one direction
22 or another.
23     MR. DECAPUA: Uh-huh (affirmative), yeah.
24     MR. LEWAN: And you owe them everything and that --
25     MR. DECAPUA: Uh-huh (affirmative).

99
1      MR. LEWAN: That's cool. So you were back at -- so
2  that's when the oil spill and all that (indiscernible).
3      MR. DECAPUA: Yeah, (indiscernible) living here, trying
4  to buy a house (indiscernible). I took -- started taking my
5  crew shares and investing in dope and selling it and making
6  more money.
7      MR. LEWAN: Right, I heard -- yeah --
8      MR. DECAPUA: And then I was growing a little weed, too.
9  You know, I started -- then I started the cocaine, and that's
10 when the shit hit the fan.
11     MR. LEWAN: Where did you grow this stuff?
12     MR. DECAPUA: At my house.
13     MR. LEWAN: Down in the basement or --
14     MR. DECAPUA: Yeah, in the back room. It was legal back
15 then (indiscernible). They didn't change the rule here. You
16 can still grow pot. So I grew weed and (indiscernible), and
17 then I started doing the coke, and that -- so the old lady
18 quit having sex, so that started me with the mental problems
19 right there, you know what I mean? And then when the cocaine
20 came, there's all these women that are willing to do things
21 for coke, you know? And my old lady just ain't willing to do
22 nothing for any amount of whatever, so --
23     MR. LEWAN: Right.
24     MR. DECAPUA: -- that's where we fell apart.
25     MR. LEWAN: Yeah, okay, I got you.

100
1      MR. DECAPUA: Definitely our demise, yeah.
2      MR. LEWAN: So when the -- when the chicks come up and
3  they'll do anything for coke, you either wind up doing it
4  yourself because they're there and you're screwing them, and
5  what the hell, right?
6      MR. DECAPUA: Yeah, go ahead. I loved it anyway. I
7  mean, doing it was fun. Shit, I'd do it because it was fun to
8  do. But, I mean, they're willing to trade for sex, well, why
9  not, you know? Shit, (indiscernible).
10     MR. LEWAN: (Indiscernible).
11     MR. DECAPUA: Sure, no problem. But that's -- I'm glad
12 I'm away from her, but I'm sorry about, you know, the boys,
13 you know, but I'm glad I'm away from her.
14     MR. LEWAN: So you said --
15     MR. DECAPUA: I think I'd have killed her.
16     MR. LEWAN: Yeah. You think so?
17     MR. DECAPUA: Yeah.
18     MR. LEWAN: It was that bad?
19     MR. DECAPUA: Yeah. Well, I really (indiscernible) say
20 it, you know?
21     MR. LEWAN: But you're not -- you're not a
22 (indiscernible), you don't seem like --
23     MR. DECAPUA: Oh, no, but she -- she could drive you to
24 it, you know?
25     MR. LEWAN: Well, how did she -- what would be thing that

101
1  most pissed you off about her?
2      MR. DECAPUA: The look, that fucking look she'd have.
3      MR. LEWAN: (Indiscernible)?
4      MR. DECAPUA: Looks like if I could've -- if I could kill
5  you right now, I'd (indiscernible), you know? Wake up and go
6  out of her way to do things that piss me off, and it's so easy
7  not to piss me off. And it's -- and when you take -- you go
8  through all that effort just to make me angry, I'd be angry.
9      (Indiscernible comments)
10     MR. DECAPUA: I don't do the right thing when I do. So
11 I'm not trying -- you know, everything about me I hate, she
12 brings up, you know?
13     MR. LEWAN: What do you hate about yourself?
14     MR. DECAPUA: Too impulsive. I really hate it when I end
15 up fucking up and paying for it out of impulse, you know, and
16 she would guide me to that a lot of the time. And I'm a slave
17 to my vices, (indiscernible). I'm a real selfish person,
18 that's why I like living alone, because it's always my way
19 now. I don't have to worry about anybody else's way. When
20 I'm working, it's the skipper's way. When I'm not working,
21 it's my way.
22     MR. LEWAN: Yep.
23     MR. DECAPUA: I don't have no (indiscernible) get one, I
24 say it's her way, too, you know. You have to compromise
25 (indiscernible) take one on. Find one that don't have any

Page 102

1 demands, she's good.
2  MR. LEWAN: What do you -- what are you most afraid of in
3 life?
4  MR. DECAPUA: Dying with a $100 bill in my pocket. That
5 scares the shit out of me.
6  MR. LEWAN: Why is that?
7  MR. DECAPUA: I could've spent it.
8  MR. LEWAN: Wasted opportunity.
9  MR. DECAPUA: Yeah. That's scares me. I -- you know,
10 I'm not --
11  MR. LEWAN: You're not shitting me, now?
12  MR. DECAPUA: I'm not shitting you, I'm telling you the
13 truth. My -- you know, I watched my old man work his whole
14 life so he'd have something when he was done, you know? And
15 he retired on Friday and he was dead on Sunday.
16  MR. LEWAN: Yeah, I remember (indiscernible).
17  MR. DECAPUA: You know, that scares the shit out of me.
18  MR. LEWAN: He was coming back from a camp or something.
19  MR. DECAPUA: Yeah, a Boy Scout camp.
20  MR. LEWAN: Boy Scouts.
21  MR. DECAPUA: And that scares the shit out of me, you
22 know what I mean? Work my whole life for something, finally
23 get it, and when I'm driving to go enjoy it, I get in a car
24 wreck on the way to the game, that's scary. I don't want
25 to -- I don't want to die on the beach. I want to be lost at

Page 103

1 sea, you know?
2  MR. LEWAN: (Indiscernible) big thing for you, that whole
3 thing. That made a big mark on you.
4  MR. DECAPUA: Yeah, that really -- it shattered a lot of
5 my illusions, you know? I thought maybe I could fake it up to
6 that point, you know, I can get a job --
7  (Tape interruption)
8  MR. LEWAN: Yeah.
9  MR. DECAPUA: (Indiscernible) can't stay married to you.
10  MR. LEWAN: Right, otherwise you're wasting their time.
11  MR. DECAPUA: But they -- they should all not listen to
12 their parents and the movies and TV.
13  MR. LEWAN: Right.
14  MR. DECAPUA: You know, the movies --
15  MR. LEWAN: It's disgusting.
16  MR. DECAPUA: They started doing this -- World War II is
17 where they started this crap in the movies, you know.
18  MR. LEWAN: Right.
19  MR. DECAPUA: The good guy in the flick had to kill him
20 if he wanted to get you away from him.
21  MR. LEWAN: Right.
22  MR. DECAPUA: You know?
23  MR. LEWAN: Right.
24  MR. DECAPUA: But after World War II, they started
25 saying, well, you know, you got to be in love, you shouldn't

Page 104

1 marry him if you don't love him. So then what happens in a
2 month, you know?
3  MR. LEWAN: Right.
4  MR. DECAPUA: And you realize you're not going to change
5 the beer-drinking son of a bitch, you know what I mean? Then
6 you don't love him anymore, so I'm going to move out or he's
7 going to move out, and then there's the kids, you know?
8  MR. LEWAN: Right. I asked my dad, I said to him, why
9 did you marry Mom, before he died. My dad died a few years
10 ago. About a year before he died, I finally got the nerve up
11 to ask him, and he kind of looked at me funny, and he smiled,
12 and he said, because I can trust her.
13  MR. DECAPUA: Uh-huh (affirmative).
14  MR. LEWAN: He didn't say because I loved her
15 (indiscernible), you know, he just said he could trust her.
16  MR. DECAPUA: I asked my --
17  MR. LEWAN: So, you know --
18  MR. DECAPUA: I asked my mom why she married the old man,
19 and she said because she wanted kids and he asked her. She
20 was -- my -- my mom was beautiful. Did you ever see her
21 wedding picture? My sister's got -- she's a beautiful woman.
22  MR. LEWAN: A beautiful woman.
23  MR. DECAPUA: And she's deaf, see. Her best friend,
24 Evelyn Slanda (ph), married a hearing man, okay? Mom used to
25 date gangsters in Boston.

Page 105

1  MR. LEWAN: Is that right?
2  MR. DECAPUA: Yeah, that's who used to take her out.
3 That is a big way how she supported her sisters when she was a
4 kid. She was the oldest sister, you know? She supported her
5 sisters when she -- when they were growing up, all right?
6 They still -- you know, they stayed -- they didn't have to
7 quit school and go to work. Mom was a hairdresser, but in
8 Massachusetts, deaf people can't be hairdressers, so that had
9 to be under the table, and, you know, there had to be a little
10 bit of protection going on to keep --
11  MR. LEWAN: Keep people away, yeah.
12  MR. DECAPUA: -- to keep people from going to the door
13 and finding out she's deaf, you know. Plus she could read
14 lips, which helped, you know. But her best friend Evelyn
15 married a hearing man, and Mom went out with them a couple
16 times on double dates and stuff. And Mom would not marry a
17 hearing guy because whenever they were at -- you know,
18 whenever they'd go out with their friends, she's going to be
19 the odd man out all the time, she's always going to be the
20 oddball because she can't hear what's going on. So she made
21 up her mind -- she didn't even speak sign language, but she
22 made up her mind she was going to have a deaf husband, so she
23 started hanging out at the deaf club. And all the guys in --
24 my -- my dad was on a football team, and all those guys, they
25 hung out after they graduated, they all went to Pratt Whitney

### 106

and got a job, you know, because Pratt Whitney was recruiting deaf people. So the whole football is at the same deaf club. They all bought houses in the same town, and they're working in this -- you know, they're all moving to east Hartford and --

MR. LEWAN: Yeah.

