158
1    MR. LEWAN: He's nonchalant.
2    MR. DECAPUA: About that black line on the horizon.
3    MR. LEWAN: What did he say about it?
4    MR. DECAPUA: It was no big deal, we got a nice boat,
5  don't worry about it, you know, we've been in a storm before.
6  Yeah, I've been in a storm before, but it's not -- I mean, you
7  know, it's -- it's not hard to go through one, you know, but
8  usually whenever shit happens, that's what the weather is
9  doing, you know? I mean, it's -- I'm not worried about
10 sinking and dying. I'm worried about the unpleasantness of
11 getting in, you know?
12   MR. LEWAN: Right.
13   MR. DECAPUA: We're going to break a lot of stuff.
14   MR. LEWAN: Right.
15   MR. DECAPUA: We already -- it's already (indiscernible)
16 every place, it's already miserable, and --
17   MR. LEWAN: Well, he just was not (indiscernible).
18   MR. DECAPUA: Yeah, oh, he's wanting to get the load of
19 fish, you know?
20   MR. LEWAN: I had thought that by now, by this time, you
21 had -- you had already pulled up everything and were getting
22 ready to leave. He's (indiscernible) another set.
23   MR. DECAPUA: Uh-huh (affirmative), let's make another
24 set. We lost all our anchors. We only had -- we only had
25 enough anchors to put another set up if we got -- you know, we

159
1  used a car battery. We tied a car battery up to make an
2  anchor, a battery that was used to start the genset that don't
3  work anymore, you know?
4    MR. LEWAN: You used that for an anchor?
5    MR. DECAPUA: We used that for an anchor on one end
6  because we didn't have enough to make a set, you know? We had
7  all those flat buoy balls, you know, a whole bunch of them
8  tied to one end because we didn't have enough buoys to make
9  another set, you know?
10   MR. LEWAN: All right. So he goes to sleep, he goes and
11 takes a nap.
12   MR. DECAPUA: And we're --
13   MR. LEWAN: What were you doing?
14   MR. DECAPUA: We're fixing the gear that we got back, you
15 know, taking bait off the hooks and putting them away,
16 bundling them up, and trying to tidy up the deck and shit.
17   MR. LEWAN: And the seas are about 20 feet plus.
18   MR. DECAPUA: And they're building.
19   MR. LEWAN: They're 20 feet and building.
20   MR. DECAPUA: Twenty feet plus.
21   MR. LEWAN: (Indiscernible).
22   MR. DECAPUA: Yeah, and getting bigger, you know?
23   MR. LEWAN: Right. Was it raining?
24   MR. DECAPUA: Oh, yeah, it's -- it's raining, it's
25 blowing right in our face and, you know, we -- we're either in

160
1  the belly of the swells, you know, or else we put our nose
2  into it, and we jog that way for about 20 minutes, and then we
3  go on the other side. We're trying to keep the balls in
4  sight, so we're just trying to do big circles around the buoy,
5  you know, so we can see it.
6    MR. LEWAN: How many pounds did you have by that time?
7    MR. DECAPUA: We didn't have a full tote of fish.
8    MR. LEWAN: Not one --
9    MR. DECAPUA: There's about 700 pounds in a tote, and we
10 didn't even have 700 pounds. We didn't have one full tote of
11 fish yet, you know? And this -- these are the parts that are
12 bugging me because --
13   MR. LEWAN: You had 600 (indiscernible) pounds of fish.
14   MR. DECAPUA: Yeah.
15   MR. LEWAN: Total.
16   MR. DECAPUA: Total, yeah. We lost -- most of our gear
17 is gone, irretrievable. You know, we're not getting it back,
18 there's no way to get the shit back.
19   MR. LEWAN: And you're using a car battery for an anchor.
20   MR. DECAPUA: Yeah, because we got no anchors. You know,
21 we don't have enough buoys, and --
22   MR. LEWAN: What's this guy thinking?
23   MR. DECAPUA: He's -- he's hoping God's really going to
24 fall in love with him in the last minute and (indiscernible).
25 Like I said before, I did the math. You figure at the most,

161
1  12,000 pounds at a buck and a half, that's 18 grand, you know?
2  That's the highest gross your trip can make, $18,000.
3    MR. LEWAN: (Indiscernible) he gets by-catch
4  (indiscernible).
5    MR. DECAPUA: Maybe nineteen --
6    MR. LEWAN: Yeah.
7    MR. DECAPUA: -- if you get every fish you're allowed and
8  they're all top-dollar fish. It ain't that way.
9  (Indiscernible) or rockfish are half-price fish.
10   MR. LEWAN: Right.
11   MR. DECAPUA: You know, so (indiscernible) count on that
12 12,000 pounds, you know. I'm saying pure top-dollar yellow,
13 I -- he'd only get him -- and if you do the math, the past
14 trips that have eaten any crew share it's going to have.
15   MR. LEWAN: Right.
16   MR. DECAPUA: The boat gets -- that's the boat's piece.
17 No matter how big it is, the boat always gets its piece.
18   MR. LEWAN: Its piece, right.
19   MR. DECAPUA: That's the first piece to come out, 35
20 percent off the top for the boat. So you make 18 grand, the
21 boat gets $7,000 before anybody else gets a (indiscernible),
22 before any expenses come out.
23   MR. LEWAN: So there's 11 grand.
24   MR. DECAPUA: Seven grand for the boat out of eighteen,
25 that leaves eleven. Now, let's take the fuel for the whole

162
1  time Mark's been running the boat, (indiscernible) bait, and
2  the food --
3     MR. LEWAN: Food.
4     MR. DECAPUA: -- and the bait and the lost gear. You add
5  all that up, 18 grand ain't covering it. There's not going to
6  be a dollar left for the crew anyway, you know, and I keep
7  trying to bring this point up. You know, they keep saying we
8  done the weather thing and we blah-blah-blah. I understand
9  all that crap. What I'm saying is I ain't making a paycheck
10 out of here.
11    MR. LEWAN: Right.
12    MR. DECAPUA: And that's why I'm here. I'm not here
13 because I like the owner. I'm not here because I love to
14 fish. I'm here for fucking money.
15    MR. LEWAN: Right.
16    MR. DECAPUA: You know, to me it's a profession.
17    MR. LEWAN: Right, absolutely, it's a way of life, right.
18 So he goes up to sleep.
19    MR. DECAPUA: Yeah.
20    MR. LEWAN: And then you guys are doing that.
21    MR. DECAPUA: Uh-huh (affirmative).
22    MR. LEWAN: And you're running watches.
23    MR. DECAPUA: And we wake him up when we haul a set.
24    MR. LEWAN: Right.
25    MR. DECAPUA: And the weather is getting worse and worse,

163
1  and it's dark now, so you can't really see the seas, but we
2  could see they were getting bigger because the boat's moving
3  more. And when a wave -- when we're broadside in it, they're
4  coming over the deck.
5     MR. LEWAN: What do they look like when they're coming
6  over?
7     MR. DECAPUA: It's deep. I'm sitting on a bucket, and my
8  ass is soaked. I'm sitting on a five-gallon bucket coiling
9  gear, okay? When we take a pitch over here and a wave
10 collapses on the deck, I'm waist deep in water. The water's
11 almost 24 inches high, you know? I mean, I'm sitting like I
12 am right now, okay? I'm sitting like this about this high,
13 you know, coiling at the shiv, and a wave comes over the deck,
14 and the water is ass deep on the deck.
15    MR. LEWAN: Running -- running from the front to the back
16 then?
17    MR. DECAPUA: (Indiscernible) from the side. It's
18 just --
19    MR. LEWAN: The side.
20    MR. DECAPUA: It fills the deck, you know, until runs out
21 the scuffers, and when the deck is full of water, it's -- I'm
22 sitting in water, you know, making me miserable. I'm not fond
23 of this crap, you know?
24    MR. LEWAN: Yeah. And it's cold too.
25    MR. DECAPUA: And he's thinking maybe we'll try and --

164
1  you know, how long would it take to bait up another one, he's
2  wondering, you know, because we're not getting no fish.
3     MR. LEWAN: Right. So then what happened?
4     MR. DECAPUA: Then we -- we got the gear up, no, we're
5  not going to make one more set, we're just going to get the
6  hell out of here.
7     MR. LEWAN: Okay. Who (indiscernible) was that? Was
8  that Giggy's or (indiscernible) --
9     MR. DECAPUA: Mark's. Mark says yeah, just forget it,
10 let's go.
11    MR. LEWAN: Right.
12    MR. DECAPUA: You know, we're heading to Juneau now. And
13 so we want to get the -- we got to tighten down -- we got a
14 couple of totes on deck, you know, so a couple of us get
15 straps out and strap down the deck good. And I think it was
16 Giggy and -- yeah, Giggy and I went back to the shed. So
17 first Bob and I were back in the shed and started stacking
18 gear, you know, putting it away where we can tie it down, you
19 know, because we know we got a storm coming.
20    MR. LEWAN: Are you talking or whatever or --
21    MR. DECAPUA: Well, we're just -- you know, we're just
22 trying to get -- I'm happy now, we're getting out to here.
23 You know, I'm -- I'm ecstatic, you know?
24    MR. LEWAN: Yep.
25    MR. DECAPUA: We're tightening up the decks and that, and

165
1  we start taking our naps. And Mark and -- yeah, Mark and --
2  Mark's up in the wheelhouse, Giggy and Hanlon are up forward
3  tying down the deck back there, and then they come back and
4  help us. Giggy's like the -- the foreman.
5     MR. LEWAN: Yeah.
6     MR. DECAPUA: He'll come back and -- he's like the
7  manager. He'll come back and check all our work.
8     MR. LEWAN: Right.
9     MR. DECAPUA: Make sure that the deck is ready for a
10 storm and shit, you know? He comes back, and we put this over
11 here, put that over there, tie this on, lash that on, and
12 okay. He goes up to the wheelhouse, and we're sitting in the
13 galley, and he comes down and says we're going to have one man
14 in the bunk at a time, you know, and there'll be two men in
15 the wheelhouse and two men down here. Don't go out the door
16 unless the other guy is watching you when it's your turn to go
17 down and pump the bilge. We got to go every 30 minutes -- you
18 got to -- you know, Mark is telling us this. Giggy's watching
19 the wheel, Mark's down talking with the three of us, you know?
20 You guys work it out who goes first watch and all that, and,
21 Mike, I'd like you to be up first, you know?
22    MR. LEWAN: Okay.
23    MR. DECAPUA: So we go down to the ending room and, you
24 know, he's showing me the pump, and, you know -- I mean, I'd
25 run the pump before and shit, but, you know, we're just going

166
1  over it: here's the fuel, here's this, here's that. We make
2  sure there's fuel in the pump and everything, and then we
3  start going, you know? And we're -- every 30 minutes we
4  were --
5      MR. LEWAN: And you're doing how many knots, two, three?
6      MR. DECAPUA: Yeah, about two and a half knots. Whenever
7  I'd pop up in the wheelhouse and look, it's real slowgoing,
8  you know, but it looks okay. I mean, you know, we're -- we're
9  taking them over the bow, and there's shit floating all over.
10 We got pallets all over. It's a false deck, see?
11     MR. LEWAN: Right.
12     MR. DECAPUA: And they're up --
13     MR. LEWAN: Floating around.
14     MR. DECAPUA: -- coming apart, floating around up there,
15 (indiscernible) just don't worry about it, you know? When we
16 get around (indiscernible) Islands, it'll weigh down enough.
17     MR. LEWAN: Yeah.
18     MR. DECAPUA: We could tighten the ship back up before we
19 get into town, just let shit roll on the deck right now, don't
20 even worry about it, you know? Mark's kind of given up. You
21 know, he's not worried like he was before, anyway, so --
22     MR. LEWAN: He's resigned, right.
23     MR. DECAPUA: But, man, every time I'd go down to pump
24 that fucker, it's -- it's deep.
25     MR. LEWAN: You're in the -- how deep is it?

