Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>           Plaintiff,<br><br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>           Defendants. | Case No. A05- 118 CV (JKS)<br><br>ADVICE OF COUNSEL<br>REGARDING SETTLEMENT<br>OF CASE |

Defendants HarperCollins Publishers, LLC and Todd Lewan, through their undersigned attorneys of record, hereby inform the Court that all claims asserted in the above-captioned matter were resolved at a mediation held on June 8, 2006. The parties are currently working to draft a formal written settlement agreement and will submit a stipulation for dismissal with prejudice of the above-captioned case once a settlement agreement has been signed.

Dated this  9th  day of June, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By:   s/ Jon S. Dawson
Jon S. Dawson, ABA # 8406022
Eric J. Jenkins, ABA# 0011078
701 W. 8th Ave., Suite 800
Anchorage, AK  99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com

Certificate of Service:

I certify that on June 9, 2006, a true and correct copy of the foregoing document was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

  s/ Joyce Sheppard
   Joyce Sheppard

NOTICE OF FILING TELEFAXED SIGNATURE - 2
89236v1  3960028-6