Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>    Defendants. | Case No. 3:05 - cv - 00118 (TMB) |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Phillip Wiley ("Wiley") and Defendants Todd Lewan ("Lewan") and

HarperCollins Publishers, LLC ("HarperCollins"), through their undersigned attorneys of

EXHIBIT B

record, stipulate and agree that the above-captioned case is dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants Todd Lewan and HarperCollins Publishers, LLC

July 12, 2006
Date

By: *(signature)*
Jon S. Dawson, ABA # 8406022
Eric J. Jenkins, ABA# 0011078
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com
ericjenkins@dwt.com

LAW OFFICES OF MICHAEL HOUGH
Attorneys for Plaintiff Philip Wiley

June 27, 2006
Date

By: *(signature)*
Michael Hough, ABA # 7405022
3733 Ben Walters Lane, Suite 2
Homer, Alaska 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
mhough@xyz.net

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2
ANC 89300v1 3960028-6

Certificate of Service:

I certify that on ~~June~~ July 12, 2006, a true and correct copy of the foregoing Stipulation for Dismissal With Prejudice was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

   s/ Janet Eastman
Janet Eastman

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3
ANC 89300v1 3960028-6