Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
 and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HARPER COLLINS PUBLISHERS, INC. )<br>and TODD LEWAN, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:05 - cv - 00118 (TMB) |

NOTICE OF SUBMITTING PROPOSED ORDER GRANTING STIPULATION
FOR DISMISSAL AND DISMISSING CASE WITH PREJUDICE

Filed herewith is a [Proposed] Order Granting Stipulation for Dismissal and

Dismissing Case With Prejudice which inadvertently was not attached to the Stipulation

for Dismissal filed on July 12, 2006 at docket No. 82.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1    Dated this 13th day of July, 2006

2

3                                          DAVIS WRIGHT TREMAINE LLP
                                           Attorneys for Defendants
4

5

6                                          By:    s/ Eric Jenkins
                                                  Jon S. Dawson, ABA # 8406022
7                                                 Eric J. Jenkins, ABA# 0011078
                                                  701 W. 8th Ave., Suite 800
8                                                 Anchorage, AK  99501
                                                  Phone: (907) 257-5300
9                                                 Fax: (907) 257-5399
                                                  jondawson@dwt.com
10                                                ericjenkins@dwt.com

11

12   Certificate of Service:

13   I certify that on July 13, 2006, a true and
     correct copy of the foregoing Notice of Submitting
     Proposed Order for Dismissal was served electronically on:
14

     Michael Hough
15   3733 Ben Walters Lane #2
     Homer, Alaska  99603

16     s/ Janet Eastman
     Janet Eastman
17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF FILING PROPOSED ORDER GRANTING
STIPULATION FOR DISMISSAL AND DISMISSING CASE - 2

ANC 93684v1 3960028-6