

Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PHILLIP WILEY,                              )
                                            )
                    Plaintiff,              )
                                            )   Case No. 3:05 - cv - 00118 (TMB)
vs.                                         )
                                            )
HARPER COLLINS PUBLISHERS, INC.             )
and TODD LEWAN,                             )
                                            )
                    Defendants.             )
_____ )

[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL AND DISMISSING CASE WITH PREJUDICE

Plaintiff Phillip Wiley and Defendants HarperCollins Publishers, LLC and Todd

Lewan having filed a stipulation for dismissal of the above-captioned case with prejudice,

each party to bear its own costs and attorney's fees;

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

It is hereby ordered that the stipulation is approved.  The above-captioned case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this _____ day of _____, 2006

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service:

I certify that on  July13, 2006, a true and correct copy of the foregoing document was served electronically on the following party

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

  /s/ Janet Eastman
   Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL
AND GRANTING STIPULATION WITH PREJUDICE - 2

ANC 93683v1 3960028-6