IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILLIP WILEY,<br><br>                    Plaintiff,<br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>) Case No. 3:05-cv-00118 (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING STIPULATION FOR
DISMISSAL AND DISMISSING CASE WITH PREJUDICE

Plaintiff Phillip Wiley and Defendants HarperCollins Publishers, LLC and Todd Lewan having filed a stipulation for dismissal of the above-captioned case with prejudice, each party to bear its own costs and attorney's fees;

It is hereby ordered that the stipulation is approved. The above-captioned case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 14th day of July, 2006.

                                                /s/ Timothy M. Burgess
                                                _____
                                                The Honorable Timothy M. Burgess