MR. DECAPUA: Mom's going to the deaf club, and the old man was the only one with the balls to ask her to dance, you know? So as soon as someone asked her to dance, she figured this (indiscernible) my husband. She couldn't stand him.

When I grew up, it was normal to fight and argue all the time. Five kids, everybody got out of the house before they were 18 years old. And my brother pointed that out to me. I never realized that, you know, but of five kids, none of them stayed home till their 18th birthday. I mean, we all got out before 18, you know? Barbara got married, Dick joined the Navy, Don got married, which is unusual for a guy, you know, but Don got married and moved out before he turned 18, and I ran away when I was 13, and Dwayne started going to jail or reform school when he was 13 or 14. You know, none of us hung around at home. But I -- it never occurred to me. I didn't think about it like that, but it's --

MR. LEWAN: And he said that the first two kids got a lot of attention.

MR. DECAPUA: Uh-huh (affirmative).

### 107

MR. LEWAN: But then after that, it just kind of trailed off, that he always sorry for you, he said, because you didn't get the kind of attention that the other kids got.

MR. DECAPUA: Oh, I did, though. I got -- I got more.

MR. LEWAN: You got more, do you think?

MR. DECAPUA: Yeah, but it -- when he -- when I was with Dad, I wasn't -- I wasn't his kid, you know? I was his interpreter, you know what I mean?

MR. LEWAN: Yeah.

MR. DECAPUA: When I was in the car -- whenever the old man put me in the car, he didn't put me in the car to take me along. He brought me in the car to use my ears, but, you know, I mean, I -- I didn't mind. I thought it was my job, you know? But I -- I also thought that it was parents' jobs to argue all the time. I mean, you know, that's part of being married. You know, you don't just get divorced because you hate each other.

MR. LEWAN: Right.

MR. DECAPUA: You know, you're buying a house, you got these kids, you got -- you know, you're -- the job of the two people on top of this, to give everything to the people on the bottom when they're done with it, you know? That's -- that used to be the parents' job, to build the family business and keep it going until your kids are old enough to take it over, and then you dump it on whichever one of them is best apt for

### 108

it, and, you know, you try and get it bigger, you know?

MR. LEWAN: And then you go -- yeah, and then it goes on generations down.

MR. DECAPUA: Yeah, and that's how you build legacy, and that's how you -- you know, that's how things work, see? But we get this idea, oh, you must be in love all the time, you know? Sorry, buddy, you're not going to be in love all the time. I don't care who you're married to, how much you love her, you know? I mean, if you got Britney Spears devoted to you, there's going to be a couple mornings you're going to wake up and just not like her today, you know? You don't want to be -- what (indiscernible), you're going to get divorced because you don't like her today? I mean, but in this day and age, yeah, that's what you do.

MR. LEWAN: I hear you.

MR. DECAPUA: But that's not how you're supposed to do it, I mean --

MR. LEWAN: I hear you. Well, I think you're right. I think you're absolutely right. I think it's why people don't get along today in America, anyway. Overseas, you go overseas, and it's a different in some places.

MR. DECAPUA: Well, see --

MR. LEWAN: (Indiscernible) --

MR. DECAPUA: -- marriages there are still arranged.

MR. LEWAN: Right, exactly.

### 109

MR. DECAPUA: You know, both parents have to give a blessing or it's --

MR. LEWAN: It's over, yeah.

MR. DECAPUA: The family doesn't like you no more. You know, your siblings, your --

MR. LEWAN: And the kids learn from the mother and father that, you know, there's more to it than just lovey-dovey stuff.

MR. DECAPUA: Uh-huh (affirmative).

MR. LEWAN: Yeah. I hear you.

MR. DECAPUA: Well, over here, too, I mean, here, you know, we got like Jerry Springer and Oprah telling everybody how to live, you know?

UNIDENTIFIED FEMALE: What channel is Jerry on?

MR. DECAPUA: I don't know. I don't watch none of that crap. It's just (indiscernible) --

UNIDENTIFIED FEMALE: I don't either, but I (indiscernible) get to like Jerry. Are you guys ready to order?

MR. DECAPUA: I'll have the Eggs Benedict (indiscernible).

MR. LEWAN: Make that two.

UNIDENTIFIED FEMALE: Do you want hash browns or the other --

MR. DECAPUA: Yeah, yeah, I like hash browns better.

110
1  UNIDENTIFIED FEMALE: What about you?
2  MR. LEWAN: Yeah, the same.
3  UNIDENTIFIED FEMALE: Okay, thanks.
4  MR. DECAPUA: Thanks. But, you know, like in Europe, you
5  go to have sex with your wife, and she acts with reluctance,
6  okay?
7  MR. LEWAN: Right.
8  MR. DECAPUA: Well, the way you handle that in Europe is
9  you just quietly go off and get somebody on the side.
10 MR. LEWAN: Right.
11 MR. DECAPUA: You know, you work a few more hours in the
12 office to pay for your mistress.
13 MR. LEWAN: Right.
14 MR. DECAPUA: And you don't bring it home, you don't rub
15 it in nobody's face.
16 MR. LEWAN: No, it's done with honor.
17 MR. DECAPUA: And the old lady goes out and gets a little
18 on her own. She don't bring it home and make an issue out of
19 it, either, you know? It's not a reason to quit.
20 MR. LEWAN: All right.
21 MR. DECAPUA: There's ways around it, you know,
22 centuries-old ways around it that have been working for
23 hundreds of years. What you got to change it for, you know?
24 MR. LEWAN: Right. Kind of like Clinton.
25 MR. DECAPUA: Well, yeah, I mean, I thought Clinton was a

111
1  great President. I don't care if the guy did an intern. I
2  mean --
3  MR. LEWAN: I don't think so either. I think -- you
4  know, it doesn't mean anything.
5  MR. DECAPUA: I don't think that has anything to do with
6  his being the President. And Bush, I don't think, is a very
7  honorable guy. You know, he says, I'm going to restore
8  integrity to the office, but did you give back all the money
9  you got from the savings and loan? I remember reading about
10 that in the paper when it happened, I remember what went down,
11 and that guy had given hundreds of millions of dollars in
12 loans to people with no collateral but friendly political
13 connections. And when the bank went broke, those depositors
14 lost their money, but Bush kept all the bonus money he made
15 because on paper it looked great, you know? We're giving all
16 these loans at this percent, so I'm getting a two-point bonus
17 on this $600-million loan because I'm the guy that's making
18 the bank --
19 MR. LEWAN: That's right.
20 MR. DECAPUA: -- the 400 million in return payments.
21 MR. LEWAN: That's right.
22 MR. DECAPUA: So I'm going to take four million on it,
23 you know? And if I do a hundred loans like that, well, I got
24 400 million bucks.
25 MR. LEWAN: Right.

112
1  MR. DECAPUA: So Bush gets fined, what, six million or
2  something. What happened to all the rest of that money?
3  Where's the integrity there, you know? Ron Reagan is
4  collecting a Social Security check while he's President of the
5  United States, okay?
6  MR. LEWAN: Yeah.
7  MR. DECAPUA: What happened to the Kennedy idea? You're
8  already rich -- Kennedy used to give the entire paycheck back
9  to charity.
10 MR. LEWAN: Right.
11 MR. DECAPUA: Different charities every -- he opened the
12 Peace Corps with his paycheck, you know? That's how the Peace
13 Corps got started and Vista. He started Vista, too, you know?
14 All these programs come out of his pocket, and here's Reagan
15 saying --
16 MR. LEWAN: Yeah, pay me.
17 MR. DECAPUA: -- you know, we're honest Republicans, we
18 stand for family values and shit, now give me that Social
19 Security check even though I got all them movie checks and I
20 still got my Governor of California check, you know?
21 MR. LEWAN: Writing books and (indiscernible).
22 MR. DECAPUA: Yeah, I got all these other checks coming
23 in, but I want that $800 a month from the government, too, you
24 know, the government who I'm asking you people to buckle under
25 for it, you know?

113
1  MR. LEWAN: Right.
2  MR. DECAPUA: And Bush drove me nuts. When he was
3  President, remember he's up at Kennebunkport on vacation, and
4  we got a little fuel crisis going on?
5  MR. LEWAN: Right.
6  MR. LEWAN: He's got 700 horsepower under the deck. His
7  boat has got two turbo-charged V-8 gas engines, all right? I
8  got -- you know, I got buddies that race boats like this.
9  There's four more buzzing around him, which -- which, you
10 know, the secret agents keeping an eye on the guy. Each one
11 of these boats is burning 40 gallons an hour, okay, 40 gallons
12 an hour. He's looking for a fish that won't even cover this
13 fucking blue thing there, and he's looking for a little
14 bluefish like that. Forty gallons an hour times five boats,
15 figure it out. And then he stands up in the boat right at the
16 camera, looking right at America, and goes you people need to
17 conserve fuel. Well, why? You want to go fishing tomorrow,
18 Bush? There's not enough gas in the country? Okay, nobody
19 drive, George wants to catch a little bluefish. You know?
20 And he needs a couple thousand gallons an hour so the people
21 of Portland, Maine, don't go nowhere, walk, you know?
22 MR. LEWAN: Right, (indiscernible).
23 MR. DECAPUA: There's only so much fuel, Portland guys.
24 MR. LEWAN: Right.
25 MR. DECAPUA: Man.