167
1      MR. DECAPUA: It's over the -- the bilge is about this
2  deep, you know, under the engine. But when I go down to pump
3  it, I can see the level of the water is close to the motor,
4  you know, and we're doing it every 30 minutes. So I'm
5  starting to do it every 20, you know?
6      MR. LEWAN: Did you tell them upstairs about that?
7      MR. DECAPUA: Yeah, yeah, I told Doyle first, you know.
8      MR. LEWAN: Do it every 20.
9      MR. DECAPUA: Knock 10 minutes off, yeah, because, you
10 know, the water's -- the level of the water is coming up, you
11 know, so I don't think 30 will be enough. We don't want to --
12 we can't lose that pump. That's the only pump we got. So we
13 figure we'll just -- we'll start checking it more often.
14     MR. LEWAN: Yeah.
15     MR. DECAPUA: You know, and (indiscernible) you're
16 wondering if we shouldn't have just a guy in the engine room
17 all the time, you know, running the pump, I mean. Well, you
18 suck down till that boot gets -- starts sucking air, and then
19 you -- you know, you could fuck the pump up, so you shut it
20 off. And you wait 15 minutes and you pump it again, and you
21 shut it off, and you wait 15 minutes and you pump it again,
22 and we're -- we're pumping more often now.
23     MR. LEWAN: Need something more than (indiscernible).
24     MR. DECAPUA: Yeah. Yeah, just about. And we're talking
25 a -- you know, a two-and-a-half-inch --

168
1      MR. LEWAN: Two-and-a-half-inch pipe.
2      MR. DECAPUA: -- stream of water going 30 feet off the
3  boat. I mean, that's a strong discharge, you know?
4      MR. LEWAN: Right, right.
5      MR. DECAPUA: That's a strong pump, you know?
6      MR. LEWAN: So there's a lot of water coming in.
7      MR. DECAPUA: A bunch.
8      MR. LEWAN: Yeah. And at some point you both go back
9  there, and Doyle says that he went down, looked down, and saw
10 water above the --
11     MR. DECAPUA: Yeah, water was at the pump, it was above
12 the pump, and --
13     MR. LEWAN: And he looked at you and you looked in there,
14 and what did you see?
15     MR. DECAPUA: Shit, we're fucked, you know, we got to run
16 up and tell the captain, man, we're in -- this is -- we're in
17 danger now, we're in danger, and --
18     MR. LEWAN: So you went up there and you told him.
19     MR. DECAPUA: Yeah, and ran up -- yeah, ran up and
20 (indiscernible) the pump's under. What do you mean? Just
21 what I said, the pump's under. We let it go for 10 minutes,
22 jumped down there, you know? Something happened, man, we got
23 a lot of water down there. You know, it wasn't like that the
24 whole trip up until now. All of a sudden, now we got water
25 fast.

169
1      MR. LEWAN: Right.
2      MR. DECAPUA: So Giggy comes down. The engine's still
3  running so you're -- you know --
4      MR. LEWAN: Yeah.
5      MR. DECAPUA: There's no -- normally the -- the water
6  level comes up like that and hits the oil pan, it drops the
7  engine temperature. You can see the engine temperature gauge
8  go whoop, you know? That never happened, you know, so you
9  don't think there's any real danger yet, you know? It's
10 just -- but when you get down there with a bucket and try and
11 throw it out, you can't -- we can't compete with that pump,
12 you know?
13     MR. LEWAN: So what did he say, put your suits on
14 (indiscernible)?
15     MR. DECAPUA: Yeah, Giggy ran up and told Mark what it
16 looked to him down there, it looked like we're going down. So
17 Mark said okay, everybody get your suits on. You know, he --
18 he don't want to lose anybody.
19     MR. LEWAN: Where was your suit?
20     MR. DECAPUA: In on my bunk.
21     MR. LEWAN: So you went down to your bunk?
22     MR. DECAPUA: No, I went up to the -- you know, the bunks
23 were above deck (indiscernible) the wheelhouse. So we went
24 into our stateroom, Doyle and I, got our survival suits, and
25 went into the bait shed and put them on.

170
1  MR. LEWAN: What -- were you saying anything to each
2  other when you were doing this?
3  MR. DECAPUA: No, just putting on our suits.
4  MR. LEWAN: Quiet, quiet.
5  MR. DECAPUA: Yeah, just quietly putting on our suits,
6  you know, helping each other with the zipper and shit.
7  MR. LEWAN: Yeah.
8  MR. DECAPUA: And making sure his suit looks good, making
9  sure my suit looks good, you know? We're very calm about it.
10 (Indiscernible). Giggy and --
11 MR. LEWAN: Hanlon.
12 MR. DECAPUA: -- and Hanlon --
13 (Tape interruption)
14 MR. LEWAN: And (indiscernible) a float? Don't they make
15 it float?
16 MR. DECAPUA: Yeah, yeah, but --
17 MR. LEWAN: (Indiscernible) pick you up a little bit
18 (indiscernible).
19 MR. DECAPUA: Well, you're down in the -- when -- when it
20 gets over your waist --
21 MR. LEWAN: Okay.
22 MR. DECAPUA: -- but the water's still up to your thighs
23 right now.
24 MR. LEWAN: Okay. All right.
25 MR. DECAPUA: It's not up to the waist yet. You could

171
1  stand in there, and Giggy was in with -- you know, he got in a
2  suit in wet clothes, you know? Giggy was waist deep without a
3  suit on, but I'm a little taller than he is, so I went down
4  and started handing the buckets up, you know? And he'd pass
5  it up to Doyle and throw the empty in and (indiscernible) you
6  know, try and drop the empty bucket near me so I can grab it,
7  hand it up, and we had a pretty orderly drill going. Dave was
8  just behind the wheelhouse where he could see downstairs,
9  watching. He wasn't --
10 MR. LEWAN: He wouldn't (indiscernible)?
11 MR. DECAPUA: He wasn't helping with the buckets, you
12 know, which told me -- I knew something was wrong with him,
13 you know, at that point.
14 MR. LEWAN: Doyle said he was looking sick, kind of
15 white. He looked like he was throwing up or --
16 MR. DECAPUA: Yeah, he got seasick.
17 MR. LEWAN: Yeah.
18 MR. DECAPUA: He had been seasick that night. He had
19 been seasick, but I -- I saw resignation. When we were using
20 the buckets, this is a time for desperation.
21 MR. LEWAN: You saw desperation on his face?
22 MR. DECAPUA: I saw -- that's what I recognized -- you
23 know, what's what I saw on his face.
24 MR. LEWAN: You looked up and you saw him.
25 MR. DECAPUA: I looked up, and I seen him. I was pissed

172
1  because he ain't throwing buckets, you know what I mean?
2  MR. LEWAN: Right.
3  MR. DECAPUA: Now, this is not the time to panic.
4  MR. LEWAN: Right.
5  MR. DECAPUA: But this is the time for determined effort.
6  MR. LEWAN: Right.
7  MR. DECAPUA: If ever there was one.
8  MR. LEWAN: Right.
9  MR. DECAPUA: If you want to stay alive out there, the
10 best way to do it is to keep that boat afloat.
11 MR. LEWAN: Right.
12 MR. DECAPUA: You know, this is a cardinal rule to me.
13 MR. LEWAN: And you're seeing him looking
14 (indiscernible).
15 MR. DECAPUA: And I'm seeing him with no buckets in his
16 hand, looking down at us with a real white face, and his eyes,
17 he knows we ain't going home, you know? I see in his face he
18 knows we ain't going home, you know what I mean, and that
19 pisses me off because he ain't even faking it, you know? I
20 mean, the least you can do is act like we're going to make it,
21 you know? And now I'm getting spooked, you know what I mean?
22 When I look up and seen his face, I'm thinking we're fucked,
23 you know it?
24 MR. LEWAN: Right. Did he say anything?
25 MR. DECAPUA: No.

173
1  MR. LEWAN: He was just quiet.
2  MR. DECAPUA: Real quiet, never said a word.
3  MR. LEWAN: He just looked --
4  MR. DECAPUA: I didn't see him puke, but he looked like
5  he just did. Every time I looked at him, he looked like he'd
6  just thrown up. See, we're not -- we're not looking at each
7  other formulating opinions.
8  MR. LEWAN: I know.
9  MR. DECAPUA: We are actively --
10 MR. LEWAN: Yeah, you're there trying to --
11 MR. DECAPUA: -- in a determined effort using plastic
12 buckets to empty an amazing or a tremendous amount of water,
13 you know?
14 MR. LEWAN: Right.
15 MR. DECAPUA: And if one guy is not helping, that's one
16 less bucket, you know, every couple of seconds, so I get mad
17 at the guy, you know?
18 MR. LEWAN: Did you yell something at him or --
19 MR. DECAPUA: No, man. You know, I'm not -- it's just --
20 I'm busy throwing the bucket up, you know? I get out of
21 breath shortly anyway, so --
22 MR. LEWAN: Yeah.
23 MR. DECAPUA: You know, to take the time out to yell is
24 just not going to help anyone.
25 MR. LEWAN: Yeah.

174
1    MR. DECAPUA: But, you know, when I look up and see Giggy
2  and whenever Giggy looks up there, he's got a pissed-off face,
3  too, you know? But at least there's anger in his face, you
4  know what I mean? He -- he ain't given up yet. Doyle's
5  pretty wide-eyed. I imagine I am, too, (indiscernible), but
6  I --
7    MR. LEWAN: All right. So then what happens? At some
8  point you all --
9    MR. DECAPUA: We all --
10   MR. LEWAN: Mark and (indiscernible) were down there
11 trying to feel around and see where the water was coming from,
12 weren't they? They did that (indiscernible) --
13   MR. DECAPUA: Well, they -- Giggy walked around a little
14 bit and tried.
15   MR. LEWAN: He tried to find it in there, so
16 (indiscernible) --
17   MR. DECAPUA: Yeah, see if it was coming up and shit, but
18 there's -- there's no telling where the water is coming from,
19 but it's going up fast. You know, I mean, we were --
20   MR. LEWAN: Mark got down in there, too, to look --
21   MR. DECAPUA: He got down and looked.
22   MR. LEWAN: Yeah, he looked, right.
23   MR. DECAPUA: And he seen how bad it was. You know, at
24 first he tried to pull the pump out of there, and I started
25 laughing, I -- look, that pump's full of water now, you know,

175
1  and there's way that (indiscernible) is going to start, okay,
2  not until we take it apart, and we don't have time for that,
3  you know? I mean, if you want to take it apart and start
4  working on it, go ahead, we'll keep using the buckets, but --
5    MR. LEWAN: Yeah, right, right.
6    MR. DECAPUA: You know, but your pump is a moot point
7  now. So we just -- we made up our minds it's time to abandon
8  ship, you know? And Doyle brings up, look, we got two EPIRBs
9  onboard.
10   MR. LEWAN: He was the one that said --
11   MR. DECAPUA: Yeah, yeah. Doyle said we'll get both
12 EPIRBs, and if we set both of them off, if they're both
13 registered to the same boat --
14   MR. LEWAN: But they weren't. That's (indiscernible).
15   MR. DECAPUA: You know, they're -- they're both
16 registered to the same dude. If they both go off --
17   MR. LEWAN: Chances are someone's going to come --
18   MR. DECAPUA: -- they will come, you know? When they
19 see -- when -- when Bethesda, Maryland, gets the signal from
20 both EPIRBs that close, they're going to assume the worst
21 immediately and send -- you know, send a chopper out. See, we
22 didn't even have a -- we didn't have a single sideband radio.
23 All we had was VHF. VHF is a line-of-sight weapon, you know.
24 It -- it doesn't have 85 miles range.
25   MR. LEWAN: Right, right.