03751

114
1  MR. LEWAN: Well, there's a law for -- there are laws for
2  people up here, and then there are laws for everybody else.
3  MR. DECAPUA: Well, there's --
4  MR. LEWAN: That's what the whole thing is with those
5  guys.
6  MR. DECAPUA: Yep.
7  MR. LEWAN: See, there's -- there's a rule -- the rules
8  for these guys are a little different from the rules for
9  everybody else. And they --
10  MR. DECAPUA: That's why they got that radio, see, when
11  the cops pull you over, they get on the radio. Yeah, well,
12  (indiscernible) I've got this limo in front of me, well, maybe
13  you better let that limo go. Well, he's swerving all over.
14  Yeah, but you don't understand.
15  MR. LEWAN: Let that one go.
16  MR. DECAPUA: That guy's in control of our purse strings,
17  you know, and if he says cops get less money this year, you're
18  getting laid off. So if you want to pull him over, you keep
19  it up, but when somebody gets dumped, it might be you.
20  The governor's kid there, Tony Knowles? He's got a kid.
21  Kid's got a lot of bad habits, man. He doesn't understand
22  that just because he's the governor's kid, he shouldn't be
23  fucking any chicks he wants to fuck. He's right
24  (indiscernible), the governor's kid here in town, you know,
25  here at the state (indiscernible).

115
1  MR. LEWAN: Right, yeah.
2  MR. DECAPUA: He's -- he's guilty of date rape. I mean,
3  you know --
4  MR. LEWAN: That --
5  MR. DECAPUA: -- the chicks in Anchorage know to stay
6  away from the guy, you know? You don't want him to ask you
7  out. He's got a hell of a nose problem, you know? And that
8  little glass pipe, he likes to use that a lot, too, but he'll
9  get caught over and over again, but you don't want -- you
10  don't want to piss the governor off, especially a governor who
11  you don't think is going to get reelected.
12  MR. LEWAN: Right.
13  MR. DECAPUA: Because you got -- you know, you got to say
14  to yourself if everybody I talk to hates him, he's got to know
15  that, so he knows he ain't coming back, so --
16  MR. LEWAN: He's a loose cannon.
17  MR. DECAPUA: -- he could be a real pisser to --
18  MR. LEWAN: Yeah, he's a loose cannon.
19  MR. DECAPUA: -- to a cop who makes waves, you know?
20  MR. LEWAN: You don't want to be bucking that, I
21  understand.
22  MR. DECAPUA: That's what they're scared of Bush about,
23  too -- I mean, Clinton, you know, because he's on the way out,
24  you know.
25  MR. LEWAN: Well, he's been signing all these kind of

116
1  (indiscernible) --
2  MR. DECAPUA: (Indiscernible).
3  MR. LEWAN: Yeah. I think it's great, get your last lick
4  then, man, (indiscernible).
5  MR. DECAPUA: I remember the governor of Tennessee, when
6  he didn't get elected again, he started giving out pardons.
7  MR. LEWAN: Right.
8  MR. DECAPUA: I -- I had a buddy that got out on that,
9  you know? We did time together in Florida, and I ain't seen
10  him in years, and he's walking down the street in Juneau one
11  day. And he got sent from Florida to Tennessee, you know?
12  Like I figured I'd never -- you're never going to see this guy
13  again, but he's out. I said what the hell happened? He said,
14  man, it was all over the radio in Tennessee there that, you
15  know, the governor's just been pardoning just about anybody
16  who'll ask, so I thought, what the hell, all the guy can say
17  is no, I wrote him a letter, and the next thing I know they
18  open the door and let me go. I said you're kidding, and he
19  said nope. The governor was pissed they wouldn't reelect him.
20  If you had the balls to ask for a pardon, he'd give it to you.
21  I said, wow, I got to read the papers more often.
22  MR. LEWAN: That's right, read the papers.
23  MR. DECAPUA: I don't read the Sitka paper. There just
24  ain't -- did you look at the Sitka paper? There really ain't
25  shit in there, you know what I mean? You got --

117
1  MR. LEWAN: There's nothing local, it's all wired
2  (indiscernible).
3  MR. DECAPUA: Yeah. Well, they get a local story in
4  there, but they never put -- they don't -- there's no -- even
5  when something really does happen back here, like the Jessica
6  Bingham thing, okay? There was no investigative journalism
7  going on about that. You know, nobody -- nobody checked up on
8  the Bingham story. All the people at the newspaper said
9  (indiscernible) Kebescular (ph), he never said I did it, and
10  there was not only no evidence saying that he did do it, there
11  was strong evidence saying that if anybody in town didn't do
12  it, that's the guy.
13  MR. LEWAN: That's the guy.
14  MR. DECAPUA: You know what I mean? They knew that is
15  not the guy that left his semen at the crime scene. They knew
16  that beyond a shadow of a doubt, that was not him. There is
17  no near match.
18  MR. LEWAN: Yeah.
19  MR. DECAPUA: But we'll keep him anyway because we got to
20  have somebody, and (indiscernible).
21  MR. LEWAN: Yeah.
22  MR. DECAPUA: But where was -- you know, where was the
23  press, you know what I mean? We got, what, Shannon Holgren
24  (ph) up here? You know, he or she is a reporter or --
25  MR. LEWAN: Right.

118
1    MR. DECAPUA: Why didn't they find out? You know, go
2  down to the harbor to where he lives and say what was going on
3  that night, because all the witnesses that beat (ph) the trial
4  were all at Thompson Harbor. No one ever went down there and
5  said, hey, you people -- you know, Richard lives in this boat,
6  right? Yes. Well, you people know Richard? Yeah, sure, we
7  were partying with him the night they say he was out doing it.
8  He was in that bed (indiscernible). Really? Yeah, that's
9  nine of us that seen it, you know? I mean, the defense only
10 took the three most credible. There was a dozen people there,
11 you know? Nobody ever wanted to know, you know?
12     MR. LEWAN: Yep.
13     MR. DECAPUA: You know, I'm (indiscernible), and that's a
14 pisser. Like this election, too. I feel like the press
15 really failed this election.
16     MR. LEWAN: Yeah, yeah. But now we'll have some people
17 who (indiscernible) now that it's all done and everything, a
18 lot of people out there who will dig it up and say, gee, you
19 know --
20     MR. DECAPUA: Yeah. What about that fudge-packing thing,
21 George?
22     (Laughter)
23     MR. LEWAN: Yeah, right. I mean, you know the guy's --
24     MR. DECAPUA: We got this little guy named Brian here
25 tells us that you think he's very cute, especially when he's

119
1  naked.
2     MR. LEWAN: Right. We got this guy name Dale here.
3  Right, we got Dale over here ready for you. Anyway.
4     (Same section of audio here as previously transcribed
5  from red-labeled Tape 2 Side A)
6  (End of Blue-labeled Tape 2 Side A)
7     (Side B continues with previously transcribed section)
8     MR. DECAPUA: -- and pump the bilge with the gas pump,
9  you know?
10    MR. LEWAN: Right. But by then he'd already turned it
11 off. He'd turn the alarm off (indiscernible).
12    MR. DECAPUA: Oh, the alarm had already been off all day,
13 you know?
14    MR. LEWAN: So you didn't know whether or not it was
15 filling (indiscernible) --
16    MR. DECAPUA: In 30 minutes, it was time to pump it out,
17 but it was -- you know, there was room, you know what I mean?
18 The bilge wasn't bubbling over or nothing.
19    MR. LEWAN: Yeah.
20    MR. DECAPUA: But there was -- you know, there was
21 pumping to be done, but it's gas-operated pump.
22    MR. LEWAN: Right.
23    MR. DECAPUA: You know, that -- man, I just didn't like
24 the -- I really didn't -- when we got to Elfin cove, the stove
25 wouldn't work, and Mark was getting real frustrated. He

120
1  started to throw things overboard, you know?
2     MR. LEWAN: Like what?
3     MR. DECAPUA: Like tools.
4     MR. LEWAN: He was throwing tools overboard?
5     MR. DECAPUA: Well, he was trying to fix the stove, and
6  the stove ain't cooperating.
7     MR. LEWAN: So what kind of tools would he throw
8  overboard?
9     MR. DECAPUA: Whatever he was holding when he
10 (indiscernible) --
11    MR. LEWAN: (indiscernible)?
12    MR. DECAPUA: Well, he tried to throw the stove over. He
13 was going to throw a genset over. The genset wouldn't start
14 up, and he was pissed, you know, because all these things
15 aren't working, and he really needs money or he's going to
16 prison. He's really --
17    MR. LEWAN: So he was pissed off.
18    MR. DECAPUA: Oh, he was very pissed off, yeah. When we
19 made those sets, I looked at Giggy, and I said that's the last
20 time we're going to see that gear, and he said what do you
21 mean, and I said look at the seas out here, man, you know. We
22 were on the lower banks, Fairweather grounds. If you get out
23 a chart sometime and look, the -- the continental shelf is 70
24 fathoms over here into the great Pacific abyss.
25    MR. LEWAN: Right.