176
1    MR. DECAPUA: And we're not reaching Cape Spencer to get
2  a Mayday off. There's no phone service out there. We didn't
3  have a Tracfone, we had just a regular cell phone.
4    MR. LEWAN: And that thing isn't working.
5    MR. DECAPUA: And that ain't -- you know, that ain't
6  going to get to the beach. You can turn it on, and there's no
7  bars, so you're not -- you know. We're out there with no
8  communication, but we do have EPIRBs, you know, and there's no
9  life raft, but that never occurred to me until right then.
10   MR. LEWAN: Yeah, right, there was no life raft.
11   MR. DECAPUA: We didn't have a life raft, you know what I
12 mean? I -- I didn't even realize we didn't have a life raft.
13 So we're getting ready to go over, and then I remembered,
14 shit, there's no raft, you know, so...
15   MR. LEWAN: But they had told you just before you left
16 the shore that there was a raft on it.
17   MR. DECAPUA: Well, it wasn't an issue. I mean --
18   MR. LEWAN: Wasn't an issue, right.
19   MR. DECAPUA: You know, I never asked is there a life
20 raft onboard.
21   MR. LEWAN: Yeah.
22   MR. DECAPUA: I just never thought about it, you know? I
23 mean, it's law you have it.
24   MR. LEWAN: Yeah.
25   MR. DECAPUA: You know, the law says if you go 20 miles

177
1  offshore, you have to have a certain device onboard, inside 20
2  and outside 20.
3    MR. LEWAN: No one brought this up when you were in Elfin
4  Cove?
5    MR. DECAPUA: Nope.
6    MR. LEWAN: All right.
7    MR. DECAPUA: It -- it never --
8    MR. LEWAN: Never occurred to you.
9    MR. DECAPUA: -- came up.
10   MR. LEWAN: Okay. So Bob says let's get the EPIRB going.
11   MR. DECAPUA: Uh-huh (affirmative). So we take the
12 EPIRBs out of their holders, and everybody's in their suits,
13 we're all tied together, and we're going to --
14   MR. LEWAN: How did you tie yourselves? Who was tied --
15   MR. DECAPUA: I tied the knots.
16   MR. LEWAN: You tied the knots.
17   MR. DECAPUA: Yeah, I tied us all together with sheet
18 bends.
19   MR. LEWAN: Sheet bends.
20   MR. DECAPUA: Yeah, backed with a half-hitch so they
21 wouldn't come undone.
22   MR. LEWAN: Okay.
23   MR. DECAPUA: Make a loop around your waist.
24   MR. LEWAN: Loop around the waist and tie it.
25   MR. DECAPUA: And tie it. It's called a cat's paw. The

178
1  knot's called a cat's paw. That's what we use to tie skates
2  together. It's a good knot. It don't come undone by itself.
3      MR. LEWAN: Okay.
4      MR. DECAPUA: You back it with a half hitch, it won't
5  come undone by itself. But it's an easy knot to break.
6      MR. LEWAN: Okay. And then you -- then you get the line,
7  you go around to someone else?
8      MR. DECAPUA: Yeah, go around to someone else, put a
9  sheet bend in them. See, a sheet bend don't slip.
10     MR. LEWAN: Right.
11     MR. DECAPUA: You know, and then I did it to the next
12 one, did it to the next one. I don't know, but I think Dave
13 and I were the anchormen. You know, Dave was on one end and I
14 was on the other.
15     MR. LEWAN: Right.
16     MR. DECAPUA: And I put a buoy ball on there, too.
17     MR. LEWAN: (Indiscernible), yeah, okay.
18     MR. DECAPUA: You know, so that, you know, it'd be easier
19 to spot us, I think.
20     MR. LEWAN: Right.
21     MR. DECAPUA: Plus you got the light from the EPIRB and
22 shit, you know?
23     MR. LEWAN: So Bob went upstairs and got the EPIRBs down,
24 he was up on the top, and he comes in (indiscernible) --
25     MR. DECAPUA: Yeah, (indiscernible) a couple of buoy

179
1  balls, and we had some ground line on. I got my knife, and we
2  cut that up. You know, everybody's in their suit and shit,
3  and then we all go to the side of the boat, and we're going
4  to --
5      MR. LEWAN: Did you almost like fall over or fall down?
6  I mean, (indiscernible) in these things.
7      MR. DECAPUA: I don't know. We were all -- you know,
8  we've all (indiscernible) rocking along with the ocean and
9  shit. You need a three-point stance. You got to hold on to
10 one hand and keep both feet on deck, and, you know, you roll
11 into it yourself, you know, trying to remain up with the seas.
12     MR. LEWAN: You have one hand on the deck to --
13     MR. DECAPUA: Well, you know, one hand on something low,
14 and we're all -- all standing there. I might drop to one knee
15 to tie -- you know, to tie another knot, you know, but I don't
16 think anybody was falling down.
17     MR. LEWAN: Okay. And what were you thinking when all
18 this was going on?
19     MR. DECAPUA: This really sucks, I mean, this really
20 sucks, this is bad. You know, the weather's bad, there's no
21 life raft.
22     MR. LEWAN: What could you see?
23     MR. DECAPUA: Not much.
24     MR. LEWAN: (Indiscernible)?
25     MR. DECAPUA: Yeah, the immediate area on deck, you know.

180
1      MR. LEWAN: And what were you seeing in the immediate
2  area?
3      MR. DECAPUA: Just shit floating around on the decks, the
4  pallets all askew, the boat getting -- settling more and more
5  in the water. We're moving less and less, you know? The
6  boat's motion and stuff is -- is slowing down, but the
7  engine's still running. But I know --
8      MR. LEWAN: Lights on?
9      MR. DECAPUA: Yeah, there's still lights down there.
10 There's a couple lights on from the wheelhouse shining down on
11 deck. The batteries, the electrical system still worked, so
12 I'm not -- I (indiscernible) some -- I'm wondering when the
13 electrical system is going to fail all to shit, you know? And
14 we step over, get in the water, and --
15     MR. LEWAN: And when you jump, (indiscernible).
16     MR. DECAPUA: Oh, yeah. When we jumped in the water,
17 that was a -- everybody's standing on the rail holding on, is
18 everybody ready? Okay, we'll all count three, you know? One,
19 two, three, everybody jumps in. And when we jumped in the
20 water, your face goes under, you get up, you're sputtering.
21 Everybody okay, everybody here, everybody here?
22     MR. LEWAN: What did the water feel like on your face?
23     MR. DECAPUA: Ice, fucking cold. Cold, cold, cold like I
24 don't want to experience cold. And then when you get out,
25 you're in the wind, you know, and it's cold enough that it

181
1  feels like it wants to freeze, you know what I mean?
2      MR. LEWAN: The wind is so cold, it feels like it wants
3  to freeze.
4      MR. DECAPUA: Yeah, you know, the water on your face,
5  cold, hurt cold, you know, ouch. And then you -- we were
6  floating out there, and everybody okay, everybody okay, you
7  know? Dave don't answer, you know. And then Giggy, you know,
8  starts jerking on the rope, and then Dave goes, yeah, yeah,
9  I'm here. I'm like Dave, look, you know, when we ask for you,
10 respond immediately, you know what I mean? You know, it's
11 time to pay attention now, you know?
12     MR. LEWAN: Right.
13     MR. DECAPUA: And when you hear somebody call your name,
14 say here, you know it? And that washing machine, we were in
15 the water a couple of seconds, and all of a sudden we get
16 lifted way up in the swell, and then when we start to go down
17 the other side, we get sucked in it, and we're rolling around
18 in there, all of us, bumping into each other and all --
19 getting all fucked up and tangled and shit. And then, you
20 know, the tow, I guess it is, let's us go, and we pop up, and,
21 you know, everybody okay, everybody okay? Again, no response
22 from Dave. He's being uncooperative with us, you know what I
23 mean? It's -- that's spooky, you know? I'm wondering, you
24 know, what this guy knows, you know what I mean? Because
25 he -- he just --

182
1    MR. LEWAN: He's (indiscernible).
2    MR. DECAPUA: He's given up, you know?
3    MR. LEWAN: He gives up right away.
4    MR. DECAPUA: Yeah, yeah. He's -- he's not even
5 responding to us, you know what I mean? We're -- after a
6 while, though, we were -- we get -- feels like minutes go by,
7 you know, between the washing machine, you know? We don't get
8 sucked into another tumbling action for a little while there,
9 and, you know, we're kind of calmly talking.
10    MR. LEWAN: And what are you saying?
11    MR. DECAPUA: And Bob -- Bob is saying it's -- it'd be
12 about 45 minutes, probably, you know? Sitka Air is about 45
13 minutes away from getting the signal to Bethesda, Maryland, to
14 a chopper over your head in less than an hour. It's more than
15 possible even in this weather, you know? These are
16 professionals, and --
17    MR. LEWAN: Yeah.
18    MR. DECAPUA: -- I just got done work -- I retired with
19 these guys last year. And so, you know, we're waiting on a
20 chopper. You know, we're just bobbing around, and it was --
21 the boat going down --
22    MR. LEWAN: Yeah, what did you see?
23    MR. DECAPUA: The lights were still on there.
24    MR. LEWAN: You saw the lights on.
25    MR. DECAPUA: That was eerie as hell. I didn't like

183
1 that. That was a bad omen.
2    MR. LEWAN: After it was under the water.
3    MR. DECAPUA: It was under the water going to the bottom,
4 she wasn't upside down or nothing. She just filled up with
5 water and went down, and you could see the row of portholes,
6 and the engine room, fucking lights in there were still on. I
7 didn't like that, you know what I mean? I didn't like that
8 one bit. I thought they should've been burned up. It was
9 like the boat was telling us I'll be waiting for you, you
10 know? I mean (laughs) I don't like that crap. You know, I
11 hated seeing that (indiscernible).
12    MR. LEWAN: Yeah.
13    MR. DECAPUA: Man, them lights on, I'd never forget that.
14 No groan when it went down, either. It didn't groan. They're
15 supposed to groan, wood boats, you know?
16    MR. LEWAN: No groan.
17    MR. DECAPUA: No groan. No (indiscernible) or nothing.
18    MR. LEWAN: Just quiet.
19    MR. DECAPUA: Just slipped silently beneath the waves and
20 left her lights on, you know? I didn't like that lights on
21 thing, and I didn't like that no groan. She should've
22 groaned, you know? She ain't dead yet, I'm thinking, you
23 know? And then I started thinking about all that flotsam all
24 over the deck. When is this stuff going to start popping
25 loose, you know? If it all popped loose when it was up here,