121
1     MR. DECAPUA: And we're setting on the shelf out, you
2  know, and the current's pulling -- I mean, I'm thinking the
3  gear's going to go right off the edge and there's no reason to
4  come back and look for it, you know? We did lose one set. We
5  got two ends back, you know, but we didn't get gear back, we
6  just got back a couple ends. He wanted to make more sets
7  because we had fish on, and I kept, man, this is not the day
8  to make sets, you know, because we got to get out of here, you
9  know, but we kept trying. And I'm -- Dave was the only guy
10 that wasn't sniveling. I was pissed. I didn't want to make
11 another set. I didn't know why we were baiting gear, you
12 know?
13    MR. LEWAN: Dave was the only one who wouldn't say
14 anything.
15    MR. DECAPUA: Yeah, he was just back there baiting gear.
16 He wasn't saying nothing. But we were -- we were making a
17 set, and when the stern of the boat settles --
18    MR. LEWAN: Right.
19    MR. DECAPUA: -- there's a -- if there's no water under
20 the boat, you're weightless for a few minutes, you know, and
21 the skates get weightless, we have to undo these bundles and
22 get it tied to the next bundle. We only got a hundred fathoms
23 of line to do that, okay? If this guy fucked up baiting a
24 little bit, you lose 30, 40 seconds out of the available slot
25 to get this done because a whole chunk of line goes out at

122
1  once. Instead of going voo-voo-voo-voo, it goes blub.
2      MR. LEWAN: Right.
3      MR. DECAPUA: So that time, you know, you lose it tying
4  the next one, you know? You got to -- you know, you lose that
5  time there, you lose it on the next one and the next one. You
6  know, you don't make up for it. And if the boat goes
7  weightless, it happens again. You know, it's not a good way
8  to set gear. It's very dangerous, you know. You shouldn't be
9  doing that, especially when there's -- we're going out
10 there -- the reason we're going is to get the gear back.
11     MR. LEWAN: What could happen if you keep doing that?
12 What could happen?
13     MR. DECAPUA: People get hooked.
14     MR. LEWAN: People get hooked and (indiscernible) --
15     MR. DECAPUA: That's how people get hurt. They get set
16 out the back of the boat, and -- and the weather is so bad,
17 you can't get to your gear to get the guy back, you know?
18 That's the -- I mean, that's the -- the worst part, you know,
19 the worst thing that'll happen, but, you know, because people
20 get hurt, it's bad for the gear, you know, it's bad for the
21 crew.
22     MR. LEWAN: Right. Let me ask you this: Did it have
23 any -- make any difference whether -- I heard that
24 (indiscernible) in the front they had all these booms (ph) --
25     MR. DECAPUA: Uh-huh (affirmative).

123
1      MR. LEWAN: -- and that the -- where the booms were
2  anchored on the deck, it was all kind of rotted, the wood was
3  kind of coming up, like the planks were loose because they --
4  (indiscernible) across there, one of the shipwrights said
5  that. Do you think that had anything to do with water getting
6  into the holes or anything like that?
7      MR. DECAPUA: Well, no, the water getting in the hole was
8  right through the main hatch, you know, right on deck. It's
9  just --
10     MR. LEWAN: So it was just going through the hatch.
11     MR. DECAPUA: Because the deck hatch, you know, it slides
12 open --
13     MR. LEWAN: Yeah, right.
14     MR. DECAPUA: -- so you can dump fish in there and then
15 slide it shut so they don't flop out when the boat's rolling
16 back and forth, you know. But that -- it's not an outside
17 boat, you know? The way the deck is built, if you can't
18 tighten down your hatch so it don't leak when the deck is
19 underwater, you're not to go offshore. That's one of the
20 things the Coast Guard checks when they come onboard your
21 boat, is they look at your system (indiscernible) hatch. And
22 they'll tell you (indiscernible) cleats on the hatch combings
23 (ph) so you can tie the hatch down when you get offshore.
24 That's why -- the main reason fishing boats sink is the hatch
25 gets lifted all the hold, the hold fills with water, that's

124
1  enough to bring you down.
2      MR. LEWAN: Right.
3      MR. DECAPUA: You're not supposed to be full of water,
4  you know? But we were -- we went outside anyway. You know,
5  when a schooner rolls, they -- they roll good, and then they
6  roll back. Those scuffers on the side get underwater, and the
7  water comes in on the deck, you know? When a wave comes over
8  the bow, all that water is in the deck until it goes out the
9  scuffers, and if there's holes on the deck, it goes right in
10 there.
11     MR. LEWAN: Goes right in there, okay.
12     MR. DECAPUA: But the -- what went through the forward
13 end was what we were pumping out every 30 minutes, you know?
14 As long as -- you know, as long as nothing went wrong, you
15 know, aside from the normal leaks all over the deck, then
16 every 30 minutes was working, you know?
17     MR. LEWAN: Yeah.
18     MR. DECAPUA: I just got done pumping the thing like 10
19 fucking minutes before, you know? I finished pumping it, and
20 I was up, and I saw Bob. I said you want to wake Dave up,
21 Dave got up, and it was my -- you know, it was my turn to lay
22 down for an hour, so I laid in my bunk and tried to, and then
23 all of a sudden we got a problem down here. And I looked down
24 there, and, oh, fuck, that pump ain't starting now. Ain't no
25 starting that fucking pump. (Indiscernible) --

125
1      MR. LEWAN: And so take it from the beginning forward
2  there. You --
3      MR. DECAPUA: Well, see --
4      MR. LEWAN: You went down there -- the first time you
5  went down, it was -- how -- you'd gone fishing the one time
6  and then came back.
7      MR. DECAPUA: Uh-huh (affirmative).
8      MR. LEWAN: Right?
9      MR. DECAPUA: Yeah, and Giggy was with us, so --
10     MR. LEWAN: Right.
11     MR. DECAPUA: You know, Giggy was going to go again, and
12 he's -- he's experienced, so I figured I'd go because, you
13 know, he's got faith enough in Mark, you know, I can trust
14 Giggy's opinion, you know? So I went along because, you know,
15 like I say, I don't want to quit a guy.
16     MR. LEWAN: Right.
17     MR. DECAPUA: And we were going to Fairweather grounds
18 this time.
19     MR. LEWAN: And then Hanlon shows up, right?
20     MR. DECAPUA: Yeah. Yeah, the owner --
21     MR. LEWAN: What did you think of him?
22     MR. DECAPUA: Well, I -- you know, I -- I figured he was
23 probably a pretty good fisherman because he's -- you know,
24 he's a Native guy.
25     MR. LEWAN: Right.

126
1    MR. DECAPUA: And most -- most Native guys can fish,
2    they've -- they've done it for years and years, like Giggy,
3    you know, and that's all they've done their whole life.
4    MR. LEWAN: Right.
5    MR. DECAPUA: And Giggy's a pretty damn good hand.
6    MR. LEWAN: Right.
7    MR. DECAPUA: He drinks a lot, but once he's out at sea,
8    he's an effective fisherman.
9    MR. LEWAN: Right.
10   MR. DECAPUA: So I'm assuming Dave is, too, you know,
11   my -- my immediate assumption.
12   MR. LEWAN: What did you think of Hanlon --
13   MR. DECAPUA: The owner --
14   MR. LEWAN: -- as a guy? What did you think of him as a
15   guy?
16   MR. DECAPUA: I thought he was a good dude. You know,
17   he's very stoic, you know, not really a vivacious humor, but,
18   you know, he'd smile if there was a joke going around, you
19   know? And he -- he was not a sniveler, you know, which makes
20   it easier to work in a bait shed, and, you know, his skates
21   look good, you know? He didn't -- you watch a guy when they
22   go get a skate, and you can tell what kind of hand he is. If
23   he's a high-grader, he'll be looking for things to avoid the
24   whole trips, you know? He'll look at the pile of gear and try
25   and get the best one, whereas the guy that just reaches down

127
1    and grabs the next skate and starts doing it because it's got
2    to be done, see? It doesn't matter if it's a good one or a
3    bad one, they all got to get baited, so he just grabs the next
4    skate and (indiscernible). You can figure that guy will do
5    whatever you tell him. You know, he won't try and shuck part
6    of it and he won't try and -- you know?
7    MR. LEWAN: Right.
8    MR. DECAPUA: The high-grader, see, they try and avoid,
9    you know what I mean? Dave would just grab the next skate,
10   you know? He never -- whatever was near him, he'd grab and do
11   it, you know? So I like that in a guy, you know? But he --
12   you know, he didn't talk much.
13   MR. LEWAN: Right, that's what I heard. He's quiet.
14   MR. DECAPUA: He was like the spy, the owner sent him
15   along, you know, that's what Mark told us, we got a spy
16   onboard, you know, the owner talked him into going.
17   MR. LEWAN: Right.
18   MR. DECAPUA: But he was a good guy. I was more worried
19   about Bob out there than Dave. I didn't know how Bob would
20   handle it because, you know, I figured he'd been at seat with
21   the Coast Guard, you know?
22   MR. LEWAN: Right.
23   MR. DECAPUA: He used to go to Antarctica on a tugboat,
24   so, you know, but I just didn't know how he'd handle fishing.
25   MR. LEWAN: So you went down there the first day, and he

128
1    talked to you, and then decided to go, and then you guys went
2    out on a trip down south of the island -- of Baranof, and it
3    wasn't that good. How many pounds did you get on that one,
4    something like 300 pounds or something?
5    MR. DECAPUA: Yeah, it was shitty. Yeah, we didn't get,
6    you know, and (indiscernible) our fish were real cheap fish,
7    too, I mean gray cod, you know?
8    MR. LEWAN: Did the stove go out on that trip?
9    MR. DECAPUA: Uh-huh (affirmative).
10   MR. LEWAN: I heard it was a fire or something.
11   MR. DECAPUA: Yeah, that stove -- the stove, we had a
12   small stack fire so we shut the stove down, but stack fires
13   are common, you know? You get a lot of creosote built up,
14   soot buildup in there over the years.
15   MR. LEWAN: Okay. So now you're going out, so it's a
16   Friday, right? Tell me about the day, what it looked like
17   outside and -- and --
18   MR. DECAPUA: The weather was (indiscernible) blowing, I
19   think, 25, 35. It was supposed to be blowing, I think it was
20   -- they were -- it was gale warnings. It wasn't storm
21   warnings yet, it was gale warnings, but there was a storm
22   coming up.
23   MR. LEWAN: Right.
24   MR. DECAPUA: And we figured we can get up there and get
25   a couple days of running gear in.