184
1 it would just float harmlessly away, but if it starts going
2 down and comes unwedged 20 fathoms below the water --
3    MR. LEWAN: I'll just come shooting up.
4    MR. DECAPUA: Yeah, but the closer it gets to the
5 surface, the faster it's going. By the time it hits the
6 surface, it comes up out of the water. You're talking about a
7 200-pound pallet, you know? When that sucker comes out of the
8 water, it's doing -- it's coming out at a good speed, it's
9 coming out with enough force to get entirely out of the water,
10 and it's going to land. So you're worried about it coming up,
11 you know? You got to worry about that piece of wood breaking
12 the surface, and then you got to worry where it's going to
13 come down. You don't want it to come down near you. So I'm
14 saying we should start -- you know, everybody should be
15 paddling away from the -- you know, where we thought the boat
16 was. But, you know, who knows where that is because we'd been
17 tumbling around three or four times now.
18    MR. LEWAN: Are you feeling -- are you feeling like any
19 suction from the boat, any --
20    MR. DECAPUA: No, no.
21    MR. LEWAN: No? Nothing like that?
22    MR. DECAPUA: No.
23    MR. LEWAN: Okay.
24    MR. DECAPUA: She just filled up and sunk back down, you
25 know? But, you know, I'm worried about the stuff floating up

185
1 from inside the boat and the shit coming up and hitting some
2 of us. You know, that's scary, you know? That'll really hurt
3 you.
4    MR. LEWAN: Yeah.
5    MR. DECAPUA: And again here, Hanlon, he ain't -- you
6 know --
7    MR. LEWAN: He's not doing anything.
8    MR. DECAPUA: No, he isn't --
9    MR. LEWAN: Is he kicking or is he busy swimming or doing
10 anything, or are you just dragging him along?
11    MR. DECAPUA: He's not even answering us. Once in a
12 while he's talking to Giggy. And then we come -- we go tumble
13 into one of the waves --
14    MR. LEWAN: Did you hear him say anything?
15    MR. DECAPUA: Not much.
16    MR. LEWAN: No?
17    MR. DECAPUA: Just he don't feel good, and Giggy's saying
18 just stay up on my chest, you know.
19    MR. LEWAN: Yeah.
20    MR. DECAPUA: He never got his pillow (indiscernible),
21 you know it? And then we come out of the washing machine one
22 time, and there's no Dave. We got the end of a rope. There's
23 no Dave on it.
24    MR. LEWAN: You found the end of the rope.
25    MR. DECAPUA: Giggy --

Page 186

1  MR. LEWAN: Yeah, Giggy did --
2  MR. DECAPUA: Giggy pulled his line in, and there's --
3  there's no Dave on the end of the rope.
4  MR. LEWAN: What do you think happened?
5  MR. DECAPUA: I think he untied.
6  MR. LEWAN: You think he untied the rope. I don't --
7  it -- it couldn't just come undone, you know what I mean? The
8  line can't come undone. I got a half hitch on the back of it.
9  It can't -- the only way to walk out is to walk past the half
10 hitch. You can't do that. A piece of line can't walk past a
11 half hitch. It's got to be undone, and then you can get it
12 undone, but you got to undo that half hitch, you know? I
13 mean, that's a conscious effort, you know what I mean? If you
14 don't open the package, you don't get the tobacco out, you
15 know?
16 MR. LEWAN: You don't think there's any way in hell that
17 this guy could've just -- that the knot could've slipped or
18 something could've happened?
19 MR. DECAPUA: Well, no one else's knot slipped, you know?
20 I've been tying that knot for 16 years, and I never had one
21 come undone. I don't think his was the one to come undone
22 first.
23 MR. LEWAN: So you're saying to me that this guy
24 committed suicide.
25 MR. DECAPUA: No, I'm saying he untied himself. I'm not

Page 187

1  saying he committed suicide, I'm saying he untied himself.
2  There's a difference there. You know, you're panicking,
3  you're getting thrashed around, you're bumping into other
4  bodies, you know? You got a buoy ball tied to the other side
5  of you, you know it? I -- I could see you wanting to undo
6  yourself, you know, to get untied, that you'll just hang onto
7  the line. But the reason I tied everybody together is in case
8  something were to happen where one of us is injured --
9  MR. LEWAN: Right. But then it's like --
10 MR. DECAPUA: -- it'll be hard for him to hold on.
11 MR. LEWAN: But this guy's getting sick, he's throwing
12 up, he's (indiscernible).
13 MR. DECAPUA: He's taking seawater.
14 MR. LEWAN: He's taking seawater, and he's being held up
15 by the other guy.
16 MR. DECAPUA: Uh-huh (affirmative).
17 MR. LEWAN: I mean, so why would you want to undo your
18 line?
19 MR. DECAPUA: Panic, fear, you know? I think it was
20 panic. That's why I also think it was panic is why his pillow
21 wasn't full, you know? That suit was -- my buddy Mike checked
22 that suit before they sold the TOMBOY (indiscernible).
23 MR. LEWAN: He was the guy that picked up the suit.
24 MR. DECAPUA: That was the guy that picked up the suits
25 (indiscernible) grabbed it off the EMILY ANN. Art checked the

Page 188

1  suit --
2  MR. LEWAN: Who's Art?
3  MR. DECAPUA: Art is Mike's brother. Art owns the EMILY
4  ANN, Mike owns the JULIA (ph). Art checked the suit when he
5  sold the TOMBOY, and it was all, you know, good and, you know,
6  everything -- the pillow was up, the whistle (indiscernible)
7  good, everything's good, so he kept that suit when he moved on
8  to the EMILY ANN.
9  MR. LEWAN: Okay.
10 MR. DECAPUA: And he took that suit with him. Art jumped
11 in the water in that suit, and there wasn't no leaks in it.
12 MR. LEWAN: Okay. Was this too -- do you think, too
13 small or too big for him, or did it fit right?
14 MR. DECAPUA: I'd say, it -- I mean, it was -- it was my
15 size suit, and Dave was, you know, an inch or two smaller than
16 me.
17 MR. LEWAN: Okay.
18 MR. DECAPUA: So, I mean, I don't think the suit was an
19 ill fit.
20 MR. LEWAN: Okay. How tall are you?
21 MR. DECAPUA: I'm six-foot even. I think Dave was five-
22 ten or five-eleven.
23 MR. LEWAN: And you weigh about the same?
24 MR. DECAPUA: Yeah, we're pretty much the same.
25 MR. LEWAN: How many pounds?

Page 189

1  MR. DECAPUA: I was -- I weighed about 160 at the time.
2  MR. LEWAN: Okay. All right. So he's gone.
3  MR. DECAPUA: Yeah. He's not -- he's not answering.
4  MR. LEWAN: And did you say all this stuff to them about,
5  well, he must've undid his knot or did you --
6  MR. DECAPUA: Yeah, we were -- we were trying to figure
7  out how he got loose. We were hollering and hollering and,
8  you know, you're trying to look around, but you can't see
9  shit. You know, I got hair hanging down all over the front of
10 my face. I can't see a fucking thing anyway.
11 MR. LEWAN: What were you seeing the whole time?
12 MR. DECAPUA: I was seeing hair, hair and water all over
13 my face. That's about all I was seeing.
14 MR. LEWAN: Right.
15 (End of Blue-labeled Tape 3 Side A)
16 MR. DECAPUA: I could see the white when the helicopter
17 came or the -- the light. The strobe we had and the lights
18 from the chopper, and they dropped a ring of fire on us, and I
19 could see that, you know, the flares? They dropped floating
20 flares for illumination. And I could -- you know, whenever
21 the wind would move us one way or another, I could see the
22 lit-up areas around us and shit, you know? But when that
23 chopper was going away, man, that was -- I couldn't see no
24 other helicopters. There was two more, but --
25 MR. LEWAN: You couldn't see them.

190
1    MR. DECAPUA: -- we couldn't see them. They were over
2 there. You know, we got the hood up here, you know. All we
3 can see is that one getting smaller and smaller, and I'm
4 thinking, man, they didn't pick anybody up, you know? But
5 Doyle said, well, hey, they got to refuel, and they can get
6 fuel at Yakutat, so -- you know, Yakutat is a lot closer to
7 Sitka.
8    MR. LEWAN: Right.
9    MR. DECAPUA: But don't worry, there'll be another
10 chopper here real soon, you know, Doyle's telling us because,
11 you know, he was in the Guard, you know, and he knows how the
12 Guard operates. He's telling us, look, this is all standard
13 procedure, I mean, I've been through this before, and don't
14 worry about it.
15    MR. LEWAN: You were asking him about (indiscernible) are
16 they coming, are these guys coming back --
17    MR. DECAPUA: Yeah, what are they doing? They going
18 back? Is the weather too rough, or what? He said, well, no,
19 they'll keep trying, you know, but --
20    MR. LEWAN: Yep.
21    MR. DECAPUA: It was scary when the basket was being
22 lowered. You know, they finally get around to trying to lower
23 that basket, and it -- it starts going down, and then a gust
24 of wind will come, and that sucker starts blowing way back
25 there, and I'm thinking, man, that -- this doesn't look good,

191
1 you know. I'm getting steadily weaker, I started getting
2 cold, I was shivering.
3    MR. LEWAN: How far (indiscernible) are you getting cold,
4 when you start downhill?
5    MR. DECAPUA: A couple hours. When we'd get sucked in
6 that washing machine thing, the water comes in around the seal
7 of your face. Every -- every time you're going in there,
8 you're losing more air in your suit, and your suit's getting
9 more full of water, you know. And with all that tumbling,
10 it -- you know, it spreads the moisture through all your
11 clothes faster.
12    MR. LEWAN: What's it feel like in there?
13    MR. DECAPUA: It's getting cold. You know, it's starting
14 to get -- my nuts are freezing, my feet are hurting, my hands
15 hurt. The cold on my hands and my feet, you know, they're
16 painful now, and -- and I know I'm starting to feel chilly
17 around here, you know? And then I start shivering, and
18 that's -- you know, that's no good. You start shivering, you
19 lose a lot of calories.
20    MR. LEWAN: What are you thinking about out there when
21 you're going through this? Were you thinking about anything?
22    MR. DECAPUA: Yeah, I'm thinking this really sucks, this
23 is a rotten way to go.
24    MR. LEWAN: This is a rotten way to go.
25    MR. DECAPUA: Uh-huh (affirmative). You know, after --

192
1 after -- I mean, after going a week without eating --
2    MR. LEWAN: Right.
3    MR. DECAPUA: -- freezing, you know, sleeping in a damp
4 bunk all fucking night, you know it? And Mark is saying, gee,
5 I'm sorry, I'm sorry, I'm sorry, and I really want to say
6 you're sorry now, you son of a bitch, you know, why didn't we
7 just leave the gear out here like I said and take the boat
8 back from Elfin Cove to Juneau, you know what I mean?
9    MR. LEWAN: And you didn't say that to him?
10    MR. DECAPUA: Oh, no, I didn't say that because this
11 ain't the time for that, you know? I mean, Mark is in worse
12 shape than I am, and I'm feeling none too good, you know. And
13 Giggy and Bob are -- you know, they seem to be in pretty good
14 shape. Dave is gone, Mark and I are freezing cold, and Mark's
15 got a hole in his suit. He pointed that out right when he got
16 in the water. He says, oh, I got a leak. You know, so we got
17 to keep an eye on him because he's got a leak, you know? That
18 means he's getting wet at the first, you know?
19    MR. LEWAN: Did you hear what he was -- he and Bob were
20 talking about or no? Could you hear?
21    MR. DECAPUA: Oh, yeah, yeah. He was saying how sorry he
22 was and, you know, this really sucks, and his old lady is
23 going to have a baby, he really wanted to be around to see
24 that, and Bob's saying you ain't going nowhere, buddy, the
25 helicopter's coming, you know, don't worry.