129
1    MR. LEWAN: Right. This is from Sitka then, right?
2    MR. DECAPUA: From Sitka here, we -- we thought we could
3    get up to there, get a couple days of running gear, and be
4    cutting into Juneau on Icy Straits right about the time the
5    storm hits, you know?
6    MR. LEWAN: Right.
7    MR. DECAPUA: If we do -- if everything fits together
8    right. But once we got out there, shit on the boat started
9    screwing up, you know? The pumps weren't working right, we
10   didn't have no way to cook food. We had to go back to Elfin
11   Cove to see if we could trade for some propane, you know, to
12   cook food. We had to use the phone to call from Graves
13   Harbor, you know, because the radios -- it was --
14   MR. LEWAN: Yeah. Tell me about when you were going out.
15   Tell me what it was like. What time did you leave from here?
16   You said about eight -- it was eight o'clock.
17   MR. DECAPUA: Oh, it was (indiscernible) in the evening.
18   MR. LEWAN: Right.
19   MR. DECAPUA: It was nighttime we left anyway, so Friday,
20   leaving out Friday. Oh, man, I hate doing that.
21   MR. LEWAN: And you went to Mark and you told him let's
22   not do it.
23   MR. DECAPUA: Yeah, you know, let's not leave on Friday.
24   Yeah, I talked to Mark Morley, and I said, well, how -- you
25   know, why don't we leave Saturday after midnight, you know?

130
1  And he's, well, this window is only open so long, you know, a
2  couple hours. And I just don't like leaving on Friday, man,
3  you know?
4      MR. LEWAN: Right.
5      MR. DECAPUA: It's -- to me it's a bad omen, a bad way to
6  start.
7      MR. LEWAN: Right. And what did he say to that?
8      MR. DECAPUA: Ah, you're just superstitious.
9      MR. LEWAN: Right.
10     MR. DECAPUA: That's all bullshit, and I said, well,
11 okay, whatever. I figure, you know, you're already tempting
12 fate being out here without fins and gills, you know? You
13 don't belong a hundred miles offshore unless you can swim, you
14 know what I mean, even if you -- you know, I didn't -- I
15 wasn't worried about a raft because I knew we had EPIRBs, and
16 I knew we had survival suits, you know? I wasn't thinking
17 about not having a life raft.
18     MR. LEWAN: Right.
19     (Tape interruption)
20     MR. DECAPUA: But boy, that was a pain in the ass.
21     MR. LEWAN: Yeah. So you're going up there, you went up
22 there, it was about eight, nine o'clock when you head out.
23 Describe what it was like going up and out of the harbor --
24 you went out of the harbor and then you went out --
25     MR. DECAPUA: Yeah, we go all the way up to Breakwater,

131
1  you know, through the front end of (indiscernible), and then
2  we hit Salisbury (ph) (indiscernible), and we headed outside,
3  got off about -- when we got about a mile west of the Sisters
4  out there in front of Calve's Head (ph), and just put a
5  straight line for the W (ph) grounds on the plotter, and just,
6  you know, (indiscernible) watch it like we always do.
7      MR. LEWAN: Describe how the boat was moving and --
8      MR. DECAPUA: Oh, she was doing fine, riding, settling in
9  the swells, kind of taking them on her quarter, you know,
10 heading up the beach. Go a couple miles like this and then
11 you go a couple miles like this, you know, try and keep your
12 nose quarter into it, you know, and stay generally on the
13 course line we have set. She was riding fine, it wasn't no
14 problem. We still had gear to bait, so, you know, we're back
15 in the bait shed baiting gear all day.
16     MR. LEWAN: Okay. So you guys would sit back there and,
17 I guess, bullshit or talk and --
18     MR. DECAPUA: Yeah, we --
19     MR. LEWAN: What would you guys talk about?
20     MR. DECAPUA: Well, other boats we work on, other trips.
21     MR. LEWAN: Do you remember any conversation in
22 particular you might've had going up?
23     MR. DECAPUA: Nothing memorable until we started setting
24 gear. I hate it -- we were using dog salmon for bait, and I
25 was getting pissed because this is the second trip that we're

132
1  making, the skipper is avoiding the owner.
2      MR. LEWAN: Tell me about that.
3      MR. DECAPUA: The owner sent this guy to check on what's
4  going on, which tells me the skipper is not talking to the
5  owner of the boat. Something's wrong there, okay? If the
6  skipper of the boat and the owner of the boat aren't happy
7  with each other, you know, something's wrong, the guy ain't
8  making money. If the guy ain't making money, the owner ain't
9  happy, you know?
10     MR. LEWAN: Right.
11     MR. DECAPUA: Because that means the guy's going to get
12 fired and somebody who is making money is going to take his
13 place, or he's going to try for that. So, you know, I'm --
14 I'm just seeing more and more --
15     MR. LEWAN: Of what you're into.
16     MR. DECAPUA: -- that, you know, this is not just a bad
17 trip, you know I mean? I am on a boat that is destined not to
18 make money. This guy is not a rockfisherman is what's going
19 on. You know, more and more I'm seeing that, you know?
20     MR. LEWAN: When did you start realizing that on this
21 trip?
22     MR. DECAPUA: That was on -- when we left -- when we left
23 Sitka with no herring onboard -- see, the dog salmon were
24 free. We were using dog salmon for bait.
25     MR. LEWAN: I thought he had bought herring for bait, no?

133
1      MR. DECAPUA: No. Dog salmon were free. I wanted to use
2  herring because, you know, dog salmon suck for bait, I mean,
3  really. They do, they fall off the hook unless you put the
4  skin through it. They're just a big pain in the ass for no
5  reason. Herring works just fine. But if you can't get
6  cold -- if you can't get bait from the cold storage before a
7  trip and pay after fishing, it's because you have gone fishing
8  for the cold storage before and you never brought enough fish.
9      MR. LEWAN: Right.
10     MR. DECAPUA: See, they look at the boat, they see a 77-
11 foot schooner, and they figure it's got a 871 Detroit in
12 there, so they figure, oh, eight, ten gallons an hour minimum,
13 you know? The guy goes out, he takes X amount of ice, X
14 amount of bait, X amount of oil, X amount of grub, he comes
15 back, and we get a half a tote of fish.
16     MR. LEWAN: Right.
17     MR. DECAPUA: Now the skipper of this trip is asking us
18 for money for bait. Well, dude, you didn't make enough money
19 last time to pay any one of your bills. That -- the estimate
20 from my office looking out the window at the boat you've got,
21 okay? You know, I've got your fish ticket in front of me
22 because I'm writing you out a check for it, which by the way
23 don't go to you, it goes to the owner. You know, the cold
24 storage are businessmen.
25     MR. LEWAN: Right.

03756

134
1  MR. DECAPUA: If you can't get a loan from the cold
2  storage for bait, it's because you don't catch enough fish.
3  MR. LEWAN: I called the company over here, and they said
4  that he got -- he took out herring for bait. He didn't -- he
5  didn't show you that, you guys were baiting salmon?
6  MR. DECAPUA: We were using salmon.
7  MR. LEWAN: Okay. All right.
8  MR. DECAPUA: And they were free. They were -- they
9  strip the roe out of them, you know, and they freeze them up
10 for crab bait, shrimp bait, shit like that.
11   MR. LEWAN: So that was the first time that you
12 realized, you said to yourself this is a confirmation.
13 MR. DECAPUA: Yeah, this is just --
14 MR. LEWAN: This was confirmation.
15 MR. DECAPUA: Uh-huh (affirmative).
16 (Same section of audio here as previously transcribed
17 from red-labeled Tape 2 Side A)
18 MR. LEWAN: Okay. So you were out there -- let me just
19 ask you one other thing. When you -- when you were on your
20 way out there, when you'd go to sleep or when you were alone,
21 you were in your bunk, or whatever, what do you do at night?
22 Do you read a book, do you think?
23 MR. DECAPUA: Yeah, I usually lay there and read till I
24 get tired.
25 MR. LEWAN: What do you read?

135
1  MR. DECAPUA: Sometimes horror books. I like true
2  murders. My favorite books I read, true -- true stories, you
3  know?
4  MR. LEWAN: True stories?
5  MR. DECAPUA: Nonfiction murder stories. I like that
6  (indiscernible).
7  MR. LEWAN: What's one of your favorite books here? What
8  were you -- do you remember what you were reading that night
9  going out?
10 MR. DECAPUA: Unh-unh (negative), not really. Let me
11 see. I like history, too. I liked I, Claudius, that was a
12 good book, by Graves, Peter Graves, I think, or Gary Graves.
13 MR. LEWAN: Okay.
14 MR. DECAPUA: (Indiscernible). Stephen King is very
15 readable. I read Dean Koontz, but I hate his guts, you know
16 what I mean? Because the same thing happens in all the
17 stories, you know. But I like nonfiction better than fiction.
18 But if it's fiction, I usually -- it's usually horror.
19 MR. LEWAN: Okay.
20 MR. DECAPUA: Ann Rule -- or -- yeah, Ann Rule is pretty
21 good. She has -- I've read just about all of her books. But,
22 you know, she's -- she's the same, too, you know? The
23 killer's always a scumbag, and the cops are, you know --
24 MR. LEWAN: Yeah.
25 MR. DECAPUA: Too cut and dried. But, you know, I read

136
1  it, so there must be some good in it, I don't know.
2  MR. LEWAN: All right. So you were going out, and
3  what -- would you -- do you ever like to think about stuff?
4  Do you ever dream at night when you sleep?
5  MR. DECAPUA: I try not to, you know what I mean? I
6  don't --
7  MR. LEWAN: You don't remember them, anyway, right?
8  MR. DECAPUA: Some -- sometimes I do. Not very often.
9  MR. LEWAN: Did you dream going out there?
10 MR. DECAPUA: I don't know. I don't think so.
11 MR. LEWAN: Okay. So you and Giggy had this little --
12 MR. DECAPUA: I don't recall any -- you know, any
13 premonition of imminent danger or nothing like that. It was
14 just --
15 MR. LEWAN: Well, sometimes people just have --
16 MR. DECAPUA: Yeah.
17 MR. LEWAN: -- a weird dream, like they dream about, I
18 don't know, like when they were kids or when they were -- you
19 know.
20 MR. DECAPUA: I was -- I -- I -- the thing that scared me
21 most was not making money. You know, that's -- that's the
22 only thing I was afraid of, was not making any money.
23 MR. LEWAN: So when you and Giggy had this little
24 conversation at the bait shed, how did it end? How did it end
25 up (indiscernible)?