193
1    MR. LEWAN: Yeah, right.
2    MR. DECAPUA: We're making it through this, and Mark is
3 saying, no, I don't think I'm going to make it through this,
4 you know, and --
5    MR. LEWAN: Yeah.
6    MR. DECAPUA: And I'm thinking you prick, you already
7 killed one of us, and you're going to kill the rest of us.
8    MR. LEWAN: Right.
9    MR. DECAPUA: If he'd have taken a little advice, none of
10 this would be happening, you know it? The guy could get his
11 boat.
12    UNIDENTIFIED MALE: (Indiscernible) more coffee?
13    MR. LEWAN: No, no, I'm good. Do you want some?
14    MR. DECAPUA: Oh, just a little bit (indiscernible).
15 That was -- oh, man, oh, I'm so sorry. Yeah, you're sorry.
16 (Indiscernible), you asshole.
17    (Laughter)
18    MR. DECAPUA: I was real sorry I didn't get off the boat.
19    MR. LEWAN: Yeah.
20    MR. DECAPUA: I mean, I could've got off at Elfin Cove.
21 I don't think they'd have been none too pissed.
22    MR. LEWAN: Were you thinking about your family or did
23 you have like some flashbacks or -- you know, sometimes people
24 see, as they say, your life passing before your eyes?
25    MR. DECAPUA: Not too -- I was -- it didn't occur to me

194
1  until I was the last guy in the water, you know? When I --
2  when I -- I had confidence that I would get in the basket, and
3  I'm -- you know, I'm destined for a chopper ride. I was
4  confident that I was going to get to that chopper, especially
5  when -- because we saw Mark and -- and Bob go up in the
6  chopper, and we didn't see nobody fall out. We just saw Mark
7  and Bob go up.
8     MR. LEWAN: Okay. Tell me exactly what you saw when --
9     MR. DECAPUA: We -- we see one guy hanging out of the
10 cage, right, and I'm thinking that's Doyle, and one guy is in
11 the cage, and we could see that lifting up out of the water.
12 We could see --
13    (Tape Interruption)
14    MR. DECAPUA: -- you know, and then we're getting moved
15 around by the waves and shit, you know? And then the basket's
16 coming out of the water. And Giggy and I, you know, he's
17 helping me, he's got one arm around me, and we're both
18 swimming, and we get to the basket, and he's in the basket and
19 I got my feet in there, you know? And the -- the waves are
20 moving up and down, but the chopper's kind of staying still,
21 you know? And when the wave comes up over the basket, I get
22 lifted out because of the buoyancy of my suit, and then the
23 basket goes up, and I -- you know, I'm not in it, and that's
24 when I thought I was dead. You know, that's when I -- I just
25 said fuck it, it's over.

195
1     MR. LEWAN: What happened? Did you -- do you hold on --
2     MR. DECAPUA: Well, I had already let loose of the EPIRB.
3     MR. LEWAN: Okay. And you were holding onto the basket.
4     MR. DECAPUA: Well, I was -- yeah, you know, my feet were
5  in it, you know, and I was trying to like hold on to the
6  frame.
7     MR. LEWAN: To the frame, the outside frame.
8     MR. DECAPUA: Yeah, the outside of it.
9     MR. LEWAN: Like you're standing up (indiscernible).
10    MR. DECAPUA: Kind of, yeah.
11    MR. LEWAN: (Indiscernible) --
12    MR. DECAPUA: And Giggy's in the basket. He's in between
13 the uprights, so he's got his feet wedged and his hands wedged
14 so when the wave comes up, he's maintaining a hold on the
15 cage. But I wasn't in the cage all that, you know, firmly
16 anyway, so I'm -- I slip out, you know?
17    MR. LEWAN: I heard that a big wave came in and like
18 buried you.
19    MR. DECAPUA: Yeah, the whole basket and us, we're
20 both -- I mean, we're underwater.
21    MR. LEWAN: And that's what knocked you out.
22    MR. DECAPUA: That's what put me out of the -- out of the
23 basket, the buoyancy of the suit.
24    MR. LEWAN: What did it feel like when that -- did you
25 ever get to see any of the waves, how big they were when you

196
1  were out there or not?
2     MR. DECAPUA: Not -- I don't know. Yeah, you know, we
3  could -- when we were down in the very belly of them and we'd
4  start lifting up, you can -- at times we were doing whee, you
5  know? I mean --
6     MR. LEWAN: That's what I heard, you guys were riding
7  down the backside (indiscernible).
8     MR. DECAPUA: Yeah, you know -- yeah, we were -- we were
9  sliding down. It was -- you know, there were moments it was
10 fun, you know, like a carnival ride, I mean, except, you know,
11 Dave is dead, you know, and there's a good chance some of us
12 are going to die, too, but, you know, we're here, and it was
13 fun, parts of it, you know? When I -- when I looked around
14 and I didn't have the EPIRB, my hands -- from here down, I
15 can't feel a goddamn thing, from the knees down, my feet are
16 useless. You know, I could feel my -- my temperature is
17 rapidly dropping, I can feel it, you know?
18    MR. LEWAN: I understand.
19    MR. DECAPUA: I quit shivering a while ago, you know?
20 I -- and, you know, you're a fisherman up here, you learn
21 about hypothermia. When I guy quits shivering, you know, he's
22 got no more calories to burn, you know, which is where you get
23 heat from, so I've lost my fuel supply, and my extremities
24 have already shut down. I'm experiencing the numbness that
25 happens when your -- your body quits pumping blood to your

197
1  extremities, you know, and I'm realizing that that's what I'm
2  experiencing, and I know I'm getting tire. All I want to do
3  is sleep. And I got out of that basket, looked around, and I
4  don't have no EPIRB, my hands and feet don't work --
5     MR. LEWAN: You're still floating, though, right?
6     MR. DECAPUA: Yeah, I'm still afloat, but --
7     MR. LEWAN: Did you see the basket going up?
8     MR. DECAPUA: Yeah. Giggy was in it, and I'm thinking,
9  shit, what's the basket (indiscernible).
10    MR. LEWAN: It's just getting smaller and smaller.
11    MR. DECAPUA: Yeah, I just wanted to get in that basket,
12 you know? And, boy, I was crying, I felt so goddamn bad, you
13 know?
14    MR. LEWAN: You started to cry.
15    MR. DECAPUA: Yeah, I'm going to sleep. I'm just -- I'm
16 giving up. I want to go to sleep. I hadn't seen my daughters
17 in so long, you know, I wondered, gee, I wonder how they're
18 doing, you know? And Mario and I had already -- you know, I'd
19 already signed the adoption papers on Mario, and I just -- you
20 know, I hope he's okay. And I guess I find out now if there's
21 a heaven or a hell, you know? I'm just going to sleep, you
22 know what I mean? And then the basket's in front of me again,
23 and I'm moving to it, you know, I don't understand how, just
24 heading to the basket, and next thing I know, I'm in there and
25 I'm going up.

03772

198
1    MR. LEWAN: How did you get in? Tell me about that?
2    MR. DECAPUA: I don't know.
3    MR. LEWAN: Because you said you hands couldn't work.
4    MR. DECAPUA: My feet -- my feet aren't working and my
5    hands -- I don't know.
6    MR. LEWAN: How did you grab onto it?
7    MR. DECAPUA: I got in it, I don't know how.
8    MR. LEWAN: Did you put your elbows? You can't remember?
9    MR. DECAPUA: I have no idea. My hands and feet don't
10   work, my brain is not functioning too clearly anyway because
11   I'm so cold, you know what I mean? I'm just exhausted. And
12   there's the basket and I'm moving towards it.
13   MR. LEWAN: Were you swimming or were you pushed?
14   MR. DECAPUA: I was -- I was either swimming or being
15   pushed, I don't know, okay? I know I got in it.
16   MR. LEWAN: Were you kicking your legs?
17   MR. DECAPUA: I think. I know that I have to kick my
18   legs and move my feet in order to get there.
19   MR. LEWAN: Okay.
20   MR. DECAPUA: But whether or not it's working, I don't
21   know, but I'm moving closer to the basket so I'm not asking
22   any questions. I'm just happily going toward the basket, you
23   know? And then when I'm in it --
24   MR. LEWAN: Or the basket is coming towards you.
25   MR. DECAPUA: Yeah, one or the other. I don't know how

199
1    it's working, but, you know, me and the basket are getting
2    closer and closer together. I'm really happy over this, you
3    know? I'm not asking why, I'm just saying thank you, thank
4    you, thank you, you know? And when I get in it and they start
5    lifting, once we're clear of the water moving up, I just never
6    felt such relief in my life, you know? That was better than
7    the judge dropping an 18-year sentence off me.
8    MR. LEWAN: Really.
9    MR. DECAPUA: I mean, getting in it and breaking the
10   surface of the water, I -- I couldn't -- you know, it's a
11   miracle.
12   MR. LEWAN: Did the waves come down and hit you
13   (indiscernible) again before you go up, or was it clear --
14   just a clear (indiscernible)?
15   MR. DECAPUA: I think we just -- you know, just lifted me
16   up, and off we go. Almost like -- I'm sure my memory of it
17   isn't quite how it happened, you know what I mean, but it's
18   almost like everything calmed down just long enough, you
19   know --
20   MR. LEWAN: It was a pause.
21   MR. DECAPUA: Yeah, like --
22   MR. LEWAN: Everything (indiscernible) --
23   MR. DECAPUA: -- whatever seconds it took for me to get
24   in it and them to lift off, it -- you know, the water was
25   moving me like to the basket, you know -- you know what I

200
1    mean? I was going in the right direction with the seas, and
2    it didn't -- they didn't seem like they were as big as they
3    were, you know, just for this couple of minutes, you know what
4    I mean? And I got in and off we go, and we got up, and they
5    said that's the last one, and I looked around, and I only saw
6    three survival suits, you know? What happened to Mark? And
7    then the guy is trying to cut my suit open, and I kept saying
8    use the zipper, man.
9    MR. LEWAN: He's got a knife?
10   MR. DECAPUA: Yeah, he's got a little knife, he's going
11   to cut my suit open, you know, I --
12   (Tape interruption)
13   MR. LEWAN: Yeah. So then there -- what was the first
14   thing you said to the guys when you got back in?
15   MR. DECAPUA: Thank you. I said thank you for getting me
16   up here. (Laughs) I didn't think I was going to make it, and
17   I think I told them I lost the EPIRB. I felt bad about losing
18   the EPIRB, but I was real relieved to be in there, and I
19   notice there's no -- somebody's missing, you know? There's
20   only three of us in the helicopter.
21   MR. LEWAN: You couldn't tell whether -- if it was --
22   MR. DECAPUA: Yeah, I didn't know who was missing. I
23   didn't know if it was Doyle or Morley, you know? I -- you
24   know, I knew Giggy was in there, and then I saw Bob, so I
25   figured out by mathematics that, you know, Mark is missing.