137
1  MR. DECAPUA: We -- we both agreed that we probably
2  wouldn't be seeing the gear again, you know?
3  MR. LEWAN: Right.
4  MR. DECAPUA: And that, yeah, it is indeed a bummer, but,
5  you know, hey, it's only a few more days and we'll be taking
6  the boat back to Juneau, so --
7  MR. LEWAN: Okay.
8  MR. DECAPUA: -- so it really don't matter, I mean.
9  MR. LEWAN: (Indiscernible) for you, you just --
10 MR. DECAPUA: Yeah, forget it, you know.
11 MR. LEWAN: -- (indiscernible) you were quiet.
12 MR. DECAPUA: No use worrying about it no more.
13 MR. LEWAN: And tell me about this ride into Graves
14 Harbor.
15 (Same section of audio here as previously transcribed
16 from red-labeled Tape 2 Side A)
17 MR. LEWAN: Did you ever talk to him or have a tet-a-tet
18 about his personal life or his personal (indiscernible)?
19 MR. DECAPUA: Yeah, we had -- yeah, we had a few minutes.
20 We were talking, and he -- you know, (indiscernible) says he's
21 from Michigan.
22 MR. LEWAN: When was this?
23 MR. DECAPUA: It was the last trip, the last trip up.
24 MR. LEWAN: Right, but this would be in Elfin Cove or on
25 water?

138

1   MR. DECAPUA: On the way up.
2   MR. LEWAN: On the way up.
3   MR. DECAPUA: Yeah. He was -- you know, he slept up in
4   the wheelhouse, so he'd do wheel watch. You know, sometimes
5   he's not asleep, he's just -- you know, he wants a little time
6   off the wheel and off of thinking, you know, a mental rest.
7   MR. LEWAN: Yeah.
8   MR. DECAPUA: So he'd be up there with you and, you know,
9   maybe playing a tape or something, shooting the shit with him.
10  And, you know, it would come out that, you know, I've -- I've
11  been to the joint, and he -- he'd told me about his experience
12  in the joint. And I -- you know, we were both wondering if
13  that was going to get us in trouble because we're both on
14  parole. And I explained to him that no, I fished with a guy
15  that was on parole before, you know, when I was on parole, and
16  it -- it didn't matter, the PO said, because we're on the job,
17  you know?
18  MR. LEWAN: Right.
19  MR. DECAPUA: He didn't -- you know, it -- only if we're
20  hanging around together in town. If we're on the boat doing
21  boat stuff, that's not hanging out.
22  MR. LEWAN: Right, that's working, right.
23  MR. DECAPUA: Yeah. But when we get in town, we can't --
24  we can't socialize in town, you know? So, you know, he
25  mentioned that he really needed the money because he's on

139

1   parole and his big payment's coming up, and they've already
2   let a couple of them slide, you know. And that's -- and I'm
3   thinking, Jesus, this is really looking ugly, you know, I
4   mean --
5   MR. LEWAN: That's what you're thinking right then.
6   MR. DECAPUA: Yeah, because now he's telling me why he's
7   desperate, see.
8   MR. LEWAN: How much were his payments?
9   MR. DECAPUA: I -- I don't know. He had a few grand to
10  make.
11  MR. LEWAN: Yeah.
12  MR. DECAPUA: Which was really -- I mean, you know, I
13  started doing the math, 24,000 pounds, they're paying a buck-
14  fifty right now. Let's figure that out. That's $36,000
15  gross.
16  MR. LEWAN: Did you feel sorry for this guy at all, or
17  did you just kind of say, oh, no, (indiscernible)?
18  MR. DECAPUA: No, I figured he moved up to skipper on his
19  own.
20  MR. LEWAN: Right.
21  MR. DECAPUA: You know.
22  MR. LEWAN: It's not --
23  MR. DECAPUA: He stepped forward and said let me run the
24  boat, I know what I'm doing, and stuff like that, and --
25  MR. LEWAN: Yep.

140

1   MR. DECAPUA: -- hey, I'm sorry he's having a run of bad
2   luck, but you're -- you're playing -- you know, you sat down
3   at the table to get a hand.
4   MR. LEWAN: Right.
5   MR. DECAPUA: You anted up.
6   MR. LEWAN: Right.
7   MR. DECAPUA: And now you got to pay the piper, you know?
8   MR. LEWAN: Right.
9   MR. DECAPUA: It's time to pay the house, man.
10  MR. LEWAN: Right.
11  MR. DECAPUA: And I'm thinking why don't the guy just
12  give the boat back?
13  MR. LEWAN: Yep.
14  MR. DECAPUA: You know, is what was going on in my head,
15  you know?
16  MR. LEWAN: Right. When you got -- now, tell me about
17  your time in Elfin Cove, what you did and --
18  MR. DECAPUA: I know people there.
19  MR. LEWAN: You do?
20  MR. DECAPUA: I got -- yeah, I got buddies there, and
21  Giggy got buddies there. Yeah, I -- you know, I don't see
22  them enough to know their names, but, you know, they see my
23  face, I see their face, ah, yeah, you know, I had a bag of
24  weed with me, I don't go nowhere without it, and Elfin Cove
25  was particularly drive. Well, I know one troller down there

141

1   is always living on his boat, and he's never had pot, so --
2   and we got no coffee on the boat, you know, no way to cook it
3   or nothing. I -- I want a cup of coffee bad, you know?
4   MR. LEWAN: You guys couldn't cook -- you didn't have any
5   cups of coffee, nothing?
6   MR. DECAPUA: We had --
7   MR. LEWAN: You had a coffee maker --
8   MR. DECAPUA: We had a coffee maker but the pot broke,
9   and the genset ain't working, so you can't use the coffee
10  maker when the genset ain't running. That's one of the things
11  we got to fix in Elfin Cove, see, is getting the genset
12  running and the propane cylinders, those little --
13  MR. LEWAN: Tanks.
14  MR. DECAPUA: -- pound tanks so we could run the little
15  stove once a day and maybe have a cup of soup or something. I
16  mean, just -- man, that was a pisser, the stove not working
17  and it kept not working, you know?
18  MR. LEWAN: What were you eating out there? What did you
19  have for lunch and for dinner?
20  MR. DECAPUA: Sandwiches.
21  MR. LEWAN: What kind?
22  MR. DECAPUA: Oh, cheese and ham.
23  MR. LEWAN: Ham and cheese sandwiches.
24  MR. DECAPUA: Yeah, pretty much. Ham and cheese and
25  peanut and jelly in the morning, and, I mean, all the juice.

142
1  Anything that would mix with water we got rid of quick. You
2  know, stuff that's easy to make, we used that fast, and then
3  now we're down to shit that really got to cook and we got no
4  way to cook it, so that's the stuff that (indiscernible) --
5      MR. LEWAN:  So you didn't have one big meal, like eggs,
6  or did you have pancakes or anything like that?
7      MR. DECAPUA:  No, no. Well, the stove wasn't running,
8  you know? That's one of the things that started making it a
9  miserable trip.
10     MR. LEWAN:  Yeah. When you're not eating, your morale
11 gets (indiscernible).
12     MR. DECAPUA:  Yeah, you know.
13     MR. LEWAN:  So you'd eat a peanut butter and jelly
14 sandwich for breakfast.
15     MR. DECAPUA:  Yeah, and --
16     MR. LEWAN:  Juice.
17     MR. DECAPUA:  I'm not a big milk fan, you know, so it's
18 like water for me, water --
19     MR. LEWAN:  And then for lunch you're having what?
20     MR. DECAPUA:  Another sandwich.
21     MR. LEWAN:  Ham and cheese.
22     MR. DECAPUA:  And more water.
23     MR. LEWAN:  More water. And then for dinner, what do you
24 have?
25     MR. DECAPUA:  If we --

143
1  (Tape interruption)
2      MR. LEWAN:  Okay.
3      MR. DECAPUA:  And we had the stove running that trip.
4  The food was pretty good then.
5      MR. LEWAN:  Right.
6      MR. DECAPUA:  We'd have like meals, you know?
7      MR. LEWAN:  Right. All right. So then you get in Elfin
8  Cove. Tell me about what you did there.
9      MR. DECAPUA:  Well, I run down -- as soon as we got tied
10 up and squared away, I run down and looked for my buddies, and
11 Mark (indiscernible) going to make some phone calls and see if
12 we can get -- I don't know what parts we needed and shit, you
13 know. He's worried about the bilge pump, too. He wants to
14 get the bilge pump going good. So I figured we were going to
15 be there for a day or two, so, you know, we slow down on
16 baiting. We're not really in that much of a rush now to
17 finish the baiting because it was going to be a couple days
18 before we fish anyway.
19     MR. LEWAN:  Right.
20     MR. DECAPUA:  So I grab my doobie and my coat, and I go
21 visit my buddies, you know?
22     MR. LEWAN:  Right.
23     MR. DECAPUA:  See if I can find some beer. I do what
24 Mike does.
25     MR. LEWAN:  Right. And you found some.