201
1    MR. LEWAN: What did Bob look like?
2    MR. DECAPUA: He looked okay. He had his suit open. You
3    know, he -- he looked in pretty good shape, you know? He was
4    shivering.
5    MR. LEWAN: He was?
6    MR. DECAPUA: Yeah.
7    MR. LEWAN: How was his face? Like was it all white?
8    MR. DECAPUA: Red.
9    MR. LEWAN: Red.
10   MR. DECAPUA: Yeah, really red, yeah, and above here was
11   real red, you know?
12   MR. LEWAN: Right.
13   MR. DECAPUA: But around there it was white.
14   MR. LEWAN: Oh, okay.
15   MR. DECAPUA: You know what I mean?
16   MR. LEWAN: Right.
17   MR. DECAPUA: When they -- when they took the stuff off
18   of him, he looked like -- looked like a guy spent a little too
19   much time in the shower, you know, really white, but his face
20   was real red, and he was shivering, so, you know, he was very
21   cold but not yet hypothermic.
22   MR. LEWAN: Did you start to shiver again?
23   MR. DECAPUA: No. They said ten more minutes to Yakutat,
24   and I was in a bunny bag, and I could feel it was warm in
25   there, but I was still -- you know, I was still fucking cold,

202
1  but I could -- you know, I could feel warmth being generated
2  over my -- you know, on my butt. My buttocks are starting to
3  feel, you know, warmth, and my back, you know, but I still
4  can't feel shit in my hands and feet.
5      MR. LEWAN: You couldn't feel anything.
6      MR. DECAPUA: No, not at all. From here down, I got no
7  feeling at all. But I really want a cigarette, I mean, you
8  know it?
9      MR. LEWAN: Did you say that?
10     MR. DECAPUA: Yeah. Yeah, I really want to have a
11 cigarette, and they said, well, you know, that won't happen
12 for a while, you know, so, okay, but I really want a smoke.
13 And I'm hoping they don't go through my pockets because I got
14 a bag of weed in my pocket, you know?
15     MR. LEWAN: Was it wet or dry? I guess it was wet.
16     MR. DECAPUA: Yeah, it was -- it was -- you know, it got
17 a little damp. It wasn't bad. And --
18     MR. LEWAN: I guess they took that away from you at the
19 hospital.
20     MR. DECAPUA: You know, I -- I got it back.
21     MR. LEWAN: They gave it back?
22     MR. DECAPUA: Well, there's a -- there's a janitor guy in
23 the hospital --
24     (Laughter)
25     MR. DECAPUA: No, check this out. There's a janitor guy

203
1  that works in the hospital -- I don't want to get him in
2  trouble, so --
3      MR. LEWAN: No, I know that.
4      MR. DECAPUA: But I had taken a piss, and they stuck the
5  little cup under me to piss in, and they set it aside, you
6  know? I'm pretty sure they were going to test it, you know
7  what I mean? They got all my clothes off, and the janitor
8  dude, because I pissed in my suit, the janitor guy could smell
9  the urine in my clothes. He throws them in the washing
10 machine, right? While he's --
11     MR. LEWAN: When did he do that, by the way? When did
12 (indiscernible)?
13     MR. DECAPUA: That was when -- when we first got there,
14 right --
15     MR. LEWAN: Oh, to Yakutat.
16     MR. DECAPUA: Yeah.
17     MR. LEWAN: You (indiscernible) in the water.
18     MR. DECAPUA: No, I pissed in my suit in the water. That
19 was a -- I kept saying, God, I got to piss. And Giggy says,
20 well, piss in your suit, man. It'll make you warm for a few
21 minutes. So all right. I never thought of that, you know
22 what I mean? I thought, well, you know, you're right, it
23 might warm me up, so I just let go, and it felt good, man, you
24 know? I mean, there was finally some warmth emanating from
25 somewhere, you know, and I kind of liked that, you know, but

204
1  not that I like urinating on myself.
2      MR. LEWAN: Yeah, I understand.
3      MR. DECAPUA: But the -- but the temperature was really
4  cool. I liked the temperature. So --
5      MR. LEWAN: At first it -- at first it feels good, but
6  then --
7      MR. DECAPUA: Uh-huh (affirmative).
8      MR. LEWAN: -- afterwards, it -- it makes you colder.
9      MR. DECAPUA: Yeah, and poison on your skin. It's not
10 good for you.
11     MR. LEWAN: Yeah.
12     MR. DECAPUA: And it -- yeah, it does, you know? Once it
13 cools down, it's just more water in there.
14     MR. LEWAN: More water in there.
15     MR. DECAPUA: But I remember, man, they had the cup
16 there, and the dude got my clothes, he went in where the
17 washer and dryer is, and, you know, I've done laundry before.
18 He probably went through my pockets, you know, and I had a
19 pipe and a I had a bag of herb, and he pulled that out, and he
20 washed my clothes, and he come out of the laundry room, and he
21 grabbed that jug of piss and poured it in the toilet, and he
22 washed it out and put it away. And then the next day, these
23 ladies from the -- this nun from the Catholic Charities comes
24 over, and she's asking us our sizes of stuff, do we need
25 anything. Yeah, I need a boot -- you know, I got one boot, I

205
1  don't know where the other one went, and, you know, I don't
2  know where my clothes are or nothing. And she said, well,
3  okay. They come back and they give us some clothes and stuff.
4  We get a couple of cigarettes, I go outside to have a smoke,
5  and they hand me my jacket, and I put my jacket on, and
6  there's --
7      MR. LEWAN: There's the stuff.
8      MR. DECAPUA: The fucking bag and my pipe are here, you
9  know? And then --
10     MR. LEWAN: It was the janitor.
11     MR. DECAPUA: Yeah, it was the janitor dude, and he
12 dumped the urine out, too. I remember somebody asking where
13 that urine went, you know? And the janitor said, well, you
14 know, it looked -- I just thought it was supposed to be thrown
15 out, I dumped it out, you know? And I just let it go. But
16 I -- I remember that. They were -- you know, I think they
17 were going to test my urine, you know? And I was the only
18 crew -- I was the only guy in the crew that (indiscernible)
19 urine, so I know what that would've meant. They would have
20 attributed it to drug -- you know, they would've said it's a
21 drug-relate crime, you know, this pothead did it.
22     MR. LEWAN: Right.
23     MR. DECAPUA: You know what I mean? Well, you know,
24 they -- hey, they do that. Whenever they get a chance to pin
25 it, they do, you know? That's how they operate, so I'm glad

206
1  the guy threw it out because I'm sure that's what they were
2  going to do with it.
3      MR. LEWAN: A little angel there.
4      MR. DECAPUA: Uh-huh (affirmative). So that was neat. I
5  mean, I go outside, finally get a cigarette. And then we
6  heard that they found somebody, they picked somebody up, and
7  the way they said it, they -- they had a survivor. Well, it
8  was Morley, and he was dead. So they were working on him, and
9  I heard a cough at the same time his body moved, and, you
10 know, dead people don't cough, you know? So somebody in
11 the -- in the ambulance coughed, and I -- I could've swore it
12 was Mark, you know? I thought it was him coughing, so we all
13 thought that he was alive.
14     MR. LEWAN: You heard this on the radio.
15     MR. DECAPUA: Yeah, first I heard it on the radio, and
16 the way the -- the words they were using, all of us, the three
17 of us heard "we picked a survivor up," and we're all saying
18 it's possible. You know, men have lived 24 hours in their
19 suits out there before, and that's -- you know, it's about
20 that much time now, you know, when they come in with him, and
21 we're thinking it's quite possible that, you know, he's alive.
22 And we're out having a cigarette, and here come the ambulance,
23 and we get kind of out of the way, and I look through the
24 window, and they got the guy's suit open, and they're working
25 on his chest, you know, and I heard a cough, you know what I

207
1  mean? And, you know, with a drowning person, you get the air
2  out -- you get the water out of his lungs, he'll start
3  coughing.
4      MR. LEWAN: Yeah.
5      MR. DECAPUA: So, you know, I'm thinking the guy might --
6  you know, he's alive and shit, but, he's not, he's dead. And
7  then we -- you know, Giggy ran and called Tamara (ph) and, you
8  know, they got Mark and, you know, we think he's alive and
9  shit, and then no, Mark's dead, you know, which is like -- I
10 mean, that's worse than losing him, you know?
11     MR. LEWAN: Yeah, hearing that he's alive and then, oh,
12 no, he's dead.
13     MR. DECAPUA: Yeah, (indiscernible) and then no, we were
14 wrong, he's dead, you know? I mean, that's -- Jesus.
15     MR. LEWAN: Yeah.
16     MR. DECAPUA: And, see, Dave's brother Eli lives in
17 Yakutat. He's an EMT out there. So he's right with us, you
18 know, and Dave Hanlon, he -- that's my brother, you know, what
19 happened, where's Dave, you know?
20     MR. LEWAN: And what did you tell him?
21     MR. DECAPUA: Dave's out there.
22     MR. LEWAN: Is that what you said?
23     MR. DECAPUA: Yeah, we lost him in, you know, 15 minutes,
24 we don't know what happened.
25     MR. LEWAN: Yeah. I met that guy. He's (indiscernible).

208
1      MR. DECAPUA: Yeah, Eli took it kind of hard, too.
2      MR. LEWAN: Yeah.
3      MR. DECAPUA: I mean, you know, they're a close family.
4      MR. LEWAN: That was his older brother, right?
5      MR. DECAPUA: Yeah.
6      MR. LEWAN: So you go down to -- you went down to Juneau,
7  and --
8      MR. DECAPUA: And there's the Coast Guard, and they're
9  asking us -- you know, we give a statement.
10     MR. LEWAN: Right.
11     MR. DECAPUA: Combination State Troopers inquest and
12 Coast Guard inquest, you know?
13     MR. LEWAN: Yeah.
14     MR. DECAPUA: Immediately after the event. And then they
15 tell us that we got -- you know, that they'd like a piss test
16 from everybody. So I just whatever, you know? I'm not saying
17 I'm going to do it, I'm not saying I'm not going to do it, but
18 I'm thinking in my head, you know, I got to -- I got to -- I'm
19 on parole, you know, and if I'm ever going to get a piss test
20 from the parole officer, it's probably going to be when I get
21 back to the beach, you know what I mean? This time when I get
22 in, I'm probably going to get a piss test. So -- but the PO
23 never asked me for one, and I -- I figured I'm not going to go
24 to the hospital -- you know, unless I got cash in my hand to
25 pay for this urine specimen, I'm not going to go there and