144
1      MR. DECAPUA:  Yeah, sure did, yeah. Yeah, I found some
2  beer and had a few, brought Bob over, introduced him, and --
3      MR. LEWAN:  Where did you guys hang out when you were in
4  Elfin Cove? Where'd you go?
5      MR. DECAPUA:  They got a place called The Shop (ph).
6      MR. LEWAN:  Oh, right, yeah.
7      MR. DECAPUA:  Yeah, you know where that is?
8      MR. LEWAN:  I went there, yeah.
9      MR. DECAPUA:  Yeah, okay. We went -- we hung out in The
10 Shop a lot and then the guy's boat, you know. My buddy's
11 troller there, we hung out in his boat a lot.
12     MR. LEWAN:  And (indiscernible) lady there? There was
13 one woman that runs the dock over there looked pretty good.
14     MR. DECAPUA:  Yeah, oh, the fuel dock thing?
15     MR. LEWAN:  Yeah.
16     MR. DECAPUA:  Well, she's not there during the -- during
17 the winter time. That whole fuel dock thing is empty during
18 the winter.
19     MR. LEWAN:  She said she was -- well, I don't know, maybe
20 she wasn't working there, but she said she saw you guys coming
21 in.
22     MR. DECAPUA:  Yeah. Well, some of them live there.
23     MR. LEWAN:  She's (indiscernible). All right. And then
24 you were just hanging out in there and --
25     MR. DECAPUA:  Hanging out at The Shop -- well, The Shop

145
1  got coffee on all day, so, you know, I go hang out in The
2  Shop. I love my coffee, you know, and I can't stand drinking
3  water. I drink coffee or beer or something, but --
4      MR. LEWAN:  Right.
5      MR. DECAPUA:  So I -- I hung out at The Shop so I could
6  get coffee, and then --
7      MR. LEWAN:  Did you guys talk about anything, you and
8  Doyle or (indiscernible) --
9      MR. DECAPUA:  Oh, just shooting the shit about summertime
10 in Elfin Cove and other stuff like that, you know, not -- hey,
11 there's my buddy. (Knocking on window) You dick. He owes me
12 money. (Indiscernible) --
13     MR. LEWAN:  The guy in the green?
14     MR. DECAPUA:  Yeah. I got to get ahold of him, at least
15 telling him I'm back so when he does get paid, he can come see
16 me. He gets nut money.
17     MR. LEWAN:  Nut money?
18     MR. DECAPUA:  Yeah, he's a -- he's a wacko. He gets 800
19 bucks a month from the government for being nuts. Ain't
20 that's a goof, huh? I wish they'd do that for me.
21     (Laughter)
22     MR. LEWAN:  All right. So -- so you were hanging out,
23 and you don't remember any like --
24     MR. DECAPUA:  Well, nothing memorable.
25     MR. LEWAN:  Nothing memorable.

146

1    MR. DECAPUA: You know, we just -- they got a TV in
2  there.
3    MR. LEWAN: What would you watch?
4    MR. DECAPUA: Just the normal -- it's -- all it is is
5  RATNET, so you got like, what's that, the Price Is Right in
6  the morning and, you know, dumb shit. They put Jerry on or
7  Sally Jesse Raphael. You know, just normal, stupid a.m.
8  American TV.
9    MR. LEWAN: Right.
10   MR. DECAPUA: And the Simpsons on -- you know, I mean, we
11 try and watch the good shit.
12   MR. LEWAN: Right.
13   MR. DECAPUA: And they got magazines and books there and
14 stuff, too, so, you know. They get the daily paper out of
15 Juneau there.
16 (End of Blue-labeled Tape 2, Side B)
17   MR. DECAPUA: And The Shop was like a good place to hang
18 out.
19   MR. LEWAN: Did you guys hear any -- were you like
20 listening to a weather -- when you were there?
21   MR. DECAPUA: Yeah, we were listening for the AMNICON
22 (ph), too, another boat. Those guys with -- have got scanners
23 in The Shop. So we're all -- you know, I'm always keeping an
24 ear -- the AMNICON catches fish, you know.
25   MR. LEWAN: And they were out there at the time.

147

1    MR. DECAPUA: Well, he was -- he was fishing at the time,
2  but he wasn't -- he wasn't -- he fishes Fairweather, too. You
3  know, that's what I -- see, we were waiting on this weather
4  window, and I now the AMNICON, that's the kind of guy that
5  gets the window, you know? He's a smart one, you know what I
6  mean? He's a good skipper. And so I'm kind of keeping an ear
7  out for them because if -- if we stand a chance, he'll be
8  here, you know.
9    MR. LEWAN: Right.
10   MR. DECAPUA: One of the little gauges to know if you're
11 in trouble or not, you know what I mean?
12   MR. LEWAN: Right.
13   UNIDENTIFIED FEMALE: You're still working on that,
14 right?
15   MR. DECAPUA: Yeah -- you can go ahead. I'm through.
16 You can go ahead. Thank you.
17   UNIDENTIFIED FEMALE: You're welcome.
18   MR. DECAPUA: So, you know, I'm trying to keep an ear out
19 for them, wondering if they're coming. I got a buddy or two
20 on that boat, too, and, you know, I'm trying to see who else
21 is around the area and shit, whether the longliners had been
22 coming in.
23   MR. LEWAN: Yeah.
24   MR. DECAPUA: Because a lot of times, you know, they'll
25 come in and tie up and sleep instead of --

148

1    MR. LEWAN: And the AMNICON was out in Fairweather at
2  that time?
3    MR. DECAPUA: Well, see, the AMNICON was in Sitka selling
4  fish to Seafood Producers Co-op.
5    MR. LEWAN: Yeah.
6    MR. DECAPUA: And he likes to fish the grounds.
7    MR. LEWAN: Right. So you wanted to hear whether or not
8  he was thinking of going out there.
9    MR. DECAPUA: Well, yeah, I -- I was kind of hoping to
10 hear the AMNICON talk to the JACK PINE (ph) or the CHRISTINA
11 because that would tell me that two guys that fish this area a
12 lot have confidence in the calm between the fronts. As it
13 stands right now, the only guy that has confidence in our
14 ability to pull this off is the skipper, see? I see no one
15 else exhibiting confidence in what we're doing, you know, so
16 I'm just kind of, you know.
17   MR. LEWAN: (Indiscernible) they're not talking about
18 going out, they're just talking about staying in?
19   MR. DECAPUA: Well, none -- none of the guys at Elfin
20 Cove are all longliners. They're all trollers
21 (indiscernible). You know, I'm just hoping to hear a snippet
22 (indiscernible) --
23   MR. LEWAN: That the guys -- all right.
24   MR. DECAPUA: Well, if the CHRISTINA is going up there,
25 they won't be going up alone. You know, if (indiscernible)

149

1  who else would be going out there, and they all know each
2  other and they talk to each other, you know?
3    MR. LEWAN: Okay.
4    MR. DECAPUA: So you're hoping they'll like -- especially
5  the deckhands that (indiscernible) wheel watch, you know,
6  because you're up all night driving, and everybody else is
7  asleep, so I'll talk to the other boat nearby.
8    MR. LEWAN: Right.
9    MR. DECAPUA: You know, because the guy there, he's in th
10 same situation. He can't sleep just like I can't sleep, so we
11 quietly talk to each other on the radio and, you know, it
12 keeps us awake, you know?
13   MR. LEWAN: Right.
14   MR. DECAPUA: It's like having a guy in the wheelhouse
15 awake with you.
16   MR. LEWAN: So what did you know about the weather at
17 that point, Mike?
18   (Same section of audio here as previously transcribed
19   from red-labeled Tape 3 Side A)
20   MR. LEWAN: At some point you had a conversation between
21 all of you, like you -- Doyle said over dinner. He said you
22 made spaghetti -- he made spaghetti or something and then you
23 had dinner.
24   MR. DECAPUA: Uh-huh (affirmative).
25   MR. LEWAN: And you're on the boat, and you had a

150
1  conversation about what you're going to do, what the plan is.
2      MR. DECAPUA:  Yeah.
3      MR. LEWAN:  This is -- this is the moment where you
4  decide what you're going to do.
5      MR. DECAPUA:  Uh-huh (affirmative).
6      MR. LEWAN:  And I think it was Wednesday night or
7  Thursday night -- probably Thursday night, because you were
8  going to go out again on Friday -- or Thursday night you were
9  (indiscernible) --
10     MR. DECAPUA:  Yeah.
11     MR. LEWAN:  No, this is Wednesday night, because you were
12 going to go out on Thursday.
13     MR. DECAPUA:  Uh-huh (affirmative).  That's
14 (indiscernible) --
15     (Indiscernible comments)
16     MR. LEWAN:  So what were you -- what was, you know, said
17 (indiscernible)?
18     MR. DECAPUA:  Well, I like to just coil all the gear.  I
19 like a switch-and-rotate deck.  Mark's a rotating deck
20 skipper.  He likes everybody on the deck to do different
21 things, you know?  And we had decided because of the way the
22 weather was, we would take this trip my way, part my way and
23 part his way.  You know, I would sit and coil all the gear so
24 we don't have to stop the shiv ever and worry about knots, and
25 anybody else who wants to rotate can rotate, you know.  And