209
1  take the test and then have them give me a bill, you know?
2  And I haven't seen no written authority from the Coast Guard
3  that they're going to cover the bill. I'm not going to go in
4  and give -- you know, I'm not going to get the test.
5      MR. LEWAN: Not (indiscernible).
6      MR. DECAPUA: I'm not going to pay for it.
7      MR. LEWAN: Right.
8      MR. DECAPUA: And I'm not taking a test without a receipt
9  saying it's already paid for. If you guys want to get your
10 shit together -- and then they -- you know, they were having
11 this meeting over here, and they want -- I don't want to go in
12 there.
13     MR. LEWAN: It was over here in the hall, right?
14     MR. DECAPUA: Yeah, but, I mean, you know, I've already
15 given my statement in there. I've really got nothing else to
16 add, you know? So I'm like trying to stay away from the Coast
17 Guard. I know what's going on. They want to nail Scott.
18 When we got to Juneau, Scott -- I never met Scott before. We
19 got to Juneau, this guy just lost his boat, and his whole
20 business is gone now, and he's concerned about Mark, the guy
21 who would never answer his call, the guy who lost his boat,
22 lost all his gear, you know? He's concerned about Mark, you
23 know what I mean? I mean, he's crying that two men were lost
24 at sea, you know? You don't fake that shit, I mean, you know,
25 the guy is really -- tears are coming out of his eyes, you

**210**

1  know? And I know what this inquest is about. This is --
2  they're trying to nail this poor bastard for a bigger loss
3  than he's already had, and it isn't his fault.
4      MR. LEWAN: When -- where did you meet up with Echols?
5  Where were you guys?
6      MR. DECAPUA: He was at the airport. He met us right in
7  Juneau airport. He already had a hotel. You know, he said
8  first thing we're going to do is we're going to go -- the
9  Coast Guard and State Troopers come right to the hotel, you
10 know? Me and Doyle had a room, and I think he got a room, but
11 Giggy's going to sleep with his -- you know, he's got
12 relatives, his brother is in Juneau, he's going to go there.
13 So we all have the little inquest thing, we all give our
14 statements about what happened --
15     MR. LEWAN: Where did you stay that night?
16     MR. DECAPUA: That was in the Best Western there.
17     MR. LEWAN: And he put you up, right?
18     MR. DECAPUA: Yeah. Yeah, he put us up, he gave us a
19 hundred bucks apiece.
20     MR. LEWAN: And then he --
21     MR. DECAPUA: Then -- then I explained to him that Dave
22 was in a suit borrowed from another boat, you know, and I've
23 got the suit that come off of the LA CONTE, the one that I
24 wore, and I need this suit to replace the one that Dave is
25 wearing, you know? I mean, you know, I'm sorry you already

**211**

1  lost a bunch, but, you know, I got to get this out in the
2  open, I need the suit. And he said just don't worry about it,
3  you know, take -- take the suit with you, it's not a problem,
4  you know? It's just part -- it's lost equipment, that's all,
5  don't worry about it, you know? So I -- and I don't have to
6  worry about coming up with 300 now for my suit.
7      MR. LEWAN: Right, I understand.
8      MR. DECAPUA: And, I mean, all my stuff -- everything I
9  owned was on the boat. I lost it all there, so --
10     MR. LEWAN: So he took you out for pizza or something,
11 right?
12     MR. DECAPUA: Yeah, we went out for dinner, and -- and
13 then we went, you know, back to the hotel, me and Bob went to
14 a bar and shot the shit, which is a parole violation, but it's
15 over now.
16     MR. LEWAN: Right.
17     MR. DECAPUA: But, oh, man, I was -- I was really
18 relieved to be -- you know, I got out of that with no
19 permanent injuries and, I mean, I was glad I didn't share
20 Dave's fate, you know?
21     MR. LEWAN: Yeah. Right.
22     MR. DECAPUA: That was close. I mean, it -- it got -- I
23 thought I was -- I was just going to go to sleep, you know?
24     (Tape interruption)
25     MR. LEWAN: -- and that was it, that was the bottom.

**212**

1      MR. DECAPUA: Just before I got in.
2      MR. LEWAN: Up till then, you figured you were going make
3  it.
4      MR. DECAPUA: Yeah, I didn't have any doubts about
5  ultimately surviving this, you know, even without any real
6  injury, you know? I wasn't worried up until I fell out of the
7  basket there, because it took so long to get in it, you know?
8      MR. LEWAN: Right, right. What do you think got you from
9  where you were into that basket? What was it that was --
10     MR. DECAPUA: I think it wasn't my time to go yet. I
11 really believe -- I don't think that all religions have the
12 right answer, but I think there's some element of truth to all
13 of them, you know what I mean?
14     MR. LEWAN: Do you believe in God?
15     MR. DECAPUA: Now I do.
16     MR. LEWAN: You didn't then?
17     MR. DECAPUA: Not really. Now I think -- I know -- I
18 don't know -- I don't like to use the word "God."
19     MR. LEWAN: Whatever it is (indiscernible) --
20     MR. DECAPUA: I think there's --
21     MR. LEWAN: -- force, something --
22     MR. DECAPUA: I think there's a power that be --
23     MR. LEWAN: Power, right.
24     MR. DECAPUA: And --
25     MR. LEWAN: The force --

**213**

1      MR. DECAPUA: Well, I think there's some little thing
2  that I got to do, you know, in order for his plan to come out
3  right, and -- you know what I mean, and it wouldn't my -- you
4  know, that -- that wasn't the night, you know what I mean?
5  There's something --
6      MR. LEWAN: Something left undone.
7      MR. DECAPUA: Some little thing that has to be done
8  before I can go. I don't know what that little thing is, you
9  know? I mean, maybe somebody needs killing, maybe somebody
10 needs healing, I don't know, you know? But there's something,
11 you know? Maybe I got to (indiscernible) or, you know, I
12 don't know what it is, but it's -- you know, there's something
13 going on that my part in it ain't finished yet, so I'm here,
14 because, like I say, my hands and feet didn't work, and I -- I
15 was going steadily -- they had six hours with that basket
16 trying to get it down to us, and it wasn't working. And then
17 all of a sudden, I'm in the basket, you know? I'm moving
18 towards it, and I know it ain't me doing it because my hands
19 and feet ain't working, and then I'm in, and then we're
20 leaving, and that was a relief, you know?
21     MR. LEWAN: Right.
22     MR. DECAPUA: I wasn't worrying anymore. When the guy in
23 the basket started going up --
24     MR. LEWAN: That was it.
25     MR. DECAPUA: Yeah. A minute ago I'm going to sleep and

214
1  I'm never coming out of this, I'm dying.
2     MR. LEWAN: Yeah.
3     MR. DECAPUA: But at least I'm going to sleep, you know?
4  And now all of a sudden --
5     MR. LEWAN: You weren't -- you weren't afraid when you
6  were saying I'm going to go to sleep.
7     MR. DECAPUA: No.
8     MR. LEWAN: Real calmly.
9     MR. DECAPUA: Yeah, I'm just -- I'm going to sleep and
10 now I'll never wake up, you know? This really sucks, you know
11 what I mean? I mean, I'm not liking this at all, but I'm not
12 fearful of it now. You know, while I'm experiencing it, I
13 mean, you know, it wasn't fear, you know?
14    MR. LEWAN: After all this happened, how do you -- did
15 you change at all?
16    MR. DECAPUA: Yeah, yeah, a lot. I used to be very
17 atheistic. I'm not like that anymore. I'm a lot more into
18 Zen now that I ever was. I take that a lot more seriously
19 than I used to. A lot of bad stuff quit running around in my
20 head after that. You know, I used to have a lot of bad things
21 in my head.
22    MR. LEWAN: Like what?
23    MR. DECAPUA: Like I would -- if I got near broke, the
24 first thing that occurred to me was to go steal, you know?
25 That's the first thing I would think of doing. It's not like

215
1  that no more. That's way down the end of my list. I mean, I
2  don't think about stealing until I've tried a lot of other
3  stuff, you know? And I feel a lot different about things.
4     MR. LEWAN: Yeah.
5     MR. DECAPUA: You know? I'm grateful, you know what I
6  mean, to still be here. I enjoy my time here a lot more than
7  I used to. I used to be really pissed at the world, you know?
8  I lost my old lady, I lost everything I own, I got to -- you
9  know, I still got to pay back the money, nobody will let me in
10 their bar, you know, a lot of little things to be pissed off
11 about. They ain't worth being pissed off about, you know?
12 All those things don't fucking matter. You wake up in the
13 morning, you're lucky, you know it? Keep that in your mind:
14 You wake up in the morning, it's another day you're here. You
15 never know, you might win the lottery. You got to buy a
16 ticket, but you still might win the lottery, you know?
17    MR. LEWAN: How about when you got back here to -- what
18 did Sitka look like when you got back? How did it all look to
19 you?
20    MR. DECAPUA: It looked really good. I didn't think how
21 much I loved this place till --
22    MR. LEWAN: What kind of day was it when you got here?
23    MR. DECAPUA: It was a nice day, if I recall. I think it
24 was. I think it was a pretty nice day, you know? I got back,
25 and I -- I wanted to go out to the docks.

216
1     MR. LEWAN: What's the first thing you did when you got
2  back? What did you do? Who did you want to see?
3     MR. DECAPUA: (Indiscernible) Steve, and, you know --
4     MR. LEWAN: And LJ.
5     MR. DECAPUA: Yeah, LJ and Steve and Mike, my buddies.
6  And LJ was Outside, but Ralph was in town, and I was hoping to
7  see Ralph and, you know, I wanted a good night's sleep on the
8  boat.
9     MR. LEWAN: Where were you going to sleep? Which boat
10 was it?
11    MR. DECAPUA: (Indiscernible), LJ's boat?
12    MR. LEWAN: Yeah.
13    MR. DECAPUA: The (indiscernible), I was staying there.
14 I'd lost LJ's money, that went down with the boat. He give me
15 a bag of weed before I split, and I had -- you know, I had the
16 money for it, and it was in my pocket on the boat when it went
17 down.
18    MR. LEWAN: How much money was it?
19    MR. DECAPUA: A hundred and a quarter. I was thinking,
20 well, now I got to come up with 125 bucks to pay my buddy off,
21 you know? He said don't worry about it, you know, I
22 understand what happened, you already lost enough, fuck it.
23 So that was cool, I didn't have to worry about that part.
24    MR. LEWAN: Yeah.
25    MR. DECAPUA: And everybody that sees you is all, oh, oh,

217
1  you know, what happened and, oh, yeah, shit, what a fucking
2  gas.
3     MR. LEWAN: I heard you -- Bob told me a story that you
4  and him went up to Lee Honnold's house with a fish.
5     MR. DECAPUA: Yeah, yeah, one of the Coast Guard guys.
6     MR. LEWAN: Tell me about that.
7     MR. DECAPUA: We brought some fish up there: I
8  brought --
9     MR. LEWAN: You went out fishing with what boat?
10    MR. DECAPUA: We went out, I think, on the MIN E.
11    MR. LEWAN: He said the MIN E.
12    MR. DECAPUA: Did we go on the MIN E? Yeah, I guess we
13 made a trip on the MIN E. We come in, and we catch the fish.
14 And he wasn't home, but his wife was home.
15    MR. LEWAN: What kind of fish was it that you --
16    MR. DECAPUA: Oh, just rockfish.
17    MR. LEWAN: Rockfish.
18    MR. DECAPUA: Yeah, black bass and a couple other fish,
19 so I took them over to the sink and filleted them out for her,
20 you know. I didn't think she should have to fillet it. Just,
21 you know, it's for you and your family and, you know, tell
22 your husband thanks a bunch, he did a wonderful job, you know?
23 It was cool to give them something, you know? Yeah, we went
24 over to the --
25    MR. LEWAN: She remembered that, too, (indiscernible) --