151
1  that way I'm out of the way and, you know --
2      MR. LEWAN:  Yeah.
3      MR. DECAPUA:  And we're just going to get the gear back,
4  maybe make a set or two, maybe not, just, you know --
5  basically, we just want to get the shit and get the boat back
6  to Juneau.  The owner wants the boat back, the weather is --
7  you know, it's not working out, we'll just give him back the
8  boat.  You know, we're kind of resigned to it, you know?
9      MR. LEWAN:  Okay.  And what did you say?
10     MR. DECAPUA:  I agreed.  I mean, you know, I -- that's --
11 I'm wondering why we got to go get the gear, and I voiced
12 my -- I asked, yeah, why do we got to go back for the gear?
13     MR. LEWAN:  And what did (indiscernible)?
14     MR. DECAPUA:  Well, he said -- you know, he said, well,
15 it's lost gear, and I'm saying, yeah, but it's not your gear,
16 right?  I mean, it's the LA CONTE's gear, ain't it?  Well,
17 yeah, it's the LA CONTE's.  Well, what the hell do you care?
18 You're giving the boat back, you know?
19     MR. LEWAN:  Right.
20     MR. DECAPUA:  I mean, you've already not made money.  So
21 what if you've not made money and lost gear, you know?  It
22 really doesn't matter, you know what I mean?
23     MR. LEWAN:  And what did he say?
24     MR. DECAPUA:  He said I still want to get the gear back,
25 you know, and I said, well, I understand you want to get the

152
1  gear back, I'm just saying that it's -- you know, it's
2  impractical, you know?
3      MR. LEWAN:  Right.
4      MR. DECAPUA:  And it's getting to where, like -- like
5  Giggy is -- is asking Mark when I'm not there maybe we should
6  leave Mike here, you know what I mean?
7      MR. LEWAN:  (Indiscernible)?
8      MR. DECAPUA:  Oh, yeah, you know, he -- he's had enough
9  of my sniveling (indiscernible), you know?  It was starting to
10 make sense, you know.  When it starts making sense to him,
11 he's starting to get pissed, you know, because, you know, he
12 don't want to hear it because it makes him think.
13     MR. LEWAN:  Right.
14     MR. DECAPUA:  If I could stay back there and stay busy
15 and --
16     MR. LEWAN:  So then -- (indiscernible) so the plan is
17 you're going to out and get the bait, and that's it.
18     MR. DECAPUA:  Yeah, (indiscernible) gear --
19     MR. LEWAN:  (Indiscernible) get the gear --
20     MR. DECAPUA:  Yeah.
21     MR. LEWAN:  -- then we're going to go back.
22     MR. DECAPUA:  And we're going to go back to Juneau, you
23 know?
24     MR. LEWAN:  All right.  This is what he's telling you.
25     MR. DECAPUA:  Yeah.

153
1      MR. LEWAN:  That he had other plans.
2      MR. DECAPUA:  Well, he really wanted to catch fish, and
3  once we get out there and there's a few fish on the line, now
4  he's thinking, well, we can just fish until the other storm
5  front starts to hit us, and then we'll run, you know?
6      MR. LEWAN:  Okay.  So when -- so you -- tell me about
7  that whole sequence.  You get out there (indiscernible) --
8      MR. DECAPUA:  We get out there, and we go to pick a set
9  up, and we can't get to the end.
10     MR. LEWAN:  What did the set look like when you picked
11 that first set up?
12     MR. DECAPUA:  Well, we -- we couldn't get to the ball.
13     MR. LEWAN:  Okay.
14     MR. DECAPUA:  You know, we tried to get to the ball,
15 and -- and the boat wouldn't -- because of the seas and stuff,
16 we couldn't get right up on it, so we started looking for the
17 other end.  And we found the other end, we got it, and we
18 hauled it up, and there was no anchor and a couple skates, and
19 then there's no more (indiscernible), we got to go back to the
20 other side again.  And we thought we'd go look for the other
21 set first, because we already had the other end verified, you
22 know, where it was, so we go look for the other set and pull
23 it, you know?  And now we're down to like two anchors is all
24 we got left, and we give -- we lost one end, we still got one
25 end out there, and we go to the other set and we get one end,

154
1  and it parts (ph), and now he wants to make another set.
2      MR. LEWAN: How did he tell you about that? How did --
3  or how did he say --
4      MR. DECAPUA: We -- we had fish, we didn't get enough of
5  our gear back, and we still had baited gear.
6      MR. LEWAN: How many -- how much baited gear did you
7  have?
8      MR. DECAPUA: Oh, I don't know, we had maybe 30 skates or
9  something (indiscernible). He -- he wants to make another
10 set, and Giggy kind of wants to make another set.
11     MR. LEWAN: He did?
12     MR. DECAPUA: Mark -- I mean, Bob wants to make another
13 set, and I think Dave does, too, you know what I mean?
14 Everybody -- I'm the only guy that don't want to make another
15 set.
16     MR. LEWAN: And how -- when did he come and tell you
17 about this (indiscernible)?
18     MR. DECAPUA: No, we're all -- we're all there coil --
19 you know, we're all running the deck because the gear's coming
20 up, everybody's on the front deck. I think Dave might've been
21 back there taking the bait off the hooks, you know.
22     MR. LEWAN: Right, right.
23     MR. DECAPUA: Because we're putting the gear away, and
24 we're leaving, we're done with it, so we're not rebaiting
25 gear.

155
1      MR. LEWAN: Now, what time was it when he makes the
2  decision to do this?
3      MR. DECAPUA: It was still daylight, so it must've been
4  before 4:00.
5      MR. LEWAN: Okay.
6      MR. DECAPUA: Maybe 2:30 in the afternoon or something,
7  you know?
8      MR. LEWAN: About 2:30 in Thursday, he's -- he's
9  saying --
10     MR. DECAPUA: We're going to make another set.
11     MR. LEWAN: You're going to make another set.
12     MR. DECAPUA: Yeah, so we made another set.
13     MR. LEWAN: So you --
14     MR. DECAPUA: But we still had some gear left.
15     MR. LEWAN: And you're not liking this at all.
16     MR. DECAPUA: No, I -- I don't want to because when
17 you -- you know, you throw gear out, that -- that takes an
18 hour, you got to let it soak, that's another hour, then you
19 got to pick it up, that's a couple more hours, if things go
20 correctly. But in the wind and shit, you might not be able to
21 get right back to it, you know?
22     MR. LEWAN: Yeah.
23     MR. DECAPUA: It could take longer. You park (ph), you
24 got to stop, you got to go the other end. I mean, you're
25 committing us to six hours, and the weather's picking up, it's

156
1  not getting better, you know?
2      MR. LEWAN: It's starting to pick up now.
3      MR. DECAPUA: Between 2:30 and 3:00, from the time he
4  said we're going to make another set, go get one ready, to the
5  time when we let the buoy out, it was only 30 minutes, and the
6  seas had gotten nine feet bigger, you know?
7      MR. LEWAN: They went from what to what?
8      MR. DECAPUA: They -- well, they went from good-sized
9  waves to big fucking waves, you know? And I'm looking at the
10 black line out there on the horizon in the west, okay?
11 There's a black line on the top of the ocean as far as the eye
12 can see. Here in Southeast Alaska, especially in the
13 Fairweather grounds, you see that black line in the western
14 horizon, you get the fuck off the water. That's something you
15 learn early, you know? And this is no playing around. You're
16 80 miles from the beach here.
17     MR. LEWAN: Right.
18     MR. DECAPUA: You know? And if that line is where you
19 can see it, it'll be on you in an hour, and our boat ain't all
20 that quick. She'll do 11 knots in a flat calm day, but she
21 ain't doing 11 knots to the -- you know, to the beach today.
22 We're not getting to Graves in good time today, you know?
23     MR. LEWAN: (Indiscernible).
24     MR. DECAPUA: Maybe.
25     MR. LEWAN: Maybe.

157
1      MR. DECAPUA: I mean, I'm -- I'm starting to get spooked,
2  you know?
3      MR. LEWAN: This is -- so now you're talking about Friday
4  here. This is the Friday, the day.
5      MR. DECAPUA: Well, this is not -- yeah, the day was
6  (indiscernible) day that, you know --
7      MR. LEWAN: Okay. All right.
8      MR. DECAPUA: This is the storm coming.
9      MR. LEWAN: All right. And so you've seen it at 2:30.
10     MR. DECAPUA: Yeah, and he's -- he's --
11     MR. LEWAN: And you can see that black line --
12     MR. DECAPUA: -- he's wanting to hang out and set gear.
13     MR. LEWAN: Well, one other thing: He goes to sleep, he
14 takes a nap.
15     MR. DECAPUA: Uh-huh (affirmative).
16     MR. LEWAN: Right around that time.
17     MR. DECAPUA: Uh-huh (affirmative).
18     MR. LEWAN: Right around 2:30. So you're looking at the
19 horizon, he's up there taking -- and he decided, look, I'm
20 going to knock off for a couple hours.
21     MR. DECAPUA: Well, yeah, we were just letting the gear
22 soak. His call taking a nap is his call, then he'll be awake
23 later when he needs to be, you know?
24     MR. LEWAN: Right. But you knew --
25     MR. DECAPUA: He was pretty nonchalant about it, though.