218
1  MR. DECAPUA: We went over to the Coast Guard nightclub
2  they got there (indiscernible) for a night, but the flight
3  crew was gone, you know. And, you know, we were hoping to see
4  a couple of those guys, you know, and buy them a beer, thanks
5  a bunch, you know? They were in Yakutat. We got to see them
6  there, the Kodiak crew, and that was -- I'd like to see those
7  guys again. I only seen one of them since then.
8  MR. LEWAN: Which one was that?
9  MR. DECAPUA: I don't remember. He was on the flight
10 crew, I remember that. He told me about it.
11 MR. LEWAN: Is it Mike Fish?
12 MR. DECAPUA: I don't know. He was one of the guys in
13 the back of the chopper.
14 MR. LEWAN: Do you think (indiscernible) --
15 MR. DECAPUA: I don't remember. I -- I'd only seen him
16 the -- you know, the one time he had the crash helmet on and,
17 you know, the whole communication gear.
18 MR. LEWAN: Well, maybe it was -- one guy had red hair,
19 he was the swimmer. There's -- one guy is Lee Honnold, who
20 you brought the fish to, uh-huh (affirmative).
21 MR. DECAPUA: Well, see, I don't know if it was him or
22 not because I never seen Lee at home with his wife, you know,
23 so --
24 MR. LEWAN: Right.
25 MR. DECAPUA: But I do remember we met one of the guys

219
1  (indiscernible) he was in the flight crew, but we didn't know
2  what -- what exactly he was doing, you know? Or I didn't, you
3  know? Bob knows him, you know what I mean? I guess he knew
4  the lot of them from being in the Guard with them.
5  MR. LEWAN: He was in the Guard with them.
6  MR. DECAPUA: Yeah. I didn't know any of these dudes. I
7  tried to call -- I wanted to -- I hadn't seen Mario, you know,
8  and I -- I didn't want to try and move back in and start the
9  relationship back up with him. I just wanted to get a look at
10 him. You know, I damn near died, you know, and it occurred to
11 me that, you know, I don't even know what my kid looks like.
12 So I called up her husband, and I -- he said I heard you just
13 went down in bad storm, and I said, yeah, yeah, in fact we
14 almost died, that's what I called to talk to you about. I
15 said, look, I'm not trying to -- you know, to try to get
16 something started with Mario again or nothing like that, but
17 just if there's some way, you know, that I could get in a cab
18 and drive by and there he is, you know? Don't tell him or
19 nothing, just -- you know, I'm asking Bob as a fellow
20 fisherman, do me a little favor, you know? And no, no,
21 nothing like that, click. I'm thinking, God, what an asshole.
22 MR. LEWAN: Yeah.
23 MR. DECAPUA: I mean, you know, I'm not asking --
24 because, you know, I -- I could be a prick and do it another
25 way, you know? I could hang around in front of the house and

220
1  be an asshole and wait for the -- you know, but I'm not trying
2  to do it that way, you know?
3  MR. LEWAN: (Indiscernible). Did you ever see him after
4  that?
5  MR. DECAPUA: Yeah, I've seen him a couple times.
6  MR. LEWAN: That's right, you told me that you saw him
7  once at the Sitka Hotel a few months ago.
8  MR. DECAPUA: And then I seen him walking down the street
9  one time, and I don't know, you know, I dress weird. I got --
10 there's a whole lot of people in town are convinced I'm a
11 major coke dealer or something, you know, and I guess he hears
12 a lot of stories, I don't know. See, I get my information
13 from Robin, and I don't trust her, you know? She's -- she's
14 provided unreliable information in the past. If it suits her
15 purposes, she will tell you what she thinks you want to hear
16 or what she wants you to hear.
17 MR. LEWAN: Right.
18 MR. DECAPUA: And, you know, so when she tells me, oh,
19 Mario said he's having nightmares, and I'm thinking, well, you
20 know, maybe I'm the cause of that or whatever.
21 MR. LEWAN: Oh, yeah, that's (indiscernible) --
22 MR. DECAPUA: Yeah.
23 MR. LEWAN: -- say that and --
24 MR. DECAPUA: I can see a kid being embarrassed with me
25 for a parent, especially here in town. You know, I could

221
1  understand that, you know, a kid not wanting to say yeah,
2  that's my dad, because, you know, there's that weird guy,
3  dresses like a clown, going down the street, you know? And,
4  you know, most of the time you see me, I'm drunk, you know?
5  So I could understand it. But when I see him, I try -- you
6  know, I don't --
7  MR. LEWAN: What would you like to tell him if you could
8  get together with him? If you could see him, what would you
9  say to him?
10 MR. DECAPUA: I'm sorry about the way things work, you
11 know? I'm sorry things work out the way they do, but things
12 work out the way they do, and my responsibility and my part is
13 my responsibility, you know? I love him, but he's made a
14 choice, and when you make a choice, it's better to learn this
15 early, you got to live with it, you know?
16 MR. LEWAN: Is there anything that you would pass on to
17 him if you could, like any advice that you have about life?
18 MR. DECAPUA: Yeah, I'd pass on to wrap that rascal.
19 MR. LEWAN: What do you mean by that?
20 MR. DECAPUA: It means you're going to put your dick in a
21 hole, make sure it's got a cover on it (laughs) so the same
22 thing don't happen to you, you know what I mean? Don't go
23 having any kids until you know you want them, because if you
24 do, you won't go through what I went through, and if you
25 don't, you're just going to -- it's going to be the same for

222
1  you as it was for me, you're going to have three kids you're
2  never going to see until they're all adults, you know? You're
3  always going to walk around with this guilt, you know what I
4  mean? It's always going to bug you, it's going to affect
5  every decision you make, it's going to affect you financially
6  for the rest of your life, you know, emotionally it's going to
7  affect you the rest of your life, and it's going to take its
8  toll, you know? If you got a brain in your head, don't use it
9  till you really want to, you know? And that's -- I don't
10 know. I don't know what other advice I can give him. I don't
11 have anything, you know, to pass on.
12     MR. LEWAN: Well, you got knowledge.
13     MR. DECAPUA: I'm not the kind of guy to buy insurance,
14 you know what I mean? (Indiscernible) I think that now that
15 Bush is President, we've been -- I work for a lot of
16 contractors, you know, and they're getting geared up about
17 ANWR and the pipeline, and there's going to be another
18 pipeline for natural gas, and when that happens, I'm going up,
19 I'm going to start cooking. I'm getting out of this fishing
20 shit.
21     MR. LEWAN: Oh, yeah?
22     MR. DECAPUA: I go up there and work in a kitchen for
23 four years, I'm even, man. I got the IRS paid, child support
24 paid off. Once everybody's paid, they owe me money, you know?
25 I'm eligible for a big-time grant and a big-time loan. I

223
1  could probably get $50,000 in grant money and another hundred
2  in loan money from the government once I'm even with the
3  government, you know, for being a displaced fisherman, you
4  know what I mean? Once I'm even with them, I can -- then I
5  can be a fucking boat captain and not have to -- see, I don't
6  like fishing. Fishing is a lot of miserable work. I like
7  being on the boat.
8      MR. LEWAN: Right.
9      MR. DECAPUA: And the only way that I qualify to be on a
10 boat is as a deckhand, you know? That's how I qualify to
11 stand at the wheel. I don't qualify by taking no tests or
12 none of that, you know? I -- I've earned my way in that. But
13 I got enough hours at sea, you know, as long as I'm not
14 packing passengers, there's no problem. You know, I mean, I
15 can get insurance and everything else. There's no problem me
16 being on the boat. It's do I want to haul freight or so I
17 want to haul people, and if I haul people, I got to take piss
18 tests, I got to do all this other crap, you know? So I just
19 want to do freight, and I don't have to kiss all that ass.
20 All I got to do is a be a vessel owner, too. That's what I
21 want to do.
22     MR. LEWAN: Haul freight.
23     MR. DECAPUA: Yeah. Just got to have an LCM (ph).
24     MR. LEWAN: (Indiscernible) trap tender, something like
25 that?

224
1      MR. DECAPUA: Yeah, I could be -- you know, work at
2  salmon.
3      MR. LEWAN: And you could just carry the stuff back and
4  forth.
5      MR. DECAPUA: Well, that's why I was thinking an LCM, is
6  I could pull up to the beach sites, so I can work -- there's a
7  strip between Cape Yakutaga and LeTuya (ph) Bay. There's
8  several rivers on there, and they're setnet sites. And if you
9  can pull right up to the beach and let the tide go out and
10 lower your gate and they could drive to you with their four-
11 wheelers, they'll bring you fish. So I could -- you know, I
12 could buy fish, too, during season. But I really don't want
13 to be buying fish. That's a pain in the ass. I'd much rather
14 just move things for people, you know? Like a guy wants to
15 build a house over there, he's got to get the backhoe over
16 there to cut his hole in the ground and all that shit. Put
17 the backhoe on my bow, bring it over, lower all the equipment
18 over on a crane, and then take off and come back when it's
19 time to move out. That's a better living than fishing.
20     My buddy down in Fort Alexander, Bud Jagua (ph), he does
21 that. He's got a 60-foot LCM, and that's, you know. And he
22 told me he's got more work than he can handle, so if I have
23 one, I mean, you know, I'm sure I could be working, you know?
24 But this is a pain in the ass. Fishing is a -- I got to work
25 for somebody else all the time, and I'm not that fond of

225
1  fishing much.
2     (Indiscernible comments with table attendant)
3     MR. LEWAN: I always figured it was --
4     MR. DECAPUA: The best thing to come out of this so far
5  is my -- I'm back in touch with my daughter, you know?
6  That's a real good thing, I mean. We were thinking of writing
7  Reader's Digest together. She wants to do an email to
8  Reader's Digest telling them thanks, you know? Her seventh
9  grade teacher had been trying to find me since she was in
10 seventh grade, you know?
11     MR. LEWAN: Is that right?
12     MR. DECAPUA: Yeah. She -- her -- her husband is a
13 former FBI agent, and he does searches for people
14 (indiscernible) on the computer. And so he -- you know, he
15 was in his spare time helping her try to find me. And they --
16 they knew I got released from Lemon Creek in July of '97, you
17 know, but they didn't know where I was. They knew I was
18 somewhere in Southeast Alaska because of my parole, but all my
19 parole said is that I'm released to the -- you know, I'm free
20 to travel all over Southeast as a fisherman, so where I am,
21 they don't really know.
22     MR. LEWAN: Right. But you like it that way, don't you?
23 Do you like --
24     MR. DECAPUA: Well, yeah. I got child support climbing
25 up my ass every -- you know, as soon as they find me, they

1        TRANSCRIBER'S CERTIFICATE

2    I, M. GAYLENE LARRECOU, do hereby certify:

3    That the foregoing is a full, true, and correct
4    transcript of a recorded interview of Mike DeCapua; that due
5    to the quality of the audio recording/duplication, there are
6    indiscernibles in the transcript that cannot be resolved; that
7    the transcription was performed by me to the best of my
8    knowledge and ability from the audio recording; and that no
9    other certification is expressed or implied.

10

11   _____          3-15-06
     M. GAYLENE LARRECOU                      Date
12   Court Reporter/Transcriber
     Alaska Court System Certified
13   United States Court Approved
     AAERT Certificate 00285
14